# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

BISOUS BISOUS LLC
Plaintiff

v.

3:21-cv-01614-B
Civil Action No.

THE CLE GROUP, LLC
Defendant

### CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Bisous Bisous LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Bisous Bisous LLC, Andrea Meyer, Matt Meyer

| | |
|---|---|
| Date: | July 13, 2021 |
| Signature: | /s/ David B. Conrad |
| Print Name: | David B. Conrad |
| Bar Number: | 24049042 |
| Address: | 1717 Main Street, Suite 5000 |
| City, State, Zip: | Dallas, TX 75201 |
| Telephone: | (214) 747-5070 |
| Fax: | (214) 747-2091 |
| E-Mail: | conrad@fr.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons