UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

BISOUS BISOUS LLC §
*Plaintiff* §
§
§
v. § Case No. 3:21-cv-01614-B
§
§
THE CLE GROUP, LLC §
*Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

FISH & RICHARDSON P.C._____, with offices at

7 Times Square; 20th Floor_____
(Street Address)

New York_____    NY_____    10036_____
(City)                                              (State)                   (Zip Code)

(212) 765-5070_____    (212) 258-2291_____
(Telephone No.)                                  (Fax No.)

**II.** Applicant will sign all filings with the name Vivian Cheng_____.

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

BISOUS BISOUS LLC

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____New York_____, where Applicant regularly practices law.

For Court Use Only.
Bar StatusVerified:
_____

Bar license number: 5318605          Admission date: 2/9/2015

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| State Court of New York | 2/9/2015 | active |
| USDC-SDNY | 9/29/2015 | active |
| USDC-CO | 4/28/2020 | active |
|  |  |  |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:  Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

David B. Conrad of Fish & Richardson P.C. , who has offices at

1717 Main Street, Suite 5000
(Street Address)

Dallas                                            TX                       75201
(City)                                            (State)                  (Zip Code)

214-747-5070                                      214-747-2091
(Telephone No.)                                   (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the    13th    day of July                              , 2021     .

/s/ Vivian Cheng
Printed Name of Applicant

*Vivian Cheng*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.