# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of Texas

Case Number: 3:21-CV-01614-B

**Plaintiff:**
**BISOUS BISOUS LLC**

vs.

**Defendant:**
**THE CLE GROUP, LLC**

Received these papers on the 14th day of July, 2021 at 10:19 am to be served on **THE CLE GROUP, LLC By Delivering To Manager, Salim Dehkordi, 6767 PORTWEST DRIVE, SUITE 120, HOUSTON, TX 77024**.

I, ALEXANDRA TEDDER, being duly sworn, depose and say that on the **19th day of July, 2021** at **10:28 am**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR WILLFUL TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION, CIVIL COVER SHEET and CERTIFICATE OF INTERESTED PERSONS** with the date and hour of service endorsed thereon by me, to: **ERICA MARTINEZ** as **AUTHORIZED AGENT FOR SERVICE** at the address of: **CLE GROUP, 1800 W LOOP S, SUITE 1125, HOUSTON, TX 77027**, who stated they are authorized to accept service for **THE CLE GROUP, LLC By Delivering To Manager, Salim Dehkordi**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
7/19/2021  10:30 am  Delivered at CLE GROUP, 1800 W LOOP S, SUITE 1125, HOUSTON, TX 77027, per the verbal authorization of Salim Dehkordi the documents were delivered to Erica Martinez, Accounting Department

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 120, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 19th day of July, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

**ALEXANDRA TEDDER**
Process Server

Our Job Serial Number: DNE-2021000594
Ref: 1950106

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1p



DONNIE DENKINS MORELAND, SR.
Notary Public, State of Texas
Comm. Expires 03-10-2023
Notary ID 125315149