IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>THE CLE GROUP, LLC,<br><br>        Defendant. | Case No. 3:21 CV01614B |

**APPENDIX TO PLAINTIFF BISOUS BISOUS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**

| | | **Document** | **Pages** |
|---|---|---|---|
| 1. | - | Declaration of Andrea Meyer | 1–21 |
| 2. | Ex. A. | U.S. trademark registration certificates for Plaintiff's BISOUS' Marks | 22–28 |
| 3. | Ex. B. | Screenshots of BISOUS BISOUS' website at <bisous-bisous.com> | 29–41 |
| 4. | Ex. C. | Screenshots of BISOUS BISOUS' Facebook and Instagram accounts. | 42–56 |
| 5. | Ex. D. | Screenshots of excerpts of BISOUS BISOUS' pages on Yelp, Google, and TripAdvisor as of July 15, 2021 | 57–69 |
| 6. | Ex. E. | Collection of online articles about BISOUS BISOUS' participation in Dallas culinary events | 70–75 |
| 7. | Ex. F. | Collection of online articles about BISOUS BISOUS | 76–160 |
| 8. | Ex. G. | Collection of online articles featuring interviews with Andrea Meyer | 161–198 |
| 9. | Ex. H. | Screenshots of webpages showing Andrea Meyer's appearances on Fox 4 KDFW | 199–206 |

| | | **Document** | **Pages** |
|---|---|---|---|
| 10. | Ex. I. | Google Maps screenshot identifying the location of BISOU Dallas and BISOUS BISOUS | 207–208 |
| 11. | Ex. J. | Letter dated March 2, 2021 from CLE's attorney to BISOUS BISOUS' attorney | 209–210 |
| 12. | Ex. K. | Copy of BISOU's dessert menu | 211–212 |
| 13. | Ex. L. | Screenshots of reviews on BISOU Houston's Yelp page | 213–331 |
| 14. | Ex. M. | Screenshots of reviews on BISOU Houston's TripAdvisor page | 332–339 |
| 15. | Ex. N. | Screenshots of Google reviews for BISOU Houston | 340–353 |
| 16. | Ex. O. | Compilation of online articles discussing CLE's violations of Covid safety guidelines and expansion of BISOU to Dallas | 354–374 |
| 17. | Ex. P. | Compilation of screenshots of BISOU Dallas's Instagram, Facebook, and website taken on July 11–15, 2021 | 375–387 |
| 18. | Ex. Q. | Compilation of screenshots of BISOU Houston's Instagram, Facebook, and website taken on July 13–15, 2021 | 388–406 |
| 19. | Ex. R. | Compilation of screenshots of Yelp and Google reviews on BISOUS BISOUS' pages directed to BISOU Dallas taken on July 8, 2021 | 407–421 |
| 20. | Ex. S. | Article published by the *Dallas Observer*, "Just One Kiss: Bisous Bisous Gets 32 One-Star Reviews Intended for New Neighbor" | 422–426 |
| 21. | Ex. T. | Screenshots of BISOUS BISOUS' location tag page on Instagram and two public, mis-tagged photos on Instagram and Facebook taken on July 14–15, 2021. | 427–430 |

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **FISH & RICHARDSON P.C.** |
| Dated: July 19, 2021 | By: */s/ David B. Conrad* <br> David B. Conrad <br> Texas Bar No. 24049042 <br> conrad@fr.com <br> 1717 Main Street, Suite 5000 <br> Dallas, TX 75201 <br> Telephone: (214) 747-5070 <br> Facsimile: (214) 747-2091 <br><br> Kristen McCallion (*admitted pro hac vice*) <br> mccallion@fr.com <br> Vivian Cheng (admitted *pro hac vice*) <br> cheng@fr.com <br> 7 Times Square, 20th Floor <br> New York, NY 10036 <br> Telephone: (212) 765-5070 <br> Facsimile: (212) 258-2291 <br><br> *Attorneys for Plaintiff* <br> BISOUS BISOUS LLC |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 19, 2021, a true and correct copy of the foregoing document has been filed with the clerk of court for the U.S. District Court, Northern District of Texas and served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Dated: July 19, 2021                                          */s/ David B. Conrad*
                                                                              David B. Conrad