# Exhibit A



# BISOUS BISOUS

| | |
|---|---|
| **Reg. No. 4,811,207** | BISOUS BISOUS LLC (TEXAS LIMITED LIABILITY COMPANY), DBA BISOUS BISOUS PATISSERIE |
| **Registered Sep. 15, 2015** | 4463 BIRDSONG LANE<br>PLANO, TX 75093 |
| **Int. Cl.: 30** | FOR: BAKERY GOODS, EXCLUDING SOLID CHOCOLATE, IN CLASS 30 (U.S. CL. 46). |
| **TRADEMARK** | FIRST USE 11-22-2012; IN COMMERCE 11-22-2012. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | THE ENGLISH TRANSLATION OF "BISOUS BISOUS" IN THE MARK IS "KISSES KISSES". |
| | SER. NO. 86-370,071, FILED 8-18-2014. |
| | ODESSA BIBBINS, EXAMINING ATTORNEY |



Director of the United States
Patent and Trademark Office

023

# United States of America
### United States Patent and Trademark Office

## BISOUS BISOUS

**Reg. No. 5,120,605**  
**Registered Jan. 10, 2017**  
**Int. Cl.: 35**  
**Service Mark**  
**Principal Register**

Bisous Bisous LLC (TEXAS LIMITED LIABILITY COMPANY), DBA Bisous Bisous Patisserie ,  
4463 Birdsong Lane  
Plano, TX 75093

CLASS 35: Retail bakery shop

FIRST USE 10-27-2012; IN COMMERCE 10-27-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4811207

The English translation of "BISOUS BISOUS" in the mark is "KISSES KISSES".

SER. NO. 86-774,253, FILED 09-30-2015  
ALICE MEDINA BENMAMAN, EXAMINING ATTORNEY



Director of the United States  
Patent and Trademark Office

024

# United States of America
### United States Patent and Trademark Office

# BISOUS BISOUS

| | |
|---|---|
| **Reg. No. 5,120,606** | Bisous Bisous LLC (TEXAS LIMITED LIABILITY COMPANY), DBA Bisous Bisous Patisserie, |
| **Registered Jan. 10, 2017** | 4463 Birdsong Lane<br>Plano, TX 75093 |
| **Int. Cl.: 43** | CLASS 43: Cafe and restaurant services |
| **Service Mark** | FIRST USE 10-27-2012; IN COMMERCE 10-27-2012 |
| **Principal Register** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | OWNER OF U.S. REG. NO. 4811207 |
| | The English translation of "BISOUS BISOUS" in the mark is "KISSES KISSES". |
| | SER. NO. 86-774,255, FILED 09-30-2015<br>ALICE MEDINA BENMAMAN, EXAMINING ATTORNEY |



Director of the United States
Patent and Trademark Office

025

# United States of America
### United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 4,811,208** | BISOUS BISOUS LLC (TEXAS LIMITED LIABILITY COMPANY), DBA BISOUS BISOUS PATISSERIE |
| **Registered Sep. 15, 2015** | 4463 BIRDSONG LANE<br>PLANO, TX 75093 |
| **Int. Cl.: 30** | FOR: BAKERY GOODS, EXCLUDING SOLID CHOCOLATE, IN CLASS 30 (U.S. CL. 46). |
| **TRADEMARK** | FIRST USE 11-22-2012; IN COMMERCE 11-22-2012. |
| **PRINCIPAL REGISTER** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PÂTISSERIE", APART FROM THE MARK AS SHOWN. |

THE MARK CONSISTS OF THE WORDS "BISOUSBISOUS" BETWEEN TWO PARALLEL HORIZONTAL LINES; THE UPPER LINE AT MIDPOINT SHOWS THE DRAWING OF A BEE; THE LOWER LINE MIDWAY SHOWS THE WORD "PÂTISSERIE".

THE ENGLISH TRANSLATION OF "BISOUSBISOUS" IN THE MARK IS "KISSESKISSES".

SER. NO. 86-370,075, FILED 8-18-2014.

ODESSA BIBBINS, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

026

# United States of America
### United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 5,106,226** | Bisous Bisous LLC (TEXAS LIMITED LIABILITY COMPANY), DBA Bisous Bisous Patisserie , |
| **Registered Dec. 20, 2016** | 4463 Birdsong Lane<br>Plano, TX 75093 |
| **Int. Cl.: 35** | CLASS 35: Retail bakery shop |
| **Service Mark** | FIRST USE 10-27-2012; IN COMMERCE 10-27-2012 |
| **Principal Register** | The mark consists of the words "BISOUSBISOUS" between two parallel horizontal lines; the upper line at midpoint shows the drawing of a bee; the lower line midway shows the word "PÂTISSERIE". |

OWNER OF U.S. REG. NO. 4811208

No claim is made to the exclusive right to use the following apart from the mark as shown: "PÂTISSERIE"

The English translation of "BISOUSBISOUS" in the mark is "KISSESKISSES".

SER. NO. 86-774,188, FILED 09-30-2015
ALICE MEDINA BENMAMAN, EXAMINING ATTORNEY



Michelle K. Lee
Director of the United States
Patent and Trademark Office

027

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,106,227**  
**Registered Dec. 20, 2016**  
**Int. Cl.: 43**  
**Service Mark**  
**Principal Register**

Bisous Bisous LLC (TEXAS LIMITED LIABILITY COMPANY), DBA Bisous Bisous Patisserie ,
4463 Birdsong Lane
Plano, TX 75093

CLASS 43: Café and restaurant services

FIRST USE 10-27-2012; IN COMMERCE 10-27-2012

The mark consists of the words "BISOUSBISOUS" between two parallel horizontal lines; the upper line at midpoint shows the drawing of a bee; the lower line midway shows the word "PÂTISSERIE".

OWNER OF U.S. REG. NO. 4811208

No claim is made to the exclusive right to use the following apart from the mark as shown: "PÂTISSERIE"

The English translation of "BISOUSBISOUS" in the mark is "KISSESKISSES".

SER. NO. 86-774,193, FILED 09-30-2015
ALICE MEDINA BENMAMAN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

028