# Exhibit B

7/12/2021 Bisous Bisous Patisserie

HELP PROTECT OUR BRAND ✕









https://bisous-bisous.com 1/2

030



## SIGN UP TODAY

Get in the know!  Join our newsletter & receive a free French macaron!

First name

Last name

Email address

**SIGN UP**

---

**SHOP**

Home

Our Menu

Cakes

Macarons

**INFO**

About

Contact

Events

Wholesale

**SOCIAL**

© 2021 Bisous Bisous LLC

031

7/12/2021 Cakes - Bisous Bisous - Bisous Bisous Pâtisserie



 MENU    CART



Oh la la! We are simply delighted to be a part of your celebration! Choose from our most popular cake combinations below, available in 4 sizes and always topped with our delicious French macarons.

Our delicious cakes are custom made to order and require at least a 3-day notice. Our named, standard cakes are a set design and cannot be changed. Custom cakes can be ordered using our "Custom Cake" option below. For additional information on Number Cakes and flavor and design customization options, please contact our shop for more details.

*Orders submitted after 2:00 PM will be processed the following day.*


**Bridal Shower Cake**
*from* $45.00


**Birthday Drip Cake**
*from* $45.00


**Chocolate Lovers Cake**
*from* $45.00


**Custom Cake**
*from* $35.00


**Chocolate Caramel Cake**
*from* $35.00


**Confetti Cake**
*from* $35.00


**Red Velvet Cake**
*from* $35.00


**Framboise Cake**
*from* $35.00

7/12/2021                                                                 Cakes - Bisous Bisous - Bisous Bisous Pâtisserie

   

| Coconut Cake | Chocolate Espresso Cake | Vanilla Bean Cake | Metallic Upcharge for Cakes |
| --- | --- | --- | --- |
| *from* $35.00 | *from* $35.00 | *from* $35.00 | $7.00 |



Framboise ~ Individual
$5.25

| SHOP | INFO | SOCIAL |
| --- | --- | --- |
| Home | About | |
| Our Menu | Contact | |
| Cakes | Events | |
| Macarons | Wholesale | |

© 2021 Bisous Bisous LLC

7/12/2021  Macarons - Bisous Bisous Pâtisserie



 



**LES MACARONS, S'IL VOUS PLAIT!**

French Macarons - not to be confused with American macaroons - are our signature items. Whether you're looking for the classic flavors or something truly unique, we are happy to whip it up! They are undoubtedly the perfect gift for clients, teachers or a friend in need of a pick me up.

Our heavenly bites are available in a variety of gift sizes or a whole tower. Build your own assortment of the following delectable macaron flavors, or order custom flavors & colors at no extra charge!

Macarons are gluten-free? Fabulous!




**12-Piece Macaron Box**
$28.00


**6-Piece Macaron Box**
$15.00


**2-Piece Macaron Box w/Bow**
$5.50


**4-Tier Macaron Tower**
$99.00


**Birthday Macaron Platter**
from $45.00


**Chocolate Lovers Macaron Platter**
from $45.00


**Bridal Macaron Platter**
from $45.00


**Mystery Macaron Box**
Sold Out

7/12/2021 Macarons - Bisous Bisous Pâtisserie

**SHOP**

Home

Our Menu

Cakes

Macarons

**INFO**

About

Contact

Events

Wholesale

**SOCIAL**

© 2021 Bisous Bisous LLC

035





## VIENNOISERIES



Butter Croissant
$3.40



Pain au Chocolat
$3.80



Ham & Cheese Croissant
$4.00



Almond Croissant
$4.25



Chocolate Pecan Croissant
$4.25



Strawberry Croissant
$3.75



Chocolate Hazelnut Twist
$4.25



Kouign Amann
$4.75



Pistachio Croissant
Sold Out



Chaussons aux Pommes
$4.00



Cream Cheese Danish
$4.00



Seasonal Bi-Color Croissant
$4.25

036



Spinach & Feta Turnover
$4.00

# COOKIES



Strawberry "Pop Tart"
$4.50

# CRUFFINS

   

Raspberry Cream Cheese Cruffin     Ham & Smoked Gouda Cruffin     Cinnamon Cruffin
$4.35                               $4.35                          $4.35

Seasonal Cruffin
$4.25

## ÉCLAIRS



Chocolate Éclair
$4.15

Pistachio Eclair
Sold Out

Vanilla Éclair
$4.15

Coffee Éclair
$4.15



Seasonal Éclair
$4.15

## MUFFINS





**Blueberry Streusel Muffin**
$3.25

## SCONES



**Blueberry Scone**
*from* $1.15



**Vanilla Bean Scone**
*from* $1.15

## TARTS



**Lemon Meringue Tart**
*from* $2.00



**Dark Chocolate Tart**
*from* $2.00



**Fresh Fruit Tart**
*from* $2.00



**St. Honore Tart**
$6.75

---

**SHOP**

Home

Our Menu

Cakes

Macarons

**INFO**

About

Contact

Events

Wholesale

**SOCIAL**



---

© 2021 Bisous Bisous LLC



☰ MENU

Specializing in fun macaron flavors, house made ice creams and coffee & espresso beverages, Bisous Bisous Rendezvous is sure to make your next event extra special! Drop us a line if you're interested in more information or would like to book Rendezvous for your next event!

Please send your inquiries to rendezvous@bisous-bisous.com





| SHOP | INFO | SOCIAL |
|---|---|---|
| Home | About | |
| Our Menu | Contact | |
| Cakes | Events | |
| Macarons | Wholesale | |

© 2021 Bisous Bisous LLC



MENU

In French, Bisous Bisous ( /bi-zu/ ) means "Kiss, Kiss" or "Lots of Love". When greeting friends and loved ones, the French kiss each cheek, one kiss each side.

At Bisous Bisous Pâtisserie, we specialize in French-style pastries and pride ourselves on fresh, original creations tailored to each customer. We use the finest ingredients and handcraft delicious French macarons & pastries daily.

Owner & Executive Pastry Chef Andrea Meyer found her sweet tooth at a young age and cannot remember a time when dessert was not her favorite part of the day. Having spent months in Paris, France immersing herself in the culture and indulging in all things pastry, she knew there was something more in her future. She left her successful yet unfulfilling corporate career as a project manager behind, embraced pastry as her passion at the Le Cordon Bleu College of Culinary Arts and has never looked back. Crediting her time with Bouchon Bakery & Bouchon Bistro in Yountville, California for developing and refining her skills, she welcomes customers with a familiar smile and kind heart that everyone hopes for from their neighborhood bake shop.

We strive to exceed your expectations with every bite.  Should we fail to do so, please contact us at info@bisous-bisous.com and we'll do all we can to make it right.  Merci beaucoup!



Executive Pastry Chef An

### SHOP

Home

Our Menu

Cakes

Macarons

### INFO

About

Contact

Events

Wholesale

### SOCIAL

© 2021 Bisous Bisous LLC

041