Exhibit C

7/14/2021                          Bisous Bisous Pâtisserie (@bisousbisouspatisserie) • Instagram photos and videos



043

7/14/2021                    Bisous Bisous Pâtisserie (@bisousbisouspatisserie) • Instagram photos and videos



044

7/14/2021                    Bisous Bisous Pâtisserie (@bisousbisouspatisserie) • Instagram photos and videos



045



046



Instagram

Search

bisousbisouspatisserie Follow

**3,096** posts **17.8k** followers **699** following

**Bisous Bisous Pâtisserie**
Dallas Observer's Best Bakery in Dallas
M-S 8am-5pm, Sunday 10am-3pm
Please no DM orders or quotes.
orders@bisous-bisous.com

**bisousbisouspatisserie**
Bisous Bisous Pâtisserie

**bisousbisouspatisserie** We're back open and stocked with all your favorite pastries! We can't wait to welcome you in ♡

12w

**donutdigest** Yay!

12w 2 likes Reply

**209 likes**

APRIL 17

Add a comment... Post

Instagram

Search

bisousbisouspatisserie Follow

3,096 posts 17.8k followers 699 following

**Bisous Bisous Pâtisserie**
Dallas Observer's Best Bakery in Dallas
M-S 8am-5pm, Sunday 10am-3pm
Please no DM orders or quotes.
orders@bisous-bisous.com

**bisousbisouspatisserie**
Bisous Bisous Pâtisserie

**bisousbisouspatisserie** Did you know that we can customize our macaron colors for your special event? There's no extra charge, we just need a week's notice, a good swatch to match and it's a minimum order of 2 dozen 👍 Fun, right? You can even choose your favorite flavor!

3w

121 likes

JUNE 23

Add a comment... Post



7/14/2021                                          (20+) Bisous Bisous Pâtisserie | Facebook





## Bisous Bisous Pâtisserie

@BisousBis · Bakery



🛍 Shop Now

⧉ bisous-bisous.com



3700 McKinney Ave Ste 150
Dallas, TX 75204

GENERAL

👍 6,265 people like this

☑ 6,429 people follow this

◈ 2,623 people checked in here

▦ Bakery · Dessert Shop

HOURS

Bisous Bisous Pâtisserie          🛍 Shop Now      👍 Like      🔍      ···

BUSINESS DETAILS

$ Price Range · $$

049



http://www.bisous-bisous.com/

(214) 613-3570

info@bisous-bisous.com

MORE INFO

**About**

We're a French-style patisserie offering delicious French macarons & pastries to our Dallas customers.

**Additional Information**

In French, Bisous Bisous ( /bi-zu/ ) means "Kiss, kiss" or "Lots of Love". When greeting friends and loved ones, the French kiss each cheek, one kiss... **See More**

Offers free Wi-Fi with purchase

7/14/2021                                   nimbus screenshot app print









20+

# Bisous Bisous Pâtisserie

@BisousBis · Bakery

Shop Now

bisous-bisous.com

Home Photos Reviews Videos More

Like

## Recommendations & Reviews

Most Helpful

**5 out of 5**
Based on the opinion of 85 people

**Do you recommend Bisous Bisous Pâtisserie?**

Yes No

**Marsha Alexander Byers** recommends **Bisous Bisous Pâtisserie**.
Yesterday at 1:15 PM ·

Truly amazing pastries. Sweet and welcoming staff. Great coffee. Love love this place and the staff.

1 · 1 Comment

Like Comment Share

**Bisous Bisous Pâtisserie**
Thank you so much!
Like · Reply · 1d

Write a comment...

**Giada Merlin** recommends **Bisous Bisous Pâtisserie**.
July 9 at 9:56 PM ·

Amazing pastries , very high quality and very creative

**Delicious pastries**

2

Like Comment Share

7/14/2021

(20+) Bisous Bisous Pâtisserie | Facebook

**Kaci 'Osteen' Fleming** 🚩 recommends **Bisous Bisous Pâtisserie**.
July 9 at 5:49 PM · 🌐

They have the best pastries and pies!! Definitely check this place out!!

Delicious pastries · Flaky croissants

👍❤️ 2                                                                    1 Comment

👍 Like          💬 Comment          ↗ Share

Bisous Bisous Pâtisserie
Merci beaucoup Kaci! XOXO 👍 1
Like · Reply · See Translation · 5d

Write a comment...

**Kristin Bewley** 🚩 recommends **Bisous Bisous Pâtisserie**.
Yesterday at 10:41 AM · 🌐

Every pastry I have ever had from Bisous Bisous has been incredibly delicious!! My favorites from the shop are the yummy macarons. I could eat them everyday!!

❤️ 1                                                                    1 Comment

👍 Like          💬 Comment          ↗ Share

Bisous Bisous Pâtisserie
Thank you, Kristin!
Like · Reply · 1d

Write a comment...

**Stacy Lynn** 🚩 recommends **Bisous Bisous Pâtisserie**.
July 12 at 8:01 PM · 🌐

Bisous Bisous has the most heavenly macarons on the planet! My Gram adored them! A++++

👍 1

👍 Like          💬 Comment          ↗ Share

Write a comment...

**Barb Daywitt Johnson** 🚩 recommends **Bisous Bisous Pâtisserie**.
July 9 at 4:44 PM · 🌐

Bisous Bisous has the very best macaroons and croissants I've ever tasted. Every macaroon I've seen from there is complete perfection in looks, flavor and texture! This a definite stop if you are ever in Dallas. Living in Minnesota and I've yet to find macaroons of this level. Tasty decadence. The owners are incredible as well! If I could only convince them expand their business to Rochester!

Unique desserts · Tasty cupcakes · Good for breakfast

054

20+

Like Comment Share

Bisous Bisous Pâtisserie
Thank you so much! ❤️

Like · Reply · 5d

Barb Daywitt Johnson replied · 1 Reply

Write a comment...

**Jennifer Santiago** recommends **Bisous Bisous Pâtisserie**.
March 28 ·

The best buttery, flaky croissants I've had in a long time. Everything and everyone was wonderful!

**Delicious pastries · Flaky croissants**

1 2 Shares

Like Comment Share

Write a comment...

**Trey Chapman** recommends **Bisous Bisous Pâtisserie**.
February 5 ·

Bisous Bisous Pâtisserie is one of the most amazing pastry shops in the United States of America 🇺🇸. Everything I try is always a trip straight to #Deliciousville.
You owe it to yourself to visit Bisous Bisous and chow down!

**Delicious pastries**



20+

Like Comment Share

Write a comment...

**Chamanthi Yost** recommends **Bisous Bisous Pâtisserie**.
October 17, 2020 ·

Amazing desserts. They did my daughter's cake and it looks amazing! Great customer service!

**Best coffee · Custom cakes · Unique desserts**

2

Like Comment Share

Write a comment...

**Bret Wortham** recommends **Bisous Bisous Pâtisserie**.
November 21, 2020 ·

I have liked everything I have purchased from bakery. The cruffins are fantastic.

**Flaky croissants**

2 1 Comment

Like Comment Share

**Bret Wortham**
My comment is still true today.
Like · Reply · 4d

Write a comment...

**Ahmad Atiyah** recommends **Bisous Bisous Pâtisserie**.
October 13, 2020 ·

Never disappoints!! Highly recommended.

