# Exhibit D





# Bisous Bisous Pâtisserie

256 reviews

 Claimed  •  $$  •  Bakeries, Coffee & Tea, Desserts    Edit

Closed   8:00 AM - 5:00 PM

See 375 photos

Write a Review    Add Photo    Share    Save

## COVID-19 Updates                                               Edit

**Updated Services**

✓ Delivery           ✓ Takeout            ✓ Curbside pickup

**Health & Safety Measures**   Based on info from the business or our users

✓ Social distancing enforced    ✓ Hand sanitizer provided    ✓ Limited capacity

## Review Highlights



"Was surprised to see a little Patisserie nestled in the **West Village** so I had to stop in for some macarons." in 23 reviews

"I had to get the **pistachio croissant** (see photo, because you will too!) and my daughter picked out the opera cake." in 9 reviews

"I took baking author Rose Levy Beranbaum in to visit **Andrea**'s shop and we purchased a croissant and an éclair." in 8 reviews

## Location & Hours

|     |                  |
| --- | ---------------- |
| Mon | 8:00 AM - 5:00 PM |
| Tue | 8:00 AM - 5:00 PM |

**bisous-bisous.com**

(214) 613-3570

**Get Directions**
3700 McKinney Ave Ste 150 Dallas, TX 75204

### You Might Also Consider
Sponsored



**Adelmo's Ristorante**
★★★★ 81
3.2 miles

"Let me start by saying this is the first time that even an appetizer…" read more



**Merit Coffee**
★★★★ 60
0.9 miles

"Cute little shop. Stopped by on a Saturday morning, only allowing one…" read more



7/15/2021                                Cross section of kouign amann de Bretagne ($4.75) – croissant pastry, caramelized sugar, Plugra butter



| | | |
|---|---|---|
| Wed | 8:00 AM - 5:00 PM | Closed now |
| Thu | 8:00 AM - 5:00 PM | |
| Fri | 8:00 AM - 5:00 PM | |
| Sat | 8:00 AM - 5:00 PM | |
| Sun | 10:00 AM - 3:00 PM | |

**3700 McKinney Ave**
Ste 150
Dallas, TX 75204
Uptown

**Get directions**

✏ Edit business info

## Other Desserts Nearby   Sponsored ⓘ



**Baldo's Ice Cream & Coffee**

131    📍 **2.6 miles** away from Bisous Bisous Pâtisserie

**Ford C. said** "The team at Baldo's truly transformed a neighborhood. I'm not going to lie, when I walked in the first time I was overwhelmed… I am a vanilla guy. Luckily, I was able to get out of my comfort zone and try the flight. BEST decision…"   **read more**

in Desserts, Coffee & Tea



**Crumbl Cookies - Lake Highlands**

79    📍 **4.4 miles** away from Bisous Bisous Pâtisserie

**Rob N. said** "Some advice....when a customer asks for a "CONGRATS" sticker for ONE of two boxes they bought, which one is a gift, would be nice to give them the big sticker and string to tie it up. We've been here five times. Four out of five…"   **read more**

in Bakeries, Desserts

## Amenities and More

🚚  Offers Delivery                           🛍  Offers Takeout
✓  Accepts Credit Cards                  ✓  Accepts Apple Pay

**12 More Attributes**

## About the Business

  **Andrea M.**
Business Owner

At Bisous Bisous Pâtisserie, we specialize in French-style pastries and pride ourselves on fresh, original creations tailored to each customer. We use the finest ingredients and handcraft delicious pastries & macarons daily.

**Read more**

## Ask the Community                                                    **Ask a question** +

**Q:**  How is this business operating during COVID-19? Are they offering takeout, delivery, or both? Anything else to note about them right now?

