070

# Exhibit E



    

**HAUTE SCENE** — Hublot Kicked Off Their Summer Series In The Hamptons Celebrating Haute Living's Cover Star Jean-Georges

**CELEBRITIES** — With 4 Guinness World Records To His Name, Ozuna Is Ready To Take On A New Challenge: Acting

**HAUTE SCENE** — Haute Living Celebrates Launch of RBJ Capital Management at Marion Miami

**COVER STORY** — Life Is Beautiful For Christie Brinkley

**COVER STORY** — Mario Carbone Is Expanding His Culinary Empire One City At A Time



# Dallas: Inaugural Park and Palate a Haute Success

HAUTE CUISINE, HAUTE SCENE    September 28, 2015    by Marye Audet

  

Park and Palate, held at Klyde Warren Park September 25 and 26, was a raging success. While we don't have information on the numbers of people who attended the two day fundraising event, we know that the park was packed both Friday night and Saturday afternoon. We were there and we've got the inside info.



Bisous Bisous served amazing strawberry basil parfaits topped with a tiny basil macaron.

Photo Credit: Erynne Nicole Photography

Friday night was perfect for *Down to the Roots,* a competition for the best comfort food. Clear and comfortable, we couldn't have ordered a better evening. The culinary tug-of-war between several well known chefs vying for the grand prize of custom made boots was too close to call for the average person. The food was as incredible as expected and we were glad that we weren't judging.

## RELATED ARTICLES



**CITY GUIDE**

### Where Will You Find The World's Most Expensive French

By Laura Schreffler



**HAUTE CUISINE**

### LA Comes To London With The Opening Of The Polo Lounge

By Laura Schreffler



**HAUTE CUISINE**

### Nobu Matsuhisa Is Popping Up At The Newly Opened French

By Laura Schreffler


Amanda Freitag was one of the celebrity judges for Saturday night's Down to the Roots.

Photo Credit: Marye Audet

Our personal favorites were the peanut butter and jelly ice cream sandwiches with edible glitter, the chicken fried antelope, and the bitters soaked chocolate cake with Luxardo cherries. Judges Amanda Freitag (Chopped), Patricia Sharpe (Texas Monthly), and Tyler Seguin (Dallas Stars) had the difficult chore of making the final decision.

We listened to the Paul Thorn Band, under the bright stars, as we sipped a refreshing vodka gimlet and watched the flow of people as they danced, laughed, and partied it up.


The Blackened Red Snapper from Savor melted in your mouth with a fiery explosion of flavor.

Photo Credit: Erynne Nicole Photography

Saturday's events started at noon and the day was glorious in every way. More chefs and restaurants were represented, as well as plenty of wines and spirits. We drifted from spot to spot tasting everything at least once and several things twice. Saturday's highlight, in our opinion, was the Strawberry Basil Custard Parfait with adorable mini basil macarons on the top from Bisous Bisous. The BLT marcarons from Bolsa were as indescribable as they were irresistible. Danyele McPherson of Remedy provided the creamiest ice cream imaginable topped with crispy black sesame.



**CELEBRITIES**

Cocktail Of The Week: Dakota Fanning's The Dakota Margarita

By Laura Schreffler



## LATEST NEWS



**NEWS**

Denise Rich Dishes On Bringing Her Angel Ball To The

By Laura Schreffler



**CELEBRITIES**

072





Dulce de leche roll, bison dumplings, and carnitas taco. Photo by Lauren Bannister.

FESTIVALS

# Taste of Dallas 2019 Focused on Neighborhoods

**Here's our take.**

BY LAUREN BANNISTER | PUBLISHED IN FOOD & DRINK | JUNE 10, 2019 | 2:00 PM



Crowds lined up in good spirits at Dallas Market Center for the 33rd annual Taste of Dallas over the weekend.

In addition to the beer and wine gardens, this year featured a Whiskies of the World element (more than 200 international spirits), chef-mentored student cooking competitions (overseen by chefs such as Matt McCallister and John Tesar),



073

and Taste of the Neighborhoods, which grouped participating restaurants by neighborhood to pay homage to areas of the city. This was a favorite part. Here's what the neighborhoods had to offer.

### Deep Ellum/The Cedars

**Niwa Japanese BBQ:** Niwa, true to form, served a rice bowl topped with charred beef belly, pickles, green onion, their house tare sauce, and egg. Between the tender beef and delicate toppings, this bowl was one of my favorite things from the day.

**Empanada Cookhouse:** When I asked which out of the four empanadas I should choose, the guy working recommended them all. The chicken empanada was juicy, with a nice, crisp dough. The pork empanada sealed the deal with a hint of sweet pineapple. The signature sauce was sweet, spicy, and delicious.

### Uptown/Victory Park

**Taqueria La Ventana:** Their carnitas taco was a mound of juicy pork, cilantro, green onion, wrapped inside a corn tortilla and accented with lime.

**San Martin Artisan Bakery:** The dulce de leche roll from this relative newcomer had the perfect amount of cream. Not overly sweet, it's paired with a flaky croissant and powdered sugar to be a tasty bite.

**Bison Bar and Grill:** The Bison dumpling from this new bar on Ross Ave. that highlights the esoteric meat was decent and a great portion size, but the real winner here was the sauces that accompanied the dumplings. Combine the sweet chili Tatanka sauce with the "heat sauce" for the perfect blend of sweet and spicy to set off the thin-skinned, crispy, crunchy bison roll.



**Park Cities**

**Kuai Asian Kitchen:** We tried both the Tokyo chicken and Seoul beef bowls. The Tokyo bowl had steamed broccoli, carrots, onions with sesame teriyaki sauce, while the Seoul bowl had a sweet note with its Korean bulgogi prepared with marinated thinly sliced sirloin steak and steamed veggies.

**Downtown/Farmers Market**

**Bam's Vegan:** The mac and cheese was topped with bread crumbs and basil and served with a salsa on the side that combines to make an impression that's spicy and fresh.

**The Artisan:** A bowl of tomato basil soup was almost too beautiful to eat. It packed a bit of heat in each bite, but was cooled by the sour cream dolloped on top with a hint of basil. I have found my favorite version of tomato basil soup.

**Knox/Henderson/West Village**

**Chef Junior Borges:** Rock shrimp came as a creamy and delicious dish with coconut milk and cilantro.

**Bisous Bisous:** Amid the assortment of French macarons, I chose the lavender and mint pastry for something new. The sweet, classic treat was decadent in texture, but bold. If you don't like lavender or mint as spring bites, then you may want to stick with a simpler flavor.

**Bishop Arts/Oak Cliff/Trinity Groves**

**Bahn Mi Station:** This Asian fusion spot's red curry mac and cheese was creamy without overdoing it and managed to pack some heat at the end of the bite. I reached for extras of the helpings, topped off with a little bit of green onion.

**Corrientes 348:** The Matambrio sandwich is an Argentinian-style boneless beef rib sandwich with mozzarella, tomato, and



075