Exhibit F

7/14/2021                                    nimbus screenshot app print

screenshot-cravedfw.com-2021.07.14-22_09_06
https://cravedfw.com/2021/03/17/celebrate-macaron-day-with-bisous-bisous/?fbclid=IwAR2v5D9Q03b_XoguCz2nTqe5p8sA_-5J8UruAL0DDXVYSX16q49UpgzbrxE
14.07.2021

HOME    ABOUT    CONTACT    CRAVE RADIO



**Find out the latest about food and entertainment in the DFW area!**









← The Best Fish and Chips in Dallas              Vidorra Goes Crazy for Tacos →

BY STEVEN DOYLE | MARCH 17, 2021 · 11:22 AM          ↓ Jump to Comments

## Celebrate Macaron Day with Bisous Bisous



The joy of a French macaron! The delicate meringue cookie is a sweet luxury to taste yet a sensitive and challenging dessert to perfect. It is no wonder that it has its own holiday, Macaron Day, that is celebrated around the world on March 20th. This year, **Bisous Bisous Pâtisserie**, the award-winning bakery in West Village in Dallas, will be paying tribute by offering one free churro-flavored macaron to every customer on Macaron Day (Saturday, March 20) between 8am to 5pm.

The churro macarons, inspired by neighboring Mexico's popular cinnamon and sugar fried dough pastries, are a limited-edition flavor only available on Macaron Day.

Rate this: 👍 1 👎 0  Rate This

Share this:

 



### Search Our Site

[            ]  Search

### Archives

Select Month ▾

077

 **Restaurants** ⌄                                                            🔍

# Bisous Bisous Patisserie



Photo by Catherine Downes

3700 McKinney Ave.
Ste. 150
Dallas, TX 75204
214-613-3570 (phone)

[Official Website ↗](#)

**CATEGORY:** **BAKERIES**

**AWARDS**

**Readers' Choice:** Best Bakery for Sweets ( 2016 )

**Best of Big D:** Best Bakery for Sweets ( 2015 )

**PROFILE**

The French-style bakery located in Uptown features a retail shop, open kitchen and coffee bar that brews beans from Noble Coyote Coffee Roasters. Chef and owner, Andrea Meyer, has been supplying pastries and desserts to Ascension Coffee the Nespresso Café at Northpark Center and taking online orders, but this is her first storefront. The menu offers a variety of seasonally-rotating French-style pastries including French macarons, éclairs, tarts, croissants and cakes.

Let this restaurant know you found them on D Magazine's Online Directories.

**HOURS OF OPERATION**

**Sunday:**
9:00am - 5:00pm

**Monday:**
7:00am - 7:00pm

**Tuesday:**
7:00am - 7:00pm

**Wednesday:**
7:00am - 7:00pm

**Thursday:**
7:00am - 7:00pm

**Friday:**
7:00am - 7:00pm

**Saturday:**
7:00am - 7:00pm

**FEATURES**

Food Delivery

Takeout

**REQUEST EDITS TO YOUR LISTING**

079

7/12/2021          Best Burger | Junction Craft Kitchen | Food & Drink | Best of Dallas® | Dallas Observer

# DALLAS
# Observer®

SUPPORT US                                                                                        ACCOUNT

## BEST OF DALLAS®



Best of Dallas® 2017
CITY OF TOMORROW

◀ **2017**  2016  2015  2014  2013 ▶

NEIGHBORHOODS

×

# KEEP DALLAS BSERVER FREE

SUPPO US

∨

**Best Of** :: Food & Drink

BEST OF DALLAS®  ///  FOOD & DRINK  ///  2017

## BEST BAKERY
## Bisous Bisous Patisserie

MAP IT

ARTS & ENTERTAIN…

FOOD & DRINK

SHOPPING & SERVI…

SPORTS & RECREA…

SPORTS

READERS' CHOICE



*Scott Reitz*

This West Village patisserie is so much more than macarons. From ice cream sandwich pop-ups with fresh-baked cookies to fun hybrid desserts like croissant waffles, Bisous Bisous keeps experimenting in delicious ways. Classic desserts such as chocolate croissants shine, but we particularly love chef-owner Andrea Meyer's quirky collaborations with local chefs such as Brian Luscher, who helped Bisous Bisous create savory "cruffins" (croissant muffins) in flavors like cheeseburger and pizza.

Readers' Pick: Village Baking Co.

**3700 McKinney Ave., Dallas, 75204**   MAP
**214-613-3570**
bisous-bisous.com/

081

*Dallas' independent source of local news*

## BEST OF DALLAS®



◀ **2020**  2019  2018  2017  2016 ▶

NEIGHBORHOODS

MAP IT

ARTS & ENTERTAIN…

FOOD & DRINK

**BEST BAKERY**
BISOUS BISOUS PÂTISSERIE

BEST COFFEE SHOP
DAVIS STREET ESPRESSO

BEST BLOODY MARY
THE UPTOWN AT FEARING'S
RESTAURANT

BEST SHAVED ICE
RUBY'S SNO-BALLS

BEST LOCAL COFFEE ROASTER
NOBLE COYOTE COFFEE
ROASTERS

# KEEP DALLAS BSERVER FREE

SUPPO
US

∨

## Best Of :: Food & Drink

BEST OF DALLAS®  ///  FOOD & DRINK  ///  2020

### BEST BAKERY
# Bisous Bisous Pâtisserie



*courtesy Bisous Bisous*

Sure, the lemon meringue cruffins are beautiful. The precision of every drip, dollop and sprinkle on the house-made cakes may bedazzle you. And the strawberry-basil macarons and framboise cakes are so light in touch and bright in flavor they're hard to forget. But, the true mark of a baker is creating magic with the basics: flour, butter and sugar. Don't sleep on these at Bisous Bisous. The croissants and kouign-amanns will ruin you. Let it happen.

**3700 McKinney Avenue, Ste. 150, Dallas, 75204**     MAP
**214-613-3570**
bisous-bisous.com/

082

# 10 Places to Indulge in Dallas's Finest Macarons

The trendiest dessert of the moment.



