Exhibit G

7/12/2021                    A Chat with Pastry Chef Andrea Meyer of Dallas' Bisous Bisous Pâtisserie



Published on *The Daily Meal* (https://www.thedailymeal.com)

Home > Eat/Dine > Chefs & Personalities > A Chat with Pastry Chef Andrea Meyer of Dallas' Bisous Bisous Pâtisserie

# A Chat with Pastry Chef Andrea Meyer of Dallas' Bisous Bisous Pâtisserie

**We were curious to know just what it was that made this pastry chef tick—here's what she had to say**



[1]

Chef and owner Andrea Meyer of Bisous Bisous Pâtisserie [2] has always lived for dessert. Now her life really *is* all dessert, all the time with her West Village shop offering a wealth of French-style pastries from macarons, to tarts to éclairs, to croissants, to cakes.

She makes all of her original creations from scratch each day, of course, and prides herself on using only the very best ingredients.  The selection of offerings rotate and are often inspired seasonally, keeping clients pleasantly surprised with every visit.

162

Having a serious sweet tooths ourselves, we were curious to know just what it was that made this pastry chef tick. Here's what she had to say:

**The Daily Meal: What made you decide to become a pastry chef?**
**Andrea Meyer:** I had a real love of dessert from a young age, but it really became a passion for me after traveling to <u>Paris</u> [3] for my honeymoon.  After that, my husband and I returned nearly every year, trying new pastries, enjoying the culture and dreaming of one day owning my own French style pastry shop.  It was always a dream, it just took me a while to realize I could turn it into a reality.

**Did you always have a love of pastries and desserts?**
Oh yes!  What's not to love?  I have always had a severe sweet tooth, from ice cream, to doughnuts, to Grandma's chocolate chip cookies!

**Why do you think people in general adore pastries and desserts so much?**
Pastries are such an indulgence; it's such a luxury to have a bite of something sweet and delicious, it's hard not to love them.  For us, we want them to not only taste divine and look incredible, but if we can bring back a fond memory for our guests too, that's such a bonus. So much of what we love in food is based on our memories. Whether it's something your mom made when you were a kid or it's your first trip to Paris, we completely relate with that feeling and love to be a part of reminding our guests of happy times when they're in our shop.

**What is your favorite pastry to eat?**
Truly, favorites are the hardest!  I will say I never pass up the chance to try a Paris-Brest when I'm in Paris —I buy one in every shop I try each trip.

**What is your favorite pastry to make?**
I adore making custards!  I love pastry cream, pot de crème, and ice creams.  There's just something so soothing about a perfectly executed custard—it's so smooth and luscious!

163



Bisous Bisous Pâtisserie

Meyer's éclairs.

**What are your favorite pairings with desserts when it comes to food and drink?**
I really love the simple classics and for me, it's hard to beat a perfect croissant and a cafe noisette.

**What's the happiest accident you've ever had while experimenting with pastries and desserts?**
While I can't say we've had a whole lot of happy accidents (usually they tend to be rather unhappy), I can say our Cruffin is something we experiment with all the time and they always turn out deliciously. They're nearly always created from an extra of this, a funny looking batch of that, but that's the beauty of the Cruffin!

**What do you think would surprise people to find out about pastries and desserts?**
I think people would be truly surprised to find out how precise pastry chefs have to be with nearly everything they execute.  It truly isn't like cooking where you can add a little of this and a little of that, workout the taste as you go, etc.  What we do many times is truly a science and even the smallest percentage—sometimes just a few grams of an ingredient—can make a huge difference in the outcome.

**What would you say is the biggest myth about pastries and desserts?**
Often times people tend to associate desserts with family memories, as I've mentioned before, which seems to lead to this image of a happy grandmother making cookies for kids at Christmas, or something like that.  While I truly have a passion for what I do and use that love to drive myself each day (and I certainly love Grandma's cookies), working in a production pastry environment is extremely challenging work, both mentally and physically.

**Anything that surprises you when it comes to how dessert is treated here in the US?**

I'm always sad to see how minimal attention desserts tend to have in the execution of a meal when I dine out. Not always, but there's definitely a tendency to have dessert be an afterthought. I've never understood that — it's the last thing a guest tastes before they leave your restaurant.  It should never be an afterthought.



Bisous Bisous Pâtisserie

Meyer's macarons.

**Have any of your family members or friends gotten bitten by the pastry bug because of you?**

My stepmother is a really fantastic cook, and I like to think that between her and me, we've helped influence my younger brother to seriously consider a culinary career. I'm not sure he'd go into pastry, but he does love a delicious dessert—time will tell!

**Source URL:** https://www.thedailymeal.com/eat/chat-pastry-chef-andrea-meyer-dallas-bisous-bisous-p-tisserie

**Links**
[1] https://www.thedailymeal.com/eat/chat-pastry-chef-andrea-meyer-dallas-bisous-bisous-p-tisserie
[2] http://www.thedailymeal.com/bisous-bisous-p-tisserie?venue_update=1
[3] http://www.thedailymeal.com/paris-restaurant-guide

165

**LOCAL STORIES**

# Meet Andrea Meyer: Owner & Executive Pastry Chef of Bisous Bisous Pâtisserie

July 8, 2020 ◯ Leave a reply



Previous Post

We had the good fortune of connecting with Andrea Meyer and we've shared our conversation below.

