# Exhibit H

screenshot-www.fox4news.com-2021.07.15-13_31_27
https://www.fox4news.com/good-day/chocolate-peppermint-parfait
15.07.2021



WIN BIG
WinStar WORLD CASINO RESORT

# Chocolate Peppermint Parfait

**Published** December 4, 2019  |  Good Day Recipes  |  FOX 4



Chef Andrea Meyer from Bisous Bisous stops by Good Day to make an easy no-bake holiday party dessert. The chocolate peppermint parfait leaves your breath minty fresh for socializing.



A CLASSIC Deal    CLASSIC NEVER CHARGES MORE THAN MSRP
FIND NEW ROADS
THAT'S TEXAS TRUE PRICING
CHEVROLET

claims fall to 360,000, another pandemic low
4 hours ago

COUPON CODES AVAILABLE
GET CODES

* Makes 12 servings of 2 oz. parfaits

Dark Chocolate Pudding (recipe below)
Peppermint pudding (recipe below)
14 oz. bag of Oreos, crushed
Whipped cream, to top

Sponsored Links



**New Anti-Mosquito Device Is Changing Outdoor Life In USA**
Fuze Bug

1. Make the chocolate pudding and immediately pour into the base of the parfait cups. Chill to set.

2. Add a layer of crushed Oreos.

3. Make peppermint pudding and immediately pour over chocolate pudding and Oreo layers. Chill to set.

4. Once set, add another layer of crushed Oreos, whipped cream to top the parfait, and either crushed Oreos or crushed candy canes to decorate each parfait.

## Dark Chocolate Pudding

2 1/4 cups whole milk
1/2 cup sugar
Pinch of salt
2 tablespoons cornstarch
3 tablespoons unsweetened cocoa powder, preferably Valrhona
1 large egg
2 large egg yolks
5 ounces dark chocolate, prefer Valrhona Satilia, finely chopped
2 tablespoons unsalted butter, cut into pieces
1 teaspoon vanilla extract

1. Combine the milk with 1/4 cup of the sugar, and the salt and bring to a boil over moderate heat, whisking as it heats.  Once scalded and sugar is dissolved, remove from the heat.

2. Separately in a medium bowl, whisk together the cornstarch with the unsweetened cocoa powder and the remaining 1/4 cup of sugar until blended.  Whisk in the eggs and egg yolks.  Carefully pour the heated milk mixture into the egg/sugar mixture, whisking vigorously as you pour.  Once all the hot milk has been combined with the egg, pour the entire liquid back into the pot and whisk.  Using a spatula, continuously stir on medium heat, cooking until the mixture thickens.  It should coat the back of your spatula.

3. In a large bowl, have the chopped chocolate, butter and vanilla combined together.  Place a large mesh strainer over the chocolate and strain the pudding over it.  Whisk the entire mixture until the chocolate and butter are completely melted and incorporated and the pudding is smooth, about 2 minutes.  Immediately pour into the base of the parfait cups and chill to set.  If assembling parfaits, allow to set before proceeding to the next layer.  Top this layer with crushed oreos, leaving room for another custard and oreo layer.

## Peppermint Pudding

2 1/4 cups whole milk
1/2 cup sugar
Pinch of salt
4 candy canes, finely crushed
4 tablespoons cornstarch
1 large egg
2 large egg yolks
2 tablespoons unsalted butter, cut into pieces
2 teaspoon peppermint extract
Pink food coloring, as desired

1. Combine the milk with 1/4 cup of the sugar, the candy canes and the salt and bring to a boil over moderate heat, whisking as it heats.  Once

201

and bring to a boil over moderate heat, whisking as it heats.  Once scalded and the sugar and candy canes are dissolved, remove from the heat.

2. Separately in a medium bowl, whisk together the cornstarch and the remaining 1/4 cup of sugar until blended.  Whisk in the eggs and egg yolks.  Carefully pour the heated milk mixture into the egg/sugar mixture, whisking vigorously as you pour.  Once all the hot milk has been combined with the egg, pour the entire liquid back into the pot and whisk.  Using a spatula, continuously stir on medium heat, cooking until the mixture thickens.  It should coat the back of your spatula.

3. In a large bowl, have the butter and peppermint extract combined together.  Place a large mesh strainer over the butter and strain the pudding over it.  Whisk the entire mixture until the butter is completely melted and incorporated and the pudding is smooth, about 2 minutes.  Immediately pour over the chocolate pudding and Oreo layer and chill to set.  Once set, add another layer of crushed Oreos, whipped cream to top the parfait and either crushed Oreos or crushed candy canes to decorate each parfait.

