# Exhibit I

7/12/2021                                                bisou - Google Maps



Map data ©2021 Google   2000 ft

Rating ▾    Hours ▾    ⚙ More filters

---

### Bisou

5.0 ★★★★★ (1)

Restaurant · 2619 McKinney Ave Suite 120

Closed today · (214) 434-1973

Dine-in · Takeout · No delivery

 Website     Directions

RESERVE A TABLE

---

### Bisous Bisous Pâtisserie

4.3 ★★★★½ (348) · $$

Patisserie · 3700 McKinney Ave #150

Cozy stop for macarons & other pastries

Open until 5:00 PM · (214) 613-3570

Takeout · Delivery · No dine-in

 Website     Directions

---

Showing results 1 - 2

https://www.google.com/maps/search/bisou/@32.8008014,-96.8114407,14z                                    1/1

208