# Exhibit J

**MONSHAUGEN & VAN HUFF, P.C.**
Attorneys at Law
1225 North Loop West, Suite 640
Houston, Texas 77008
Tel. (713) 880-2992 - Fax (713) 880-5297

March 2, 2021

Via Email: mccormick@fr.com

Mr. John P. McCormick, Esq.
FISH & RICHARDSON, P.C.
One Marina Park Drive
Boston, MA 02210-1878

Re:   Bisou Trademark

Dear Mr. McCormick,

Our firm is in receipt of your Letter dated January 26, 2021, regarding our client Cle Group, LLC's use of the term "Bisou." Your letter claims that Cle Group's use of the term Bisou is likely to cause confusion with the following trademark registration numbers: 4,811,207; 5,120,605; 5,120,606; 4,811,208; 5,106,226; and 5,106,227. Please consider this letter a rebuttal to your January 26, 2021 letter.

While Bisou Bisou may be recognized in the Dallas, Texas area, it is virtually unknown in the Houston area. Therefor, we respectfully deny your demand that Houston's Bisou location phase out the use of the generic term Bisou.

The term "Bisou" is a generic term, as is its English counterpart. Because Bisou is a generic term it is our opinion it should receive weak trademark protections as it is used by a large number of entities in their filings with the USPTO. As you know, weak trademarks are given weak protections by the USPTO.

The goods and services of Bisou are vastly different that your client. While pastries are offered, they are often not ordered. Bisou is a high quality dinner and night club experience, while Bisou Bisou is a local pastry shop.

Cle Group, LLC does not intend to affiliate or cause confusion with your client's trademarks. Further, no evidence exists of customers confusion of one business entity for the other. Bisou does not affiliate or imply an affiliation with Bisou Bisou Dallas in any way.

We too hope for a speedy resolution to this process, but at this time we cannot agree to the terms noted in your January 26, 2021 letter.

Truly yours,

Albert T. Van Huff

Albert T. Van Huff

210