# Exhibit K



# CREME BRULEE

Vanilla Bean, Fresh Berries  10

# TARTE NORMANDE  10

Golden Delicious Apples, Vanilla Bean Ice Cream, Salted Caramel

# BREAD PUDDING  10

Vanilla Bean Ice Cream, Spiced Rum Infused Caramel Sauce

# CHOCOLAT FONDANT  10

Molten Chocolate Cake, Vanilla Ice Cream, Pistachio Creme Anglaise, Amarena Cherries

# TRIO OF DESSERTS  10

Vanilla Bean Creme Brulee, Dark Chocolate Brownie and Fresh Berries, Vanilla Ice Cream and Hot Chocolate Profiterole

# BISOU BISOU  13

Vanilla and Chocolate Gelato, Fudgy Brownie, Salted Caramel Crispearls, Chocolate "Cigarettes", Dark Chocolate Dipped Waffle Cone, Gold Leaf