**A:**  No answers yet. **Answer this question**

**Recommended Reviews**

ⓘ  **Your trust is our top concern,** so businesses can't pay to alter or remove their reviews. Learn more.  ✕

**Search within reviews**

[Search within reviews]   [Yelp Sort ⌄]   [English (254) ⌄]

**Username**
Location
📷 0   ⭐ 0

Start your review of **Bisous Bisous Pâtisserie.**

---

**Jocelyn R.**
Cambridge, MA
📷 12   ⭐ 33   🖼 4

★★★★★ 7/9/2021

BISOUS BISOUS is AMAZING. I worked for a Parisian trained pastry chef and became a pastry snob so believe me when I say the almond croissants here (along with their other detectible offerings) are one of the few places in the USA (literally) that gets them right. Add in the top of the line service, overwhelmingly welcoming atmosphere, and cute dog-friendly patio...I would give them 100 stars if Yelp allowed it. I drive over an hour each way on a regular basis to buy goodies from here and know I'm not the only one!

Please note, this cafe is in a trademark/legal battle with Bisous Dallas, which is down the road, completely unaffiliated, and unfortunately caused tons of confusion amongst reviewers. BISIOUS BISIOUS, this amazing bakery, owns the name and is being unintentionally harmed by confused reviewers. Please support this amazing local business...you'll be so glad you did and want to post your own 5-star review!!!

ⓘ Useful **7**   😄 Funny   😎 Cool

---

**Ryan R.**
Mechanicsville, Atlanta, GA
📷 0   ⭐ 12   🖼 20

★★★☆☆ 5/8/2021
📷 1 photo

Overall my experience here was pretty average. There was a bit of a wait time and the staff seemed a little new  so the service could have been better. There was also a beverage on the menu that was no longer available. Tried the pistachio and chocolate eclairs, the pistachio one was good the chocolate one was just okay. Also walked away with an iced mocha which was okay too.

Overall the storefront is cute and the pastries look good but the taste and service were both just okay.


Pistachio eclair and chocolate eclair

ⓘ Useful   😄 Funny   😎 Cool

060

7/15/2021                           Cross section of kouign amann de Bretagne ($4.75) – croissant pastry, caramelized sugar, Plugra butter

**Danielle A.** Elite 2021
Rowlett, TX

34   211   349

★★★★★   4/24/2021

📷 2 photos

A truly hidden (Apple Maps didn't even lead me to the correct place) gem.

This place has French pastries you don't normally see (looking at you, pistachio croissant). The woman at the counter was so friendly and patient as I browsed everything. We found this place as part of the AmazingCo Mystery Picnic, so what we got was predetermined (ham and Gouda cruffins, absolutely delicious), but we also ordered two Honey lavender iced lattes. They make their own syrup and sell it there and it's by far the best honey lavender latte I've had.

I want to come back and try more things ASAP!


Storefront


Offerings in the case.

Useful 1   Funny   Cool

**Rawan A.** Elite 2021
Murphy, TX
4   56   174


★★★★★   7/13/2021

My favorite pastry shop in Dallas !! Such friendly staff with creative desserts that are absolutely delicious. Perfect spot for a photoshoot and coffee meetup.

Useful 2   Funny 2   Cool 2

**Ellen C.** Elite 2021
San Antonio, TX
245   240   1579


★★★★★   7/1/2021

📷 4 photos   ✓ 2 check-ins

Found this gem while visiting Dallas! This bakery is not so conspicuous. It's a small bakery but they have such a good selection of pastries. I have tried pistachio croissant, almond croissant, chocolate babka looking pastries (photo attached) and cinnamon roll. My favorites are the chocolate bread (I'm unsure of the name) and the almond croissant. The fillings are so good. They are also very generous with the ingredients. Prices range from 4-5 dollars per pastry. There was a mini line when I went on Sunday morning but I still recommend going there when they open as there are more selections to choose from!

   

Useful 1   Funny   Cool 1

7/15/2021                 Cross section of kouign amann de Bretagne ($4.75) – croissant pastry, caramelized sugar, Plugra butter



**Eric M.**  Elite 2021
Dallas, TX
98  255  418

★★★★★  7/5/2021
📷 4 photos

It's hard to fathom this place has been open for six years and we just noticed it. Tucked away behind a suit store in West Village, Bisous Bisous has a tempting array of pastries. Of course, I had to try the fanciest, which turned out not to be sweet (although it was undoubtedly calorie-packed). A wonderful treat!