VIEW AS MAP

Joy Macarons in Bishop Arts. | Lori Bandi/EDFW

by Amy McCarthy  Updated May 7, 2015, 2:30pm CDT

If you don't closely follow dessert and pastry trends, you may have missed the memo that **cupcakes are decidedly out**, and **macarons** have taken their place as the patisserie du jour. Don't confuse these fussy French cookies with the coconut macaroons from your past, though, because they are completely different. Because the delicate almond meringue French cookies are rather finicky, you won't find them among the offerings at many of the city's bakeries; nonetheless, there are plenty of places to find an excellent macaron when you're craving something that's a little swankier.

**Note:** Restaurants on this map are listed geographically.

# 1. Kate Weiser Chocolate



3011 Gulden Lane #115
Dallas, TX 75212

(214) 326-6419
Visit Website

Kate Weiser's retail shop in Trinity Groves may be brand spanking new, but Weiser herself is no stranger to the Dallas pastry scene. After working at Chocolate Secrets, Weiser is now doing her own thing, and that includes her classic-yet-artistic approach to macarons. Flavors here are innovative, like strawberry basil hibiscus, peach and popcorn, and most oddly, black truffle. Go ahead and buy one of each, because Weiser's creations are completely irresistable.

OPEN IN GOOGLE MAPS        FOURSQUARE

ALSO FEATURED IN:
17 Excellent Options for Father's Day Takeout
Dallas's 17 Best Mother's Day Takeout Options

084

## 2. Rush Patisserie



1201 Eldorado Ave                                                    (214) 749-4040
Dallas, TX 75208                                                     Visit Website

Pastry chef Samantha Rush has some serious chops when it comes to pastry. After studying in France at Le Cordon Bleu, she made her way to Dallas and has been making some of the city's best French-style pastries ever since. Her macarons are no exception. Rush tends to stick to more traditional macaron flavors, like raspberry and pistachio, but you'll find an occasional experimental gem in the case. Whatever you choose, it's likely that you're going to be satisfied.

OPEN IN GOOGLE MAPS

# 3. Chocolate Secrets



3926 Oak Lawn Ave                                                          (214) 252-9801
Dallas, TX 75219                                                            Visit Website

Chocolate Secrets is highly praised for their intricately made and hand-painted chocolate bonbons, but they also offer some pretty solid macarons. On any given day, you'll find a mix of flavors that range from the traditional to wacky, like buttered popcorn and strawberry balsamic. Order a few macaron, a bonbon, and a glass of wine for the complete experience

[ OPEN IN GOOGLE MAPS ]        [ FOURSQUARE ]

ALSO FEATURED IN:
17 Excellent Options for Father's Day Takeout
Where to Find the Fanciest Chocolates in DFW

086

## 4. Crème de la Cookie



6706 Snider Plz                                                                                    Visit Website
Dallas, TX 75205

Creme de la Cookie is pretty darn good at making cookies of all types, and their macarons are no exception. You'll find a pretty standard slate of flavors here, like lemon and vanilla bean, but these macaron are anything but ordinary. Select a few fresh macaron from the brightly colored options in the case and you certainly won't be disappointed.

OPEN IN GOOGLE MAPS          FOURSQUARE

10 Places to Indulge in Dallas's Finest Macarons

## 5. Toni Rivard



NorthPark Center
Dallas, TX 75225

<span style="color:red">(214) 890-7979</span>
<span style="color:red">Visit Website</span>

This bakery kiosk from Creme de la Cookie owner Toni Rivard, located outside Neiman Marcus on the ground floor, is known primarily for hawking cakeballs, but the macarons are significantly better than what

088

you might expect to find in a mall. There aren't a lot of experimental flavors, but you can't go wrong with a sleeve of pistachio and caramel.

OPEN IN GOOGLE MAPS

# 6. Tart Bakery



5219 W Lovers Ln                                                                                        (469) 335-8919
Dallas, TX 75209                                                                                         Visit Website

This whimsical bakery in University Park has the kind of French charm that makes you feel good about ordering the macarons on the menu, and you certainly won't be disappointed. The intensely flavored passion

089

fruit macaron is an interesting departure from some of the more traditional flavors. Pick up a sampler pack of 12 to help you better make a decision about what your favorite flavor is, because science.

OPEN IN GOOGLE MAPS

# Eater Dallas

Sign up for our newsletter.

Email (required)

By signing up, you agree to our Privacy Notice and European users agree to the data transfer policy.

SUBSCRIBE

090

## 7. Bisous Bisous Pâtisserie



3700 McKinney Ave, Dallas
TX, 75204

(214) 613-3570
Visit Website

Long a fixture at the White Rock Local Market, Bisous Bisous now has its very own retail shop in the swanky West Village. Expect flavors like chocolate, hazelnut, coffee, PB&J, pistachio, and toasted coconut, plus rotating seasonal selections. They're $2.25 each, or get them boxed up for a gift ($13 for 6 or $25 for 12).

OPEN IN GOOGLE MAPS          FOURSQUARE

ALSO FEATURED IN:
Where to Find the Best Pies in DFW
17 Excellent Options for Father's Day Takeout

092

## 8. Joe the Baker



768 W. Main Street                                                    <span style="color:red">Visit Website</span>
Coppell, TX 75019

Local pastry wizard Joe Baker (yes, that's his real name) is currently still crafting his French macarons in his home kitchen in Irving, but that shouldn't deter you from seeking out what are likely the most authentic macarons in town. Order directly from his website, get 'em at Bolsa Mercado, or find him weekends at the Coppell Farmers Market. His flavors rotate seasonally, but you can always find a basic chocolate and vanilla option on his website for order. He may even consider your custom flavor suggestions, so if you've got a creative idea for a great macaron, this would be your guy. Past flavor creations have included dreamsicle and tutti frutti.

OPEN IN GOOGLE MAPS

093

7/12/2021                                    10 Places to Indulge in Dallas's Finest Macarons

## 9. Haute Sweets Patisserie



10230 East Northwest Highway                                    (214) 856-0166
Dallas, TX 75238                                                   Visit Website

Haute Sweets' red velvet macaron is a serious hidden gem, flavored with intense dark cocoa and with a
perfectly-sweet and tangy cream cheese filling. These macarons are perfect for any special occasion dinner or
baby shower.