**Hi Andrea, is there a life experience you can think of that you feel has had a profound impact on your life or career?**
Until a few years ago, my travels to France would have been the most profound life experience impacting my career. Since then, my bone cancer diagnosis and treatment has completely changed my life and my ability to do the day to day activities of being a Pastry Chef. I now focus my time much more on the growth of our business and the development of my staff. I focus on helping them reach their goals and find gratification in seeing them learn and excel.

166

7/12/2021                    Meet Andrea Meyer: Owner & Executive Pastry Chef of Bisous Bisous Pâtisserie – SHOUTOUT DFW



Previous Post



Previous Post

168



Previous Post

**What should our readers know about your business?**
I started Bisous Bisous Pâtisserie in January of 2013, focusing on French style pastries, especially the popular French macaron. We built our business to a strong enough level to open our retail location at West Village in Dallas, TX in February of 2015. We recently celebrated our 5 year anniversary in our retail shop and we continue to grow and excel in high quality pastries in our area. We're passionate about pastry and having a positive impact on family and friends, making memories and taking time for life's little celebrations. We're fanatical about quality, flavor and standards and it shows in everything we do.


**Any places to eat or things to do that you can share with our readers? If they have a friend visiting town, what are some spots they could take them to?**
I love Dallas and have had plenty of family come and visit over the years. We definitely start our days at Bisous Bisous and delicious coffee from our friends at Noble Coyote Coffee Roasters. We would spend a day wandering around the Bishop Arts district for sure, it's so adorable and visitors love it. Everyone that visits gets a stop at Kate Weiser Chocolate, Jimmy's Food Store, Whistle Britches up in North Dallas and at least one visit up north to Detour Doughnuts. I live in Plano so we take people to the Legacy West area as well, grabbing some souvenirs at Read Between the Lines and dinner at North, one of my favorite Italian places.

Previous Post

170



171



Previous Post

172



Previous Post

**Shoutout is all about shouting out others who you feel deserve additional recognition and exposure. Who would you like to shoutout?**

I'd love to shoutout to my Pastry Chef, Sarah Green. She came on board when I was first diagnosed with bone

173

cancer, supported our staff and the business during my treatment and has been a vital and critical person in the business ever since. We absolutely wouldn't be successful today without her dedication, talent and hard work.

**Website:** http://www.bisous-bisous.com
**Instagram:** bisousbisouspatisserie
**Facebook:** http://www.facebook.com/Bisousbis
**Yelp:** Bisous Bisous Patisserie

**Image Credits**
Chelsea Conway

# You may also like



Meet Oliver Fitzpatrick | Fashion Designer



Meet Whitney Williams | Photographer at East Layne Photography



Meet Pearlyn Lii: Artist & Designer



Meet Chad Johnson | Musician & Author

Previous Post



| FOOD NEWS |

# How Bisous Bisous Owner Andrea Meyer Finally Ditched IT to Follow Her Passion: Baking

**SCOTT REITZ** | DECEMBER 5, 2014 | 10:33AM

## KEEP DALLAS OBSERVER FREE     **SUPPORT US**



Regular shoppers at White Rock Local Market will likely recognize Bisous Bisous Patisserie. Owner Andrea Meyer has been setting up a tiny shop of sorts amongst the tables of farm-fresh produce there since the start of the season. Meyer's table is often loaded with freshly baked French goods -- croissants and pain au chocolat -- and a tower of macarons that presides over it all.

It's a site to behold for any lover of baked goods, but there is one small problem. The best part of buying a croissant, or any other French pastry, is the aroma that hits you when you walk through a bakery door. At the farmers market those smells are whisked away on a breeze, if the smoke from Brian Luscher's hot dogs doesn't overwhelm them first. A sensory experience was missing.

It won't be missed for much longer. Meyer just announced she has a lease on a 1,200-square-foot space in the West Village, and she's moving in bakery equipment as we speak. By the third week of January she hopes to open up her patisserie amongst the new construction of the West Village.

Bakery opening is to be expected amongst accomplished bakers. What's weird is how she got here. Not so long ago, Meyer worked in something she coldly calls "project management for financially related IT products." She listened to software makers whine about legacy capabilities and the coming holidays, and she listened to software users bitch about critical requirements and cost. "Everything was always on fire," she said, of tasks with increasingly unreasonable deadlines. Meanwhile, she was dreaming of trips to Paris and longing for the feeling of satiny cake flour between her fingertips. She'd been baking since she was in college.

Meyer got her start turning out cookies inside a Williams Sonoma during the holidays and it quickly became a lifelong obsession. The precision required to pinpoint software bugs and estimate production time leant itself to the precision required for baking measurements, down to the gram. And since project management can be pretty stressful, and baking can be a pretty chill activity, she eventually decided to enroll in cooking school, spurred by a three-month business trip to France.

Meyer had taken a number of casual cooking classes in Paris, and her instructors always praised her work. One day she came home with some of her baked goods, beaming. "My husband said it was the happiest he'd ever seen me," she said. Meyer resolved to quit her job, and soon White Rock Local Market was blessed with little macarons and other pastries.

Meyer enjoys the small, outdoors gigs (you can catch her there this weekend), but she says she's always been working to open her own commercial bakery. And sometime in January her bakery exhaust fans will be perfuming the streets and alleys of West Village with the smell of coffee and croissants.