Link: www.bisous-bisous.com

Taboola Feed



**New Anti-Mosquito Device Is Changing Outdoor Life In USA**
Fuze Bug | Sponsored



**Are You Over 40? This game is a must!**
Raid Shadow Legends | Sponsored



**What Selma Blair 'Thought Was a Pinched Nerve' Turned Out to Be MS**
Self | Sponsored



202



**Buy Your New Home First, Sell Your Old One Later**
Get Prequalified Today
Knock.com | Sponsored



**The Secret To Breaking Up Dark Spots On Face (Or Neck Or Hands)**
Gundry MD | Sponsored

**Colorado: Say Bye To Expensive Solar Panels If You Own A Home In...**
EnergyBillCruncher | Sponsored

screenshot-www.fox4news.com-2021.07.15-16_00_48
https://www.fox4news.com/good-day/apple-pie-with-brown-sugar-streusel
15.07.2021



**FOX4** KDFW    News    Weather    Sports    Good Day    Traffic    Live    Contests    More ⋮

⚠ **River Flood Warning**    until SAT 12:00 AM CDT, Denton County, Dallas County    ^

# Apple Pie with Brown Sugar Streusel

**Published** November 15, 2017  |  Good Day  |  FOX 4 News Dallas-Fort Worth



Apple Pie with Brown Sugar Streusel

3 minutes left

CHEF ANDREA MEYER
BISOUS BISOUS PATISSERIE

8:51    69°

Chef Andrea Meyer from Bisous Bisous Patisserie joins Good Day to make one of her famous apple pies with brown sugar streusel.

**Apple Pie with Brown Sugar Streusel**

**Trending**



**1**  **19-year-old arrested in connection to July Fourth shooting in Dallas'**

arrested after Dallas investigator recognizes her from previous arrests
2 hours ago



**Dallas Mavericks introduce new general manager, Nico Harrison, and head coach, Jason Kidd**
2 hours ago



**Deep fried shrimp & grits, fried pancakes among the 2021 State Fair of Texas food semi-finalists**
3 hours ago



**Suspect arrested after stabbing near Downtown Dallas bus station**
4 hours ago

Sponsored Links



**Don't play this game if you are under 40 years old**
Raid Shadow Legends

Pie Crust - Yield:  2 9" pie shells
12 tablespoons cold, unsalted butter

3 cups flour
1 teaspoon salt
1 tablespoon sugar
1/3 cup butter
1/2 cup cold water

Dice butter and keep cold while doing the next steps.  Pulse the flour, salt and sugar together in a food processor.  Add the butter pieces.  Pulse until the butter is pea sized.  With the food processor running, slowly add the water until a dough forms.  Remove, roll into a ball, wrap in plastic and refrigerate.

After about 30 minutes, remove the dough and cut it into half.  Roll each section on a floured surface into a round large enough for the pie pan.  Fold in half to move onto pie plate and unfold.  Crimp edges as desired.  Make 3-4 1/2" slits in the bottom of the crust.

Filling - Yield 1 9" pie
2 tablespoons unsalted butter
2 ½ pounds apples, peeled and cored, then cut into wedges (5 large)
1/4 teaspoon ground allspice
1/2 teaspoon ground cinnamon
1/4 teaspoon kosher salt
3/4 cup plus 1 tablespoon sugar
2 tablespoons all-purpose flour
2 teaspoons cornstarch
1 tablespoon apple cider vinegar

Melt the butter in a pan set over medium-high heat and add apples. Stir to coat fruit with butter and cook, stirring occasionally. Meanwhile, whisk together the spices, salt and .75 cup sugar, and sprinkle this over the pan, stirring to combine. Lower heat and cook until apples have started to soften, approximately 5 to 7 minutes. Sprinkle the flour and cornstarch over the apples and continue to cook, stirring occasionally, another 3 to 5 minutes. Remove pan from heat, add cider vinegar, stir and scrape fruit mixture into a bowl and allow to cool completely.

Add to uncooked pie shell.

Streusel - Yield 1 9" pie
1⁄3 cups granulated sugar
1/4 cups firmly packed light or dark brown sugar
1⁄2 cups plus 2 tablespoons all-purpose flour
1 teaspoons ground cinnamon
1⁄2 teaspoons ground ginger
1/2 teaspoons kosher or coarse salt
8 tablespoons (1 stick) cold unsalted butter, cut into small pieces

Dice the butter.  Combine all dry in a food processor.  Add the butter and pulse until the butter is pea sized.  Add to top of apple filling before baking.

Bake the assembled pie at 350F for approximately 20-30 minutes or until the streusel is browned and the apple juices bubble through.

LINK: www.Bisous-Bisous.com



205



**Don't play this game if you are under 40 years old**
Raid Shadow Legends | Sponsored



**Solar Almost Free Thanks To Colorado Government**
weLoveSavings | Sponsored



**Check Out These Boat Names, Funny Names That Had Us Laughing**
Boat #5 took some thinking
Rush Crunch | Sponsored