   

Useful   Funny   Cool

**Melanie L.**  Elite 2021
Southlake, TX
82  192  130

★★★★☆  5/6/2021
📷 8 photos   ✓ 1 check-in

Pretty little bakery in uptown and friendly counter service. One customer at a time allowed but plenty of outdoor seating and easy parking. It smells amazing and the most popular items are almond croissants, scones and macarons. We were excited to try the koign anamn which is so hard to find. Flavors of macarons are different too.

   

See all photos from Melanie L. for Bisous Bisous Pâtisserie

Useful 2   Funny 2   Cool 2

**Lindsey A.**
Houston, TX
1  19  1

★★★★★  7/13/2021

Best macaroons in dallas! It's always such a welcome treat to pop in for a quick indulgence when shopping in the area. Love this little gem

Useful   Funny   Cool

**Shivani P.**
Houston, TX
0  5  2

★★★★★  7/13/2021

An amazing place with such beautiful smiles! I always try something new when I visit and never fail to fall in love!

Useful   Funny   Cool



**Omar M.**
Chandler, AZ
277  4

⭐⭐⭐⭐⭐ 7/14/2021

Amazing place, great tasting pastries and cakes, even better customer service! We had birthday cakes made here and they came out great.

| Useful | Funny | Cool |

◀  **1**  2  3  4  5  6  7  8  9  ▶                           1 of 26

24 other reviews that are not currently recommended ⌄

## You Might Also Consider   Sponsored ⓘ



**Nespresso Boutique**
⭐⭐⭐⭐ 120                                          📍 4.3 miles away from Bisous Bisous Pâtisserie

**Marty C. said** "My girlfriend and I were shopping at Northpark Mall a couple of Saturdays ago, and were in need of caffeine to keep us going. Upon entering Nespresso and thinking we'd get lattes to go, we were told they only serve in house. After..."  **read more**
in Coffee & Tea



**Smallcakes Medallion**
⭐⭐⭐⭐½ 45                                          📍 4.3 miles away from Bisous Bisous Pâtisserie

**Howard L. said** "I bought a dozen cupcakes here about 20 min before closing. I thought the selection by that point would be sparse, but to my surprise, almost all the flavors had at least 2 or more cupcakes still available. Cupcakes were certainly..."  **read more**
in Desserts

## Collections Including Bisous Bisous Pâtisserie

    

🔖 49          🔖 106          🔖 61          🔖 22

**Dallas / Fort Worth Eats**    **DFW Foodie**              **Kimical's Faves**    **Best Dessert Spots In DFW**    **Dallas, Texas**
By Hazel V.                     **Recommendations**          By Kim S.              By Vero M.                        By Shawna F.
                                By Hong L.

7/15/2021 nimbus screenshot app print

screenshot-www.google.com-2021.07.15-10_32_05
20patisserie%20review&rlz=1C1CHZO_enUS935US935&oq=google+bisous+bisous+patisserie+review&aqs=chrome..69i57j69i64.7561j0j4&sourceid=chrome&ie=UTF-BiaXNvdXMgcGF0aXNzZXJpZSoICAIQARABEAKSAQpwYXRpc3NlcmllmgEkQ2hkRFNVaE5NRzluUzBWSlEwRm5TVVJqYjA5VWRuUlJSUkFC,y,zjyVu3eMWmw;mv:
47001279999999]];tbs:lrf:!1m4!1u3!2m2!3m1!1e1!1m4!1u2!2m2!2m1!1e1!1m4!1u1!2m2!1m1!1e1!1m4!1u1!2m2!1m1!1e2!2m1!1e2!2m1!1e1!2m1!1e3!3slAE,lf:1,lf_ui:9
15.07.2021