OPEN IN GOOGLE MAPS

094

## 10. Joy Macarons



839 W Davis St                                                             (214) 434-1922
Dallas, TX 75208                                                          Visit Website

One of Dallas's trendiest neighborhoods, Bishop Arts, is now home to a bakery specializing in the trendiest pastry of the moment — seems appropriate, right? Macaron master Liz Lanier offers a variety of flavors for every palate from classics like pistachio, raspberry, and almond to more exotic selections like violet-black currant, rose-lychee and honey-lavender, plus salted caramel, Italian cream, and chocolate chip, all priced at $2 each. Closed Mondays.

OPEN IN GOOGLE MAPS          FOURSQUARE

10 Places to Indulge in Dallas's Finest Macarons

# 17 Excellent Options for Father's Day Takeout

Treat Dad to craft beer, barbecue, fancy chocolate, and so much more



VIEW AS MAP

by Rachel Pinn  Jun 12, 2020, 8:50am CDT
Terry Black's/Facebook

This year, perhaps more than in years past, dads deserve celebrating. With Father's Day coming up on June 21, it's time to start thinking about how to best celebrate all the hard work that dads put into being Dad.

READ MORE

**Note:** Restaurants on this map are listed geographically.

097

# 1. Legacy Food Hall



7800 Windrose Ave
Plano, TX 75024

<span style="color:red">(972) 846-4255</span>
<span style="color:red">Visit Website</span>

For the dad who knows his drinks, Legacy Food Hall offers gift packages and cocktail kits for making DIY old fashioneds and Bloody Marys at home. There's also growlers of beer from the Hall's in-house brewery, Unlawful Assembly. Pre-order here.

Outside at Legacy Food Hall *image courtesy of Legacy Food Hall*

OPEN IN GOOGLE MAPS

ALSO FEATURED IN:
<span style="color:red">Where to Throw the Perfect Bachelorette Party in Dallas</span>

7/12/2021                                                    17 Excellent Options for Father's Day Takeout

## 2. Bulla Gastrobar



6007 Legacy Dr Suite 180                                                                    (972) 805-4590
Plano, TX 75024                                                                              Visit Website

Too much beef in Dad's life? How about pork? Bulla Gastrobar at Legacy West will serve a luxe Father's Day dinner inspired by the cuisines of Spain. Dig into cochinillo, or suckling pig, panadera-style potatoes, pinxtos de pollo, and sweet churros for $230. This meal is intended to serve 6-8 people, and diners can pre-order through Tuesday, June 16 for pick-up on Sunday, June 21.

A spread at Bulla Gastrobar Bulla Gastrobar/Facebook

OPEN IN GOOGLE MAPS          BOOK ON OPENTABLE          FOURSQUARE

ALSO FEATURED IN:
Atlanta Restaurants Offering Splurge-Worthy Tasting Menus
Grab Drinks and Bites at These Happy Hours Around Atlanta

099

## 3. Mi Dia From Scratch



3310 Dallas Pkwy #105                                                                                    (972) 403-7474
Plano, TX 75093                                                                                          Visit Website

Treat Dad to some Texan comfort food: brisket tacos. Mi Dia From Scratch chef Gabriel DeLeon will be wrapping up his Dos Equis braised brisket inside homemade tortillas filled with caramelized onions and roasted poblanos. Tacos for four or six, including rice and beans, are $48 and $72, respectively. Add a margarita kit for six for $42.

All three locations of Mi Dia from Scratch will be serving this Father's Day special for takeout only, but all locations offer limited regular dining as well.

Seasonal margaritas at Mi Dia From Scratch Mi Dia From Scratch on Facebook

OPEN IN GOOGLE MAPS

## 4. Knife Butcher



W Park Blvd
Plano, TX

Bring the steakhouse home for Father's Day. Order online and choose from all of the same cuts of meat (read: like 44 Farms filets and 240-day dry aged ribeyes) available at Knife Steakhouse, packed up to take home. Looking for serious brownie points? Pick up a copy of Tesar's steak-obsessed cookbook to pair alongside.

**Steak at Knife** photo courtesy of Knife Butcher

OPEN IN GOOGLE MAPS

101

## 5. TEN50 BBQ



1050 N Central Expy
Richardson, TX 75080

(855) 783-1050
Visit Website

Need a perfect last-minute option? Hit up this Richardson barbecue favorite for a father's day package that includes your choice of two meats, rolls, sauce, and sides. Add a bottle of TX Blended Whiskey for $25 and call it a day. Call

102

855-783-1050 to order for pickup.

OPEN IN GOOGLE MAPS

ALSO FEATURED IN:
14 Excellent Options For Dining On Christmas Eve & Day

# 6. Fat Straws Bubble Tea



11810 Preston Rd #150                                              (469) 547-2195
Dallas, TX 75230                                                    Visit Website

Introduce dad to the magic of the mochi doughnut with one of Fat Straws's Father's Day "smile packs." Available in regular and "junior" sizes, the packs include mochi doughnuts in flavors like black sesame and passionfruit, plus a

gallon (or half-gallon) of the shop's freshly made boba teas. Preorder online for pickup by Friday, June 19 for pickup.

**Teas at Fat Straws** Kathy Tran

OPEN IN GOOGLE MAPS

## Eater Dallas

Sign up for our newsletter.

Email (required)

By signing up, you agree to our Privacy Notice and European users agree to the data transfer policy.

SUBSCRIBE

104

## 7. Asian Mint



11617 N. Central Expwy, Suite 135                                    (214) 363-6655
Dallas, TX 75243                                                     Visit Website

Keep it simple and cook at home with a beer and Thai food Father's Day kit. Preorder Asian Mint's kit by Saturday and enjoy Thai beef jerky, papaya salad, green basil fried rice, pad wood sen and a 6-pack of Asian beer for $75.

105

OPEN IN GOOGLE MAPS

ALSO FEATURED IN:
Dallas's 19 Best Thanksgiving Day Dinner Options
Dallas's 17 Best Mother's Day Takeout Options

106

## 8. Sweet J's Bakery



2904 San Medina Ave
Dallas, TX 75228

909-455-8427
Visit Website

The bakery formerly known as Peckish Pies has created a package they're calling The Great Father's Day Special. Picture a half pound of English toffee plus a personal chocolate bourbon pecan pie or half dozen brown butter chocolate chip cookies, all of which can show up at Dad's (or your!) door for just $20. Order online.