He space is not a café; you won't be able to grab a seat and work through the morning paper while dusting your lap with croissant crumbs. There will be a small standing bar, though, if you need something to lean on while you munch. And while you do, you'll be able to peer into the kitchen and watch Meyer's employees portion out millions of cookies with a tiny ice cream scoop. You'll see pastry dough being turned -- folded over itself again and again -- to make delicate layers in baked goods. You'll likely see Meyer, too.

She just has to get all of that kitchen equipment installed. Then she has to recalibrate all of her recipes for the new space, because the environment will likely be different. "I've thrown away thousands of macarons," she said. She still has to set up her coffee program with Nobel Coyote and she has to hire all of the employees she'll need to keep that bakery running.

And then there's some software to be procured. Right now, she might be weighing the pros and cons of a specific point of sale system, gritting her teeth as she questions the sales engineer. Cookies and coffee may resonate with her spirit, sure, but Meyer hasn't completely dropped her inner project engineer.

RELATED TOPICS:        **RESTAURANTS**              **FOOD NEWS**

Use of this website constitutes acceptance of our terms of use, our cookies policy, and our privacy policy

The Dallas Observer may earn a portion of sales from products & services purchased through links on our site from our affiliate partners.

©2021 Dallas Observer, LP. All rights reserved.

CALIFORNIA RESIDENTS: California Privacy Policy | California Collection Notice | Do Not Sell My Info

177



| FOOD NEWS |

# How Bisous Bisous Patisserie's Andrea Meyer Became Dallas' Ms. Macaron (Interview)

**AMY MCCARTHY** | **MARCH 18, 2015** | **7:00AM**

## KEEP DALLAS OBSERVER FREE          **SUPPORT US**



In the food world, trendiness can be a real kiss of death. One minute, there's a fancy gourmet cupcake shop on every corner, the next you can't find a cupcake outside of the supermarket bakery. Sometimes, though, you have to buy into a trend to introduce a clientele to a whole new world of food. Which is exactly what Andrea Meyer, chef and owner of Bisous Bisous Patisserie in West Village, did with macarons.

After ditching corporate America and developing a devoted following for her pillowy macarons and flaky croissants at White Rock Local Market, Meyer has moved into her very own storefront. In the six weeks that she's been open, Meyer has already made waves with her expertly-baked French pastry, a genre that is extremely difficult and attracts a discerning clientele. We sat down to talk with Meyer about how she landed on macarons, her experience in opening Bisous Bisous, and making classic French pastry work in Dallas.

**How did you decide on macarons?**

178

It was actually pretty easy. Everything really started with the macarons. I married my husband in 2003, and we went to Paris for our honeymoon. I had always wanted to go there, I took French all through school and minored in it in college, so Paris was really my dream city. We did our honeymoon there and completely fell in love with the city. We went into Ladurée every day, and couldn't get enough of it. It captures you, you know? You fall in love, and then you come home and can't find macarons anywhere. In 2003, they really weren't even big in New York yet.

But life moves on and I have a corporate job as a project manager, but we're still going back to France every year. Whether it's Paris or the south of France, we always kept going back. I kept getting this idea that I could open my own little bakery or my own little coffee shop, and I knew that I would do well with being my own boss. I've also always loved to bake, but the reality of life is that you have to pay your bills. Don't be crazy, just keep going back to work. Finally my husband and I had a chance to go to France for three months, we were able to work from Paris, and we decided to just do it.

My grandmother came and stayed at our home in Plano, and we stayed for just under three months so we didn't have to get a visa. We walked every stretch of Paris, and I told myself that if I didn't come home from this experience knowing that baking was what I wanted to do for the rest of my life, I would shut up about it. You wouldn't hear another word from me about it, I'd just keep going back to Ernst & Young and doing my job. I took a couple of day classes when I was there at Le Cordon Bleu, and I loved it. My husband said that he couldn't remember a time when I was as happy as I was. We got home that October, and I was enrolled in culinary school the next year. That's now been five years ago, and it's been ninety to nothing since then. But I've always known that this shop was the plan the whole time.

**How did you perfect your own macaron recipe? They're hard, man.**

The first time I ever made them was at home, they looked awful. They all looked like little volcano cookies, but they tasted great. I always tell people that when they want to try macarons -- they may not look the way you want them to, but they're still going to taste really good. I kind of gave up on baking them at home until I went back to France, and I took one of the day courses at Le Cordon Bleu.

Seeing a French chef go through the whole recipe and creating these perfect macarons was just magic. When I went to culinary school, I made them a few times and they turned out pretty well. By the time I really started doing recipe development for this business, though, I'd bake a tray with 20 macarons on it, and 18 would go in the trash. Every single time. You have to work through every variable, and it's kind of heartbreaking. I can't eat them all, and it took me months and lots of money to get it all down. We wanted them to of course taste good and the texture is really important, but we also needed them to hold up. When you're at Ladurée, that clock starts as soon as they put that pretty box in your hand and your macarons are instantly stale. We can't do that here.

**How do you have to adjust a macaron recipe from Paris to make it work in Dallas?**

Everything has to be changed. The base recipe has to be changed every day. All this rain that we've had lately, it impacts the way the meringue whips. We have to look at it every single day, and we still have batches now that sometimes don't work out. A lot of that also has to do with the fact that we're working with a new space. Our materials and equipment are new, so we're working through the bugs on that. We've still been working on perfecting these recipes and making them better, though.