7/15/2021 nimbus screenshot app print

screenshot-www.tripadvisor.com-2021.07.15-08_47_19
https://www.tripadvisor.com/Restaurant_Review-g55711-d10711668-Reviews-Bisous_Bisous_Patisserie-Dallas_Texas.html
15.07.2021



7/15/2021  nimbus screenshot app print

**CUISINES**

French

**MEALS**

Breakfast, Lunch, Dinner

**FEATURES**

Wheelchair Accessible, Takeout

**View all details**
Features

## Location and contact

- 3600 McKinney Ave., Dallas, Tx, Dallas, TX 75204-1437 ↗
- Oak Lawn
- Website ↗
- Call

Improve this listing

Does this restaurant have **tables with seating**?
☐ Yes   ☐ No   ☐ Unsure

**Reviews (19)**   Write a review

066

7/15/2021                                                                    nimbus screenshot app print

## Reviews (19)

**Traveler rating**

- Excellent ████████████████████████ 14
- Very good ████ 2
- Average █ 1
- Poor ██ 2
- Terrible 0

**See what travelers are saying:**

🔍 Search reviews

**Selected filters**

[ Filter ⌄ ]  [ English ✕ ]

**LindaF752**

●●●●● Reviewed October 5, 2020

### Wonderful Patisserie!

This is the cutest little bakery with wonderful macarons and other sweet treats. I also loved their coffee. Don't miss this place in the Uptown area of North Dallas in West Village shopping area.

**Date of visit:** September 2020

Helpful?  👍 2

---

**PhotoInge**
**North Bend, Washington**

●●●●● Reviewed August 6, 2019

### Yummy pastries

Very nice little patisserie in North Dallas. Macarons as well as many authentic European pastries of very high quality. This a billion times better than American cakes and cookies. Also very good coffee (espresso) drinks. Quite small and only a few tables, but you can take home.

**Show less**

**Date of visit:** August 2019

●●●●● Value                          ●●●●● Service
                                      ●●●●● Food





chrome-extension://bpconcjcammlapcogcnnelfmaeghhagj/edit.html                                          3/6

067

7/15/2021 nimbus screenshot app print



See all 34 reviews by PhotoInge for Dallas
**Ask PhotoInge about Bisous Bisous Patisserie**

👍 2  Thank PhotoInge 🚩

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

---

 hiepsimu

●●●●○ Reviewed July 2, 2019

### Best coffee éclairs west of the Hudson River

Most éclairs you find in the US are either filled with crème pâtissière, crème Chantilly or chocolate so we were glad to find this tiny pâtisserie in Dallas West Village that serves coffee éclairs. Freshly made, the puff pastry shell should be chewy and moist and these were almost perfect. The coffee filling and icing could use a stronger flavor, but I guess you could order the éclair with a double espresso, all served by a friendly and engaging staff.

Show less

**Date of visit:** June 2019

●●●●○ Value          ●●●●● Service
                      ●●●●○ Food

**Ask hiepsimu about Bisous Bisous Patisserie**

👍 Thank hiepsimu 🚩

*This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.*

**View more reviews**

---

## Best Bakeries                                            See all

  

**Emporium Pies**              **Fluellen Cupcakes**         **Sprinkles Dallas Cupcakes**
●●●●● 345 Reviews              ●●●●● 94 Reviews              ●●●●○ 152 Reviews
$$ - $$$, American             $$ - $$$                      $$ - $$$, American

7/15/2021 nimbus screenshot app print



## Questions & Answers

Get quick answers from Bisous Bisous Patisserie staff and past visitors.

Note: your question will be posted publicly on the Questions & Answers page.

Hi, what would you like to know about this restaurant?

Submit                                                              Posting guidelines

## Is This Your Listing?

Own or manage this property? Claim your listing for free to respond to reviews, update your profile and much more.

Claim Your Free Listing

# Frequently Asked Questions about Bisous Bisous Patisserie

Does Bisous Bisous Patisserie offer takeout?

Does Bisous Bisous Patisserie offer delivery?