OPEN IN GOOGLE MAPS

# 9. Chocolate Secrets



3926 Oak Lawn Ave                                                                (214) 252-9801
Dallas, TX 75219                                                                   Visit Website

Send the message that he makes life sweet! Give your chocolate-and-bourbon loving dad a 16-piece box of barrel-aged handcrafted bonbons from Chocolate Secrets on Oak Lawn. Buy the $74 gift online or pick it up to-go.

Chocolate Secrets/Facebook

OPEN IN GOOGLE MAPS          FOURSQUARE

ALSO FEATURED IN:
Where to Find the Fanciest Chocolates in DFW
Where to Sip Fancy Tea in DFW

7/12/2021                                    17 Excellent Options for Father's Day Takeout

# 10. Greenville Avenue Pizza Company



1923 Greenville Ave                                                      (214) 826-5404
Dallas, TX 75206                                                          Visit Website

Something decadent that your dad might not expect? How about a massive two-foot-long, three pound meatball sub,
a pound of fries and a six-pack of Shiner? For $45, the look on his face alone will be worth every penny.

Giant meatball sub, beers and fries at GAPCo *Photo courtesy of Greenville Avenue Pizza Company*

| OPEN IN GOOGLE MAPS |   | FOURSQUARE |

ALSO FEATURED IN:
14 Excellent Dallas Pizzerias
11 Great Dallas Restaurants Serving Takeout Right Now

109

## 11. Eatzi's Market & Bakery



3403 Oak Lawn Ave
Dallas, TX 75219

<span style="color:red">(214) 526-1515
Visit Website</span>

If a socially distant picnic is part of your Father's Day plan, Eatzi's is a classic choice for grab-and-go salads, sandwiches, charcuterie and more. Definitely add a slice of Eatzi's special Father's Day cake, which involves white chocolate mousse, chocolate glaze, and tons of Butterfinger candy.

Butterfinger White Chocolate Cake at Eatzi's *Kathy Tran*

OPEN IN GOOGLE MAPS

ALSO FEATURED IN:
11 Great Dallas Restaurants Serving Takeout Right Now
Dallas' 12 Best Irish Restaurants & Pubs

## 12. Bisous Bisous Pâtisserie



3700 McKinney Ave #150
Dallas, TX 75204

(214) 613-3570
Visit Website

Got a pastry fanatic as a father? Order a Father's Day Pastry Box from Bisous Bisous Patisserie in West Village.
Inside, Dad will find this West Village bakery's twist on a Pop Tart, a show-stopping kouign amann, and more

111

decant pastries. Order in advance online at www.bisous-bisous.com and by calling 214.613.3570 for curbside pick-up.

Father's Day pastry box by Bisous Bisous photo courtesy of Bisous Bisous Patisserie

OPEN IN GOOGLE MAPS          FOURSQUARE

ALSO FEATURED IN:
Where to Find the Best Pies in DFW

# 13. Foxtrot Market



2822 McKinney Ave                                                           (972) 685-6499
Dallas, TX 75204                                                            Visit Website

Let's say you don't realize Sunday is Father's Day until Saturday night, or even a couple hours before you're supposed to see dear old Dad. This chic specialty grocer offers themed gift boxes, or you can always customize your

own to suit Dad's tastes, with options like luxe coffee, wine, chocolate, and more. Best part? This gift can be delivered.

"Coffee Dad" gift basket from Foxtrot image courtesy of Foxtrot

OPEN IN GOOGLE MAPS

# 14. Meddlesome Moth



1621 Oak Lawn Ave
Dallas, TX 75207

(214) 628-7900
Visit Website

Meddlesome Moth will offer a couple of curbside-only options for Father's Day grilling. There's The Butcher's Box for $65 with two Black Angus ribeyes, Luscher's Meatfight sausage and pretzel buns plus sides and dessert. And then

113

the Grill Master Kit with four grass-fed chuck patties, four 44 Farms beef hotdogs, buns, sides and all the accoutrements. Order online or call 214-628-7900; Meddlesome Moth's dining room is open for dine-in service.

OPEN IN GOOGLE MAPS    BOOK ON OPENTABLE    FOURSQUARE

ALSO FEATURED IN:
18 Excellent Dallas Happy Hours for Drinking on the Cheap
14 Excellent Options For Dining On Christmas Eve & Day

## 15. Miriam Cocina Latina



2015 Woodall Rodgers Fwy                                      (214) 855-5275
Dallas, TX 75201                                               Visit Website

Bring home a family-style fajita dinner with chicken, steak or shrimp served with beans and rice, chips and Miriam's signature salsa trio starting at $60, or upgrade to "The Padres Dinner" which includes a ribeye, poblano mashed potato and grilled asparagus for $32 per person. Paloma Brava and La Monarca Margarita kits that serve 4-6 are $30 and $50 respectively. Dine in and takeout are available.

Inside Miriam Cocina image courtesy Miriam Cocina

OPEN IN GOOGLE MAPS

ALSO FEATURED IN:

Where to Drink Excellent Margaritas in Dallas

115

## MORE IN MAPS

The 38 Essential Dallas Restaurants

12 Excellent Dallas Drive-Thrus

18 Essential Dallas Drinking Destinations

116

17 Excellent Options for Father's Day Takeout

117

17 Excellent Options for Father's Day Takeout

Where to Find the Best Pies in DFW

# Where to Find the Best Pies in DFW

Let the pastry experts be in charge of holiday baking this year



VIEW AS MAP

Emporium Pies serves up serious stunners. | Emporium Pies/Facebook

by Rachel Pinn and Amy McCarthy  Updated Nov 17, 2020, 12:12pm CST

Wherever your dessert allegiances lie, there's no disputing the universal appeal of sweet, delicious pie. Some folks are pretty hardcore members of Team Cake, but the combination of creamy custard or fresh fruit tucked into a buttery, flaky crust is undeniably one of life's greatest pleasures.

READ MORE

**Note:** Restaurants on this map are listed geographically.

# 1. Nature's Plate



10233 E NW Hwy #432                                                              (469) 307-4217
Dallas, TX 75238                                                                   Visit Website

Whether you've got vegans in the house or not, a pumpkin pie from Nature's Plate won't disappoint. Nature's Plate crafts shockingly delicious vegan pies made from wholesome ingredients like cashews, maple syrup, pumpkin, pecan and gluten-free oats. Order by Thursday to pick up the following Tuesday each week in November.