**What about the transition between White Rock Local Market and having your own storefront? How are those two experiences different for you as a retailer?**

It's a lot easier to do it at your own shop. Everything is here. The market involves a lot of lifting, driving, and schlepping. You also have to eat everything that you don't sell because you didn't have any kind of refrigeration. Here, we have the flexibility to use some awesome fruit from the market and throw some macarons in the case. At the market, we would have had to pre-market them, let our customers know they were going to be available, and hope that you sold them. It's still kind of a crapshoot figuring how many macarons we need every day, though.

**This location is really interesting to me. The real estate is prime, but it's tucked away in the corner. Do people struggle to find your shop?**

A lot of them do. When people do find us, I'm really thankful that we have really great parking right here. Once they find the shop, they're happy because they were able to find a parking spot. This little road that we're on is also a one-way, so you can't really turn in there, even though everybody does. There's no signage for our shop on McKinney, and we're trying to bring that up with our landlord. It's not just us, there are other shops that are back here, too.

**I came to Bisous Bisous on opening day, and I listened to this couple argue over macaron vs. macaroons. Is that a pretty common discussion here?**

Yes. There's variations of that same argument, too. There are people that know who they are and require that you use the French pronunciation. There are other people who don't care and say that you can call them macaroons. But really, macarons don't share that much with coconut macaroons other than sugar. And they're gluten free. We get a lot of men of a certain age that don't think they like macarons because they don't like coconut. But once they try them, we can usually sway them once they realize that it's not coconut.

I also have people who ask me why I call them "macaroons," and, well, I am American. I'm not French, and I don't pretend to be. I also don't want to make anyone feel bad and alienate people by using the French pronunciation all the time. If you want to come here and call them "macaron" and chit-chat in French, though, we can do that all day. But ultimately I want this place to be really accessible for everyone.

**It seems kind of weird that macarons were so trendy, right? It doesn't seem like they're really that accessible. What do you think attracts people to them?**

They're fancy, and they're cute. They're just stinkin' cute. They really don't resemble anything else. We struggle to describe them at times because there's nothing familiar that you can really relate it to. They're also really versatile, so everyone wants these pretty towers of them on the dessert table at their weddings and baby showers.

**Do you worry about the luster of the macaron trend wearing off? Even cupcakes have sort of faded away.**

181

I don't worry because I know it's going to happen. That's part of why we're not a macaron-only shop and focus so much on Viennoiserie and have an extensive list of other French pastries. The thought of having a business that puts all your eggs in one single basket? That's terrifying to me, unless you're selling something that's really never going to go away. I'm not worried about it, because we're always focused on the next trend. Are we going to have a part of what that means for Dallas?

**The menu of flavors here is pretty classic, and that seems common with macarons. How do you experiment with a dessert that has very specific flavor expectations?**

We have a really strong French following now, which is fabulous. I watch the French people come in who come in to get croissants and espresso in the morning, and I love that. I have yet to see an actual French person buy a peanut butter and jelly macaron. It's kind of a joke, I offer to give it to them for free so they'll just try it. There are some flavors that I think we just won't do, maybe like fruity cereal or something.

We do want to be somewhat classic, but also fun. We're doing a pretty fun flavor for Macaron Day, because that's what we have the most fun with. The bakers and I love to come up with new flavors and play with what is in season. That's the fun stuff. It's never a problem to come up with flavors, it's harder to figure out what is going to sell. People ask for rose flavored macarons all the time, but the reality is that they just don't sell that well.

**Floral flavors are particularly interesting because they're so polarizing. You either love them or think they taste like soap. Where do your customers fall on that issue?**

Of the floral flavors, we've done violet and honey-lavender before. We did a floral assortment last year for Mother's Day, and it's very likely that our flavor of the month will be floral in May. Our kitchen is very polarized -- you have some people who are really excited about doing a rose macaron, maybe with lychee or something, and then you have others who say that they don't want to eat roses and think it's really gross. We'll see what happens when we get there.

**I'm always curious to hear what bakers think about Dallas' palate for pastry. We all grew up eating Wonder Bread, but do you think our tastes are changing?**

I think it is. Our location helps with that, I think. We get a lot of well-traveled people from this area and the Park Cities who have high expectations. I think we're getting a really good response, but there are occasionally the people who think that the croissants are too dark because they grew up eating Crescent Rolls. That's why I'm so glad that we have the French clientele that we do because I want to make sure that we're always authentic and keeping our standards high.

**Are there any other French pastries that you're looking to introduce Dallas to?**

The option for different pastries is really limited. We're all dying to do more. We want to do puff pastries and everything that entails. We want to do palmiers and Napoleons and brioche and expand the Viennoiserie. That said, I'm not going to sacrifice our quality. Until the staff can consistently turn out the exact same product on our base menu, we're not going to push anything new.

I'm still in the kitchen a pretty decent amount, but I'm trying to get them to where they're comfortable with me, and they've been doing a great job. Right now, we're mostly looking at expanding our hours. Everyone wants us to be open longer. People are knocking on the door at 6 p.m., and I'm selling pastries out of our walk-in after we've closed. It's a great problem, but there's also logistics you have to figure out to make sure that everyone is getting the best product.

**Every chef in Dallas complains that it's hard to find cooks of all kinds. Is it particularly difficult to put together a strong pastry staff?**

I have been incredibly lucky in that everybody who works in the kitchen for me found me. They came to me, sought out a position, even before I necessarily had something for them. I've been incredibly fortunate to find really passionate people. We have a great crew, everyone gets along, and there's no drama. I have no patience for drama, so I feel so lucky to have this fabulous team.