Rachel Pinn

OPEN IN GOOGLE MAPS

ALSO FEATURED IN:
14 Deliciously Healthy Dallas Restaurants
Where to Find Dallas' Best Vegetarian Cuisine

7/12/2021                              Where to Find the Best Pies in DFW

## 2. Unrefined Bakery



6055 Sherry Ln                                                       (469) 816-2414
Dallas, TX 75225                                                     Visit Website

For those with dietary concerns, finding the right pie can be a challenge. Fortunately, Unrefined can whip up a gluten-free, dairy-free, or paleo version of your classic favorite, and it will taste just as good as the original. The paleo French silk pie is a particularly good example that healthy pies don't have to taste healthy.

Unrefined/Facebook

OPEN IN GOOGLE MAPS

121

## 3. Celebration



4503 W Lovers Ln
Dallas, TX 75209

(214) 351-5681
Visit Website

Dallas' quintessential home cooking restaurant, Celebration offers several pies to choose from alongside its southern specialties like pot roast, meatloaf and fried chicken. Visit the Market next door to pick up chocolate cream, coconut cream or key lime pies whole or by the slice. Those looking for holiday pies will find the usual varieties.

Civicfoodie/Instagram

OPEN IN GOOGLE MAPS

## 4. Empire Baking Company



5450 W Lovers Ln #132                                                    (214) 350-0007
Dallas, TX 75209                                                         Visit Website

Specializing in baked goods to take away and baking bread for what seems like half the restaurants in town, Empire offers a trio of classic pies at relatively low prices in this group. Pumpkin, Texas pecan and apple-cranberry are all on offer, priced from $20 to $23. New this year, online pie ordering is available at empirebaking.com.

Empire Baking Company/Facebook

OPEN IN GOOGLE MAPS

123

## 5. Humble: Simply Good Pies



9014 Garland Rd
Dallas, TX 75218

(214) 458-9039
Visit Website

Humble on Garland Road in East Dallas specializes in classic flavors done just right. Order an old-fashioned apple, cherry, pumpkin, sweet potato, or bourbon-chocolate-pecan pie, or add a shepherd's pie or chicken pot pie and make

124

it a full pie-based meal.

Humble: Simply Good Pies/Facebook

OPEN IN GOOGLE MAPS

## 6. Bisous Bisous Pâtisserie



3700 McKinney Ave #150                                                    (214) 613-3570
Dallas, TX 75204                                                          Visit Website

Bisous Bisous is known for its French macarons, but the traditional bakery's pies are not to be underestimated. Apple streusel and classic pumpkin pies join chocolate pecan tarts to round out the bakery's stellar holiday lineup. For those

125

who prefer that fresh baked taste at home without the effort, Freezer to Oven versions come in clutch.

Bisous Bisous Pâtisserie/Facebook

OPEN IN GOOGLE MAPS     FOURSQUARE

ALSO FEATURED IN:
17 Excellent Options for Father's Day Takeout

# Eater Dallas

Sign up for our newsletter.

Email (required)

By signing up, you agree to our Privacy Notice and European users agree to the data transfer policy.

SUBSCRIBE

126

# 7. Mama's Daughters' Diner



2014 Irving Blvd
Dallas, TX 75207

(214) 742-8646
Visit Website

No trip to a retro diner is complete without a slice of pie. Luckily Mama's Daughters' has a wide selection of sweets including cobblers, meringue pies, cream pies, and traditional pies to choose from at its multiple DFW outposts. Visit mamasdaughtersdiner.com for the Thanksgiving order form.

127

Mama's Daughters Diner/Facebook

OPEN IN GOOGLE MAPS

128

7/12/2021                                                        Where to Find the Best Pies in DFW



# 8. Commissary

1217 Main St                                                                          (214) 827-2927
Dallas, TX 75202                                                                      Visit Website

The pastry program at Commissary in Downtown Dallas is no joke. The desserts cranked out by the team there are as delicious as they are beautiful, and diners can pick up a whole pecan or pumpkin pie to-go during Thanksgiving week.

Commissary/Instagram

OPEN IN GOOGLE MAPS          FOURSQUARE

ALSO FEATURED IN:
The 38 Essential Dallas Restaurants
16 Standout Brunch Spots in D.C.

129

## 9. Sweet J's Pies (formerly Peckish Pies)



920 S Harwood St
Dallas, TX 75201

909-455-8427
Visit Website

Specializing in mini pies, full-sized pies, English toffee and themed cupcakes, Sweet J's turns out personal and full-sized pies in flavors like chocolate chess, apple caramel crumble, triple berry and chocolate ganache available for delivery. Savory pies are another specialty, and varieties include a chicken pot pie called The Classic, and a veggie version called The Farmer.

Peckish Pies/Facebook

OPEN IN GOOGLE MAPS

# 10. Spiral Diner & Bakery



1101 N Beckley Ave
Dallas, TX 75203

(214) 948-4747
Visit Website

No one will ever question vegan sweets again after trying one of Spiral Diner's vegan pies. Spiral's holiday pie selections this year include sweet potato, chocolate meringue, blueberry, and pecan pie.

Shannah H./Yelp

OPEN IN GOOGLE MAPS

7/12/2021                                        Where to Find the Best Pies in DFW

# 11. Norma's Cafe



1123 W Davis St                                                                    (214) 946-4711
Dallas, TX 75208                                                                   Visit Website

This classic diner is famous for its selection of meringue-topped, fruit and cream pies at all five DFW locations. Go
for the chocolate peanut butter if you need a serious indulgence, or stick with a classic lemon for a lighter treat.

Norma's Cafe/Facebook

OPEN IN GOOGLE MAPS          FOURSQUARE

ALSO FEATURED IN:
21 Classic Restaurants Every Dallasite Should Try
15 Gloriously Gooey Grilled Cheese Sandwiches to Eat Right Now

132

## 12. Emporium Pies



314 N Bishop Ave                                                              (469) 206-6126
Dallas, TX 75208                                                              Visit Website

Whether you're more of a chocolate lover (Smooth Operator), or a classic apple guy (Lord of the Pies), a beautiful slice (or whole pie) awaits at Emporium Pies. Need to send a little freshly-baked love to someone outside of DFW?

133

Emporium ships nationwide. The Bishop Arts shop is newly outfitted with a "pie-thru" window to make pickups even smoother.