When we do have turnover, and that's inevitable because when you have good people they move on, I don't know what I'm going to do. We also have a really strong staff on the retail side, so I've been lucky there, too. The only place that we're really struggling right now is finding a good, consistent dishwasher. Do you know of one? We're still doing a lot of the dishes on our own right now.

**What does the future look like for Bisous Bisous Patisserie?**

I think we're progressing toward expansion. It was never my focus to franchise this or anything like that. I built Bisous Bisous for the love, clearly. I haven't gotten a paycheck for the last three years. I wanted to build a place that was a pick-me-up, kind of the place that I looked to Ladurée as. Not that I'm comparing our macarons to Ladurée in any shape or fashion. If that idea grows and we have the opportunity to serve other communities, we would absolutely do that.

But the construction process of getting this place built and ready to go is still a little fresh. I think we need a little break before we go through that again. But yeah, we're getting that feedback from our customers, chefs, real estate people. It's definitely a possibility, but we're taking it one step at a time.

**Do you feel like you're finally hitting your stride? Maybe you'll get a paycheck soon?**

In the list of my priorities, it's still about eight or nine on the list. I want to extend the hours, expand the menu, give my staff a raise. There's a lot of things I'd like to offer before I start to take. We've been open now for six weeks. We had opening week, then Valentine's Day which was fabulous, fantastic mayhem. Everyone loved it, but it was completely crazy. Then we had two weeks of bad weather and had to close for two days.

Now that the weather is starting to get better and people are starting to get out of the house more, I think we'll have a better idea of what normal is going to be like. But right now we don't really know what that is yet. I'm positive, I'm hopeful, and I know that what we're doing is really good. We just have to open every day, and work as hard as we can to make people happy.

RELATED TOPICS:      RESTAURANTS          FOOD NEWS

7/12/2021                    How Bisous Bisous Patisserie's Andrea Meyer Became Dallas' Ms. Macaron (Interview) | Dallas Observer

Use of this website constitutes acceptance of our terms of use, our cookies policy, and our privacy policy

The Dallas Observer may earn a portion of sales from products & services purchased through links on our site from our affiliate partners.

©2021 Dallas Observer, LP. All rights reserved.

CALIFORNIA RESIDENTS: California Privacy Policy | California Collection Notice | Do Not Sell My Info

185



DALLAS

# Observer®

| DESSERT |

# NBD: Bisous Bisous' Chef Andrea Meyer Built an Eiffel Tower out of Gingerbread

**FOODBITCH** | **DECEMBER 21, 2015** | **4:00AM**

## KEEP DALLAS OBSERVER FREE            SUPPORT US



Hey kid, sweet gingerbread house! I'm sure you're super proud of that, what with all the gumdrops and icing and skittles on the roof. I'd sure hate to ruin your Christmas, Kanye-style. But I've gotta, because kid, "Imma let you finish, but Andrea Meyer has made one of the best gingerbread creations of all time!"

What I'm trying to say is this: All of the gingerbread houses, mansions, apartment complexes and villages you've seen in your entire life will probably look like gingerbread porta-potties after you see the towering, glittering specimen of fresh-baked glory that is the Eiffel Tower Meyer has built with her team at Bisous Bisous Patisserie. Once I caught a glimpse I had to know more, so I asked chef Meyer a few choice questions.

186

**Holy holiday hamstack, Andrea! What was your inspiration to construct such a structure?**

My classmate Catherine Balken (formerly of Bouchon Bakery) and I constructed Notre Dame when we were in culinary school and then perfected it when we were both at Bouchon Bakery in California. I knew I wanted to do a big showpiece for the first Christmas in the shop, and while Notre Dame is my favorite landmark in Paris, I didn't want to do it again. The Eiffel Tower was the obvious best new challenge. It really is a great opportunity for the team to work on a unique project — one none of them had done in the past. And lucky for us, Catherine planned to visit after Thanksgiving so she was here once again to work on the project with me and the team.

**What is the tower made of? I want numbers!**

The tower is made of just over 100 individual pieces of hand-carved structural gingerbread and royal icing with fondant decorations. It also has custom-wired spot and tape lights illuminating it in the window.

**How long did it take to make it?**

We started cutting out the pieces the week after Halloween, and the team worked on it in their off hours for over five weeks. The intricate base pieces took over four hours each to cut out, and we had to do four of them!

**Let's get real, because we are taking about real gingerbread here. How hard was it to not eat it?**

This is actually the easiest part of the project. While it is absolutely edible, to make it stronger and hold its own weight we used more flour. it isn't extremely appetizing.

**Can I eat it? Kidding! Kind of...**

Oh goodness no! Please let me make you a cookie instead!

**Is chocolate the new butter? In other words, will you or will you not be working on a butter sculpture for next year's State Fair now that you know you can accomplish an incredible feat like this?**

No, I don't think you'll see me sculpting any butter any time soon. I prefer to put the butter into all the delicious things instead.

187

And speaking of all of those butter-filled, delicious things, you can score some of those, like French macarons, tarts, éclairs, croissants, "cruffins" (that's a cross between a croissant and a muffin) and cakes, plus special holiday treats like classic Bûche de Noël cakes; seasonal dark chocolate peppermint, apple hazelnut and pecan pumpkin mousse tarts; seasonal macarons in peppermint, eggnog, chocolate mint and gingerbread flavors; cranberry apple Cruffins; and custom shortbread cookies at Bisous Bisous for all your holiday/adulting needs.