Emporium Pies

---

[ OPEN IN GOOGLE MAPS ]     [ FOURSQUARE ]

ALSO FEATURED IN:
16 Essential Restaurants in the Bishop Arts District
13 Boozy Dallas Desserts to Satisfy a Sweet Tooth

# 13. Uncle Willie's Pies



600 Methodist St                                                    (972) 576-5582
Red Oak, TX 75154                                                    Visit Website

A player in the wedding and catering world, Red Oak's Uncle Willie's Pies are classic and scratch-made. Flavors like dutch caramel apple, sweet potato and buttermilk chess are perfect for the holidays. No-sugar-added pies will please

those looking to cut down on the sweet stuff. Order online at unclewilliespies.com.

Uncle Willie's Pies/Facebook

OPEN IN GOOGLE MAPS

## 14. Haywire



7401 Windrose Ave                                                          (972) 781-9473
Plano, TX 75024                                                            Visit Website

Haywire at Legacy West offers its Route 66 Pecan Pie, which is a pecan pie made with a cinnamon roll crust. That's a pie crust made out of cinnamon rolls, which may be a truly perfect food.

135

OPEN IN GOOGLE MAPS

ALSO FEATURED IN:
Dallas's 19 Best Thanksgiving Day Dinner Options

# 15. Hive Bakery



360 Parker Square Rd                                                    (972) 316-7625
Flower Mound, TX 75028                                                  Visit Website

Hive Bakery in Flower Mound gets a bit of buzz thanks to its custom cakes, but the pies are also worth checking out.
Find pumpkin, bourbon pecan chocolate chip, pecan, apple, dutch apple, peach, blueberry and chocolate cream, all of
which can be ordered online. Note that the bakery also has gluten-free and vegan options available.

7/12/2021                                         Where to Find the Best Pies in DFW

OPEN IN GOOGLE MAPS

137

# MORE IN MAPS

The 38 Essential Dallas Restaurants

12 Excellent Dallas Drive-Thrus

18 Essential Dallas Drinking Destinations

138

# 16. Buttermilk Sky Pie Shop



1707 N Collins St #115                                                                        (817) 617-2046
Arlington, TX 76011                                                                              Visit Website

With seven locations in North Texas alone, pies at this shop include classic pecan, Southern Custard, a chocolate studded I-40 and many more. For the indecisive types, mini pies in 4-inch sizes are available, too. Skipping your family Thanksgiving this year to play it safe? Buttermilk Sky Pie ships to anywhere in the lower 48 for $15 per pie.

OPEN IN GOOGLE MAPS

139

## 17. JudyPie



520 S Main St #200                                                              (817) 400-7437
Grapevine, TX 76051                                                              Visit Website

Judy Pie in Grapevine offers a selection of fall flavors like Punky Pumpkin, Adohree A Doodle (snickerdoodle), German Chocolate, Mississippi Mud, and Strawberry Rhubarb. Thanksgiving pies come two to an order, with two 10-inch pies for $67.99 or two 6-inch for $23.99.

OPEN IN GOOGLE MAPS

140

7/12/2021                                   Where to Find the Best Pies in DFW

## 18. Edith's Neighborhood Bistro



1450 State St #100                                                    (469) 366-9934
Richardson, TX 75082                                                  Visit Website

Pie lovers in Plano, Allen or Richardson can pick up pecan or pumpkin pies from Edith's French Bistro for just
$19.99 each. Ordering yours is as easy as shooting an email over to info@edithsbistro.com.

OPEN IN GOOGLE MAPS

141

Where to Find the Best Pies in DFW

## 19. Bullion To Go



400 S Record St 1st floor                                                                    (972) 698-4252
Dallas, TX 75202                                                                              Visit Website

Dare to bring something different to the Thanksgiving dinner table this year when you pick up an egg custard pie
with chantilly vanilla cream from Bullion To Go. Traditional pecan and pumpkin pies are also available, and all three

142

are priced at $19, or order them all for just $49. And for a feel good bonus, proceeds from every pie purchased between November 12 and 24 will be matched and donated to the North Texas Food Bank.

OPEN IN GOOGLE MAPS

# 20. Leila Bakery & Cafe



6041 Oram St
Dallas, TX 75206

(972) 807-6297
Visit Website

This little shop on Oram in Lakewood is turning out some serious pies for the season. Think chocolate cream, apple crumble, and gingerbread pumpkin, to name a few. While you're there, snag a quiche or a half dozen kolaches for

143

Thanksgiving morning, all baked fresh daily.

OPEN IN GOOGLE MAPS

## 21. Pie Crush Bakery at the Dallas Farmers Market



920 S Harwood St                                                    (214) 664-9110
Dallas, TX 75201                                                    Visit Website

With mini pies for pickup at the Dallas Farmers Market or delivery for just $5 within Dallas County, Pie Crush Bakery offers crumble-topped blueberry, apple, blueberry-raspberry, and caramel apple pies, plus a variety of chess pies, cobblers and more.

144

OPEN IN GOOGLE MAPS        FOURSQUARE

ALSO FEATURED IN:
The Best Farmers Markets In and Around Dallas

## 22. La Casita Bakeshop



580 W Arapaho Rd Suite 230                                    (440) 462-2078
Richardson, TX 75080                                          Visit Website

La Casita Bakeshop in Richardson is baking up more than just its regular pastries, cookies and breads now that it's pie season. They've added Bourbon Pecan, Brown Butter + Apple and Pumpkin with Cheesecake whole pies to an already stellar lineup. Order online at lacasitabakeshop.com.

7/12/2021                                                                    Where to Find the Best Pies in DFW

OPEN IN GOOGLE MAPS

ALSO FEATURED IN:
Dallas's 19 Best Thanksgiving Day Dinner Options

146

## 23. Val's Cheesecakes, The Shop (cashless & contactless)



2820 Greenville Ave
Dallas, TX 75206

(469) 776-8044
Visit Website

The cheesecake-based shop, shack and stand on Greenville Avenue, Maple and in Fort Worth is offering up freshly baked pies for Thanksgiving. It's all set up on Val's website via a password protected link called "Val's Secret Holiday Menu" where you'll find two holiday pies for $37.99 and more holiday goodies. Hit Val up on social media for access.