*Bisous Bisous Patisserie* is located at 3700 McKinney Ave., Suite No. 150.

RELATED TOPICS:        RESTAURANTS          DESSERT

---

Use of this website constitutes acceptance of our terms of use, our cookies policy, and our privacy policy

The Dallas Observer may earn a portion of sales from products & services purchased through links on our site from our affiliate partners.

©2021 Dallas Observer, LP. All rights reserved.

CALIFORNIA RESIDENTS: California Privacy Policy | California Collection Notice | Do Not Sell My Info

188

# DALLAS Observer®

| BREAKFAST |

# Staying True to the Original Bite, At Last the Kouign-Amann Arrives at Bisous Bisous

**LAUREN DREWES DANIELS** | **JULY 29, 2019** | **4:00AM**



Kouign-amanns are now in Uptown. / **Lauren Drewes Daniels**

189

# KEEP DALLAS OBSERVER FREE     **SUPPORT US**



There's a beautiful new thing happening at Bisous Bisous Patisserie. Recently, I spied with my little eye a humble, yet beautiful, pile of new pastries basking nonchalantly in the back row of the show case. A little sign behind these delicate rolls of butter and caramelized sugar confirmed all my hopes and dreams for that day — they were, in fact, kouign-amanns.

To get us all on the same emotional level, here are my words from a few years ago when I first discovered the kouign-amann at the Village Baking Company:

> "This is a kouign-amann (pronounced "queen ah-man") and it tastes like the sunrise. No, seriously, it tastes like sunrise on a farm surrounded by lush green fields where fresh butter is churned daily. No, it's not about taste. It's about experiencing euphoria through food. These succulent muffin-shaped croissants with layers of butter-laced angel wings tucked inside are quite possibly the most amazing thing I've ever eaten."

See what I mean? A whole other level.

I spoke with Bisous Bisous owner and pastry chef Andrea Meyer to find out what took so long to get these in store, and to just generally nerd-out about the kouign-amann.

"Yeah, my staff wants to eat them all," Meyer says. "Usually after we bake things, we get tired of them, but with these, that's not the case."

For customers, however, the new pastry is hit or miss.

"They have sort of a cult following," she says. "People who know them, really know them."

Meyer became a member of the fan club seven years ago while visiting France and has worked since then to spread the good word in these parts. She's a missionary of sorts. A caramelized sugar, buttery missionary.

These delicate pastries are a regional specialty of Brittany, France, which is mostly known for its butter and "home of these awesome happy cows," Meyer says.

"I went up there in 2012 for a few weeks, and I bought some from a vendor at a local street market. It was all he sold; he had a cart full of them. Afterward, I couldn't stop thinking about them. I wanted to find him and say, 'Will you marry me? I want to weigh 500 pounds and live with you forever.'"



Bless them all ... a cart of kouign-amanns in France /
**Andrea Meyer**

She'd already graduated from culinary school, Le Cordon Bleu in Austin, and trained with the Thomas Keller Restaurant Group at Bouchon Bistro in Napa. She then opened Bisous Bisous in 2015. But she still had one little thing to handle.

"We went back to France in 2016 to find that guy, and I wanted to stag (cook in his kitchen and learn his secrets) with him and learn everything about baking these. We looked for him everywhere," Meyer says.

She even enlisted friends and their relatives from the area to track him down.

"We eventually found him,"  she says, "but he wasn't doing it anymore. Instead we found a local bakery and they agreed to teach me, but all of the instructions were in French. The pastry chef showed me once, and then told me to finish the production for the next day and walked out. He didn't warn me or anything. He just left."

After some quick notes and a moment of panic, Meyer got to work and, indeed, made the next day's allotment.

191

With the recipe in her pocket, Meyer came back to Dallas, but with the new storefront, didn't have time to concentrate on the kouign-amann.

"We make 50 to 60 different products a day, so it was on the back burner for a long time," Meyer says.

Then, she had to have a major spinal surgery, which forced her to slow down and think about things. She came back focused and invigorated.

"After surgery, I was like, 'Let's make this happen now,'" Meyer says.

(Cue Etta James' "At Last." Turn it all the way up.)

Meyer's kouign-amanns are shaped differently than others found here in Dallas.



Andrea Meyer dusted in flour after baking in France /
**Andrea Meyer**

"A lot of times you'll find them corner-folded with a muffin look," Meyer says. "That's not the regional (Brittany) way to do it. Paris must have made the modifications, and they used puff pastry. Often big cities get regional food and make it their own."

Outside of Brittany, Meyer said she's found a lot of inconsistency in the butter and sugar with other kouign-amanns as well. She talks fast naturally, but slows down a beat and says with purpose, "I wanted to stay true to the original bite.

"In Brittany, they make them from the baguette scraps, and in Paris they use puff pastry. Well, we don't make baguettes here, so we had to go through a lot of testing," Meyer says. "We went through 10 or 11 tests to get it just right. We'd have to tweak the sugar, just tiny little tweaks. And we have to watch the oven meticulously. Timing is crucial."

The kouign-amann also requires a special prep for the pan, and it has to be turned out immediately, which involves flipping over a big hot pan full of delicate pastries.

"We call it 'The Queen' because it's so high-maintenance," Meyer says. "We'll say, 'Who's working on 'The Queen' today?"