OPEN IN GOOGLE MAPS

147



# Best Bakeries in Dallas

Ten top Dallas area bakeries for bread, pastries, cakes and more

 **BY ILENE JACOBS**
**DALLAS LOCAL EXPERT**

Got a sweet tooth? Hankering for a crusty baguette? Then you're in luck. The Dallas area bakery scene has never been more exciting thanks to a new wave of bread and pastry makers who are turning out made-from-scratch deliciousness across the city.

Anyone with a macaron obsession should head to Bisous Bisous Patisserie, an elegant sweets boutique by Le Cordon Bleu trained pastry chef and Bouchon Bakery alum Andrea Meyer. Francophiles also flock to Boulangerie by Village Baking Co to get their hands on the shop's artisan breads as well as the best kouign amann and canelés de Bordeaux this side of the Atlantic.

Equally impressive are newcomers La Casita Bakeshop, home to some of the area's most unique bakery treats, and Leila Bakery & Café, which has been winning fans for its mile-high quiches and kolaches.

And though it's not opening until sometime in the spring of 2020, La Tarte Tropézienne is already creating lots of buzz, and for good reason: It's the first U.S. location for the world-famous Saint-Tropez-based bakery, best known for its iconic namesake pastry.

Here, in no particular order, are ten standout bakeries that definitely should be on your must-visit list.

## 10   EMPORIUM PIES

BISHOP ARTS DISTRICT



Photo courtesy of Ilene Jacobs

Megan Wilkes and Mary Gauntt took the city's pie game to a new level when they set up shop in a Bishop Arts 1930s bungalow in 2012. And now, with three ouposts (Bishop Arts, Deep Ellum and McKinney) under their belts, folks don't have to go far to get their fix. Their signature pick is the Smooth Operator, a French silk chocolate pie with a pretzel crust. Other must-haves include red velvet chess and a deep-dish caramel apple pie with a crispy cinnamon streusel topping. Take it to-go or have a seat in the shop where you can enjoy a slice with ice cream and coffee.

**Recommended for *Bakeries* because**: Emporium Pies offers unique pie flavors that you won't see anywhere else.

**Ilene's expert tip**: Find two parking lots just west of Bishop on Melba on the north and south sides of the street with ample parking. There's also a 15-minute pie pickup spot next to the shop.

Read more about Emporium Pies →

## 9   SUGAR FANG VEGAN BAKERY

DEEP ELLUM

Who'd have thought a haven for beer drinkers would double as a place to get a sugar fix? Set inside BrainDead Brewing in Deep Ellum, Sugar Fang Bakery is where you'll find pastry chef Amaris Riddle and her team turning out enticing vegan sweets behind a shoe-box sized case. While

https://www.10best.com/destinations/texas/dallas/restaurants/bakery/

149



Photo courtesy of Sugar Fang Vegan Bakery

the daily changing selection is small, expect to find an assortment of cupcakes, pop tarts, cookies, whoopie pies, blondies and brownies. The best sellers are their "skullets," a skull shaped doughnut-cupcake hybrid that's filled, glazed and frosted. Recent sightings include one with prickly pear jam and cinnamon-ancho buttercream icing.

**Recommended for *Bakeries* because**: Sugar Fang Bakery is the best place to satisfy the late-night munchies.

**Ilene's expert tip**: Sugar Fang stays open until midnight, Sunday-Thursday, and until 2 a.m. on weekends. Street parking is free until 6 p.m. on weekdays.

Read more about Sugar Fang Vegan Bakery →

---

## 8  SAN MARTIN BAKERY & RESTAURANT
UPTOWN

This iconic Guatemalan chain has built up a loyal fan base ever since landing its first stateside location near downtown Dallas in late 2018. Part café, part bakery, expect to find scores of baked goods, ranging from croissants filled with flavors like guava and cream cheese to a variety of pastries, cookies, cakes, savory empanadas and breads. Aside from the bakery, San Martin operates a full-service restaurant which features everything from coffees and handcrafted beverages to Central American breakfast specialties alongside a solid lineup of salads, sandwiches, pasta and pizza.

https://www.10best.com/destinations/texas/dallas/restaurants/bakery/



Photo courtesy of Ilene Jacobs

**Recommended for _Bakeries_ because**: Sam Martin Bakery is where to find traditional Central American baked goods.

**Ilene's expert tip**: There's plenty of free parking available in the back of the restaurant. Score discounted bread and pastries in the bakery after 5 p.m.

Read more about San Martin Bakery & Restaurant →

## _7 REVERIE BAKESHOP
RICHARDSON



Photo courtesy of Reverie Bakeshop

From the looks of Reverie's selection of taste-temping treats, you'd never guess that everything here has been made with nary an egg or dairy product in sight. The bakery is the brainchild of pastry chefs Nancy Castillo and Racene Mendoza who opened the shop in 2013 with the goal to provide healthy, high quality vegan pastries that taste the same or better their non-vegan counterparts. We're talking cinnamon rolls, donuts, kolaches, cannelloni, cheesecake, pies, cakes and more, most of which are offered in gluten-free versions as well. Follow on Facebook to find out about specialty items and seasonal treats that are not listed on the website menu.

**Recommended for *Bakeries* because**: Reverie offers the largest selection of vegan and gluten-free baked goods in the area.

**Ilene's expert tip**: Come early for the best selection. Note that they also do exquisite custom-made cakes, cookies and cupcakes.

Read more about Reverie Bakeshop →

---

## 6   PALMIERI CAFE
DOWNTOWN

Opened in 2016 at the Dallas Farmers Market, this tiny Italian bakery comes from Corrado Palmieri, a former investment banker and SMU MBA graduate who wanted to showcase the Italian pastries he grew up baking with his grandmother in Southern Italy. In fact, this is probably

https://www.10best.com/destinations/texas/dallas/restaurants/bakery/

152



Photo courtesy of Palmieri Cafe

the only place in the city where you can score a pasticciotto, a traditional custard tart from Lecce, Puglia. Other sweet treats include cornettos (cream-filled Italian croissants), vanilla cream graffas, which are like donuts, and cannoncinos, a horn-shaped pastry filled with milk chocolate or vanilla-lemon cream. Savory pastries, house-made gelato, tea and Italian coffee drinks are also on offer.

**Recommended for *Bakeries* because**: Palmieri Cafe is the only place in Dallas to find authentic Southern Italian pastries.

**Ilene's expert tip**: Be aware that many items often sell out early. It's best to call ahead if you want to order something specific.