Here's the thing, they only make a dozen a day, which sort of makes me not want to post this story — gives me anxiety that they'll be out next time I go. Alas, I'll help spread the good word in the hope they increase production.

*Bisous Bisous Patisserie, 3700 McKinney Ave. #150 (Uptown). Open 7 a.m.-7 p.m. Monday-Saturday, 9 a.m.-5 p.m. Sunday.*

RELATED TOPICS:        RESTAURANTS           BREAKFAST           DESSERT

Use of this website constitutes acceptance of our terms of use, our cookies policy, and our privacy policy

The Dallas Observer may earn a portion of sales from products & services purchased through links on our site from our affiliate partners.

©2021 Dallas Observer, LP. All rights reserved.

CALIFORNIA RESIDENTS: California Privacy Policy | California Collection Notice | Do Not Sell My Info

193



# Just In Time For Thanksgiving, Bisous Bisous Has You Covered With This Cruffin That Comes Topped With All Your Favorite Thanksgiving Day Fixings.

**Thanksgiving Cruffin.**
**Bisous Bisous Pâtisserie.**
**3700 McKinney Ave #150.**

Andrea Meyer at Bisous Bisous Patisserie is like a queen bee, buzzing around her kitchen, leading her workers around as the air fills with scents of steamy butter and gravy.

Meyer is a speak-no-nonsense kind of chef, and in the culinary world, that's worth its weight in gold. She means what she says and has clearly seen her fair share of foul mouthed kitchens.

During her time at Bisous Bisous, Meyer has taken a note from French pastry chefs: never let anything go to waste. While most bakers would resign themselves to making sticky buns or cinnamon rolls with croissant dough scraps.

But Meyer wouldn't have any of that. She flattened the scraps, covered them in a topping of her choice, and rolled them up to be baked into what she now calls the 'Cruffin.' Crispy on the outside, soft on the inside and filled with flavors that can make anyone's heart melt — and not just from all the butter.

This year she is featuring a Thanksgiving-themed cruffin, made with turkey, cornbread and gravy filling, topped with mashed potatoes, a stuffing flavored macaroon and a syringe of cranberry syrup. We stuck ourselves with an extra insulin needle and asked Meyer all about the seasonal treat.

**How did the Cruffin come into existence?**

"When you make a croissant, there is a lot of extra [dough] because you always need your croissant to be super square. So we save them all. We resheet them into a new dough. and since that new dough will never be croissant again, we can turn it into cruffins. which are still extra delicious and still full of European butter."

**If not the Cruffin, what else would it be?**

"Usually people make bear claws, cinnamon rolls or sticky buns. There is some inconsistency with the rise because of the distribution of the yeast in the rise."

**Have you made a flavor that just totally didn't work?**

"No, 'cause we did the cheeseburger cruffin, and yeah that was good. We did the pizza and the cheeseburger, so no, they've all been good. [Laughs]"

**What do you see as a future flavor?**

"I don't know, that's an excellent idea. You got any ideas? [Laughs] From a sweet perspective we've got a pumpkin one just about to phase out, then we will switch to cranberry orange pecan. We already have a ham and smoked gouda. Maybe even glazed ham? I'd have to just think about that. We really put this one together last year, just kind of as a challenge. Like, could we make a cornbread stuffing macaroon and make it good?"

**If someone offered you a million dollars a year to only make the cruffin would you take it?**

"Yes. Absolutely. That would be just spectacularly simple. We have somewhere in the neighborhood of 60 to 70 items at any given time, and so it's just massive to try and keep up with something like that. It really does spread you a little thin. Things like this just give us the opportunity to do something fun just for a short period of time. Especially the cruffin. It's just so versatile.

**How often is the cruffin available?**

"There are three flavors all year round: ham and cheese, cinnamon, raspberry cream cheese and a seasonal are all year-round. They are mostly born of stuff that we have around. Like the raspberry cream cheese, we make a raspberry cake, and there are always extra pieces of the cake that we use in the filling."

195

☰                                                                                                         🔍

(https://www.centraltrack.com)

(https://www.centraltrack.com/ad-dashboard/?sid=6&bsa_pro_id=1199&bsa_pro_url=1)



**THE QUICKIE: ANDREA MEYER OF BISOUS BISOUS PÂTISSERIE.**

◯ FOODBITCH (HTTPS://WWW.CENTRALTRACK.COM/AUTHOR/FOODBITCH/) ✕ NOVEMBER 29, 2017

⌄

# Five Questions For Andrea Meyer, Head Macaron Maker, Pastry Chef And Creator Of Bisous Bisous Pâtisserie In The West Village.

*Welcome to The Quickie, our new series featuring a short 'n sweet, quick 'n dirty interview with a local small business owner, chef or creator.*

Like an ideal after-dinner treat, Andrea Meyer of Bisous Bisous Pâtisserie is just the right mix of sugar and spice. We jumped at the opportunity to ask her a few questions about Bisous Bisous and her life in general.