Read more about Palmieri Cafe →

## 5  LEILA BAKERY & CAFE
LAKEWOOD

This charming boutique bakery and café in Lakewood comes by way of Kelly Ball, who has built a loyal fan-base through her catering business, Naturally Curly Cook. The bakery is known for its deep-dish quiches, which come in a variety of flavors ranging from a classic Lorraine to mushroom & goat cheese, and chorizo with queso fresco. Also on offer are croissants, scones, cookies, pies, cakes, cinnamon rolls and muffins. Not-to-be-missed are her savory kolaches with unique fillings like apples, Havarti and pomegranate jelly. Did we mention the Nutella knots?

**Recommended for *Bakeries* because**: The baked goods at Leila Bakery

https://www.10best.com/destinations/texas/dallas/restaurants/bakery/

153



Photo courtesy of Leila Bakery & Café

are best enjoyed in-house with an espresso or cappuccino.

**Ilene's expert tip**: Leila also offers gluten-free, vegan energy bars. The café plans to offer soups, salads and sandwiches in the near future.

Read more about Leila Bakery & Cafe →

# _4   BOULANGERIE BY VILLAGE BAKING CO.

LOWEST GREENVILLE AVENUE



Photo courtesy of Boulangerie by Village Baking Co.

Step into Boulangerie and you could swear you've landed in a bakery somewhere in France. Not only does the décor exude French charm, but the shop's artisan breads and viennoiseries are as good as any found across the Atlantic. This, of course, should come as no surprise considering San Francisco Baking Institute alum and owner Clint Cooper honed his baking skills by apprenticing in small bakeries around France. Come here for crusty baguettes and rustic boules as well as pain au chocolat, laminated brioches and a variety of sweet and savory croissants. If you've never had a kouign amann before, this is the place to try one. And don't even get us started on their canelés de Bordeaux.

**Recommended for *Bakeries* because**: Boulangerie is the best place to score kouign amann and canelés de Bordeaux.

**Ilene's expert tip**: They sell out of baked goods often, so if there's something special you want, be sure to call and ask to have it saved for you. Also note that there's another location in the Design District.

Read more about Boulangerie by Village Baking Co. →

---

# 3   LA TARTE TROPÉZIENNE USA

DOWNTOWN

There's no doubt that world-renown pastry shop La Tarte Tropézienne



Photo courtesy of La Tarte Tropézienne

is certain to be a hit when it opens its first location outside of France beneath the Joule Hotel this spring (2020). The Saint-Tropez-based bakery, established by Alexandre Micka in 1955, is best known for its eponymous tarte, a rich cream-filled French brioche coated with pearl sugar. In addition to the famed tarte, customers can also look forward to tucking into a variety of croissants and other pastries as well as savories like charcuterie, salads, sandwiches and quiches. A wine and bubbles bar with caviar will be featured as well.

**Recommended for *Bakeries* because**: La Tarte Tropézienne is the only place in the country to pick up the famed namesake tarte.

**Ilene's expert tip**: Until it opens, customers can pick up orders to-go at the restaurant. Happy Hour is also in the plans. Valet parking is offered at the Joule.

Read more about La Tarte Tropézienne USA →

## 2  BISOUS BISOUS PATISSERIE
UPTOWN

Anyone with a macaron obsession should head to Bisou Bisou, a small French patisserie in Uptown helmed by Le Cordon Bleu trained pastry chef Andrea Meyer. Offered individually as well as by the half-dozen and dozen, flavors run the gamut from pistachio and salted caramel to toasted coconut, passionfruit and tiramisu. However, the goods don't stop at macarons, Meyer also knocks out incredible eclairs, tarts, tea cakes, cakes and cookies plus savory croissants, scones and cruffins. Want to learn how to create your own deliciousness at home? Then be


Photo courtesy of Bisous Bisous Patisserie

sure to check out the lineup of weekend pastry making classes.

**Recommended for *Bakeries* because**: The macarons tend to get all the hype, but this place rocks when it comes to eclairs too.

**Ilene's expert tip**: Receive a free macaron when you sign up for the newsletter on the website.

Read more about Bisous Bisous Patisserie →

## _1 LA CASITA BAKESHOP
RICHARDSON



Photo courtesy of La Casita Bakeshop

After several years of supplying picture-perfect pastries and breads to area restaurants and coffee shops, pastry chef Maricsa Trejo and her boyfriend-partner, Alex Henderson, have recently launched a retail store in the front of their production space in Richardson. Only open to the public on Saturdays until noon, expect to find a rotating lineup of croissants, cruffins, hand pies, cakes, scones and other carb-friendly treats. Some of the highlights include milk & honey croissants, spinach feta scones, and if you're lucky, churro cruffins filled with dulce de leche. Also in the plans are sandwiches and ice cream as well as expanded opening hours.

**Recommended for *Bakeries* because**: La Casita offers some of the area's most unique bakery treats.

**Ilene's expert tip**: Come early, the shop is known to run out of things quickly. Also be prepared to wait in line.

Read more about La Casita Bakeshop →





## MEET ILENE JACOBS

As a perpetual wanderer, foodie freak and wannabe chef, Ilene is always on the lookout for the best places to see, eat, drink and sleep. When she's not writing about the latest happenings in... More About Ilene

## FROM THE WEB



**NASCAR Driver Candace Muzny's Tragic Cause of Death Revealed**



**All Chain Restaurant Steaks Ranked, These Are The Best**

https://www.10best.com/destinations/texas/dallas/restaurants/bakery/

159



**The Tragedy Of Kelly Clarkson Is Just Gut-Wrenching**



**The Tragedy Of The Alaskan Bush People Is Just Gut-Wrenching**



**Now We Know Donald Trump's True Net Worth**



**Jackie Chan: Here's What You Don't Know**

Powered by ZergNet



ABOUT 10Best    LOCAL EXPERTS    SITEMAP
NEWSLETTER    GETAWAY TIPS
REPRINTS & PERMISSIONS    CUSTOMER SERVICE

Cookies Settings    Cookie Policy    Privacy Policy    Terms of Service
Your California Privacy Rights / Privacy Policy

A division of USA TODAY · Copyright © 2021 www.10best.com. · All rights reserved.

https://www.10best.com/destinations/texas/dallas/restaurants/bakery/

160