**FB: Give us the Bisous Bisous elevator pitch. Where'd it come from, what's your background and what made you decide to do the macaron thing?**

*AM: I started Bisous Bisous after years of traveling abroad only to come home to a complete lack of French-style pastries here in Dallas. I'd kicked around the idea of starting my own dessert business for years, but always knew that if I were to do it right, I'd need to go to culinary school and make a total life change. That's a pretty big shift so it took me some time to make the leap! After my husband and I had a chance to live and work in Paris in 2009, I came home and decided it was time to quit my full time job as a project manager, go to culinary school and begin the journey to create a true French-style patisserie in Dallas, where we could become part of our community and provide a mo[...] happiness for each of our customers. And maybe most importantly to me, create the best French macarons and have all of them in s[...] fresh every day!*

reCAPTCHA
Privacy · Terms

196

**FB: What might folks not know about making macarons?**

*AM: While I think most people know now how difficult they can be, or how technical they are from a pastry perspective, they likely don't know how much waste there is in producing an item that is at a high enough quality to sell to our customers. From size variations to weather implications, there are a lot of macarons that simply don't make the cut. And that's with a full time person who kills it every day churning out thousands of macarons! Not only is that price tag an indication of the ingredients and the skilled labor, it's also to allow for the times when entire batches can simply miss the mark. I'd rather be out of a flavor (which has never happened, fingers crossed!) than sell something I don't believe in.*

**FB: What's your favorite place to eat out in Dallas?**

*AM: When I actually have a moment to eat out around Dallas ~ which is rare ~ we almost always wind up at the Grape. The food is always on point, the atmosphere is comfortable, the staff takes good care of us and as a small business owner, I prefer to keep my money going to another small business as much as possible. Brian and Courtney Luscher have created a space that has a consistent vibe with what we try to do ~ allow our guests a space to be relaxed and enjoy themselves and their experience, and I think that's why I'm drawn there so often.*

**FB: What's the latest and greatest thing you're doing at Bisous Bisous right now?**

*AM: We're really excited about two things we're rolling out now. First is our bi-color croissants which we've been working on for a while. We have a green bi-colored Pistachio croissant as well as an orange Pumpkin croissant right now, and we'll be rolling out a red Pomegranate Orange croissant in December. The second item is our new Freezer to Oven croissants, available now in plain and chocolate. Just pull from the freezer and pop into your pre-heated oven – 20 minutes later you have a croissant just like we make in the shop! It's taken us a lot of testing in the kitchen and we were finally able to nail it. No leaving anything out overnight or figuring out what egg wash is, just put them on the pan and bake 'em up!*

**FB: What's next for Bisous Bisous Pâtisserie and Andrea Meyer?**

*AM: Looking to 2018, we're definitely focusing on expansion. Everything from new products to an expanded class program to rolling out our house-made ice creams – the sky's the limit in the New Year, isn't it?!*

When it comes to macaron towers, clearly so.

**Speaking of the sky being the limit, if there's another local small business you'd like to know more about, The Quickie is here to serve. Like a good cover band, we take requests. Let us know in the comments or message foodbitch (https://www.instagram.com/askfoodbitch) directly.**

*Cover image courtesy of Bisous Bisous Pâtisserie.*

(https://www.centraltrack.com/ad-dashboard/?sid=6&bsa_pro_id=1167&bsa_pro_url=1)

Privacy - Terms

197

f

𝕏

Pinterest

G+

(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?(HTTPS://TWITTER.COM/INTENT/TWEET?(HTTP://PINTEREST.COM/PIN/CREATE/BUTTON/?(HTTPS://SHARE?
U=HTTPS://WWW.CENTRALTRACK.COM/THE-FIRST-TRACK.COM/THE-FIRST-TRACK.COM/THE-FIRST-TRACK.COM/THE-FIRST-TRACK.COM/THE-CENTRAL

QUICKIE-
ANDREA-
MEYER-OF-
BISOUS-
BISOUS-
PATISSERIE/)

QUICKIE-
ANDREA-
MEYER-OF-
BISOUS-
BISOUS-
PATISSERIE/)

QUICKIE-
ANDREA-
MEYER-OF-
BISOUS-
BISOUS-
PATISSERIE/)

QUICKIE-
ANDREA-
MEYER-OF-
BISOUS-
BISOUS-
PATISSERIE/)

QUICKIE-
ANDREA-
MEYER-OF-
BISOUS-
BISOUS-
PATISSERIE/)

‹ PREVIOUS ARTICLE (HTTPS://WWW.CENTRALTRACK.COM/THE-END-OF-2017-BRINGS-THE-OFFICIAL-END-OF-INDOOR-SMOKING-IN-DENTON/)
NO MORE SMOKING IN DENTON BARS COME 2018. (HTTPS://WWW.CENTRALTRACK.COM/THE-END-OF-INDOOR-SMOKING-IN-DENTON/)

NEXT ARTICLE (HTTPS://WWW.CENTRALTRACK.COM/PREMIERE-XES-GROUP-A-TO-GROUP-E-G-A-G-E-VIDEO/)
PREMIERE: XES' "GROUP A TO GROUP E (G.A.G.E.)" VIDEO. (HTTPS://WWW.CENTRALTRACK.COM/PREMIERE-XES-GROUP-A-TO-GROUP-E-G-A-G-E-VIDEO/) ›

## FOODBITCH (HTTPS://WWW.CENTRALTRACK.COM/AUTHOR/FOODBITCH/)

Foodbitch will tell you what to eat and you'll like it. You can find her ranting about the Dallas restaurant scene right here on Central Track, over on Instagram (@askfoodbitch), Twitter (@foodbitch), Facebook (@oodfayitchbay) or her blog.

(mailto:ask@foodbitch.me) (http://www.foodbitch.me) (//www.twitter.com/foodbitch) (https://www.facebook.com/oodfayitchbay/) (https://www.instagram.com/askfoodbitch/)

**RELATED POSTS**

Privacy - Terms

198