# Exhibit L



## Recommended Reviews

**Search within reviews**

Search within reviews 🔍

Lowest Rated ⌄

**Username**
Location
📷 0   ⭐ 0

**Start your review of Bisou.**

**Priscilla L.**
Chino, CA
📷 0   ⭐ 3   🖼 1

⋯

⭐ 7/8/2021

Horrible service never again !!!! If I could give no stars I would. And did I mention the decor is horrible do not take your children there unless you allow them to see nudity

Useful   😊 Funny   😎 Cool

**Kristy G.**
Miami, FL
📷 473   ⭐ 4

⋯

⭐ 6/12/2021

If I could leave this place 0 stars I would! I have NEVER been to a more disorganized, rude, and unprofessional restaurant in my entire life. We made a reservation for 8:30, we were not seated until 9:30 because "the table in front of us hasn't left yet" ARE U KIDDING ME! What's the point of making a reservation??
To make things worse, our waiter took about another 45 min to visit the table and take our orders. PLEASE, save yourself the time and anger by not coming here. There are other nice restaurants in the area!!

Useful **4**   😊 Funny **2**   😎 Cool **1**

**Jack O.**
Houston, TX
📷 43   ⭐ 2   🖼 1

⋯

⭐ 5/30/2021

 1 photo

The DOORMAN picks and chooses who he thinks should come in. I was denied entry by the door man who said if I gave him $40 I could come inside. I spent a thousand dollars there on New Years and I'm always dressed nice. The place is filled with prostitutes and old men. The food is ok. -Jack O'Connell

A sociopath

 Useful **1**     Funny     Cool

 **Ryan L.**
Houston, TX
 0   1                                                                          · · ·

★☆☆☆☆  5/24/2021

Dined on the patio with my fiancée and some friends last Friday night.  The beignets were good, but that was about the only good thing about our experience.  My brother-in-law and I both ordered a NY strip and asked for the steaks to be cooked medium rare.  However, both were delivered to the table very rare and had to be sent back to the kitchen.  The steaks were comped, but we were not offered a fresh steak.  Our waitress was attentive, but applied a 20% gratuity to our tab with a group of 5!  As a previous waiter myself, this typically is only applied to a group of 6 or more.

Overall the drinks were over priced, food was mediocre and would not be a recommendation as a spot to try.  Much better options are in the area.

 Useful **1**     Funny     Cool

 **Amy M.**
Mission, TX
0   10   3                                                                          · · ·

★☆☆☆☆  5/23/2021

Went for a friends bday. Drinks sucked... flounder was delicious! But another party in the "vip" table next to us didn't have enough room. So when it came down to it the manager he straight up brought

us our check when we never asked for it so we could cash out leave quick so the table could go to that other party. Mind you our tab was close to 1k not including the bottle of champagne I purchased. The reservations for the table were made 2 weeks in advance I thought that was extremely shitty of "management" to do since we had a right to be there as long as we wanted.

◎ Useful **1**    😊 Funny    😎 Cool



**Greenie G.**
Houston, TX

🖼 0    ⭐ 10

· · ·

 5/21/2021

Went last weekend, a day after CDC announced the new mask policy, and surprisingly all staffs in the restaurant were not wearing mask!!  The pandemic is not over yet!  And after seated, we waited for 10 minutes and nobody server came, then we saw the waitress told the server about us, then a few minutes later still nobody came, we just walked out and went to a different restaurant in the same area.  If you are familiar with this area, there are multiple restaurants in within walking distance, while we were walking, we realized that all employees from other restaurants were still wearing mask! Even Hopdoddy and the ice cream shop!

◎ Useful **1**    😊 Funny **1**    😎 Cool **1**

**B. R.**
Houston, TX

🖼 0    ⭐ 21    🖼 1

· · ·

 5/16/2021

Went for brunch, it was so loud I had to yell for my friend to hear me. We were at our table for 30 minutes before someone came to greet us. Ordered mimosas and was told champagne would taste better with the mimosas instead of the sparkling wine they put in them...no problem I order a $40 bottle of Prosecco for the mimosas. The food comes out before we get the mimosas, we are almost done with our food when we finally get the mimosas. We are half done with the bottle of Prosecco when server comes to tell me she has given us the wrong bottle of champagne, she has given us an $80 bottle....Options are she can take the half drank bottle and bring us the $40 bottle we ordered or she will have to pay the additional $40. I tell her whatever is best for her because I am only paying the $40. When I ask for our check, she brings it but doesn't hand it to me because she has forgotten to take the $40 off of the $80 and she is sure to tell me she doesn't want to get her Manager involved (eye roll). She comes back again with the check but this time she has the $80 bottle on the check, gratuity of 20% and the total....and then the $40 credit (double eye roll) so now my tax and gratuity are based on the $80 bottle of champagne. I bring this to her attention, she says she will go and fix it. She comes back with her rude manager who tells me when they run my credit card the gratuity will come out of the $40 credit (what tha) I try not to laugh and tell her I want my credit card transaction to reflect what my receipt is when I leave the restaurant. No apology at all she walks away and tells the server to follow her. Server comes back with the correct receipt and I pay. Will never go back. Felt like I was totally being scammed

| Useful | Funny | Cool |

**Diana B.**
Houston, TX
🖼 49   ⭐ 7   🖼 1                                                                                        ···

⭐☆☆☆☆   5/3/2021

📷 1 photo

"James" a bold manager? Is very rude.
Nice places should be more caring about managers and the staff.
Its a nice place with the worst staff.

James the rude manager.

| Useful **2** | Funny | Cool |

**Brooke F.**
Houston, TX
🖼 77   ⭐ 7                                                                                              ···

⭐☆☆☆☆   4/26/2021

COVID NIGHTMARE.  From the moment I walked in I wanted to leave, however, I was there for a friend's birthday party and didn't want to bail out on her.  The place was crawling with people bumping and grinding out manufactured fun in a way that I haven't witnessed in...ever.  But especially during a pandemic.

The "restaurant" was standing room only and shoulder to shoulder at that.  This is prior to the 100% capacity and no mask necessary order by the governor.  Bisou got a head start.  And after a quick glance, this is not the first complaint regarding their super spreader all-you-can-eat COVID buffet. I wish I would have turned around upon entry.  I could have never anticipated the dumb nightmare of an ending I was in for.

This is a story about a Bill.

Our waiter, nice and respectful, somehow transcending the nonsense breeding around us, asked each of us at the party if we were on our own bill.  Therefor it never occurred to me that a party of about 12 would need to pay with one credit card, especially after being asked explicitly, if we wanted separate checks.

Anyway, long story shortened ended up involving two numbskull oafish excuses of managers, a security guard and self-reportedly a police officer.  It took approximately 2 hours and 15 minutes after finishing dinner and requesting to pay to leave, to leave.  Basically, expect to be held hostage or pay the tab for your table.  Management simply would not budge and accept my money despite me asking numerous times and explaining that I needed to leave to pick up my child.  Completely disregarding the fact that we'd been asked at the beginning if we were on separate checks (to which everyone replied "yes"). No one was stepping forward to pay the table's bill, understandably, since a lot of us didn't know one another.  I'm not even sure what changed in the end, but I paid a tab, at least twice what I owed plus a massive tip, and I angry stomped to my car.

Between the cartoonish crowd that night, the COVID tornado, and the 3 or 4 stooges, it made for a miserable night.  I feel pretty awful for my friend who did not deserve such a spectacle and angry friends at her birthday.  And for that, Bisou, you can kiss it.

[ ◎ Useful **4** ]   [ ☺ Funny ]   [ ☺ Cool ]



**Jeremy L.**
Houston, TX

▨ 208   ▣ 26   ▨ 1

· · ·

 4/21/2021

No one that works here is wearing a mask - not the host, not the wait staff and no one in the kitchen. We arrived for a reservation and promptly left.

If the restaurant doesn't care about the health and safety of their patrons then I have no desire to ever come here again

7/12/2021          BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp

## Recommended Reviews

**Search within reviews**

Lowest Rated ⌄

Search within reviews 🔍



**Username**
Location

📷 0   ⭐ 0

Start your review of **Bisou**.

---

**Tiera C.**
Humble, TX
📷 0   ⭐ 1

···

⭐☆☆☆☆   4/18/2021

If I could give this place 0 stars I would. The food was horrible! The drinks were okay. Overall, I would never return! Customer service was horrible!!!!!

◎ Useful **1**    😊 Funny    😎 Cool

---

**V P.**
Houston, TX
📷 0   ⭐ 11   🖼 4

···

⭐☆☆☆☆   4/17/2021

📷 2 photos

We went for a Saturday brunch at 12:30pm and sat outside. The restaurant was quite empty which should have been our first clue. Space is larger than typical and generally well done (albeit uncreatively white and gold). But the food was just OK.

The worst thing was service and the lack of any COVID precautions. Our waiter maybe showed up twice to check on us outside. The manager, the maitre'd and some of the servers were unmasked. Several were masked so this clearly was no statement, just lax protocols. The maitre'd, a young woman looked like she had a cold. We heard her sniffling and saw her WIPE her nose with her hand .... while facing customers. Ick. There were no hand sanitizers anywhere either.

While I recognize the state no longer requires masks, there really aren't very many high end establishments or hotels that are being lax. It showed a certain lack of respect for their customers who are just beginning to get out and not all are vaccinated. No wonder they're empty. If the person handling my food in the middle of a pandemic can't even cover up his nose and mouth, I don't want to spend $30/head for brunch here.

Case 3:21-cv-01614-B   Document 13-13   Filed 07/19/21   Page 8 of 119   PageID 311

7/12/2021          BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp

They need to get their act together. Ouzo Bay which was just across the street had a better decor, manager and staff masked up, respectful and smart all around.



**Eggs Florentine**                                **Egg white sandwich**

Useful **3**     Funny **1**     Cool


**Lorraine L.**  *Elite 2021*
Houston, TX
📷 17   ⭐ 158   🖼 191

 3/28/2021

I visited for dinner last night with a couple girlfriends and I can assure you I will not be back. The crowd is a mess. It seems filled with people wanting to be something they are not. We thought we were in for a nice, upscale evening of dinner, drinks and laughs and instead were turned off by the whole experience. By 7:50p it turns into a pseudo club complete with sparklers and loud, blaring music. You will have to shout for your guest to hear you. For some, it works and is part of the allure, for us, it did not.

Servers no longer wear masks. It's a free for all in this place.

The food is bland and service is poor. We were pestered several times throughout the night to use the spare chair at our table that was clearly seating our handbags yet there were other 3 party tables with an extra chair right behind us and those ladies were never bothered once. What kind of classy experience is that when someone's constantly asking to borrow chairs like you're at your local sports bar?!

There are far better options in that River Oaks corridor- Bisou does not belong.

Useful **3**     Funny **2**     Cool **1**


**Nadia N.**
Richmond, TX
📷 0   ⭐ 3   🖼 3

⭐︎☆☆☆☆  3/26/2021

We had a reservation for 4 people. We show up and they tell us there are no reservations under our name even though we called to verify after booking online. They then try to seat us but claim someone else sat 2 people before us and continue to say they had no tables left. We're welcome to stand at the bar. Lol so unprofessional.

[ ⊙ Useful ]   [ ☺ Funny ]   [ ☻ Cool **1** ]

**Elly V.**
Houston, TX

🖼 12    ⭐ 24    🖼 7                                            · · ·

⭐︎☆☆☆☆  3/21/2021

My friend and I came here for brunch on a Saturday.  The restaurant's website and google hours say it opens at 10 am, and we had been there for brunch around 10:30 before.  I walked in to be seated and the hostess just stared at me from the bar.  I waved to her and she just waved back.  When I asked if we could be seated she just said, "we're not open."  I brought up the facts mentioned above and she says, yeah but we're not open, but we can seat you I guess.  I even said we'd leave if they weren't open, and she said - no we'll just seat you.  She was terrible, rude, and standoffish.

Overall, it was a bizarre and rude experience.  Food, menu, and drinks aren't good enough to justify ever going back again after that experience.

[ ⊙ Useful **3** ]   [ ☺ Funny ]   [ ☻ Cool **1** ]

**Deonte S.**
Houston, TX

🖼 32    ⭐ 3                                                    · · ·

⭐︎☆☆☆☆  2/27/2021

My friends and I were racially profiled and not able to get in.  They let us in then 5 minutes later made us leave and wait to be let back in.  They 25-30 more ppl in while we waited.  Worst experience ever.  They let a white guy in with shorts, flip flops and backwards cap on.  That's when I knew it was racial!  I will never come to this establishment again.  I get wanted the place to be flooded with women but when you let all white guys in and not let us in after initially letting us in then making us leave to wait to be let back in to never met us in.  It was the most unprofessional establishment I've ever visited.  I'm going to all of my platforms to share this horrible experience and encourage my friends to never go in there.

[ ⊙ Useful **1** ]   [ ☺ Funny ]   [ ☻ Cool ]

**Kaitlyn P.**
Houston, TX                                                    · · ·

7/12/2021          BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp




 2/11/2021

4 photos

Took my girls out here for dinner as i always wanted to try this place out. The staff her were very welcoming as soon as we entered and got seated. The interior in there was very chic and well put together! It gives you a club feel. As our server approached us, I was immediately triggered by how low his mask was. It only covered his lips, with his nose exposed. I looked around, and almost all the staff has the same thing! It killed my appetite as who knows what goes on behind the scene and they're breathing in my dinner. I think that this place needs to take covid precautions more seriously as we are still in a pandemic. There was multiple of times where our server even took his whole mask down and put it on his chin!! I continue to feel uncomfortable as he is head to head with me trying to take my order.
Other than that uncomfortable part of my dining experience, the food was great. My favorite was probably the Bisou burger as the meat was well cooked with juice in it. Not dry at all! Would I come back? Only if management teaches their staff on how to wear a mask.



Useful 3    Funny    Cool



**Scorch S.**                                                                                                          ...
Dallas, TX



 1/23/2021

We walked into the restaurant and were immediately told to step outside... It was done in a way that was so rude. There wasn't a host stand outside or anyone there to direct people yet once we walked in, we were told rudely to leave. No hello just a get out. Once outside someone then approached us and asked if we had reservations. We were meeting friends who had already been seated and were eating and no one is allowed to enter the restaurant without their own reservations. We were not allowed to step in and say hi to the table at all... We had mask on the entire time and the staff who spoke with us did not.
This place is so pretentious, how dare us think we could even walk into the restaurant without a reservations.... The audacity!
A complete joke of a restaurant.

Useful 4    Funny    Cool

7/12/2021          BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp

**Dwayne P.**
Fresno, TX

📷 92  ▣ 13  🖼 6

⭐☆☆☆☆  12/24/2020

Zero social distancing and management acted like we had no right to question them. Would not recommend on any level. Irresponsible, disrespectful, and sad. Not worth further comment.

◎ Useful **4**    😊 Funny    😎 Cool

**Allie H.**
Houston, TX

📷 35  ▣ 14

⭐☆☆☆☆  12/20/2020

Awful experience. For the prices, this place should be top shelf all around but it's pathetic. From the service to the food it's a disappointment, to say the least. The service is terrible and unprofessional. Our server wore his mask around his chin most of the time, got my drink order wrong 2 out of 3 times and it was the same drink, failed to provide me with a receipt (I had to ask for the customer copy which he struggled to produce) and had a flippant attitude.

They packed the people in with no social distancing or masks.

Food was not great and WAY overpriced for what it is. Opt for Turner's, The Annie, Toulouse, Brasserie 19....anything but this trashy place.

And, the grand finale, come to find out this server changed my tip amount and increase it by $10 which I didn't find out until I requested my copy of the receipt. I can GUARANTEE you it wasn't because of poor penmanship either. This was 100% intentional and likely the reason he didn't originally provide the customer copy.

◎ Useful **2**    😊 Funny    😎 Cool

‹

223

7/12/2021                    BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp

## Recommended Reviews



**Search within reviews**

| Search within reviews 🔍 |

Lowest Rated ⌄

**Username**
Location
🖼 0   ⊞ 0

Start your review of **Bisou**.

**Kendra M.**
Houston, TX
🖼 109   ⊞ 11   🖼 5

⭐☆☆☆☆   12/16/2020

Very disappointed in the Covid safety measures I witnessed last night. I came with 3 friends for an after dinner drink and we sat at the bar. The male bartender was wearing his mask under his nose as he took our orders. Not cool. He also barely wiped down the bar from the patrons who were there before us and had their glasses still sitting there. The other female bartender wasn't wearing a mask AT ALL while she was leaning over talking to guests over the bar and making drinks as well. A whole group of at least 7-10 people were standing behind us with no mask who had just finished dinner and some who had entered without masks as well. Needless to say, my friend and I didn't even finish our drinks (which I was actually enjoying and the other 2 chugged theirs) because of no one enforcing mask and social distancing. Bad look, Bisou.

| ◎ Useful **3** |   | 😊 Funny |   | 😎 Cool |

**Luk K.**
Paris, France
🖼 111   ⊞ 11   🖼 16

⭐☆☆☆☆   11/7/2020

Horrible staff at the front (bald dark man)  - yelling at customer for no reason. The guy ruins the this good place. I hope he is not a manager of this place! So bad that restaurant hired wrong people will make them loose customer forever but maybe they don't care anyway ......

| ◎ Useful |   | 😊 Funny |   | 😎 Cool |



**Jessica J.**
Villages Of Cypress Creek, Houston, TX
🖼 105   ⊞ 1

⭐☆☆☆☆    10/26/2020

Your ad Advertise that it's 1/2 punch bowl, app and wine and bubbly but when you get there it's not. I paid full price for everything beside the steak and lobster which was extremely small. Your customer service on the issues of the gratuity was horrible. It's no where started on the website where you have to pay a gratuity of 20% for a party of 2.  It best
to let the customer know if they are paying it than to just tell them when they get there. In my case i found out about it while paying the bill. When I ask I got the respond to let me get the manager. Someone came by and said well this is for everybody. I was like it not started anywhere so.  It was removed but the server came back and said that I am sorry that my service is not up to par with the gratuity that you owe me, but he just took it off because he don't want to deal with you. Is that how we are suppose to treat customer? If so please let me know and I will know not to spend my money at your establishments anymore.

[ ◎ Useful **1** ]   [ 😐 Funny ]   [ 😎 Cool ]



**Thuy P.**  *Elite 2021*

Houston, TX

🖼 0    📑 224    📷 875

⭐☆☆☆☆    10/24/2020

📷 4 photos

Such a disappointment on this restaurant.
I was exciting to make the reservation and gave it a try.

If the food wasn't bad I would give it a zero star.

What I don't like it's the dishonesties about the restaurant.
We were there during their special anniversary time.
When we ordered the oysters on their happy hour menu which clearly stated $1 per oyster.
The server asked which oyster we want from the gulf or another place that I didn't remember the name. I was a bit surprised since on the menu it only stated oysters with no other description.

Then few minutes later the server came out and told us, oh the oyster is $2 today. WTH????
I didn't like the answer since the restaurant clearly stated $1 and now they double the price but I still agreed on order .
Then we asked for the appertizers that also clearly stated on the restaurant instagram that the appertizers are 1/2 off.
The server told us " oh the 1/2 off price was only after 8pm" WTH?
No where on their Instagram labeled the hours.

That showed me the restaurant doesn't follow their menu nor their advertising.  Clearly misleading customers to come to the restaurant.

To top it all we had a party of 3, and when we
received the check a 20% tips was already included on the bill.  I never been to any restaurant that charged the tips of a party of less then 6 people.

The whole experience was horrible.

Needless to say I can't recommend this restaurant to anyone because of their dishonesty.

The management should review their policy if you want comeback customers.  Good luck



**Brandon C.**
Houston, TX
&#9635; 131  &#9635; 13  &#9635; 2



⭐☆☆☆☆  10/23/2020

Paid $200+ for food poisoning cmon
Normally I wouldn't write this but I've got time today since I'm not going into work because I can't leave my porcelain throne for more than 3 minutes without running back.

My GF wanted to check this place out because it was supposed to be interesting and good, they were having a 2 year party so why not, right?
Reservations @ 9:30
We are told to wait by the bar and they'll come get us.

10:00 pm comes around and still no seat even though multiple tables are clearly open.

GF had to go talk to them after about 45 minutes of waiting we got our table
Around 10:15-10:30

We order the crab beignets - never came - no big deal because she ordered the NY strip and I ordered the prime ribeye so we have a big meal ahead of us

We eat and go home, I wake up 2-3 hours later and have not quit puking since
Now she has just woken up and has promptly started yakking everywhere as well

Save your money and go somewhere else
By far the worst $200 I have ever spent on a meal, or probably spent ever and I buy a lot of dumb stuff





**Tin P.**
Houston, TX

 643   16   15                                                      · · ·

 10/21/2020

Our waiter was nice. Other than that the experience was very unpleasant. We waited 30 minutes for our food to arrive and we only ordered one plate each. They did not offer Happy Hour menu (even though we went during their HH) because of the anniversary special menu. And anniversary menu is also very limited (only one option for entree and 3-4 cocktails), the sponsored Ad was very misleading.

Though the steak is cooked decently, the lobster was on the raw side and very underwhelming.

Very disappointing experience!

[ ⊚ Useful ]  [ ☺ Funny ]  [ ⊛ Cool ]



**Elizabeth L.**
Houston, TX

 1   14   4                                                          · · ·

 10/9/2020

Went there for a birthday party everything was good. When it came time to get our food it was difficult. My steak was rare not medium rare but I ate it cause I had been waiting since 9:30 to eat. The other people I was with had some complaints as well. One persons food was burnt and had to send it back. My husbands food wasn't done the way he asked the waitress. It was just a disaster. The music in the place was so loud I don't think anyone could hear what each other was saying. Now when It was time to pay and leave. Totally the worst they wouldn't let us split the bill in any form. We each had to calculate the total of just our meals. If not we each would have had to pay $200 per person and my meal was maybe $25/30 at the most. Had to get the manager involved with little help do finally we just paid for each of our meals by sending money to the birthday girl. Didn't end of leaving until 1:30am because of all the disasters.

[ ⊚ Useful ]  [ ☺ Funny ]  [ ⊛ Cool ]



**Flor L.**
Houston, TX

 0   24   3                                                          · · ·

 9/28/2020

I wonder how many ppl will get covid after visiting this "restaurant"... a restaurant where ppl dance at the bar where no social distance is practiced and it's most definitely NOT at the 75% capacity... more 125%! Besides the covid measures that are not being taken, the food is absolutely gross! I ordered a Medium Rare NY strip. I had to returned because it was completely charred and that was

the only thing I could taste. They had the nerve to ask what was wrong after I told them that I ordered a med rare... not well-charred! And last but not least, the service is mediocre. I mean I understand that you aim to be a bougie place but it is not. Training is def needed. Needless to say, I will not be going back.

[ ⦿ Useful ]   [ 😊 Funny ]   [ 😎 Cool ]

**Pris T.**  Elite 2021                                                                    · · ·
Houston, TX
🖼 234   ⭐ 62   🖼 127

⭐☆☆☆☆          9/19/2020

So we came here for a bridal proposal and it was horrible service. The server acted like he didn't even want us there. He forgot our drinks multiple times and had to be reminded. As far as the food, a friend got a steak that she could not even cut with a steak knife. The waffles were cold while the chicken was perfect. It truly felt like a horrible nightmare. The price does not align with the food and the service you will receive at this place. Unfortunately, all of the party felt this way.

[ ⦿ Useful **1** ]   [ 😊 Funny ]   [ 😎 Cool ]

**Dee A.**                                                                                · · ·
Creekshire, Sugar Land, TX
🖼 31   ⭐ 4

⭐☆☆☆☆          8/19/2020

When the manager Mike gets rid of his attitude everyone will be fine

7/12/2021                    BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp

## Recommended Reviews

**Search within reviews**



Lowest Rated ⌄

| Username |
| Location |
| 📷 0   ⭐ 0 |

Start your review of **Bisou**.



**Josie A.**
Washington Avenue Coalition / Memorial Park, Houston, TX
📷 0   ⭐ 1

· · ·

⭐ 8/16/2020



This place was pretty on the outside but horrible/rude when it comes to customer service if I could rate it zero stars I would! I had a reservation booked days in advance just to be placed outside right by the door at a disgusting table that still had other people's stuff on it! However, that's not the worst part me and my two friends Sat and waited for about 15 minutes until I had to CALL the host stand to get a server to come great us than when are server arrived at the table he said "Hi.... what can I get you" with so much annoyance like we were bothering him! When we asked for the menu he then rolled his eyes and gave it to us and left and never came back we waited 10 minutes to see if he would show up and nothing!!!!!! So we decided to leave and go to MAD which was FULLY booked up but worked with us to get us at a table in less than 5 minutes of showing up there and gave us outstanding customer service by the time we came in and left. Bisou lost out on $$$$ idk what kind of people you thought we were but MAD definitely gained what you lost and so did our server with his tip. NEVER will I recommend Bisou to anyone ever again don't waste your time or money on this place go to steak 48 or MAD for better service!

◎ Useful **2**    ☺ Funny    ☻ Cool



**Ziad T.**
Central Northwest, Houston, TX
📷 0   ⭐ 1   🖼 1

· · ·

⭐ 8/9/2020

Food was awful. Cheap NY steal cut that was over cooked. Terrible experience I wish to get my money back.

◎ Useful    ☺ Funny    ☻ Cool



**Ahmed S.**
Southwest Houston, Houston, TX

📷 33   ⭐ 3

⭐☆☆☆☆   8/5/2020

Definitely a place for drinks and good environment. I wouldn't recommend food at all. Staff was friendly.

[ ◎ Useful ]   [ ☺ Funny ]   [ ◎ Cool ]

**Phedra S.**
Los Angeles, CA

📷 181   ⭐ 15   🖼 9

⭐☆☆☆☆   7/31/2020

Customer service was so terrible! It took us 20 minutes just for someone to get us water. The waitress walked passed us multiple times and ignored us. When she finally took our order she had a slight attitude . We received our appetizer before we received our drinks . It took 45 min just to get a simple drink . We sat on the patio and when we closed our check my friend went to the front to try and use the restroom and wash his hands. He was told by the door guy that he could not use the restroom . You mean to tell me paying customers can't use the restroom just because You have us sitting on the patio? It's a party of 2 and only one person was trying to use the restroom . Won't waste my money here again !

[ ◎ Useful ]   [ ☺ Funny ]   [ ◎ Cool ]

**Jim C.**
Prairie View, TX

📷 0   ⭐ 27   🖼 7

⭐☆☆☆☆   7/17/2020

These people have several of their businesses openly disregarding the state mandated COVID precautions. The fill well beyond 50% and no one wears masks.

[ ◎ Useful **2** ]   [ ☺ Funny ]   [ ◎ Cool ]

**Corey M.**
Houston, TX

📷 240   ⭐ 394   🖼 101

⭐☆☆☆☆   7/17/2020

Not social distancing, nor enforcing mask requirements. This restaurant is a hotbed for Covid, and narcissists apparently who value a dollar over the health of the public. Customers are every bit as guilty as the proprietor. Avoid like the plague.

◎ Useful **8**    ☺ Funny **2**    😎 Cool

**Rafael M.**                                                                                             · · ·
Houston, TX

🖼 0    ⭐ 22    🖼 5

⭐☆☆☆☆ 7/17/2020 🔄 **Updated review**

This place was busted for violating the social distancing laws during this pandemic. If you value your safety and health you will AVOID this place!  These are the same people that own Spire club that got shut down for the same violations! They obviously don't care about their customers!!! See news link below. They are basically being exposed nationwide for their awful actions! Disgusting!!!!

fox26houston.com/news/bi...

◎ Useful **4**    ☺ Funny    😎 Cool

> ⭐☆☆☆☆ 6/21/2019 **Previous review**
>
> This place is absolutely trash. Where to start? Was there on a Thursday and the AC was out so it was sweltering inside. Bathrooms were filthy! The bartenders are AWFUL! In particular don't bother...
> **Read more**

**Karen R.**                                                                                             · · ·
Pearland, TX

🖼 0    ⭐ 2

⭐☆☆☆☆ 7/16/2020

Extremely repulsive place, a corona virus cesspool. No concern for their customers or public health, they defied county orders to require employers and guests to wear masks and social distance. Can't wait to see how many corona virus cases are traced back to this place.

◎ Useful **5**    ☺ Funny    😎 Cool

**Laura P.**                                                                                             · · ·
Houston, TX

🖼 67    ⭐ 32    🖼 4

⭐☆☆☆☆ 7/16/2020

This place is open during a pandemic and not having their people wear masks or social distancing,
They should be ashamed for having so many people in the restaurant not wearing mask. Places like
this is why we're are still in have high numbers of Covid, because they can't follow simple rules.

| Useful **12** | Funny | Cool |

**Kathy B.**
Houston, TX

130    23

⭐️☆☆☆☆  7/16/2020

This place was packed during the pandemic even though they were supposed to be closed. They did
not enforce people to wear masks. They are responsible for more people getting sick, they should
be fined by the city.

| Useful **7** | Funny | Cool |

‹

## Recommended Reviews



**Search within reviews**

Search within reviews 🔍

Lowest Rated ⌄

**Username**
Location
🖼 0  ⭐ 0

Start your review of **Bisou**.

**Ray B.**
Seattle, WA
🖼 3  ⭐ 18  🖼 10

⭐ 7/16/2020

v.redd.it/koxvqns107b51
Looks like a fun Covid-19 party.
Hopefully they lose their liquor license or go out of business.

◎ Useful **8**   😊 Funny **1**   😎 Cool

**Kayla W.**
Houston, TX
🖼 336  ⭐ 3  🖼 1

⭐ 7/10/2020

Horrible experience and this will be my first and last time dining at Bisou. This "restaurant" was not enforcing social distancing. The place was empty when we first arrived, but we were sat right next to another table instead of skipping a table although their were others available. When I asked to be moved, they stated they couldn't and it was fine. However, when the people sitting next to us asked to be moved they obliged and decided they could move us finally. Our server didn't know any of the specials for the night and it was supposed to be steak night. She took a picture of the white board in the kitchen and had us read the specials off there. It took 45 minutes to get a drink and an hour and a half to get our steak, even though it was steak night! My appetizer was actually pretty tasty, it was the Bisou salad. However, my steak that I ordered medium came out well done and must've been cooked in a pan with charring because it along with my green beans had a distinct charred taste. Overall the price point is expensive and it did not deliver. My cocktail was very delicious, but not worth a 45 minute wait to receive. This place also is more-so a club with food than a restaurant. I did enjoy the vibes, but if you are looking for a nice quiet dinner this is not it. Decor is also very beautiful and classy, but I will not be coming back.

◎ Useful **4**   😊 Funny   😎 Cool

7/12/2021          BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp



**Drae ..**
Houston, TX

  66  ⊕ 57  🖼 20          · · ·

⭐☆☆☆☆  7/1/2020

This stupid ass place.. A party of 9 bill over $1000 $200 gratuity and they don't do split checks.. Of course you don't cause you can charge more for gratuity/taxes on 1 big bill vs 9 small ones. We are at the table over 1hr trying to see what everyone ordered, adding, dividing, figuring taxes and gratuity. So if you ordered a burger and others ordered a $200 steak be prepared to figure it out on you own and just split it down the middle. Retarded and fucking ghetto. There was also an altercation where a caucasian women threw a glass at a black woman. The caucasian women was put out. If you order a $200 bottle it will be $350 because they will charge $75 tax and $75 gratuity on that 1 bottle. I've been here twice and the food was just ok. I don't think the chicken, drink, and appetizer I had was worth $100.

We also ordered some drink off the lady's night menu. I specifically ordered at 7:56, the waiter even told us the special drinks, he went around the table to get everyone order. So its now probably 7:58 or 7:59. We get the bill and was charged regularly price for all drinks and appetizers that was supposed to be half off for 8pm.

So he must have raced to put everything in by 7:59 instead of waiting 1 fucking minute considering the fact that he clearly just went over the happy hour menu with us..

I went back in forth with management for an entire hour explaining that this was not appropriate. We came to celebrate a birthday not calculate bills, I'm not a cashier.

Neva again


◎ Useful **2**    😊 Funny **1**    😐 Cool

**David K.**
Houston, TX



  0  ⊕ 2  🖼 3          · · ·

⭐☆☆☆☆  6/21/2020

First time here. Service was poor. Violating everything COVID-19 regulation: no mask, over capacity, no distancing. I even had to ask the waitress to move back as she was practically breathing in my face. Come here if you want COVID-19. Idc how good the food was (it was), they are reckless with health.


◎ Useful    😊 Funny    😐 Cool



**Tiaira M.**
Houston, TX

🖼 288  ⊕ 12  🖼 7          · · ·

★☆☆☆☆   6/10/2020

📷 1 photo

A COMPLETE JOKE! I work 7 days a week and this was my one night to spend with my girlfriend for my birthday. We came into a club like atmosphere which we were whatever about. The 1st server said "y'all wanna drink menu" then left us sitting there for 10 minutes. Another server came and took our order. Our app came out I didn't have silverware or share plates. I ordered Prosecco and it was flat. Not a bubble in sight. A busser ran our food out to us and I had to go find the host to find us salt for the bland ass food. I didn't finish it all I wanted was the check but our server who had been busy with two big tops was worried about pouring their bottle of tequila when they have hands and can do it themselves. I finally asked a busser for a manager and the first manager looked at me dead in the eye and walked the other way. The next manager came and did a half ass apology. He tried to make it up with a dessert and a shot. If I wanted a desert and shot I would've ordered it. They gave us a sorry excuse for desert with ice cream with no lid that melted all over it. We threw it away. Never have i ever wanted to walk out on a check so badly. They should be embarrassed at the fact that they only care about the money tables as if I don't make more money than them and don't know the struggles of the industry. If you need help with your tables ask for it! There's so many employees just standing around including our first server. The server didn't apologize once. My girlfriend had to get up and give the manager her card and when he closed us out he continued to walk around with her card in the check book and talk to other people at the bar when I clearly expressed to him that we just wanted to leave. We got treated like we were looking for a free meal when all we wanted was have a nice dinner together since we never see each other. You're surrounded by nice restaurants steak 48, ouzo bay, loche bar, mad.... do better! I would be so embarrassed to work there or ever go there again!

The ice cream that looks like a bowl of ranch

  
◎ Useful **2**   😊 Funny   😎 Cool

 **Jennifer A.**
Houston, TX

🖼 2   ⭐ 8   🖼 3



★☆☆☆☆   6/9/2020

If there were no stars for rating I wouldn't give them one due to the SERVER . My 2 friends and I went for Sunday brunch, and our server name was JAMES, and I hope you read this JAMES When we sat down he wasn't polite no Intro as usual servers do! we ordered drinks JAMES came back served our

drinks except mine he just placed it  on table and walked away I went ahead and shook it off he came back to ask us about our orders 20 min later which was ridiculous considering it was not busy we ate asked for separate tabs JAMES stated he could not give us our individual tabs but that he could "equally charge y'all  three different ways but y'all  better tip me" I was shocked considering he is a server like who says that and on top of everything the service he provided was horrible he rang us up my two friends paid with card I paid cash he returned their cards but not my change which was suppose to be 8+ and JAMES took it upon himself to keep my change as his tip DISGUSTING service.

[ ◎ Useful **1** ]   [ ☺ Funny ]   [ ◎ Cool ]



**Crystal P.**
Houston, TX

🖼 6   ⭐ 10   🖼 7                                                        · · ·

  5/31/2020

I've been here several times and today was absolutely HORRIBLE! Poor service and our food was cold! They made us wait for hours before serving us while we watched the white ppl be services punctually. We started out with a white waiter and they switched us to a black waitress who was terrible and rude! I'll never patronize this place again and I spend a lot of money eating out! Bisou is canceled for me

[ ◎ Useful ]   [ ☺ Funny ]   [ ◎ Cool ]

**Nawal G.**
Sugar Land, TX

🖼 0   ⭐ 5                                                                · · ·

  3/6/2020

Great spot, amazing music. Just make sure to check your bill before paying. Bartenders charge "extra" fees without alerting the customer. I was happy with this place till the bartender made me feel inferior. Not a good look. I am definitely not happy with the attitude he gave off.  Please train your bartending staff to be more kinder as we are paying for your services!! Thank you.

[ ◎ Useful ]   [ ☺ Funny ]   [ ◎ Cool ]

**Mandy X.**
Bellaire, TX

🖼 114   ⭐ 9   🖼 2                                                       · · ·

  2/28/2020

This place is overpriced and the food is bad. Our waitress was rude as hell. I think her name was Katy or Kate. Will not be back and will never spend a dime here.

7/12/2021                    BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp



Useful          Funny          Cool

**James D.**
Euless, TX

    112    36    6

⭐ ☆ ☆ ☆ ☆    2/26/2020

The only thing I can say is that this place is douche bag city. Pretentious staff. Club banger music and neon signs and telling me I can't "wear a hat". Haha. Didn't even stay to try anything, but can't say I'm disappointed. The food is probably as bad as the atmosphere and the slicked back hair of the host that had slicked back hair.

Useful          Funny          Cool

‹

## Recommended Reviews



**Search within reviews**

Search within reviews 🔍            Lowest Rated ⌄

**Username**
Location
🖾 0   ⬧ 0                    Start your review of **Bisou**.

**Cameron C.**                                           ⋯
Pearland, TX
🖾 0   ⬧ 3

⭐☆☆☆☆  2/25/2020

My wife and her two friends went here and had terrible service. 30 minutes just to get a check
among other things. Then the waiter took it upon himself to add his own personal tip to each of
their cards. Manager "busy" and hasn't called back to discuss. This was also the same answer when
our friend called too. Apparently other reviews show this as a common theme at this establishment!

[ ◎ Useful ]  [ 😊 Funny ]  [ 😎 Cool ]

**SanJuanita E.**                                        ⋯
Houston, TX
🖾 4   ⬧ 14

⭐☆☆☆☆  2/25/2020

The food is lacking and the service is HORRIBLE. Keep your receipt! Our waiter charged extra tip to
all of our bills!! Disputed with my credit card company but the waiter still keeps his stolen tip. The
hostess was also extremely rude. Only good things about this place are the ambiance (although it
got so loud in there we couldn't hear each other during dinner) and maybe their apple old
fashioned. Don't waste your money having dinner here. Houston is full of amazing, classy
restaurants!

[ ◎ Useful ]  [ 😊 Funny ]  [ 😎 Cool ]

**Laura G.**                                             ⋯
Houston, TX
🖾 12   ⬧ 30   🖼 8



⭐☆☆☆☆  2/25/2020

DO NOT dine here. Toulouse, Steak48, and MAD are better places to dine. Bartender didn't know what a high ball glass was, server was rarely present, brought the wrong food order, was celebrating a friends birthday and the table behind us got a little flaming candle while we did not. Drinks were wrong. Awful. We spoke to the manager and he could care less. There's a champagne lunch special on the website that has been on their website for several weeks that they do not honor. Can you say, Bait and switch? This restaurant won't be in Houston for too much longer.

P.S. They actually deleted my review from their Facebook page. Wow.

◎ Useful **8**      😊 Funny      😎 Cool

**Shaina H.**
North Las Vegas, NV
🖼 2   ⭐ 22                                                    · · ·

⭐☆☆☆☆  2/23/2020

One of the worst dining experiences I've ever encountered. Extremely poor customer service. Not to mention the mediocre food.  My sister and I are Houston implants and felt completely ignored and disregarded as well as disrespected. We will never return and will be sure spread the word about this disaster of an establishment.

◎ Useful **1**      😊 Funny      😎 Cool

**Cierra H.**
Spring, TX
🖼 0   ⭐ 14   🖼 6                                             · · ·

⭐☆☆☆☆  2/16/2020

Bisou was NOT good the food was gross and bland . Service was NOT good with The waiters helper had a whole attitude because he had to get us things. They had run out of menus..umm ghetto. If ur gunna JUST play house music make sure it's good house music... and cut the jazz player he gotta go. I'm over it i won't be back . Sucks cuz the places look was super cute !!!!

◎ Useful      😊 Funny      😎 Cool

**Courtni J.**
North Dallas, Dallas, TX
🖼 0   ⭐ 1                                                    · · ·

⭐☆☆☆☆  2/16/2020

This building is gorgeous. That is the ONLY good thing. The food was not good. The service is very slow. We sat at the bar for 30 minutes and never once got any kind of service or acknowledgement. When we finally got to our reserved table the staff said they were out of menus. Our server was absent most of the trip and the music is uncomfortably loud. And at the very end of our visit the systems went down and we had to wait an additional 15 min to leave. If you need a venue for an event it's a wonderful space to rent. Management was not concerned about the fact that our food was subpar. And we noticed that all of the ethnic guests were seated to one side of the building away from windows.

| Useful | Funny | Cool |
|---|---|---|



**Tra O.**
Houston, TX

👤 0    ⭐ 15    🖼 28

⭐☆☆☆☆    2/14/2020

📷 3 photos

Service was mediocre, nothing special. Hair was in my Margarita. I have had better service at Chili's . Dude that brought our food just slapped two steaks in front of us. He never mentioned which one was medium and which one was medium well. We had to cut into them ourselves and figure it out. Yes, we had the wrong steaks . Smh . Not to mention automatically added a gratuity for a party of 2. Not to mention the Valet lost our car. We awaited outside for 45 minutes. WASTED $270 for a 6 oz filet ..... NOT WORTH IT !!! Just cook at home . Bisou didn't even care about my car after I valeted to spend money here . NEVER AGAIN!!

| Useful **3** | Funny **1** | Cool |
|---|---|---|





**Kay M.**
Houston, TX

👤 1    ⭐ 2

⭐☆☆☆☆    1/25/2020

The hostess Anna/Ana was very rude! Spent almost 1,000 and will never go back or recommend any one to spend their money there.

| Useful | Funny | Cool |
|---|---|---|

240

**David H.**
Chicago, IL

📷 1   ⭐ 5

⋯

⭐☆☆☆☆   1/25/2020

I don't want to say the service was bad, because we weren't ever served. We arrived late to our reservation after my wife called and the host said it was fine. For 2 hours, the manager kept telling us our table was next. After 2 hours, the host (the manager didn't have common decency to inform us) that we weren't getting a table after all.

[ ⊙ Useful ]   [ 😊 Funny ]   [ 😎 Cool ]



**Benita H.**
Houston, TX

📷 7   ⭐ 36   🖼 35

⋯

⭐☆☆☆☆   1/25/2020

We recently moved here from Chicago, and I was excited to bring a visiting friend here, per a local's recommendation. The service that we received was terrible. We had a reservation at 8 PM on Chinese New Year. We ran late due to festivities, and I called ahead of time to notify about our tardiness, to which the host told us would be fine. Upon arrival at 8:25 PM, the manager told us his colleague misinformed me, he could no longer seat us, but the wait was about 1.5 hours for indoor seating. The manager checked in with my husband at around 9:30 PM (an hour's wait), saying the party got their bill and should be leaving soon. At 9:58 PM I received the email from Open Table that my reservation was canceled, and at 10 PM, the manager told me the same thing he told my husband - that the table got their bill, they're leaving soon, and that we're taken care of, no worries. By 10:20 PM (almost 2 hours of waiting) the host - not even the manager had the decency - told us they couldn't seat us after all. We shouldn't have trusted that this restaurant would have the decency to tell potential patrons that they're unable to make accommodations, as if that's an outrageous request. We left to eat elsewhere.

[ ⊙ Useful ]   [ 😊 Funny ]   [ 😎 Cool ]

‹

241

## Recommended Reviews

**Search within reviews**

Lowest Rated ⌄



Search within reviews 🔍

**Username**
Location
🖼 0  ✦ 0

**Start your review of Bisou.**

---



**Mantis T.**
Houston, TX
🖼 0  ✦ 96  🖼 19

⭐☆☆☆☆  1/17/2020

this place feels like a restaurant trying to be a club with their bottle service and dj? pretty dumb concept. instead of working on gimmicks they should focus on their food and customer service.

This restaurant feels like it was opened by a poor person (i.e peasant) who googled "what do rich people like?"

sure that they will be out of business soon with the astronomical rents in River Oaks.

advice to mgmt: Make your food not suck and train your servers to not suck. with so many good dining options in the area that focus on food first you're miles behind the competition. and save the sparklers for the club.


◎ Useful **5**    😊 Funny **6**    😯 Cool **1**

---



**Jacqueline C.**
Humble, TX
🖼 0  ✦ 11  🖼 6

⭐☆☆☆☆  1/13/2020

Never have I ever been charged more than what was posted on either the website menu or the printed menu when dining.  And since I'm telling you things I've never experienced, never have I ever been poked by a waiter or waitress that was trying to get my attention.

Meals here on average cost about $20 for brunch.  Bottomless mimosas come in at $12.99.  All fine, all good, this is what I ordered.  Bill comes, I owe, along with 10 other people that are with me $75.  Yeah...even with tax and 20% gratuity, the math there doesn't add up.

You see, this establishment, without any verbal or written notification charges $45 to eat anything off of their menu and drinks are NOT included, for parties of 10 or more.  Never have I EVER in my adult years experienced a situation like this.  Parties of a certain size automatically have the higher gratuity added on.  Fine with that.  But to, at the end of the meal, and matter-of-factly drop THIS kind of bill is shady at best and irresponsible of management.  Had this additional charge been communicated ahead of time, a wonderful afternoon would not have turned to an irritating one.

The food (I had chicken and waffles) was fine, mimosas were okay (I make better at home-probably bc my ratio of champs to OJ favors the champs) and the atmosphere was energetic.  To hold a conversation you MUST yell though because the music is pumped up loud enough to entertain all of the River Oaks district.  If I wasn't invited to this place, I can't say I would come on my own accord.  I considered date night here but not after this event.  The way they are handling their business and customers is shameful.  The manager was also argumentative.

My second "never have I ever" was being poked by the waitress.  If Bisou and their management reads this, demand that your employees not touch customers, especially in a poking fashion.  Not acceptable. Ever.

Based on the fact that the last restaurant in this space didn't last, I expect the same with this place.  It's gorgeous inside and very Hollywood glam but looks don't pay the bills.  Food must me good and service even better.  Meals came out in shifts, and items (butter for waffles and sufficient syrup) were missing.  And they clearly need to work on seat numbers because they kept dropping off food to the wrong seats (and NO, no one moved after ordering).

So, if after this review you decide to patronize this establishment, enjoy the people watching, the loud (read: too loud) music, pack your patience and a bag ($$$$$) for food that MAYBE should cost ($$$).

Y'all have some work to do!

Maybe outside of a group this place would be better...Ill probably never know!



**Carolina B.**  Elite 2021
Houston, TX

🖼 691   ⭐ 813   📷 1196



⭐☆☆☆☆   1/10/2020

I'm sorry to say that as soon as I walked through the door, their rating started falling by the minute!

I booked a reservation for New Year's Eve at 11:15pm (the latest time slot) for a group of 6 on OpenTable, called earlier in the day to confirm the reservation in general, and told the girl that our group was eating beforehand elsewhere and wanted to make sure we could just come in to order a champagne bottle and drinks, and hang out until midnight. The girl over the phone confirmed with her manager and said we can eat if we want or just be there without eating, either way. They apparently had a 8-10pm seating and 10-midnight seating with a $250pp coursing (she didn't tell me this nor was it stated anywhere on OpenTable), but she did tell me they close at midnight. My party

arrived a few minutes before me and texted me that they wouldn't seat us until all members arrived. Fine. I got there and the "manager" (Paul) stated I was the first to arrive in my party and to gather everyone so we can be seated--while he was saying this to me, my friends all texted me to find them seated at a table to the left past the entrance. Nice going PAUL--you don't even know what's going on. At this point it was already 11:30pm. Ok... we told a waitress we weren't eating and ordered our bottle of champagne (without a fuss), which came with lights/sparklers and several staff members dancing around our table, and some drinks. At around 11:50pm, the manager came angrily to inform us that we had to pay $250 EACH because we were sitting and taking up a seat (Let me tell you, the place was not at capacity!). This was to pay for their tasting menu that started at 10pm and the kitchen closes at midnight. Even after I told him I confirmed the reservation over the phone, he wouldn't even give me the time of day to complete my sentence and brushed me off. He acted arrogantly and dismissively to all my friends and our husbands. So instead of making money on us that night with up-charged champagne bottles and several drinks to be had, they got nothing and a negative review. Not that they care...

I could not believe I was treated so below the standard of a restaurant, and especially of an establishment in the River Oaks district. I'm glad I didn't think twice and walked out without wasting my time arguing into 2020, and my party followed soon after. We made our way over to Loch Bar and got champagne toasts and made it in time for their countdown. They had balloons and friendly staff--like always when I visit them. Bisou, on the other hand, will not be seeing me step foot in there ever again.



---



**Felicia L.**
Northeast Houston, Houston, TX



⭐☆☆☆☆  1/7/2020

This place is beautiful and trendy....now the food and service were definitely not up to par. Our server was rude and seemed highly annoyed by us. My ribeye, potatoes, and veggies arrived cold....extremely cold! Overall, this place is highly overrated and I will never return.



---



**Emin S.**   *Elite 2021*
Austin, TX



⭐☆☆☆☆  12/29/2019

"Not knowing where you sit" finds physical form in this restaurant that manages to combine hi welcome to Sunday brunch with ahem you need to take your baseball cap off in one sentence.

Mostly empty restaurant when we arrived, my  company that loves to eat didn't care for the menu. We left.

I had already made up my mind when I was told what I can and can't wear to Sunday brunch as a 45 yo man.

Oh and no free valet. Nine dollars. At least the valet had the class act of letting us get our car back for free. So they win this round.

Won't make this mistake again.



**Kunle A.**
Fairfax, VA



📷 1  ⭐ 7  🖼 2

   12/27/2019

The only reason I'm giving this place one star is because there is no option for 0 stars. The service was horrible. Tacking on extras to the bill. They would ask "soup or salad" like it comes with the meal and charge $14 for the soup. One member of my party asked for a white russian so they billed him for 2 different drinks without telling him they didn't have a white russian and had to charge for 2 drinks. We paid but complained to the manager Micheal Bo and he was the most obnoxious human being I have ever come across. He came over to lecture us and still did nothing about it while charging us a mandatory $100 tip for being a party of 6. They need to get better managers the rot starts at the top



**A B.**
Houston, TX

📷 0  ⭐ 37  🖼 5



   12/6/2019

Good sushi. Too bad the service is terrible. The hostess made us wait 15 minutes to be seated despite empty tables with waiters standing around talking to the hostesses as though we were not there. Another hostess finally showed us to the table they'd claimed someone was preparing, and it was one of a dozen just feet from where we had been standing while we waited. My cocktail was good but the service is very pretentious. We will not be back.



**Anaar A.**
Dallas, TX



📷 4  ⭐ 15

 11/30/2019

Would not dine here again! Great decor and atmosphere, however, poor service and food quality. Rib eye came out cold while rest of the sides were the perfect temperature. They did reheat our plates and the temperature of the rib eye was much better. However, when they returned our plates they did not provide us with new silverware so we had to wait and our food was cooling yet again. Something an attentive waiter could've have easily avoided.

    

 **MIchael V.**
Business Manager

12/4/2019

Hello Anaar,
We are sorry to disappoint you on the temperature of our food and the attentiveness of our service. We valu...

**Read more**

 **Alicia V.**   *Elite 2021*
River Oaks, Houston, TX
📷 121   ⭐ 155   🖼 176

• • •

 9/25/2019

Simply had the worst experience at this restaurant. The food was not good and you are pretty much paying for the views. Management was awful but I will say their staff was friendly. Will not be returning.

    

 **Stephanie N.**
Houston, TX
📷 484   ⭐ 14   🖼 7

• • •

  9/22/2019

Went here last night for my friends birthday and this by chance was also my first time visiting this place and oh my the food was terrible and service was awful. I am only giving this at least one star for the fact that they did have a good live Dj and the ambiance was nice but food and service was awful. I ordered a medium steak that came out very well done and dry. I tried to not say anything at first but once taking my second bite my friends could tell I wasn't pleased. I sent the steak back and the manager came over and asked what was wrong and I told him about the steak and how it wasn't cooked correctly and also dry. He then asked if i wanted to order anything else and I said sure let me see the menu but at this point everyone already finished their food. I asked for a dessert menu instead because I figured i would just skip out on mydinner and not make anyone wait. Waitress brought me a dessert menu and didn't even check up again on me until 20 mins later when she brought out my friends birthday dessert at this point checks were being given out and there just

wasn't anything else for me to order. The service was bad and food was too and the fact that they didn't think to expedite my order since i technically hadn't eaten was beyond me. I was very disappointed since this placed was very hyped.

[ ◎ Useful ]   [ 😊 Funny ]   [ 😎 Cool ]

‹

7/12/2021          BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp

## Recommended Reviews

**Search within reviews**



Lowest Rated ⌄



**I M.**
San Francisco, CA
🖼 1   ⊡ 25   🖼 36

⭐ ☆ ☆ ☆ ☆   9/15/2019

📷 1 photo

Let's make it very easy! This is a very honest review from my SUNDAY BRUNCH from 12pm-2:30pm

PROS.. pretty decor, party environment, big groups of bday celebration, OK food.

CONS...Young crowd early 20s, BAD customer service. I had to wait 2 hours for my food (the place was NOT packed and people were more in drinking mode over ordering food). My waiter showed up just to get the order. No refills on my coffee, no salt/pepper, no "hey is the food ok?", not even to drop-off a check... yup! He was too busy being a bottle service/show person. The FRENCH TOAST was very DRY.
I had to get my check from the bartender, because my waiter was doing bottle service again. Hahaha

OVERALL... If you are looking for a fun DJ drinking all day brunch with young energetic people this is the place to be. But if you want drinks, quality food, fun and good service all at the same time please don't waste your time.

SUNDAY BRUNCH EXPERIENCE!

248



Useful **5**      Funny **2**      Cool

**Cynthia C.**

Houston, TX

🖼 44   ⭐ 36   📷 2

⭐☆☆☆☆  8/26/2019

I don't know what this place is trying to be-- a restaurant or a nightclub (even during the day). I was there for dinner so I can only comment on that.  Food was average to bleh. My fish entree was dry. It came with fried rice that was mush. It had a sesame oil taste but there was pesto on the fish -- not sure those flavors meshed.  The crab beignets appetizer was good.  The bread pudding for dessert was meh.  I won't be back. On the positive side: insanely good people watching.

Useful      Funny **1**      Cool **2**

**Angela J.**

Pearland, TX

🖼 110   ⭐ 7

⭐☆☆☆☆  8/19/2019

Went for brunch and this place looks nice but it's a no. We made reservations and did not get a table until 30 minutes later. They tried squeeze us in between these two larger parties. Really uncomfortable looking. We ended up going somewhere else. Music was super loud. This place is trying to be LA in Houston and missing the mark. Can't comment on the food because we didn't stay but was looking forward to trying it. Don't plan on going back....

Useful      Funny      Cool

**Bill B.**

Humble, TX

🖼 0   ⭐ 3

⭐☆☆☆☆  8/16/2019

Under cooked meat, plain salad, served much later than the other customers. The ace was packed but I was never told what the problem was.

Useful      Funny      Cool

**Cindy V.**

Houston, TX

🖼 0   ⭐ 11   📷 1



⭐️☆☆☆☆  7/26/2019

I was excited to try this new spot. The WORST service I went for my Engagement party and we all agreed the drinks are terrible, the cocktails are super bitter. I order a my appetizers and my meal. 2 hours there and my steak never came but charge my bill, I asked the waiter, "excuse me Sr. You never brought my food, his response was let me take that steak off the bill would you like for me to put your steak in a to go box? Ummmm nooooo i came to the restaurant to eat my food the audacity of him. All my girls were disappointed this turn out a disaster we left next door for drinks and to EAT

Useful      Funny      Cool

**Jason R.**
Prior Lake, MN
📷 0   ⭐ 48

⭐️☆☆☆☆  7/10/2019 🔄 **Updated review**

Not a fan.  Honestly it packed with kids and the celebration of bottle service regardless of the price is just that new generation's way of being showy.  Honestly, who cares that you bought another bottle of Boone's Farm wine.  The food was average at best as I think this location is best suited for those just starting out on their career rather then those already established.  If you are in your 20s or wish you were in your 20s then this is the place for you.  If you don't like the fake pomp and circumstance the. I'd go right next door to Steak 48, Franks or La T

Useful      Funny      Cool

> ⭐️⭐️⭐️☆☆  1/13/2019 **Previous review**
>
> Not a fan. Honestly it packed with kids and the celebration of bottle service regardless of the price is just that new generation's way of being showy.  Honestly, who cares that you bought another bottl...
>
> **Read more**

**Thom C.**
Southwest Houston, Houston, TX
📷 0   ⭐ 9

⭐️☆☆☆☆  6/30/2019

Been here twice and was overcome each time by the extremely loud noise that they seemed to think was "music" booming throughout the place.  The decor is best thing going, but beware that they draw the black drapes at around 2:00pm each Sunday and really crank it up in an attempt to get the pricey booze flowing.  They really should consider becoming a bar-only instead of an alleged restaurant.

If you are over 35, go someplace else.

7/12/2021          BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp

Useful    Funny    Cool



**Alyssa N.**
Houston, TX

374    26    54

⭐☆☆☆☆    6/28/2019

📷 1 photo

I usually like most restaurants but I felt like the food was unacceptable, especially for the price point. I was honestly so disappointed. My mom wanted to come here for her birthday dinner for their sparklers. I will say the atmosphere is nice but it does kind of feel like a club/bar scene at night rather than a restaurant. The food was so overly salty!! I ordered the flounder with risotto and both were so salty. My dad ordered the duck but it was honestly dry. The bone marrow was pretty good and I would get that again. The small little wagyu bites were okay but definitely not worth the price. Overall none of the dishes shined out to me. I will most likely never return.

Flounder with lobster risotto, smoked duc...

Useful    Funny    Cool

**Caitlin W.**
Pearland, TX

469    11

⭐☆☆☆☆    6/22/2019

Seemed like a nice atmosphere at first. However, I am a fan of music but not when it's so loud you can not even speak to someone next to you. I had a sore throat from yelling to someone right next to me. Tried to get a table and it took over an hour, then ended up leaving as the yelling became unbearable for everyone we could not even communicate. If this place wants to be a club then don't advertise as a restaurant! Bad service.

Useful    Funny    Cool

**Skylar F.**
Spring, TX

📷 481    ⭐ 11

⭐☆☆☆☆   6/21/2019

I don't think I've ever had a worse experience at a restaurant. We had a reservation for 10pm for 10 people and when we arrived we were asked to wait....at 11pm we were told the table was almost ready and the people were leaving. We waited over an hour to be seat for our reservation. When we finally did sit, the music was so loud we couldn't hear the waiter and he only spoke to half of the table. This place is a joke of a restaurant.

Only positive was the waitress in the front who helped us find another restaurant.

◎ Useful **1**      😊 Funny      😎 Cool

‹

7/12/2021          BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp



## Recommended Reviews

**Search within reviews**

Lowest Rated ⌄

🔍 Search within reviews

**Username**
Location
🖼 0   ⭐ 0

**Start your review of Bisou.**

**Aya E.**
Fresno, TX
📷 479   ⭐ 8   🖼 1
                                                                    ⋯

⭐ 6/21/2019

Made a reservation for 10pm didn't get seated until 11pm and waiter came and didn't take our order. We ended up leaving and going to another restaurant! Music so loud I could not hear myself think let alone talk to the person sitting literally 2 inches away from me! It was 98 degrees outside and humid but I would've rather stand out there than inside this sauna of a restaurant. Horrible service except for the lady at the front who helped us find the other restaurant to go to

◎ Useful **1**     😊 Funny     😎 Cool

**Charles H.**
Houston, TX
📷 1   ⭐ 1
                                                                    ⋯

⭐ 6/21/2019

waited an hour after scheduled booked time, still refused move on the previous party even after they had paid. Girls on the table were pretty angin' too!

◎ Useful     😊 Funny **1**     😎 Cool

**Noor J.**
Houston, TX
📷 0   ⭐ 2
                                                                    ⋯

⭐ 6/9/2019

Disappointed in my first experience, and will not be returning. I made a reservation for my best friends 21st birthday, and that whole process went smoothly. However, when we sat down for a

Saturday brunch (party of 8) it became clear very quickly that the employees are not attentive whatsoever, and it's sad for me to say they only care about the people who are drinking (because they're spending more). My friends and I don't drink, so it took over an hour just for someone to take our order. it was repulsive. Everyone who works there is very good looking, and I genuinely feel like that's the only reason they were hired, because many are truly incompetent when it comes to their job. My friend ordered waffles, and they didn't bring any condiments or anything along with her food, my other friend literally had to get up and speak with not only the hostess, but also chase down our waiter, who said "I have other guests". Took 20 mins just for my friend to get some maple syrup for her waffles! There were some pros, like the reservation mentioned earlier. I also brought a cake with candles and they were very accommodating with that as well. But the pros do not outweigh the cons. The restaurant wasn't even busy at the time. Also, we only got water once, and were parched by the time we finished our food. As I mentioned, we didn't order alcohol, so the waiters didn't care to look. very disappointing. As someone who dines all around Houston and in places much more up-scale than this, my friends and I will not be returning to Bisou.

◎ Useful    😊 Funny    ☺ Cool

**Julianne S.**                                                                                    · · ·
Katy, TX

 0    ⊛ 9    🖼 1

⭐☆☆☆☆ 5/27/2019

Worst experience in every way possible. From service, to food, and organization. So my friend reserved a table for a party of 16 here for 8pm. Our table is sat and we all order drinks and half of us ordered appetizers and its already 1 hr in and no food is out yet. It was a struggle to get the servers attention. I would wave my hand at them and they would see me and not come. Once i finally got one to come and try and put in an order at 9pm our server goes, "that item is no longer available, our kitchen is closed." Wait, so your telling me your host willingly took our 16 top party one hr before closing. No one in the party knew they close that early. And second, how are they going to start closing the kitchen when everyone hasn't even finished ordering yet? No warnings or last calls that kitchen was going to be closing soon.
One server was very nice but the other was very unfriendly its was a younger looking blond man with facial hair. Mean from the start. He was too serious and never smiled once or was any way helpful and never apologized for all the mistakes happening through out the night. Anyways also from the start i stated that i was vegan and saw nothing vegan on the menu (DONT go on a Sunday. You had little to no options. Apparently Sunday is the only day with its own menu.) and i just wanted a salad. Luckily they said that is fine we can make that work. So time passes, everyone gets their appetizers and i didn't get the salad yet so i assumed maybe they were saving it for my main meal. Well they start bringing out everyones main dish and i still don't see my salad. At one point i was so upset i was just not even going to remind them about the salad. I just said never mind don't bring it. Im sure he had totally forgot about it when i mentioned not to bring it anymore. I was not in the mood to waste my money at that point anymore. Slow service. Confused servers. They had no idea where to bring the food out every time a new dish came it was sat in front of the wrong person. Many people got wrong dishes. Extra drinks and food were brought out that we had to end up paying for, that no one ordered. Everyone said the meat was dry too. They did not like their food. It wasn't worth its price. I just ordered a drink, and since i was with a party i basically had to pay double for a lousy drink because our auto grat which those servers do not deserve. Everyone in the party was not happy. Was my first experience here and would never come back here again. The sad

part is we also came towards closing so it wasn't even busy. So why was service so bad? They had no other tables but 1. And the other table was small. And already done pretty much. All for show, not that great a place. Need better servers, who can work good under pressure and have better common sense.

Useful **2**   Funny   Cool

**Tuyet N.**
Webster, TX

⬜ 320   ⭐ 22   🖼 5

···

⭐ 5/26/2019

I'm a sucker for good food and this place is not it. It took 19 min for me to get syrup with the waffles and chicken and we ordered the slider and it didn't come with the bun tops. The waiter seemed more concerned with talking to the staff than taking our order. Over all we will not be coming back for $100 a person.

Useful   Funny   Cool

**Nathan M.**
Arvin-Lamont, CA

⬜ 2   ⭐ 24   🖼 3

···

⭐ 5/23/2019

I came on a date with my wife but was sorely disappointed. The food was on a scale 1 through 10 about a 6/7.  The service was what I was so disappointed in.  The waitress was flat out bad!!! She didn't even look at us when talking.

Useful   Funny   Cool

**Yelp Y.**
Houston, TX

⬜ 1   ⭐ 11

···

⭐ 5/19/2019

Disgustingly tacky as shit. Middle Eastern pimps and sugar daddy's all looking for 'Hos'. Disgusting. Stupid expensive. All to be surrounded by 'Hos' and 20something wannabes - horrible horrible trashy place!

Useful   Funny **1**   Cool



**Lexi V.**
Quail Crossing, Friendswood, TX
🖼 65   ⭐ 7

⭐☆☆☆☆  5/11/2019

Horrible service. This place really could be great because of the atmosphere but the service and policies are insanely bad. First off we would have ordered way more drinks if their only method of doing a check is to split it between each guest. It was suggested that we each just pay with cash but not many people carry cash around. Then we ordered Grilled oysters which came out raw. When we told them they were meant to be grilled we were told we never said that. Next we brought a cake for the graduation we were celebrating and we're told if they served our cake it would be $50 added to the bill just to eat it in house!! Never returning

◎ Useful    ☺ Funny    😎 Cool



**Emily M.**
Dallas, TX
🖼 51   ⭐ 16

⭐☆☆☆☆  5/10/2019

Much like Prussia, this establishment should be dismantled, renamed and reorganized.

Bisou goes to great lengths to provide its patrons with a unique dining experience featuring spectacular culinary faux pas, exceptionally gauche service and an unparalleled ambience of sheer discordance.

Where does one begin? An unmannerly duo of lamentably clad teenagers eagerly making their way through the doors to Bisou had to be the first clue the night to follow would not match the expectations of fine cuisine and refinement.

* If the word tedious had a taste, the beet salad would be its best representation: generally unimaginative, chaotically presented and rather forgettable.

* The potato purée was sacrilegiously as pasty as a first grader's craft glue. Quite the gaffe, even for an entry level cook.

* The poor execution of the lemon pana cotta was the most entertaining culinary affront of the evening. The texture and taste were reminiscent of Duncan Hines lemon pie filling. The jury is still out on what was actually served, but slowly chilled luxurious cooked lemon cream, it was not.

At least 2 items on the menu were no longer available. Not "unavailable that night",  simply no longer offered  but still very much inked on the menu, perhaps in an attempt to further exasperate a well meaning patron.

Our party continuously enjoyed empty cocktail and wines glasses. No one ever inquired if more

refreshments were desired. When a member of our party asked about the wine list, the server informed us an iPad was simply not available.

Useful **8**   |   Funny **19**   |   Cool **4**

**Chuck S.**
Houston, TX
48   14

★☆☆☆☆   4/21/2019

Trying so hard to be hip and trendy, they totally shot themselves in the foot.  Food wasn't all that good, it was overpriced, and they were playing bad music so loud that we had to yell at each other to be heard.

Useful **2**   |   Funny   |   Cool

‹



## Recommended Reviews

**Search within reviews**

Search within reviews 🔍

Lowest Rated ⌄

**Username**
Location
🖼 0  ✦ 0

Start your review of **Bisou**.

**Jared H.**
Dallas, TX
🖼 0  ✦ 3

...

⭐ 4/10/2019

Would have love to have eaten hear but since they do not adhere to City of Houston Noise ordinances and continue to violate there variance with blasting music until 2am Wednesday-Saturday nights and waking up all of the residents who were there before them, my friends and I will not be eating here. We will take out business to Steak 48

◎ Useful **1**   😊 Funny **1**   😎 Cool

**Ana A.**
Sugar Land, TX
🖼 0  ✦ 15  🖼 1

...

⭐ 3/30/2019

Sucks out loud. It's more of a pretentious "Oh my God I went to Bisou" type of place than a good restaurant. Don't bother with reservations. 2 hours later you'll still be waiting and hungry. And when you do eat it's subpar food. Definitely better places to eat in Houston than this place. I don't give a crap about your dj and decor I want food food and this definitely lacking. I'd rather go to Uchi or Nobu. They honor reservations and service and food is amazing.

◎ Useful **1**   😊 Funny **1**   😎 Cool

**K P.**
Houston, TX
🖼 2  ✦ 26

...

⭐ 3/24/2019

So just went here and had the salmon avocado toast with mimosas and food was good, but background music was obnoxiously loud! Couldn't even talk or head ppl at my own table. Recommend sitting outside next time. I give this place 4 starts for food, but zero of comfort due to loud music. 2

Useful **2**    Funny    Cool



**Basel B.**
Spring, TX


0    2    1

⭐️⭐︎⭐︎⭐︎⭐︎    3/21/2019

Worst experience. This place doesn't care about reservations and will only treat you nicely if you're white. No joke. I read through some of these reviews and was shocked to find how true they were.

Useful **5**    Funny **1**    Cool **1**



**Ambar E.**
Austin, TX


13    16

⭐️⭐︎⭐︎⭐︎⭐︎    3/17/2019

I came for brunch on Sunday and the service was amazing, great ambiance, delicious food. HOWEVER, Saturday night was a different story. We had reservations at 9:00, the food took forever and they brought the wrong orders, you had to order the drinks 2 at a time so that you can get to drink them on time ( the waiter actually suggested to order 2 at a time bc "They were the busiest bar in Texas"), and even that took extremely long. I was honestly ecstatic about this place because it's trendy and chic, but after this experience I doubt I will be visiting again.

Useful **1**    Funny    Cool

**Courtney A.**
Pearland, TX


287    1

⭐️⭐︎⭐︎⭐︎⭐︎    3/3/2019

I had Sunday brunch at Bisou on Westheimer. I came in the restaurant with a ball cap on. Immediately, I was asked to remove my ball cap which was ok with me. Shortly, after i removed my cap, a young white man wearing a  ball cap entered the restaurant and was not required to remove his cap. At that point, my friend and I went to speak with the manager... the manager made several excuses as to why this young white man has not removed his cap. As we were speaking with the manager, a young black man entered the restaurant and was asked to removed this ball cap. Again, the young white man was not. Due to their race driven actions, I  will not be dining at Bisou again.



Useful **6**    Funny    Cool

**Adey O.**
Houston, TX
🖼 0   ⭐ 2

⭐☆☆☆☆  3/1/2019

Most unorganized restaurant with poor management. Wouldn't recommend it to my sworn enemy. Regards

Useful **1**    Funny **1**    Cool

**Netta J.**
Spring, TX
🖼 0   ⭐ 4   🖼 3

⭐☆☆☆☆  2/18/2019

On February 10 2019 I went to attend a Birthday celebration brunch with a group of African American professional women. Reservations where made in December 2018. Confirmations was made prior to the date with a final count. Upon our arrive we where told they would prepare our seats "note that group size was 20 plus". We had not expected to be all be seated together due to our group size. While waiting we patronized the bar. We waited over hour and half without being seated. There was two table that would each seat ten comfortably we was never seated at either table. We was offered seating outside on the patio again we asked to be seated inside per reservation. It's sad we was never seated after numerous inquiries and being told at one time "can't you see we are busy!" The management yelled at my friend Kristina when she was speaking with him. This was unprofessional and unacceptable behavior by the management and the hostess of this establishment.  I did see a few men and women of color. We as a group were discriminated by this establishment. We was never seated/accommodated No apologies, No concessions. Nothing. Customer service was a zero!

Useful **2**    Funny **1**    Cool

**Jessica P.**
Houston, TX
🖼 161   ⭐ 38   🖼 35

⭐☆☆☆☆  2/17/2019

Came here for a birthday celebration and where should I even start. Honestly, there were so many things wrong with this restaurant. From the cold grilled oysters to the lipstick found on the cheap plastic gold cups from the previous table, utterly disgusting. Don't waste your time ordering champagne service. It was a complete  disappointment. The waitress didn't make us feel welcomed

at all. The bus boy and girl were taking care of us more than her. The food was mediocre and the restaurant oversells the experience. I would've rather gone to a restaurant with better food and service. Don't be fooled by the hype it tries to portray itself on social media. It will die down before you know it.

Useful **5**      Funny **1**      Cool **1**

**Elizabeth M.**                                                                                     . . .
Houston, TX

🖼 4   ⭐ 7   🖼 7

⭐☆☆☆☆        2/17/2019

📷 1 photo

Worst experience ever! Came here today for my friend's 29th birthday. We made reservations for 11:30. The service sucked- our waitress seemed to be in a mood and not wanting to be there. The food was cold and when returned was just heated up- no sorry or new plate. We had champagne and the glasses we were given were dirty. Not just dirty, but had big lipstick stains on them. Mind you we were one of the first groups there. When we returned the glasses, the girl didn't even seemed concerned that they were dirty and again, not even an apology was given. Food was not good either. Total disappointment for the price you pay here. Seriously, just go somewhere else!

Three cups with these lipstick stains all ar...

Useful **3**      Funny      Cool

‹

## Recommended Reviews

**Search within reviews**

Search within reviews 🔍

Lowest Rated ⌄



**Username**
Location
🖼 0   ⭐ 0

**Start your review of Bisou.**

---

**Tilman F.**
Houston, TX
🖼 0   ⭐ 1

···

⭐☆☆☆☆  2/16/2019

Arrived at 10:10, left at 10:40. Drinks not delivered yet, menu or portions not the slightest bit French, service arrogant. Have fun Houston.


◎ Useful   😊 Funny   😎 Cool

---

**Sandra A.**
Miami Beach, FL
🖼 197   ⭐ 18   🖼 2

···

⭐☆☆☆☆  2/12/2019

Poor service! Reservations mean nothing and the general manager assumes  no accountability for the actions of the hostesses and their poor coordination of our large group.  20+ people were  there for a birthday celebration just walked out! We will take our money elsewhere. I guess we didn't fit the "look" you were going for.  What you don't realize is you are located in MY neighborhood and this was a group of professional black women!  Who gives you the right to treat people this way?? You asked didn't I see how busy it was in there....?? If you do not have the ability to accommodate, then you do not accept the reservation- simple! Unfortunately that was not your issue. This was racism at its finest proven by the GM. The general manager's lack of concern, unprofessional behavior was extremely disappointing. Judging by the prior reviews, this seems to be a pattern of behavior which can not be tolerated.  We took our business to Seasons 52 located a block away and they accommodated our entire party without hesitation or reservation! In addition, they provided excellent service! Take your birthday group anywhere else but here! If I could give them no stars, that's what they would get from me! Shame on you Bisou! Your business can't just look good, you have to treat people well!


◎ Useful **1**   😊 Funny   😎 Cool

---



**Kristina M.**
Houston, TX



⭐ ☆ ☆ ☆ ☆   2/11/2019

If you are too ethnic, do not bother. Here is why...

I made two reservations in December for my and my friends birthday brunch on February 10 at 1pm. I explained at the time of the reservation that although it was two birthday celebrations we didn't need to sit together. Two seprate tables of nine people was perfectly fine...even if they were not right next to each other.

We arrived on Sunday, on time. Upon check-in the young lady showed the two separate sections originally reserved for my groups but stated if I gave her 15-20 minutes she could sit the entire group together. I again expressed that was not necessary but thanked her for offering and we all went to the bar to give her time to make good on her suggestion. We ALL purchased a pre-brunch cocktail and socialized as we waited for our seating.

At 1:42pm I went back to the hostess table to explain to her that if it wasn't possible (because it is now almost 45 minutes after my reservation and we were all hungry) that we would like to sit at the tables we originally reserved, which were still empty. She explained she needed to talk to her manager but if we were ok, we could sit outside. I did not make a reservation for outside. I was shown the tables that were supposed to be mine, which were STILL EMPTY let me sit there. I could not understand why she needed to talk about this, but allowed her the opportunity to do her job. When the hostess manager came over she tries to explain, with a snotty attitude, that the tables that I was shown were in fact NOT my tables and they have a contracted reservation for them. Then said "if they are not here by 2:15pm you are more than welcomed to sit there." By this time we see them sitting more and more people but completely overlooking the 18 people standing in the middle of the restaurant that have been waiting since 1pm, you know, THE 18 PROFESSIONAL BLACK WOMEN, DRESSED FLY, LOOKING ABSOLUTELY BEAUTIFUL, ALL READY TO SPEND MONEY TO EAT, DRINK AND CELEBRATE!

At 2:16pm I went back to the "manager hostess" who said to give her a minute as she was going to get the GM and proceeded to walk away to talk to some patrons who apparently were her friends. I went to the GM directly and began explaining the situation and my displeasure in how we were being treated. As his voice became elevated, my group decided they did not want to spend their money in this establishment and headed to the door.

Outside as we waited for valet, everyone expressed their disgust with the entire situation and began to search for somewhere else to eat. I went back inside and suggested to the GM that maybe he should come out, apologize and at the very least compensate the $9 valet charge since we did not get to eat. Not to mention they had us waiting around for over an hour and never offered a drink, appetizer, or a piece of bread to tide us over...nothing!!!

He came outside and again with elevated vocals, yes he was SHOUTING, explained that he cannot do anything about what his employee told us because she was wrong and what did we expect him to do about it. "Do you see how busy we are?" was his question posed to my group. I was dumbfounded. But as I began to take stock of the entire situation I realized they don't mind a sprinkle of black people here and there but what they are not going to do is allow 18-20 blacks at

7/12/2021          BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp

one time and definitely not going to allow 20 black people sitting UPFRONT AND CENTER in the main area of the dining room.

It is very unfortunate situation. The vibe appeared to very lively, the food that was coming out looked appealing and the drinks we had were actually very good. It's a great place to people watch. However, Bisou won't ever have to worry about little ole me again. I don't go where I'm not wanted, appreciated or celebrated.

Useful **28**     😊 Funny **1**     😎 Cool **2**



**Jackline S.**
Pearland, TX
🖼 129   ⭐ 3   🖼 6

⭐☆☆☆☆ 2/10/2019

We were there to celebrate a birthday. We made reservations weeks ago. They continued to seat people but us. They never tried to accommodate the group or offer anything as we waited for almost 2 hours for nothing. Felt very unwelcomed and discriminated against.

Useful **2**     😊 Funny     😎 Cool

**Rosa M.**
Houston, TX
🖼 0   ⭐ 5

⭐☆☆☆☆ 2/10/2019


not worth my time explaining how bad this place is .
Worst customer service and food is mediocre.

Useful **4**     😊 Funny     😎 Cool

**Mia L.**
Westside, Houston, TX
🖼 19   ⭐ 7   🖼 5

⭐☆☆☆☆ 2/10/2019


This place need a lot of work with customer service , waiters are really bad . My risotto was under cooked and the loud music played make enjoying a meal a disappointing experience.
Will not have friends nor family ever go there .
Ever. Over priced drinks . Nice place bad management.

Useful **2**     😊 Funny     😎 Cool



**Devon T.**
Spring, TX



 2/10/2019

Since they are a vape friendly establishment,  negative one star. their food may be 3 star and their drinks 4 star, the vaping by workers and other people make me get up an go elsewhere . It's the new brasserie 19, a ho for a man. nothing new.. so if that's ur bag, then so be it, otherwise stear clear. Not a fan. Money without sense.

Useful **3**      Funny **1**      Cool



**Ali A.**
Houston, TX



 2/10/2019

Overpriced drinks that are watered down and sweet with juice. Super overrated. You pay for an atmosphere only. Service is terrible. Food didn't come as ordered we had to send back our food twice.

Useful **2**      Funny      Cool



**ST J.**
Bellaire, TX



2/9/2019

Worst $$$$ meal experience!  Hubby and I came here as early Valentine celebration. We had high expectations based on online reviews. The service started very well when the restaurant was still half empty. Then the service became spotty as it filled up. Drinks are pretty good. Good selections of cocktail and wine by the glass and bottle. Food was disappointing. The sashimi and foie gras appetizers was decent, the escargot and bone marrow was disappointing. It tasted greasy and escargot rubbery. Ordered Tomahawk rib eye steak entree to share and it was ok. Good flavors on the crust but the meat was chewy and a little dry despite being medium rare. Not sure why the meat was pre-sliced. Our steak probably didn't rest long enough and the juices had run out when it was sliced. Even the single Tomahawk was of very large portion and we managed to eat only about half of the meat. What's worst is that they messed up on packing the left over and could not find it when we asked about as we laid out bill!  The dessert was also hit and miss. Creme brûlée was tasty but small. The pana cotta has the consistency of lemon curd. With the meringue and crumbles on top it tasted more like lemon meringue pie. It was a very noisy, social meat market type of place, more like a bar/night club than a fine dining restaurant. When they lost our entree leftover and the manager had come over to say they would replace it and we assumed it would be the same menu item. But then they replaced it with the cheapest steak menu item and totally different cut of meat!  Tried to

call manager after we walked out but was put on hold for more than 15 min then eventually got cut off. It just totally ruined our night!!  Overall, we were definitely disappointed and upset that we basically wasted $$$$ for our early Valentine dinner

[ Useful ]   [ 😊 Funny ]   [ 😎 Cool ]

 **Marquita J.**
Westview, Houston, TX

📷 0    📌 19                                                                      · · ·

 2/1/2019

I visited the restaurant for dinner after a workout at equinox and we were not allowed to dine due to what we were wearing. However on the website and at the front door there is No indication of a dress code.  First, the hostess told us to wait at the bar and there are no tables however the restaurant was not full. And then at the bar a manager said that there's a dress code.  Unfortunately, I was recommended to visit the restaurant however after that experience I don't know if it's worth it and will be informing anyone else who asks for my opinion about the restaurant.

[ Useful **5** ]   [ 😊 Funny **1** ]   [ 😎 Cool ]

‹



## Recommended Reviews

**Search within reviews**

Search within reviews 🔍            Lowest Rated ⌄

**Username**
Location
🖼 0  ✦ 0                    Start your review of **Bisou**.

**Patrice C.**
Houston, TX
🖼 4  ✦ 4                                                        · · ·

★☆☆☆☆  1/28/2019

When a friend of mine told me she would be celebrating her birthday here I was super excited! Unfortunately, after waiting over an hour for a reservation that was previously confirmed twice, we were told that our table was given away to someone who's complete party was not even present. The manager made it very clear that we were not welcomed! Don't waste your time, money, or energy.

◎ Useful **2**     😊 Funny **1**     😎 Cool

**Sy A.**
Fresno, TX
🖼 0  ✦ 1                                                        · · ·

★☆☆☆☆  1/27/2019

Let me put this simply; if you don't want to be discriminated against, take your money somewhere it's appreciated! We wanted to give this place a shot on Saturday 1/26/2019 for our friend's birthday but we didn't even make it through the door although we had reserved a table 2 weeks prior for which they had called the day of to confirm. It is sad that in this day and age people can still be treated in this manner - so disappointing!

◎ Useful **2**     😊 Funny     😎 Cool

**Marlyn G.**
Southwest Houston, Houston, TX
🖼 0  ✦ 20  🖼 29                                                · · ·

⭐︎☆☆☆☆  1/27/2019

If I could put a -star I would.  Absolutely horrible service, had a party planned and they did not decorate the table which they were supposed to do. I do not recommend anyone coming here.

◎ Useful **1**        😊 Funny        😎 Cool

**E M.**
South Main, Houston, TX
📷 4    ⭐ 19    🖼 6

⭐︎☆☆☆☆  1/27/2019

This was my first time here and I will not be back. Imagine booking a special table 2 weeks in advance for your birthday. Imagine telling 14 of your friends and colleagues to dress up and meet you there. Imagine being told everything was confirmed and ready to go on that same day. Imagine arriving ON TIME and seeing the section that you booked unoccupied but decorated with HUGE letters that do not say your name. This is exactly what happen to my friend on her birthday. To make matters worse the new manager (who volunteered that he was hired 2 days prior) was the biggest disappointment because he lacked basic problem solving skills. When we arrived the hostess told us that the special private section was double booked. Ironically our entire party was there, but the other party was not. Instead of seating our party in the EMPTY section that we reserved 2 WEEKS in advance, the manager scrambled for 45 MINUTES trying to think of a solution. The best he could do was throw together some random table for 10 people...but what about the other 4 people?! In the meantime, no drinks were offered, no appetizers, NOTHING was done to accommodate my friend (who was in tears by this point) due to the embarrassment caused by this establishment. As I was miserably waiting in my stilettos, I started noticing that every BLACK person in the restaurant was also waiting. I WAS DISGUSTED. Since I had time, I checked out Bisou's Instagram and there were noticeably no BLACK people to be found on their page...then it all made sense. We were not accommodated because they do not value our business. It was a slap in the face to see a manager allow a party of 14 people walk out of their restaurant with zero f-s given. AND THE TABLE SHE BOOKED WAS STILL UNOCCUPIED WHEN WE LEFT...1.5 HOURS LATER. As a free word of advice, your staff should be careful about how they treat people of color and systematically discriminate. The last establishment in Houston that discriminated against a group of black attorneys ended up being shut down by the U.S. Department of Justice.

◎ Useful **3**        😊 Funny        😎 Cool

**Leila C.**
Southwest Houston, Houston, TX
📷 224    ⭐ 2

⭐︎☆☆☆☆  1/27/2019

I will NEVER again patronize this place. I made reservations weeks in advance for a specific table (for my birthday). Despite the fact that I called and confirmed twice, when I arrived I found that they had, nevertheless, given my table to someone else (who was not even there yet)! My complete party of 14

was there and unable to sit but they held the table for another party!? And then, as an added insult, the hostesses lied and said they don't take requests for specific tables! Simply stated, Bisou messed up, and instead of fixing their mistake, they let me and my guests know (rather blatantly) that they did not want us there. I don't want to say they're racist, but if it walks and talks like a duck....in any event, we ended up going to Eddie V's and the food and service there was amazing.

| ◎ Useful **1** | 😊 Funny | 😎 Cool |



**Hali H.**                                                                  · · ·
H Street Corridor/Atlas District/Near Northeast, Washington, DC
🖼 171    ⭐ 4    🖼 1

⭐☆☆☆☆   1/26/2019

My friend made a reservation here to celebrate her 32nd birthday. With two weeks notice, we collectively were excited to celebrate her and try this new restaurant I had been hearing about. Upon arrival, we were told they couldn't seat us until the party had arrived in totality. After a few minutes passing, the celebrant asked if the table would be ready. She was told by the hosts that Bisou does not reserve specific tables. That was a lie. Once the manager appeared. We assumed he would work to rectify the situation. That was a lie. They overbooked, gave away the reserved table, and refuse to accommodate us (When there was an empty table ready and available). We left and went to a place where we are celebrated not tolerated. I'm saddened at the fact that 13 people walked away with no food or drinks to show for, empty handed.

| ◎ Useful **1** | 😊 Funny | 😎 Cool |



**Tamesha R.**                                                              · · ·
Missouri City, TX
🖼 4    ⭐ 13    🖼 11

⭐☆☆☆☆   1/26/2019

So disappointed with this establishment! My friend made reservations for 9pm on 1/26/2019 2 wks prior for her birthday. She called 3 days before to be sure wverything was set. The table she requested had a drink minimum that was discussed as well as the bottle options. When we arrived we noticed the booth we reserved had ballons for another party. After waiting 50 minutes we were told our table was going to another party. There was no table to accommodate our party of 14. We spoke with the manager who pretended to attempt to fix things but nothing. When you come to this level of establishment and plan to spend thousands with a party of 14and to be treated like trash is ridiculous! We wasted over an hour there when we could have made other arrangements. We were so disgusted we left!

| ◎ Useful **2** | 😊 Funny | 😎 Cool |

**Laura B.**                                                                · · ·
Cinco Ranch West, Katy, TX

☐ 0   ⊛ 5

⭐☆☆☆☆   1/25/2019

Food was mediocre at best, totally overpriced & when My husband got food poisoning from the lamb , the restaurant said "it is most assuredly not from us" Yes it was & so I will add rotten customer service to the list

| Useful | Funny | Cool |

**Tres L.**
Houston, TX
☐ 23   ⊛ 64   ▨ 18

⭐☆☆☆☆   1/12/2019

We had reservations at 9:15 for my best friend's birthday and weren't seated until 10:05. Food was average. Mashed potatoes were instant. Music was too loud. Management didn't comp anything. We ordered all our food at once and asked for the check. We will not return.

| Useful **3** | Funny | Cool |

**Kim N.**
Houston, TX
☐ 45   ⊛ 29   ▨ 14

⭐☆☆☆☆   1/5/2019

Horrible rude hostess. The foods were mediocre, loud music, pretentious  bougie... Didn't like the atmosphere at all..

| Useful **5** | Funny **1** | Cool |

‹

270

## Recommended Reviews



**Search within reviews**

Search within reviews 🔍

Lowest Rated ⌄

**Username**
Location
🖼 0   ⭐ 0

Start your review of **Bisou**.

**Ashton S.**
Houston, TX
🖼 10   ⭐ 5

⭐☆☆☆☆   1/3/2019

Bisou please.... $6k bottle of bubbly??? Had 6 ladies accompany me to brunch there, all who are foodies "in the know," one who is a sommelier, and all agree that no one will be going there again. Waitstaff are severely lacking knowledge of the apps and main courses, dressed like it's a "brestaurant," and have no clue how to accurately present a menu what-so-ever. Food is not worth the bourgeois prices (not to mention being called "French") nor the pretentious ambiance.... hopefully the next proprietors are more cognizant of how high end restaurants should be put together and run.



◎ Useful **3**    😊 Funny **1**    😎 Cool **1**

**Jeff G.**
Houston, TX
🖼 0   ⭐ 4   🖼 1

⭐☆☆☆☆   12/23/2018

Confused in what they are trying to be? A nightclub or restaurant? Sunday afternoon with beautiful weather we decided to stroll around RO District and wanted to simply check out the new restaurant. At 3pm in the afternoon as we approached the door you could hear the DJ music on the air. A young man at the front door standing by the door which I assumed worked there didn't try to open the door for us. As I walked in my partner didn't as I turned around looking for him he was still outside because the guy standing by the door told him he couldn't come in because he has tract type pants? So a door man on Sunday at 3pm? Really! We just wanted to look at the restaurant. We live in Afton Oaks across the street and frequent our neighborhood shopping and restaurants. The man outside had torn jeans in six different places and didn't look like he worked for the restaurant dressed as he did. I'm still SMH on this. I'm cool with the attitude if this is what they are. I just wish it was represented better at the door so I wouldn't feel embarrassed. I'm a old guy in my 50's so not their target market.  I will avoid this place and spread the word about what type of establishment this is.

271



◎ Useful **1**     😊 Funny     😎 Cool

**Cassandra B.**  *Elite 2021*                                          · · ·
Spring, TX
📷 61    ⭐ 101    🖼 38

⭐☆☆☆☆    12/21/2018

Was told this was the new "in" restaurant, so my girlfriends and I couldn't wait to try it out.
Unfortunately we were highly disappointed. Although the location and interior are beautiful, the
food was disappointing. I ordered the beef short rib which was over cooked and under seasoned.
Even the mashed potatoes and asparagus it was served with were underwhelming. The drinks were
ok, but you can get a MUCH better meal and stronger drinks right next door for the same price.

◎ Useful **4**     😊 Funny     😎 Cool

**Benjamin S.**                                                         · · ·
Houston, TX
📷 12    ⭐ 59

⭐☆☆☆☆    12/14/2018

This place is absolutely atrocious.....

The food is priced liked Steak 48 and yet is Applebee's quality at BEST.  Very limited menu and
uninspiring wine list.

The music was club level......at 7pm on a Thursday!  We were screaming across the table and still
couldn't hear each other, or our waitress.

This place has the appearance of a restaurant, but really isn't at all.  Its a club with no dancing that
serves horrifically overpriced food that is super low quality.

◎ Useful **19**     😊 Funny **7**     😎 Cool **2**

**Shane R.**                                                           · · ·
Houston, TX
📷 0    ⭐ 1

⭐☆☆☆☆    12/5/2018

Nice looking restaurant, but terrible service.
We sat at the bar, ordered 3 specialty cocktails, and 10 minutes later the bartender came back to ask
us what our drinks were again. Needless to say, after 10 more minutes we received drinks that were
definitely not worth $15 each. Margarita was bland and tasted like lime juice at best($16).

The worst part was that we were the only 3 customers at the bar, while the manager sat across from us on his computer the entire time, and never once got up to ask us how our experience was going. Being a new restaurant you would think that the manager would care enough to greet every patron that sits down. One and done for me.

◎ Useful **2**    😊 Funny    😎 Cool



**Reyna S.**    ⋯
South Beach, Miami Beach, FL
🖼 89   ⭐ 5   🖼 3

 11/19/2018

Worst service ever. We came to this place last Saturday to celebrate our first anniversary. First, they took 45m to sit us even though we had a reservation. Once we were seated we waited more than 20m to get water and the bottle of wine. The food came before our drinks. The server would take ages to take care of us. The food for the high price was not good at all. No one walked us through the menu. And there was no special attention for our anniversary? A dessert? A glass of champagne? NOTHING! Highly disappointed at this place. Never coming back.

◎ Useful **6**    😊 Funny    😎 Cool

**Enoc G.**    ⋯
Houston, TX
🖼 1   ⭐ 11   🖼 12

⭐ 11/17/2018

We came here for a birthday party on a Friday night.  They place was way too loud to have a conversation, almost as if you were in a club.  Someone who worked here, perhaps a manager kept whistling, which was very annoying.  Staff was very rude to one of our guests who arrived late.  He originally had a seat, but staff removed his seat from the table.  When he did arrive, he tried to get a seat from an EMPTY table and restaurant staff scolded him for removing a seat from an EMPTY table, making him return it.  Seriously, how about you let your guest have the seat and you replace the missing seat from the EMPTY table.  The restaurant does not split checks.  Many guest were very drunk, with numerous glasses or bottles breaking by falling to floor through our experience.  The place was very crowded that we kept getting bumped from the guest sitting behind us.  Lastly, over priced.  Minimum $15-16 for a cocktail.

◎ Useful **2**    😊 Funny    😎 Cool

**Melinda H.**    ⋯
Missouri City, TX
🖼 0   ⭐ 6

273

7/12/2021          BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp

 11/6/2018

Was extremely disappointed, I made reservations for my bday several days prior and they had confirmed that I would be able to get the table and seats I wanted. My party and me came on time and they had no we're for us to sit as they said the table I reserved was now unavailable. I had to keep asking for assistance and I just kept getting the run around by each person. Me and my friends had to stand and wait a good 40 min before we decided that we are done waiting. It really ruined my bday in the beginning as I was excited to try this place.

 Useful **4**    Funny **1**    Cool **1**



**Kaci A.**
San Francisco, CA
▢ 0   ⊡ 3   ▣ 1

· · ·

 11/4/2018

I never write reviews but this was so disappointing I had to. As one should expect, given the Clé ownership, dinner is like trying to have a nice meal in a nightclub. We eventually had to sit outside because the hostesses kept giving away tables to friends that were arriving vs prioritizing people with reservations. We had 2 rounds at the bar before being seated and when I tried to close my tab (not to mention one round of margaritas were terrible and they forgot our next round) the bartenders were too busy and said they would bring my card and tab to the table. We sat down with incomplete silverware sets and no small app plates. Once we finally got service and ordered, they brought all 4 starters at once which was great, except still no forks or plates. Took us asking twice to get them. We might've seen our waiter once every 25 minutes, maybe? Fast forward TWO HOURS and me asking no less than 6 times and I finally got my credit card and tab from the bar, and IT WAS WRONG! We were charged for 2 drinks we didn't have. I didn't bother to correct it because it was such a hassle in the first place. We told them when we made the res it was for a girlfriend's birthday but they didn't even acknowledge it, probably because we weren't buying bottles with sparklers. It's a beautiful space, but unless your goal is to pop bottles and be an instagram model, this probably isn't the best destination for dinner. If the service remains this bad no way they last a year.

 Useful **11**    Funny **2**    Cool **2**



**Luna Q.**
Houston, TX
▢ 172   ⊡ 182   ▣ 172

· · ·

⭐☆☆☆☆ 11/3/2018

Horrible customer service! Rude!
We reserved a table for 12, one of our guest had to stand for 15 minutes because someone told him that chair was needed at another table that is empty and was empty throughout the time we were here. Her words "I need that chair" and she placed it at the empty table. Then they had us all get up to move table so they can have enough room for that chair when we had reserved table a week

before.
Still can't believe how she treated us over a chair!

| ◎ Useful **15** | 😊 Funny **2** | 😎 Cool **1** |

‹

## Recommended Reviews

**Search within reviews**



### Laura G.
Houston, TX

⬜ 0   ⬛ 7   🖼 3

★★☆☆☆ 5/18/2021

Very disappointed with this restaurant.

- Food was expensive and sub-par. I had the tuna tartar and it was mushed, not appetizing and bland. My husband ordered a $125 ribeye steak medium rare and I arrived completely rare and butchered.
- Because we ordered a $100+ bottle of wine, they flanked us (party of 2) with a default 20% gratuity.
- First time out since February 2020, and no staff member was wearing a mask in a packed restaurant, probably about 100 guests plus staff.

I would definitely not go back nor recommend going to Bisou. I have had much better dining experiences - food wise and staff wise - at a fraction of the price.

⊙ Useful   ☺ Funny   ⊙ Cool



### Leah E.   *Elite 2021*
Houston, TX

⬜ 18   ⬛ 108   🖼 83

★★☆☆☆ 3/29/2021

📷 1 photo

My friend selected Bisou on 3/28/2021 for her going away celebration and it was unexpectedly a let down for us all. We had a party of 7 and had a reservation. The table was beautiful and ready on time, no issues there......none of us had been there before. There are 2 mains areas when you walk in, one to the left with regular tables and booths, then one to the right with the bar, high top tables, patio- where they keep a few of the doors open, and the DJ with a saxophonist that played along

with the DJ music on this particular day.....We sat on the RIGHT SIDE.

1. The food was JUST OKAY, several of us ordered the shrimp and grits and NONE of us were fans, the portion size was tiny-tiny-tiny and the sauce was weird like they tried to make a rue for gumbo but poured it over the shrimp and grits. I also had the Brussels sprouts and cauliflower which were honestly quite tasty but I was missing cauliflower and had more Brussels than anything.

2. THE WORST PART- the music was EXTREMELY WAY TOO LOUD, not only could we not hear one another to enjoy each another but it was too loud to enjoy the atmosphere for us and our waiter even had to kneel down in order to hear us speak....we honestly were ready to go and had no interest in hanging out for more drinks after our food was done because we all were so overwhelmed with the loud music (AND I DO ENJOY MUSIC AND PARTY VIBES). It's not even like they needed the music to be that loud, patrons were not loudly carrying on over the music- it was simply off putting.

3. Our server was super busy with the half of the area we sat on that he was responsible for, but he did a great job (one star for that).

4. Food for brunch was fairly priced (one star for ideal brunch prices) and we opted for mimosas. Bisou has a quite extensive menu of drinks so it was nice to be able to pick from a varied range of adult beverages.

5. Overall Bisou is the closest you will get to a "Vegas vibe" in Houston but it's also not necessarily the best place to go, there are so many bars, patio brunching/dining spots, customer conscious, and roomier- BETTER AND FUN places and venues to hang out at than this! I'm still like- HOW could they NOT think the music was TOO loud LOL- I digress!

Shrimp & Grits, Brussels Sprouts & Cauliflo...

◎ Useful **1**      😄 Funny **2**      😎 Cool **2**

**Amber W.**                                                    · · ·
Las Vegas, NV

🖼 0   ⭐ 6   🖼 8

⭐⭐☆☆☆  3/21/2021

Wayyyyyy too loud! It's cute and a good place to take pictures and be seen, but the food was incredibly bland and I couldn't hear the people I was with over the music.

◎ Useful      😄 Funny      😎 Cool



**Michaelina S.**
Las Vegas, NV

🖼 0    ⭐ 22    🖼 5

· · ·

 2/27/2021

Underwhelming. Pictures of food in reviews were better than the actual items.  Our party had the shrimp pesto pasta, burger and rib.  Food was ok, nothing outstanding.  The host never looked up to speak to us when we entered, luckily our first arrival texted where they were seated and we found our table ourselves. The service was unbelievably slow. Our server was friendly but definitely not able to keep up with his section. We had to ask for a set up, a menu and then once our food finally came, everything was cleared up before we could even discuss dessert.  It seems like a please to be seen, not dine.

| 👁 Useful **1** | 😊 Funny **1** | 😎 Cool **1** |



**Korlynn O.**
Houston, TX

🖼 951    ⭐ 69    🖼 6

· · ·

 2/14/2021

$79 Limited Menu for one on Valentines Day?! We tried to make it work but we left and walked to Ouzo and had all the options on the menu with a way better ambiance. I have actually been to Bisou before and the food is good but I can understand why they would make everyone order the same thing on Valentines Day. Sounds like they were more concerned with themselves that caring about what people wanted to order on the normal menu.

| 👁 Useful | 😊 Funny **1** | 😎 Cool |



**Kate L.**
Santa Clarita, CA

🖼 77    ⭐ 14    🖼 1

· · ·

 12/13/2020

We ate at this restaurant last evening, and while the food was great, and our server, Trevor, who wore a non- medical 3 ply pleated mask provided great safe service, his coworker, did not.  We observed a tall African American server walk up to two tables near us, with his mask below his chin, getting in close contact with diners, who while seated,  had no masks on.  Why put "masks required" when your own staff don't observe that?  Very disappointed.  I wont eat there again.

| 👁 Useful **1** | 😊 Funny | 😎 Cool |

**Mr C.**

· · ·



Houston, TX



★★☆☆☆   11/22/2020

Thought we'd enjoy a patio brunch on a beautiful day. The decor of the restaurant is very nice and  it has a very nice atmosphere. Our server was sweet but completely clueless. We had to ask for drinks. We had to ask to order.  We had to ask for dessert. She was always very pleasant about it but had absolutely no initiative. Plus her mask was below her nose the entire time as was the female bartender and one other waitress inside the restaurant. On the patio they also seated people on each side of us literally less than a foot behind both me and my dining companion in complete disregard for Covid rules. The food was fine --nothing extraordinary.  The chocolate fondant dessert was very very good. Is it worth going back here? Probably not .



◎ Useful **1**    😊 Funny    😎 Cool



**April G.**
Museum District, Houston, TX



· · ·

★★☆☆☆   10/22/2020

This restaurant is not social distancing and the food was mediocre (I had a steak and lobster dinner). The hostess attempted to seat my friend and I in very close proximity to another patron, when I asked to be seated elsewhere the hostess giggled and said, "Oh, we're not social distancing."



◎ Useful **2**    😊 Funny    😎 Cool



**Kristina G.**
Houston, TX



· · ·

★★☆☆☆   10/21/2020

This was my first night coming here for their Anniversary Dinner special. I was honestly under impressed. The atmosphere was very nice. However, the food and service were below average. The waitress was unattentive most of the night. The steak was mediocre. I would not recommend coming here for dinner.



◎ Useful    😊 Funny    😎 Cool



**Ravyn W.**
Houston, TX

· · ·

7/12/2021                  BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp

⭐⭐☆☆☆   10/21/2020

📷 1 photo

The portions were extremely small and not worth the amount. I ordered scallops and shrimp and I only got two of each with about 8 pieces of roasted cauliflower.The food was mediocre, but edible. I got whataburger afterwards to put things into perspective.

My sister ordered oysters and the waiter brought the things you typically eat with oysters before they came out. It was a small porcelain bowl with crackers, Tabasco, and two dirty forks -- how delicious.

Next the waiter collected my sisters plates after she finished the oysters and dropped a fork on the ground and it scratched her leg.

Also the tables were extremely close and did not practice or enforce social distancing

Lastly, this wasn't a big issue for me, but they do not split the bill at all..so big parties, groups of friends, etc. BEWARE.

Dirty oyster forks.

[ ⊙ Useful ]   [ 😊 Funny ]   [ 😎 Cool ]

‹

280

7/12/2021                    BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp

## Recommended Reviews

**Search within reviews**



Liberty Tax K.
Richmond, TX

★★☆☆☆  10/20/2020

2 photos

The restaurant is nice and the service was fine. The food presentation left a lot to be desired. Lobster was small and chewy/overcooked. Sponsored ad showed roasted potatoes but we were only offered fries or a salad

 Steak, chewy lobster, empty shell and fries           What I ordered vs what I got

Useful      Funny      Cool

 **Joseph R.**
Palestine, TX
0   1

★★☆☆☆  8/8/2020

Terrible dining experience. Manager and waiter could care less and ignored my table for a larger table. Food was ok.



281



Useful    Funny    Cool

**Sheereen S.**
Sugar Land, TX
117   49   5

⭐⭐ 7/12/2020

I know no one really goes for the food. But seriously don't. The food's really not good at all. Literally every other restaurant in river oaks is better.

Useful **1**    Funny    Cool

**Arelle Felice M.**
Dallas, TX
420   5   5

⭐⭐ 1/9/2020

📷 1 photo

i was visiting houston for a birthday celebration. my hair was a mess, so i wore a yankee's baseball cap. some other patrons were upset, because i had a baseball cap on so a manager approached me, in front of everyone i was with, and kindly asked me to remove my hat. i saw other people in the venue with hats on, but instead of making a big deal, i went to the restroom and attempted to fix my hair. i came back out to free champagne. i love champagne.

xoxo

Useful **1**    Funny    Cool

**Nicole G.**
Houston, TX
1   39   3

★★☆☆☆   12/22/2019

The location is great, good crowd, the food is good and the drinks are good HOWEVER, service needs serious improvement. The hostesses are nice and that's about it. Servers/waiters are McDonalds quality. I've been there three times and each time the service is subpar.

◎ Useful **1**     😊 Funny     😎 Cool



**Ce T.**
Atascocita, TX
🖼 0   ⭐ 6                                        · · ·

★★☆☆☆   12/15/2019

Don't waste your time! I went for a birthday gathering (party of 6) and couldn't be seated because 2 people weren't there yet...really? We just hung out in the bar area which was crowded but expected on a Saturday night at 9. Too pricey for the amount of food you get and the drinks are expensive. Oh yeah, it's $9 to valet as well. The waiters and staff were great...that's the ONLY reason I gave it a 2 out of 5. I won't be back...I should have just gone down the sidewalk to Steak 48.

◎ Useful     😊 Funny     😎 Cool



**Margie E.**
Lufkin, TX
🖼 204   ⭐ 15                                      · · ·

★★☆☆☆   11/10/2019

Super mediocre. Food quality is poor. Ordered New York Strip Steak and it was super chewy. Enjoyed the truffle fries! Ambience is cool but wish the crowed was a bit older. Having restroom attendants reminded me of the dirty clubs in downtown. It's in a classy area but I don't think this place will be open for long. It's just another trend. I still had fun and music is great!! Hopefully they make changes to attract young-mid professionals.

◎ Useful     😊 Funny     😎 Cool

> **MIchael V.**
> Business Manager
>
> 12/4/2019
>
> Hello Margie,
> We are sorry for disappointing on your most recent dinner. We value your feedback and will be able to work...
> **Read more**

**Camillia G.**

7/12/2021        BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp



Houston, TX

📷 0   ⭐ 4                                                                                              • • •

 11/3/2019

I came for a friends birthday dinner. I really wanted to like this place. It's beautiful ,great ambience .However, I am BIG on customer service. This place is severely lacking in that department. It took forever to get drinks & food ordered. Then when the food finally arrived it was cold. Also, when customers order steak a certain way the staff should know what food they are bringing out and which steak belongs to who. Not just say IDK, its steak. SMH . Will not be back.

◎ Useful 1      😊 Funny      😎 Cool

**Tamica D.**                                                                                         • • •
Houston, TX

📷 130   ⭐ 38   🖼 48

 10/17/2019

📷 4 photos

I was pretty excited to try this place because it was super cute. I made a reservation for 2 at 7:30 on a Wednesday. It was the restaurant's 1 year anniversary and apparently Wednesday is also lady's night so I figured making a reservation would be beneficial to avoid a long wait. When we arrived there was not a table available but the hostess informed us we could sit outside or wait for a table (puzzled because what's the point of a reservation if you still going to have to wait). At first we decided to wait but eventually took the offer of sitting outside. Once we were seated we saw multiple waitstaff pass our table not once inquiring if we have been helped. A few minutes pass and another couple is seated at a table next to ours and immediately a waitress comes to take their order...A little more time passes and a woman comes to ask if we would like water. (Note: she's note a waitress). We ask for still water and I see the woman go up to the waitress who had just taken care of the table next to us telling her we wanted still water. A few minutes later she comes to our table and ask us have we been helped but then proceeds to say you want still water right? Which leads me to believe she was well aware we hadn't been waited on yet. She takes our food and drink order. Finally! We ordered two appetizers, oysters and crab beignets which came out pretty quickly. The crab beignets were good. The oysters were a little bit overcooked. We also ordered a bottle of champagne and the steak and lobster special they were running for the anniversary. When she brings the champagne it's without a ice bucket so she just sits it on the table. Eventually another employee brings the ice bucket. When our entrees come out my steak is cooked well when we ordered medium. I let the waitress know and she said she would get it corrected. A few moments later she returns and she's like oh the chef has to see this  steak to correct it. Overall my experience here was very blah...the food was pretty good but it's not good enough for the lack of customer service this place provides. I was looking forward to trying the brunch here but not sure if I want to risk another below average service.

284



Useful **1**   Funny   Cool

**Jasmine S.**  *Elite 2021*
Houston, TX
233   105   53

★★☆☆☆   10/14/2019

HOSTESSES are rude and unwelcoming.  I specifically asked in my reservation to sit near the bar area (party of 2) of course the hostess starting going to the far end of the back. I politely asked if we could sit near the bar as I had requested. She was annoyed did a quick look and said they were all taken. How can they be taken if I reserved it? Then instead of walking around the tables, she squeezed between 2 tables were people were eating so I'm sure my ass grazed someone's plate. As soon as we sat down the table next to us got up, and we asked for that table (we were basically taking up 2 tables 4 seats at the moment so I thought it would be better for the waiter) He asked the hostess and she practically screamed at him then turned to us and motioned a strong hell no (the hand across the neck movement.) To add insult to injury, so many people were sat in the bar area after we were sat.  the waiter was nice. can't comment on the food as we were only there to drink a bottle (hence why I wanted the bar). we did have the creme brulee which was good. It is a beautiful and fun environment  but the hostesses ruined the mood for us unfortunately because of their attitudes.

Useful **1**   Funny   Cool

⟨

7/12/2021          BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp

## Recommended Reviews

**Search within reviews**



Search within reviews 🔍

Lowest Rated ⌄

⬤ **Username**
Location
▢ 0   ▣ 0

Start your review of **Bisou**.

**Taylor R.**
Houston, TX
▢ 171   ▣ 23   ▨ 10                    · · ·

★★☆☆☆  9/22/2019

AWFUL service. Food okay. NOT impressed. Won't be back!

◉ Useful    ☺ Funny    ☻ Cool

**Zahra L.**
Fort Worth, TX
▢ 54   ▣ 27   ▨ 1                      · · ·

★★☆☆☆  9/8/2019

The food was mediocre and high priced.  We went for a birthday party and just was not impressed.  Nice ambiance I guess if you enjoy the bar scene.  However definitely not worth going for the food.

We are the crab beignets which were really the only thing that stood out on the menu.  Very good.  Also the truffle fries were really good.  We also tried the risotto, shitake peppers, and a cauliflower dish off appetizers all were okay.

For the main dish I got the Branzino which three others in my party got as well.  It was boiled fish.  We all sent it back and got the shrimp and scallops which were slightly better.

My husband got the short ribs which were okay too much fat.

And lastly got the bread pudding for dessert...wish we had just gone to steak 48 next door.

◉ Useful **1**    ☺ Funny    ☻ Cool **1**

**Sandy V.**  <span style="color:gray">Elite 2021</span>

286



Houston, TX

🗋 732    ⊛ 164    🖾 83                                                                          ・・・

★★☆☆☆    8/26/2019

HRW:

A couple of friends and I decided to come here for dinner during HRW. Kinda wished we came during lunch instead since it's the exact same menu (we didn't research this place before). I didn't realize that the Cle group also owns this restaurant.

CRAG BEIGNETS (3/5): better one of the appetizers. The crab inside had lots of flavor.
WAGYU BEEF CARPACCIO (2/5): I felt like I was eating raw beef and I kept looking around the tale for salt and pepper for seasoning. I did like the mushrooms on top of it but still didn't help.
STEAK FRITES (2/5): We asked for medium rare and it came out to be well done. Server didn't even ask us to cut into it before leaving. Fries were good and salad that came with it was just salad. I also wasn't a fan of the presentation.
BBQ BEEF SHORT RIBS (3/5): Beef was really tender and fell right off the bone but still lacked flavor.
BREAD PUDDING (4/5): Probably the best dish of the night. Warm and sweet. Very good!
PROFITEROLES (2/5): The pastry felt old and stale...and I didn't taste the pistachio ice cream.

Overall, presentation of the food (2/5). Not impressed. For an "upscale" restaurant in River Oaks area, I expected top notch food as well as service (2/5). Nothing against our server because he was really nice but he wasn't attentive and was also really slow. Took him about 30 min just to come back to check on us every time. Interior (4/5) was really nice and beautiful. Decor and ambiance was really nice. However, I was confused because I wasn't sure how I feel about the restaurant feeling like a club.

After 8pm, they do close the blinds, turn down the lights, and crank up the music. On weekdays, they close at midnight and for birthdays, they do bring out drinks and desserts with sparklers where they wave it around you like a bottle girl would at a club.

Would I come back again? Probably not -- more of a one time thing for me.

◎ Useful 3      😊 Funny      😎 Cool

**Ivy L.**  *Elite 2021*
Houston, TX                                                                                    ・・・

🗋 4778    ⊛ 1111    🖾 7747

★★☆☆☆    8/26/2019

📷 6 photos

I agree with all the other reviews that say Bisou is an aesthetically pleasing restaurant serving mediocre food at high prices.  I came for a HRW lunch cause why pay an additional $25 for dinner when the only thing that changes on the menu is an additional dessert?! Desserts are definitely not $25 y'all.. we got a dessert to share for $10!  I was surprised to see how slow it was on a Friday for

lunch; we had reservations but definitely didn't need one.  There were plenty of tables open.  We opted for the HRW menu to give this place a try - it was mediocre at best.  I loved the ambiance and the decor - especially the Breakfast at Tiffany's type photo on one wall and the cool light fixtures, etc.  I loved that the place was bright and we were seated by the window so we could people watch =)  The service was great - our server did a great job checking in and the food came out really quickly!

The two best things we tried were the crab beignets and the beef short rib on the HRW menu.  The crab beignets had a nice flavor - tasted like a good crab cake.  The beef short rib fell off the bone and was amazingly tender.  We liked the dishes but it didn't stand out, if that makes sense.  It was exactly what I would expect for those dishes but nothing in the flavor profile stood out to make it unique or specific to Bisou.  I could get a crab cake/beef short rib anywhere else and it'll probably taste similar if they're cook it right.  The steak frites were actually a bit disappointing cause the steak was very very thin and fatty.  So thin that it was hard to get a medium rare on it so some parts were pretty rare.  It wasn't an even cook throughout.  The flavors were good cause it tasted charred, but I had to cut off so much fat.  I don't think there was anything special about the cut - it looked like something I could buy and cook myself from the grocery store.  The fries were crispy but the salad was a bit on the soggy side.  The beef carpaccio was as expected as well - almost a bit too bland and needed some flakes of salt.  Though you get a hefty portion compared to the crab beignets.  We added the profiteroles for dessert and the ice cream was melting off the pastry; it was hard to get a bite without everything running off.  I think it needed to be frozen so it'll stay in place when served.  The puff pastry was a bit too hard and wasn't puffy/soft enough.  The flavors were just a mix of ice cream and chocolate sauce.  I would say I've had better profiteroles in Houston.

We enjoyed ourselves because we paid $20 each for lunch; but if you served me this food at regular prices, I don't think I'd be too happy about it.  I think for the prices there are better places to go for the exact same dishes.

**See all photos from Ivy L. for Bisou**





**Riley S.**
Houston, TX

🖼 3   ⭐ 28   🖼 15

   8/18/2019

Food was okay but seems more like a scene than anything. The blinds are closed and strobe lights turned on for their brunch party. We had the chicken and waffles and brunch sliders with truffle fries. They tasted fine but nothing we'd return for. Super fun atmosphere and a sax player for birthday celebrations make it a lively place for events.



| ⊙ Useful | 😊 Funny | 😎 Cool |
|---|---|---|

**Shirley K.**
Sugar Land, TX
🖼 0    ⭐ 4                                                                                    · · ·

★★☆☆☆  8/15/2019

A group of 5 went to the place for HRW last night.  Definitely disappointing.   Decor is great, food was hit and miss, service was substandard for the place and price.  The best items were the appetizers - good duck egg rolls, great crab beignets (round crab cakes) and great wagyu beef carpaccio.  Second course - BBQ short ribs - not bad, large meaty beef, tender, mild favor.   Half roasted chicken - tender moist and no flavor.  Seared branzino - flavorful but over cooked.
Dessert:  Bread pudding with ice cream - ice cream was icy, bread pudding was cold (I asked if it would be warm and received an enthusiast "yes" that's the way it alway served.  Nothing special about the cream brûlée.  The profiteroles were on the soggy side.   Waitress was friendly, but overcharged for drinks, water (yes water) and dessert.   I enjoyed the company (not provided by the restaurant ) but there are too many good restaurants in Houston to come here again.

| ⊙ Useful **1** | 😊 Funny | 😎 Cool |
|---|---|---|



**Saba E.**  *Elite 2021*
Houston, TX
🖼 742    ⭐ 697    🖼 661                                                              · · ·

★★☆☆☆  8/12/2019

📷 3 photos

It was the last weekend before the students returned to school, so I wanted to take advantage of my last free weekend.

The menu was very delicious and our mouths were watering as we read it before booking a reservation.

We were excited to arrive! Our wait for a table was maybe 11 minutes, but we were seated shortly. We sat down and were given only food menus. After 5 minutes, we were served water.  Our waitress arrived and handed over a tablet with the drink options.

We told her we were ready to order- she seemed surprised. We ordered Bisou salads each, marrow bone with escargot, beef tartare with quail eggs, and a small seafood tower. For the seafood tower, we asked if we could substitute PEI oysters for the gulf oysters,and she allowed it.

The salads: too vinegary and couldn't taste much of anything else.

The beef tartare was scrumptious!!

7/12/2021          BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp

The marrow with escargot looked really appealing! After my first bite, my husband said "STOP". I looked up alarmed. He said "I think that's bacon" (I have a an allergy to pork products). So, we asked our waitress, and she told us she'd go find out. She came back and told us it's not pork-it's shallots.

We didn't believe her because we know the difference between meat and a shallot.

Our seafood tower was mostly wonderful, but the ceviche tasted like onions and mango-not ceviche.

It's too bad this wasn't a good experience.



Useful **9**   Funny **1**   Cool **4**



**Ross P.**
Houston, TX

 49   21   15          · · ·

★★☆☆☆   8/4/2019

Music so loud you can't converse or talk to waitstaff, but some people may like that.
Drinks so sugary you can feel the insulin begin to flow into your blood, but some people may like that.
The bar and dining room smelt of dirty rag, I'm sure nobody likes that.

Useful **1**   Funny **1**   Cool



**Margaret B.**
Houston, TX

 0   2          · · ·

★★☆☆☆   7/30/2019

The decor was beautiful and was a fun space to be in, but the food was overpriced and just ok. I got the roasted chicken, which was very underwhelming. The garlic thyme jus was great, but the chicken couldn't have survived without it, which is disappointing.

Some friends ordered the NY strip steaks and said they were overcooked and chewy and their sides were bland.

290

The old fashion I ordered was great, however!

It's definitely a place to be seen, but not to enjoy fine dining.

Useful **2** | Funny | Cool

**Jennifer P.**
Clear Lake, Houston, TX

⊡ 0    ⊡ 1

⭐⭐☆☆☆  7/29/2019

Stopped by to have a few drinks on Sunday bar area was full so host sat us by the restroom when there was plenty of open tables closer to bar and said we had to order food if we wanted a table which that's was fine but girlfriend why sit us by restrooms? Waited 15 min for one drink overall the place was just a big hype crowed with ever thirsty Houston hoochie.

Useful | Funny | Cool

‹

## Recommended Reviews

**Search within reviews**

| Search within reviews 🔍 |

Lowest Rated ⌄

**Username**
Location
🖼 0  ⭐ 0

**Start your review of Bisou.**

---

**Isabel C.**
Hockley, TX
🖼 5  ⭐ 55  🖼 14

⭐⭐☆☆☆  7/27/2019

I hate giving the place a 2 star because it's a very nice restaurant, but we were there celebrating an engagement and it was terrible. Number one they never brought the soon to be brides food, only the appetizer was brought, not her meal. Two the drinks were very gross, we had to return 3 mixed drinks..3, a few of the waiters were not familiar with the menu, I needed soft food due to throat surgery and two waiters said they didnt have mashed potatoes,  and then I asked again and the lady did check and actually had them. I just wish we would have had better drinks and more attentive service.

⊙ Useful   ☺ Funny   ⊙ Cool

---

**Walter G.**
The Woodlands, TX
🖼 0  ⭐ 1

⭐⭐☆☆☆  7/26/2019

Food mediocre and barely at proper temp. Service excellent.

⊙ Useful   ☺ Funny   ⊙ Cool

---

**Billie S.**
Red Oak, TX
🖼 12  ⭐ 7  🖼 1

⭐⭐☆☆☆  6/3/2019

Went here with a party of 8, the space was a little crowded but it worked.  The atmosphere was great and I liked the ambiance.  Cocktails were unique and tasted well.  Now on to the food....We were all very excited to eat here and experience a great meal but out of our party of 8 no one liked their entree.  The steaks were all charred and tasted more burnt than anything, salmon entree was requested well done but was received medium rare and other dishes did not have a good flavor or no flavor.  The only item everyone agreed was fantastic was the mushroom risotto it was fabulous!

[Useful]  [Funny]  [Cool]

 **Lorece S.**
Houston, TX
🖼 7   ⭐ 56   📷 41

⭐⭐ 5/26/2019

📷 6 photos

This is the most pretentious restaurant I've ever been to. And I've been to 5/7 CONTINENTS. I didn't even know such places existed in Houston. Is this LA?! Am I on the Las Vegas Strip?!!This place is bougier than Saffron brunch in Dubai. I had the chicken and waffles and my partner had the salmon avocado toast. The food is not horrible, but I cannot say it was good. The avocado toast was too salty and the chicken not salty enough. The potatoes were pitiful and the overly-meloned ramekin of fruit was frustrating. You're really paying for the ambiance here. For the costumed dancers, the washed up Kenny G blowing notes into a saxophone. For Diplo (when he turns 60) as the DJ. For the sparklers on parade when you order an overpriced bottle of champagne. And I was annoyed because as fancy as it's trying to be, they're out of soap in the bathroom. If you're going for a Real Housewives of Houston vibe, this is the place for you. I just think it is trying too hard and doing too much. All of this pomp and circumstance for some mediocre food. It's a no for me.

[Useful]  [Funny]  [Cool]

 **Rogelio A.**
Houston, TX
🖼 70   ⭐ 52

⭐⭐ 5/18/2019

This place is OK.  It's hit or miss in terms of crowd.  I've been on a thurs or sat and it's packed while the next week a Thur or sat and it's dead inside.  Place opened to a very fun lively beautiful crowd,

7/12/2021          BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp

now it's below average.  Food is also not consistent.  I've had a very good experience with the food and other times it was horrible.  I guess the owners should stick to night clubs and realize restaurants are not their thing.  I give this place prob another year and they are done..:

Useful   Funny   Cool

 **Cassie T.**  Elite 2021
Pearland, TX

271   136   288

 5/13/2019

So my friends and I decided to have girls night here. I've never even heard of this restaurant but was excited to try it. I will say that the inside of the restaurant is beautiful. Very modern and nicely decorated. However I don't go to upscale restaurants just for the decorations and ambiance, I go to try the food. When a place has three dollar signs on yelp I expect the food to be worth the price. The food here was not good at all. It was very underwhelming and tasteless. I heard this restaurant is owned by the same people who own cle and spire. I think that person should just stick to clubs instead of restaurants. I didn't even take pictures of the food because that's how bad it was. I'm giving this place two stars because the inside of the restaurant looks nice. Also they blast music like it was a club or something. Couldn't even hear my friends talk.

Useful   Funny   Cool

 **Maria S.**
Pearland, TX

2   13   3

 5/5/2019

Most of us work to serve and we aim to provide good customer service. It does not matter if you're a server or a CEO. Our waiter displayed an apathetic behavior when we complained about our food. His response was pure sarcasm. Then why ask us if "everything was okay?" We expected him to let his manager know but he didn't address it. I asked him if he told his manager and he said "No I did not tell him," LOL! Really? It really showed how uninterested he was. And you expect customers to give you good tip. If I am spending a fortune to eat their "warm" foie gras then at least make some effort and show some enthusiasm that you are providing good service to your customer. Not sure if we're coming back. Who cares right?

Useful   Funny   Cool

 **Eli W.**
Spring, TX

0   46   17

294

 3/4/2019

To start off, the atmosphere of Bisou is great. Very trendy, social, upbeat and "club like". The downside to Bisou is that the server we got really really pushed sales. I made a birthday reservation and had specifically told the hostess that we wanted a specific bottle of champagne at the table to toast with( mind you, it was a b-day). I specifically told the hostess because it was a "b-day" and I didn't want the birthday girl to know about it(was going to be a surprise). She told me she would tell the waiter. Right after we all sat down, the waiter came to me with the b-day girl sitting next to me and said, "I know you ordered this bottle, but I feel like this other bottle if more appropriate for the table". That comment in front of the b-day girl killed the moment... Like really, you are going to tell me what is more appropriate, when I know exactly what I wanted. The waiter could have said, sir could I speak to you for a moment and pulled me away from the table. Let's use some common sense and if someone orders something from the hostess it usually means they don't want anyone else to know about it. From then on, every single thing that we tried to order, the waiter had to come back and suggest something else. He was not only a waiter apparently, but also a manager. This is the first in depth review I have ever written about a business on yelp and I am only doing it because I feel very strongly about it. I will say this... If the waiter(or manager) would back off of the aggressive sales techniques, the customer experience would be a lot better.

Also, as another note... Check your check that the waiter provides you in detail, they slid an extra steak onto our tab... I didn't notice it until the next day but it was clearly there. We had a table of 8 and they charged us for 9 entrees. We saw the wait staff bring out an extra steak when we all had our meals and I didn't think twice about it because we just said no that isn't ours. Turns out, that steak they brought out and we sent back ended up on our ticket... Seems very shady on how that happened because our original reservation was for 9, but our 9th guest never showed up so we only had 8 at the table. I have not contacted Bisou because it would be a he said she said on the extra steak charge at this point and hard to prove.



 **Tisha R.**
Houston, TX

🗎 942   ⊛ 40   🖼 10                                                                                  · · ·

 3/3/2019

📷 1 photo

I frequent bisou like many others for the SCENE. Prior to eating here I heard the food was horrible. Despite what I heard today decided to have dinner. Ordered several dishes everything was BLAH. I was invited to bday brunch and was pretty excited to give them a second chance. Not only was the food not great the service was horrible. I gave specific instructions for preparation of my steak. Completely ignored. Got a second dish. The person next to me also sent her food back her dish came 15 minutes before mine despite ordering after. Very large party and no one bothered to ask what we were celebrating. By the time I requested a dessert for guest of honor and told kitchen is closed. Also they require you to split tab evenly. Obviously problematic. Just totally annoyed with the experience here. Do better bisou. The whole experience felt like "kissing" a frog.

295



| Useful 2 | Funny 5 | Cool 1 |
|---|---|---|

**J N.**
Houston, TX

📇 101   ⭐ 63   🖼 15

★★☆☆☆   2/9/2019

Probably one of the worst restaurants in terms of execution of food and manners. I will say it's different for the houston scene. A place to go if you want to be seen and don't have to go to a club to do it. Nice change for houston! Other than that this place is horrible.

First, they moved us after seating us because they needed that section. Then- Two bottles of wine we ordered was "not sold" anymore. I guess updating a electronic wine list is way too hard. Third- They stocked up the bathroom with toiletries at prime dining time. I saw them drag rolls of toilet paper next to me as I was dining. Wonderful to see ...

But the worst - two dishes were raw! Bone marrow and escargot. The entire bone marrow was raw and red!!!!!!! Mind you this place was 50% full at this time. I had to ask the waiter if the bone marrow was supposed to be raw. He said he didn't know and asked if I wanted something else. No give me a cooked bone marrow!!!!

Then the pork chops came out rare when we asked for medium.  Had to ask to make sure he didn't microwave it and bring it back out.

Tip: just go for drinks since the food and dining service is horrible.

| Useful 6 | Funny | Cool |
|---|---|---|

‹

## Recommended Reviews

**Search within reviews**

Search within reviews 🔍    Lowest Rated ⌄



Start your review of **Bisou**.

---

**Tattiana R.**
Houston, TX
📷 168   ⭐ 6   🖼 6



⭐⭐☆☆☆  2/5/2019

📷 3 photos

UNDEWHELMED

I was sort of skeptical of the not-so-great reviews so I decided to be open-minded and give this place a shot. We were celebrating my birthday and were excited to try it out.

The menu is very diverse and seems to have something for everyone. Seafood, chicken, steak, lamb etc.

We ordered NY strip medium+ and a snapper special that came with coconut jasmin rice.

Steak  arrived cooked well done- completely brown throughout. My husband tried to just eat it but the waiter noticed and insisted they remake the steak and the second one they brought out was perfect. But I had already finished eating so it was just kinda weird after that.

Snapper with coconut jasmin rice. The rice was mushy like they soaked the rice in coconut milk. It's like a sticky rice. Not my favorite texture. The snapper was lightly seasoned and cooked perfectly.

We had the apple tart for dessert and it had a good flavor but I was expecting it to be warm to offset with the ice cream that is served on top.

So if you are expecting to be WOW'd by flavor and can't wait to return. This ISNT the place for you.

Our waiter Branden/Brendon was very attentive and kept our drinks refreshed and was very polite.

If you want to take gorgeous pictures and look cute and could care less how the food tastes- then this IS the place for you.

Undecided if I will return. Maybe for brunch since like who can mess up chicken and waffles?



Useful **3**     Funny **1**     Cool

**Nina W.**                                                      ...
Houston, TX
🖼 4   ⭐ 32   🖼 5

★★☆☆☆   1/26/2019

One of Houston up and coming restaurants. The atmosphere, the drinks but the service wasn't all that in my opinion. It wasn't that pack for the service to be so slow and for our table to not be attended to. Don't go hungry I most definitely could have want my plate twice. I was starving when I finished eating. I had the scallops and shrimps over cauliflower purée.

Useful **1**     Funny     Cool

**Elizabeth B.**  *Elite 2021*                                  ...
Dallas, TX
🖼 757   ⭐ 212   🖼 455

★★☆☆☆   1/22/2019

📷 5 photos

Rabbit, Mac n Cheese Croquettes- an ok starter.. interesting mix of flavors with the garnishing but who doesn't love fried Mac n cheese

Arugula salad- very filling. Good sized chunks of lobster

Texas Flounder- very well cooked with complimentary flavors. The risotto was interesting. Everything was very well balanced

Brussel sprout and cauliflower- by far best part of the meal. The pomgranate reduction was Soo nice. Made the cauliflower nice and juicy.

Bread pudding- neck in neck for best dish. Loved the chewy fruit pieces in it. It had a great, thick consistency as well

The service was nice but our server didn't introduce the menu at all while the table / server behind us did. Our table was also sat in the back, past 2 other empty booths which were later filled with old

white ladies. Took off a star for that one.

Would return as a last resort.



**See all photos from Elizabeth B. for Bisou**

Useful **1**    Funny    Cool



**David D.**
Houston, TX

0    7

⋯

 1/22/2019

I went here last Saturday night to have drinks with some friends.
After having a couple drinks, I asked the bartender with the huge butterfly tattoo on her stomach for a glass of water with my next drink. Drink came but with no glass of water. Asked the same bartender for a glass of water multiple times until she flat out told me "I don't believe in water" and proceeded to walk away. Then, I had one of my friends ask the same bartender for water multiple times and she was finally told "no". I eventually went to the other side of the bar and found a bartender that would give me a glass of water. Never in my life have I been to a bar/restaurant that will not provide water to a patron. Especially one that mainly serves mixed drinks. This is a dangerous practice that will be brought up to Houston Health Department. Overall the place is nice and the drinks are good, but the bartender with the butterfly tattoo on her stomach needs to be fired.

Useful **2**    Funny    Cool



**Victoria R.**
Houston, TX

29    4    1

⋯

 1/21/2019

Came here for dinner around 8pm on a Friday night and service was terrible. We had received our appetizers and dinners before we received our cocktails that we ordered about 45min prior. The bar had started to get full and I could barely hear our own conversation. In addition because they ran out of glasses, we were served $20martinis in a wine glass (something you do in college when you can't afford proper glasses).  I imagine it's great outside of popular bar hours but then again that

happens to also be outside popular dinner hours. Great place to wait 45min for a good overpriced drink, terrible for service. Food was actually good but not over a decent conversation.

◎ Useful **3**    😊 Funny **1**    😬 Cool

**Lauren B.**
Houston, TX
🖼 12    ⭐ 21                                                                                      ・・・

★★☆☆☆  1/19/2019

Great place to dress up and get a cocktail. Not a great place to get dinner. The service was fine,  not that you could hear anything the waiter said. Pork belly dumplings were really good. Everyone commented that the rabbit mac n cheese didn't taste like there was any rabbit in the dish. $39 for two undercooked scallops and three shrimp seemed a bit much. The spicy Korean short rib was neither spicy nor Korean. We were seated by a side door that was opened approximately 30 times by staff and smokers, letting in freezing cold air each time. Felt like we were eating dinner in the corner of a club, not a nice restaurant.

◎ Useful    😊 Funny    😬 Cool

**Paula T.**
Bellaire, TX
🖼 0    ⭐ 6                                                                                        ・・・

★★☆☆☆  1/13/2019

The food was very good but the service was terrible ! We immediately were told that we would have two hours to dine and if not finished we would be asked to go to the bar. Ok. It took 15 min for someone to bring us water. We then Placed a drink order. 35 minutes later they came! The absolute smallest martini I have ever had. The olive was on the side. Why? Because when I put it in my drink, it took up most of the room in my glass!  no apologies and we were rushed through regardless. Having just eaten at da Marco the night before , what a difference in detail to service! It won't be in business long, so go now if you want.

◎ Useful **1**    😊 Funny    😬 Cool



**Trish N.**
Houston, TX
🖼 33    ⭐ 74    🖼 202                                                                             ・・・

★★☆☆☆  1/1/2019

The atmosphere very Miami  unfortunately or waiter seems to cared more about the flashy escorts. instead of a group of successful woman he was waiting on. Just because we didn't want to we didn't go for the $300 fish bowl or the $300 tower of food. Doesn't mean we can't spend!! Manager needs

to be aware that your waiter should cater to everyone with exceptional  service. When I go to a boujie place, I expect for boujie service also.

Useful **2**    Funny **2**    Cool

**Pascale S.**
Houston, TX
⌖ 207   ✦ 11

⭐⭐☆☆☆  12/30/2018

I'm giving Bisou two stars because of the ambiance. It is a great place to people watch and it stays busy, but this establishment needs to seriously improve their customer service. They have no problem with seating you then taking your table away and shuffling you around. I think these owners need to stick with what they know best, and that's running a club not a restaurant.

Useful **5**    Funny **1**    Cool

**Ashley M.**
Deer Park, TX
⌖ 0   ✦ 5

⭐⭐☆☆☆  12/27/2018

Went on a Sunday at 330, music was so loud we could only handle it for about 20 mins. They were only offering brunch menu so we didn't even eat. Fun environment if they would turn the music down to a tolerable level.

Useful **1**    Funny    Cool

‹

## Recommended Reviews



**Search within reviews**

Search within reviews 🔍

Lowest Rated ⌄

**Username**
Location
🖼 0   ⭐ 0

Start your review of **Bisou**.

**Lauren F.**
Houston, TX
🖼 0   ⭐ 25   🖼 1                                                          • • •

⭐⭐ 12/24/2018

The food is beyond disgusting.I ordered the French toast and they stuffed it with something terrible,Where I almost threw up in the mouth.Then they replaced it with the lobster omelette and the egg wasn't even done and there was one lobster on there WTF.Just go for the ambience and social scene.Do not order food!Just drinks

⊙ Useful **3**     😊 Funny     😎 Cool

**Jay Z.**
Northeast Dallas, Dallas, TX
🖼 0   ⭐ 11                                                                • • •

⭐⭐ 12/12/2018

If you want a night club with mediocre food and poor service this is your place.

BTW the food is not French

⊙ Useful **14**     😊 Funny **2**     😎 Cool **1**

**Sam B.**
Stafford, TX
🖼 322   ⭐ 24   🖼 11                                                        • • •

⭐⭐ 11/17/2018

📷 3 photos

Ehh. Service was great for Saturday brunch. Anne did a wonderful job helping the table of 22 out and fixing the kitchen mess ups. They don't split checks tho so that's a hassle. Chicken and waffles were really good. Pomme frites were blah and needed to be sent back multiple times. Waitress was super understanding.

I post two stars bc while the C&W was good, there wasn't enough overall to make me want to go back.

Useful **5**   Funny **2**   Cool



**Amanda R.**   *Elite 2021*
Redwood City, CA

381    199    187

  11/16/2018

Bisou feels more like Cle than an actual restaurant. It was packed on a Friday night when we arrived for a bachelorette dinner. We weaved our way through the dense crowd to our table. Our waiter had to yell so we could hear him over the music and frequently said he couldn't hear us. We had to shout at each other just to be able to have a conversation over the table. Don't get me wrong, the music selection was great and made you want to dance, but this isn't a club. There is no dance floor, I repeat, there is no dance floor. I'd like to be able to hear my server without having to strain my ear and read his lips. Minus one star for the absurd volume of the music. The food was good, not great (minus another star), and the menu is rather small. The prices were slightly less than those of Steak 48 located next door, but nowhere near that caliber of delicousness. Lastly, there was a piece of glass on my seat that cut my hand open aka actual blood was visible (MINUS ONE GIANT NON-HYGIENIC STAR). I informed our server and he shrugged and asked if I wanted him to clean the area. Needless to say this was my first and last time dining here. Thank you, next.

Useful **12**   Funny **5**   Cool **1**

**Michael B.**
Houston, TX

1    2

11/15/2018

We live in the neighborhood ... Been to River Oaks District many times ... we like all the resturants there so decided to try Bisou ... decor looked like Ikea ... drinks and food very expensive which is

303

normally ok with us ..but not worth the price here ... 4 martinis cost $100 ... filet steak was like dry and overcooked ... like rubber ... service was very good tho ...
we won't go back ... too bad ...



Penny J.
Round Rock, TX



☐ 0   ◉ 91   ◲ 59

 11/4/2018

We were excited to dine here but the short blonde lady walking around with the attitude of "You owe me" ruined the entire experience with her rudeness. From our entry on how she quickly cut off the other staff members who were seating us to me holding the door in the bathroom for her as I walked out and she walked in without a polite thank you. She doesn't understand customer service and the only thing I owe her is this honest review of her rude behavior.  Our waiter on the other hand was very nice and outgoing. The food was great, drinks overpriced but expected due to the ambiance. However when you have someone with that attitude representing your company at the door it ruins the rest of the experience.



Mani H.
Houston, TX

☐ 150   ◉ 49   ◲ 38

 6/15/2021

📷 1 photo

My sis and I came for drinks!!!!! We loved the drinks and the ambiance!!! We decided not to eat because the day we went the kitchen was out of a lot of stuff! I only have 3 stars because the service wasn't good. We waited and were passed by many employees to be seated. Once seated we had to remind our waiter that we were in his section! He was saying he was busy but I honestly bet he was trying to handle another table that was giving him issues! We just drank on the patio and enjoyed the views!!



◎ Useful    😊 Funny    😎 Cool

**Maria N.**
Houston, TX
🖼 0    ⭐ 107    🖼 97

⭐⭐⭐☆☆  5/14/2021

Came here for houston restaurant week and was pleasantly surprised how the food turned out. The carpaccio was life size-- huge and could've been an entree but was just an appetizer. It was flavorful. The tuna dish was decent. The entree was a filet and more flavorful than other restaurants that I've tried. Been a minute since I've gone so can't find photos. But only reason for 3 stars was because it got super loud and clubby feeling and we just wanted to enjoy our meals.

◎ Useful    😊 Funny    😎 Cool **1**

**Tyson P.**
Houston, TX
🖼 2    ⭐ 92    🖼 28

⭐⭐⭐☆☆  5/4/2021

Gorgeous restaurant. 5/5

Great cocktails.5/5

Food meehhh. 3/5

Tomahawk 2/5 (very dry)

Majority of items we order were out or not offered due to COVID.

As beautiful as this restaurant you think the food will be superb or higher standard. However, nothing was wow or spectacular. Really wanted to like this place. Maybe give it a try down the road.

Useful    Funny    Cool

**Kiara A.**
Pearland, TX
113   5

★★★☆☆  5/1/2021

I simply want to complain about the front desk dude. He was Asian I believe but he was rude for no reason. We were 15 minutes late due to vallet, we have no control over it. He had so much attitude for no reason. Other than that the woman ARE AMAZING love them. Very nice and sweet! But fire that Asian dude he's rude.

Useful **1**    Funny    Cool

‹

## Recommended Reviews

**Search within reviews**



**Username**
Location
⌕ 0   ★ 0

Start your review of **Bisou**.

**William V.**  *Elite 2021*
Houston, TX
⌕ 386   ★ 44   ▣ 11

★★★☆☆ 4/12/2021

Met for brunch with some friends for a bday celebration and over all we had a good time but certainly expected more out of this place.

The food for me was great! I had the Shrimp and grits and it was so super tasty. Presentation for all the dishes was lack luster but the taste made up for it.
All my friends ordered waffles and some salads. No complaints there.

The service on the other hand was really not great but that is just a reflection on the server who was helping us. The restaurant was really packed and you could tell that we were just a bother to her and the vibe didn't feel good.

We spoke with manager and he was so gracious. They apologized and covered our next round of drinks. We also got a new server by the name of lauren, I think.

We really appreciated their efforts to improve our experience and that really speaks volumes of the management team.

Music is loud and the party is fun! Deff a good place for Sunday funday!!!

◎ Useful     😊 Funny     😎 Cool

**Sara A.**
Spring, TX
⌕ 87   ★ 65   ▣ 76

★★★☆☆ 3/13/2021

📷 1 photo

Great ambiance with okay food. A variety of options to pick from. Definitely on the pricey side but worth it for the chic and trendy atmosphere.

| Useful | Funny | Cool **1** |



**Jaelen B.**                                                                                                        · · ·
Oak Hills Place, Baton Rouge, LA
🖼 1   ⭐ 23   🖼 1

 10/25/2020

This place was recommended to celebrate my birthday and the one great thing about it was the decor. That's the highlight. But it's getting 3 stars because they charge $30 for a cirafe of mimosa that's not even worth it and the staff was not the friendliest. They also sat us at an extremely small table with 6 people. Probably won't be back unless someone else is celebrating something. (the DJ also wasn't that great)

| Useful | Funny | Cool |



**Myra A.**                                                                                                         · · ·
Chicago, IL
🖼 4   ⭐ 107   🖼 119

 9/4/2020

📷 3 photos

It was a beautiful atmosphere and spacious. I was visiting from Chicago and we stumbled across this place from instagram. My best friend and I were excited to try. We were able to book an reservation quickly and soon found out why. The drinks were delicious ! The food was top of the line. The part I didn't understand was they were not practicing social distance at all. When we first arrived it was tables between people but definitely not 6 feet. After drinks and appetizers it became super crowded. They were placing people at every table and that was our cue to leave. They even closed the shades so anyone from the outside couldn't see in. They need to take it serious and follow the guidelines .



Useful **3**   Funny   Cool

**Anna F.**
San Francisco, CA
263   3

★★★☆☆   7/31/2020

The 3 stars for this place is understandable, mediocre place food wasn't a WOW factor, our server Trevor I believe was his name was cool liked him, but for the over all place you're mainly going here for the vibes especially if you're going in the evening time.

Useful   Funny   Cool

**Vivian N.**
Houston, TX
42   93   7

★★★☆☆   6/7/2020

1 check-in

Very good social night life. Dress up it's not a casual place especially weekends. Drinks are pricey because of the area. Lots of rich folks there.

Useful   Funny   Cool

**Htx-Food-Review ..**
Houston, TX
68   60   93

★★★☆☆   5/25/2020 ↻ Updated review

5 photos

Stop in for dinner and some drinks with friends tonight at Bisou. The place is definitely Swanky and upbeat with lots of pretty faces and DJ spinning great music that I did enjoy. However, the music was

309

alittle too loud where my friends and I had to literally yell at each other to have a conversation. If they can tone down the volume alittle, we would had a better dining experience. Now, on to the food review... The food was a HUGE LETDOWN! The presentation was pretty but that's about it. For the price they charge, it was definitely subpar. I had 3 other friends with me and we all agree that we did not enjoy anything they brought out. So that was our dexperience at Bisou. Hope yours will be better.

**See all photos from Htx-Food-Review .. for Bisou**

◎ Useful     ☺ Funny     ☻ Cool

⭐☆☆☆☆   11/23/2018 **Previous review**

Stop in for dinner and some drinks with friends at Bisou. The place is definitely Swanky and upbeat with lots of pretty faces and DJ spinning great music that I did enjoy. However, the music was alittle...

**Read more**



**Melissa L.**
Houston, TX                                                                              · · ·

🖼 72   ⭐ 20   📷 45

⭐⭐⭐☆☆   2/2/2020

📷 5 photos

Gorgeous atmosphere and wonderful food.  We definitely  would go back for the food! But... the tables are  just way too close together that it's hard  not to ease drop on the next tables conVersation. And..... if wasn't one of those trendy, loud music, turns into a club atmosphere at 8:30pm.

In the middle of our dinner, the blinds started to close, the music bed came louder, and the light started flashing...all of a sudden we saw sparklers and  bottle service (something you expected at the club) but during dinner.  Needless to say, maybe we'll try go during lunch...

See all photos from Melissa L. for Bisou



iCamille Y.
Houston, TX

🖼 18    📍 40    📷 37

 1/13/2020

📷 3 photos

Came here on Sunday for a birthday brunch. First off lemme just say, from the moment I walked in the door the decor was impeccable!!! Marble floors. Gold accessories (and dinnerware), plush gray seating, saxophonist, artwork on the walls & the DJs speakers....all stunning.

As everyone began to arrive we sat down at the lovely bistro tables. We were a party of 10. Ordered our food & drinks. Our waitress brought us some photo booth props donned with the Bisou logo. This tickled our fancy as we took lots of photos with them. I thought it was a very nice gesture to add to the "Bisou experience".

Drinks: about 10 speciality cocktail drinks, none that were just overly creative in my opinion. Average price of a cocktail was ~$14. I ordered the El Diablo, it was good. They have the option for $13 bottomless mimosas with an entree. Several of the ladies went for this.

Food: brunch menu had several options from omelets, shrimp/grits, burgers, French toast. I opted for the Creme brûlée French toast & added on the bacon (3 thick slices). The food was really good and priced reasonably. $17 for French toast, $24 shrimp/grits, $18 chicken & waffles....I think the steak was most expensive and that's not even saying a lot, considering it was $38

All was going well until the bill came!!! The  for 10ppl was to the tune of $800!!!!!! Unbeknownst to any of us, if the party is 10 or more ppl, EACH person is automatically charged $45 (excluding any drinks). Here's the caveat, no one ordered $45 worth of food. We each all averaged about $28-30 w/o our drinks. So u take in $45 for food + 20% gratuity, we all had about a $60 tab, for what was really only $30. Needless to say, we were livid. Not at the cost, but simply b/c our waitress didn't inform us of this. Nor was it written in fine print on the menu alongside the gratuity statement. Cause had we know we would have certainly ordered enough food to total $45. In the end, we got jipped some food.

The shift manager (an Asian man) was less than accommodating & def shouldn't be in the hospitality business. He said "y'all are lucky we even seated your party cause we have guests sign contracts"...WTH? A contract to eat, umm sir you can miss me with that mess. We understand the minimum price for large parties, no one had any argument with that. We just were simply trying to get the staff to understand that they need to be forthcoming about their policies BEFORE patrons begin ordering/the bill comes.

I say all that to say, this is a "been there, done that" establishment for me. Simply b/c they weren't upfront and were less than pleasant in trying to provide us clarification on the astronomical price of the bill....cause $45 x 10ppl x $14 drinks still ain't adding up to $800 as far as I'm concerned.



Useful **2**     Funny     Cool

**Soodabeh E.**                                                                    · · ·
Houston, TX
📷 0   ⭐ 6

★★★☆☆   12/27/2019

Service was not good from the beginning . We had a reservation but we waited at front door for someone to come and tAke us to our table!!!! They keep the room very cold , so uncomfortable. The food was mediocre not worth the price!



## Recommended Reviews

**Search within reviews**

Search within reviews  🔍                          Lowest Rated ⌄

**Username**
Location
🖼 0    ⭐ 0                    Start your review of **Bisou**.

**Erika C.**                                              ···
Chicago, IL
🖼 3    ⭐ 41    🖼 32

★★★☆☆ 11/13/2019 ↻ Updated review

📷 2 photos

The food is nasty. The drinks are $15 and above and just okay. The decor is everything!

Music is loud, staff is fun...I got because I live across the street. I wouldn't come as a top choice for my night out.

◎ Useful **6**    😊 Funny    😎 Cool

> ★★★★★ 10/28/2018 **Previous review**
>
> Will B, one of the managers was super sweet. Went for drinks with a friend. Food was pretty good and the bartenders were super nice.
> **Read more**

**Robert R.**                                            ···
Houston, TX
🖼 0    ⭐ 3

★★★☆☆ 11/12/2019

Hype, excellent location and great decor. Been here several times. Food is okay, but on the highside. Drinks are good, but again on the high side of prices. This place has gone from sheek to bleak in my opinion. Gotta change it up to keep up.

◎ Useful    😊 Funny    😎 Cool

 **Sidra K.**
Richmond, TX

 305    46    82

· · ·

 10/28/2019

📷 2 photos

This place is BOUJEE. Located in the River Oaks District, this place screams upscale. I went for my friends birthday dinner, and it was spacious and comfortable for 7 people. The servers were friendly and helpful, and the food came out fast. I will say that it is extremely expensive for decent food. The grilled oysters were very good. The jumbo lump crab beignets were OK. Honorable mention for the truffle fries, brussels sprouts and cauliflower, and mushroom risotto. After 10 pm, you should except the place to turn into a very crowded bar. They do not play hip hop, so expect EDM style music. I would come back, but with the expectation that I'm breaking the bank for some just-ok food. For the price point, there are better options in the area for dining. For the atmosphere and vibe, it's not bad.

Jumbo Lump Crab Beignets, Fries, Grilled O...

 Useful **6**    😊 Funny **2**    😎 Cool **2**

 **Diem T.**
Sugar Land, TX

 74    34    11

· · ·

 10/23/2019

I went here during happy hour and thought the food is ok but I feel like you would get a better deal going to another place. Food portions were small. We ordered the steak and lobster which tasted dry and not flavorful. I would go here for the ambiance and drinks as a place to predrink or to hang out before going somewhere else.

Useful    😊 Funny    😎 Cool

**Mel S.**  Elite 2021
Houston, TX

· · ·

  ☐ 799   ☐ 291   ☐ 2748

★★★☆☆   10/21/2019

📷 7 photos

This place oozzes with class & beauty. From the gold silverware to the well mannered & dressed staff. The food is also beautifully plated.

Drink - Nice pour & mixture no complaints

Food - Nice temperature, not big portions for the cost but you pay for atmosphere more than anything here. The lobster was very tiny a baby even & I was served half of his tail, not enough 2 bites maybe. Was a nice sized steak & was cooked as requested. Lightly seasoned.

Salad - Was very limp, not sure if I was too late in the evening & the salad was old or what but not my cup of tea didn't eat it.

The beautiful people dine here & met some great new friends so for drinks, nice staff & a gorgeous atmosphere I'll be back.

[ 👍 Useful **13** ]   [ 😊 Funny **3** ]   [ 😎 Cool **10** ]

 **Bailey C.**  *Elite 2021*
Houston, TX
 ☐ 472   ☐ 515   ☐ 931   · · ·

★★★☆☆   8/23/2019

Be ready for a scene and club! (Even at brunch)

Over priced food that's just ok.

Extremely over priced champagne. A bottle of vueve yellow label is $200.  .  .  That's a $43 bottle at Total Wine.

[ 👍 Useful **2** ]   [ 😊 Funny **1** ]   [ 😎 Cool **1** ]

7/12/2021          BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp



**Valene S.**
Houston, TX


📷 15   ⭐ 44   🖼 135

· · ·

   8/18/2019

📷 6 photos

First visit at Bisou for their Sunday Brunch Party.  Before we jump into the food, drinks and service, let's talk about this decor!! This restaurant is gorgeous. Beautiful space reminds me of a place in Miami or LA.  Light fixtures are outstanding not too overwhelmed. Loving the marble tile floors and marble table tops on both small tables and larger tables with booth seating. The accents are  golden slight brassy pizazz. Tables are arranged a little close, except booths. The bar area is nicely centered with plenty of seating. Nice crowd good vibe.
Well the beginning of brunch started with the curtains open light and airy. About an hour later transformation, curtains closed theater style, DJ came on and then club style lights - felt like a different environment, inside of a club.

Acoustics: somewhat loud, DJ music was not overpowering, can still hold a conversation but may have to speak somewhat loudly.

We had a dining party of 3, we ordered:
1. Crab Beignets - Pretty Good
2. Oysters - Not flavorful, didn't taste as fresh
3. Chicken and Waffles: waffles a little crunchy, chicken lacks seasoning/flavor, potatoes good but but a little salty
4. Sliders - who knows how they taste, first they came out overdone and then the second time, came out rare just couldn't get the temp right.

Most dishes we ordered came out in a cute ramekin of fresh fruits. Wish it was more fruit.

Food inconsistencies may be an impact of kitchen needing more help.

Drinks are a little on the expensive side. They had the necessary staples you know (tequila, rum, cognac). Pretty standard, nothing too thrilling
Marilyn Monroe: good
Lemon Drop: good
Diablo: ok/good

The manager came over to address concerns and removed items that didn't work out well and remedied with a round of drinks.

Be aware: the restaurant does not have the capability of creating separate checks per table. There is only one check per table, they will however take separate payments. Pay close attention to you bill.

Overall, the service was good, the menu is a bit limited, food is ok, drinks ok, great ambiance and location. Bisou is selling an experience.

316

See all photos from Valene S. for Bisou

 Useful **1**     Funny     Cool

 **Keneisha B.**                                        ...
Houston, TX
 1   ⭐ 27   🖼 23

⭐⭐⭐ 7/27/2019🔄 **Updated review**

0- Star Review:
I must say I am very disappointed in the lack of service we received today. A group of 22 of us made a reservation 2 months ago for a friends birthday. Not only did the restaurant overbook, they were less than accommodating and after we waited over an hour for them to find a table. Eventually we decided to leave and go to Seasons 52!!!! Not only did they immediately seat us, they were more than accommodating. I would not recommend Bisou.

Update:

I had to come back for a work lunch. The restaurant was completely empty at 12pm. I ordered the Risotto. It was under cooked. I was offered another meal but I declined. Not to my surprise no one was super empresses with their meal. I will give them 3 stars because the staff on duty were very nice and accommodating .

 Useful     Funny     Cool

⭐ 2/10/2019 **Previous review**

I must say I am very disappointed in the lack of service we received today. A group of 22 of us made a reservation 2 months ago for a friends birthday. Not only did the restaurant overbook, they were...
**Read more**

 **Sarah G.**                                        ...
Houston, TX
🖼 0   ⭐ 2

⭐⭐⭐ 7/18/2019

My experience the first 2 times were good, Friday night was busy with DJ and we sat at the bar and had cocktails - it was suggested by the server that we try out Wednesday night - It was just a kiss, as you got discounted drinks and entrees etc for women only.

The first time we went on a Wed we didn't make a reservation and got a table for 2 right by the DJ - Wednesdays are busy and it appears to be an interesting crowd - girls who looked under age and may be escorts were in there, so I found it amusing to watch but generally a nice crowd. We got over charged and the server did not apply the discount on the cocktails & risotto entree we had - on a positive note the risotto was delicious.

We decided after that night though to get a group to go the day before 4th July which was of course a Wednesday. I made a reservation for 6 for 8.15pm but 2 of us decided to get there earlier to have some drinks before the others arrived. I asked if we could be seated but the staff who were at the front desk were rude and would not seat us until the whole party was there. I tried to explain to the girl who seemed to be very attractive but have no personality or brain that people would be filtering in.

They would not budge or even seat 5 of us after I changed the 8.15 to 7.15 (which stupidly I shouldn't of done as they wouldn't change it back) and said that it was to protect them from people not showing up or some weird excuse - In the end they seated 5 of us as the 6th was running late way out the back, after I asked to be seated by the DJ and the server again didn't apply the discount so had to ask him to change it.

I'm not one to brag or act like I have money but considering good service generates tips then I was gob smacked to see this kind of service and the clientele had gotten worse - I felt like I was in a creche. Girls looked like high end hookers and apart from one girl who was really nice behind the bar it was all a bunch of superficial wannabes. I'd rather be on Bourbon street in NOLA where the people are real and live music is blaring out than spend time in a place that hasn't got an identity.

[ ⊙ Useful ]   [ 😐 Funny ]   [ 😎 Cool ]



**Bill G.**
Houston, TX

🖼 21    ⊡ 46    ▣ 7

★★★☆☆  7/3/2019

📷 1 photo

Practically empty at lunch but we were assured it's lively at dinner. Had the steak frites; the ribeye was chewier than I was expecting and lots of salt in everything including the salad. I prefer to be left to add my own salt if I so desire. Very Vegas looking. Worth a try since it is so different.

319

## Recommended Reviews

**Search within reviews**

| Search within reviews 🔍 |

Lowest Rated ⌄



**Username**
Location
🖼 0  ⭐ 0

**Start your review of Bisou.**

---



**Brittany D.**
League City, TX
🖼 2  ⭐ 35  🖼 1

···

★★★☆☆  6/26/2019

If you are expecting a quiet romantic dinner, try somewhere because this is not the place.

My husband made reservations at Bisou thinking we would be able to chat over dinner. Unfortunately that was not possible because they were hosting a wine dinner with live music and a host. Now, the music I didn't mind - it was actually quite nice. But listening to the host loudly explaining each wine course was not how I wanted to spend my dinner.

I understand booking special evenings. I think that's great. But you shouldn't sit guest who are not participating in the dinner, in the midst of a 15-20 people who are.

Had we been seated on the other side of the restaurant perhaps we may have had a better time, but I'm not sure.

Honestly the restaurant very much had a club feel which is nice if that's what you're looking for.

The food was pretty good. We started with the Oysters which were delicious. I had the Branzino, and my husband steak and the potatoes.

It took 15 minutes for our drinks to come to the table but they were extremely busy so I understood.

Overall, I may come back to try brunch and give them another chance. But I certainly won't be back in the evening unless I'm ready to get "lit".

| ◎ Useful | 😊 Funny 1 | 😎 Cool 1 |

---



**MC F.**
The Woodlands, TX
🖼 0  ⭐ 256  🖼 336

···



7/12/2021          BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp

 5/27/2019

My boyfriend and I ordered dinner from here via DoorDash. For starters, we ordered the Yellowtail Sashimi & Pan Seared Foie Gras. For entrees, he ordered the Rack of Lamb, and I had the Diver Scallops & Texas Shrimp.

First, the good: the foie gras was absolutely delicious. My scallops and shrimp were cooked perfectly. My boyfriend's lamb was incredibly meltingly tender and flavorful.

Now, the bad: I knew I was taking a risk ordering fine dining via DoorDash, but, dang it, we didn't want to go out, and we wanted to enjoy one of our favorite bottles of Chateauneuf du Pape with dinner.

So we gave it a shot... the driver/DoorDash called to tell me they were out of the appetizer. The alternative options didn't make sense, but I trusted them and ordered the 2 foie gras and 2 sushi a la carte, even thought it was more expensive. When the order arrived, there was one foie gras and one tiny lone piece of sushi.

Also disappointing were my roasted vegetables. They were still raw... crunchy raw, with that raw veggie flavor, which is unappealing when the expectation is truly roasted (caramelized) veggies. My boyfriend didn't care for the side dish that came with his lamb, which, by the way, did NOT resemble shepherds pie, as the menu promised.

Immediately upon seeing that they'd messed up the order, I did call the restaurant, and they said I had to call DoorDash. Eventually they sent over the missing half of the app, but it was an hour or so later... we had long finished dinner, and I'd completely forgotten about it!





**Chandler H.**
Houston, TX

📷 725    ⭐ 136    🖼 96

 4/22/2019

Its a good ambiance but the service isn't what River Oaks is used to as far as the waiters. Its the same owners as Cle so if you've been there you probably know what I'm referring to. The food isn't that impressive. I've gotten several things off the menu and It's nothing special. I recently went there again on a Saturday (Easter weekend) and it was dead. It was my group and 1 other table and service was a joke.



**Shakela T.**
Houston, TX

📷 172    ⭐ 30    🖼 27



 3/28/2019

📷 4 photos

Ok so I've been to Bisou quite a few times this month. The decor...exquisite, the food...just yummy, the price...don't be on a budget, the vibe during lunch was EXTREMELY CHILL, (excuse my long run on sentences) so the social media surrounding this place had me legit ready to check it out. I scheduled reservations for my birthday and they were booked out for like two months. When I finally got to go for lunch I found out they were not booked it was all fluff, so I was able to make a reservation for a birthday brunch.Me and a couple friends went for some day drinking on a Friday around 2pm, the place was dead ( we even stayed until 5) I definitely anticipated a bigger crowd but I kid you not it was my friends and I, and ONE other table.
Second time went for the "Sunday Day Party" birthday brunch and honestly y'all....it WAS NOT ALL THAT, but great photops. The food is pretty good so no cons there. I was mostly disappointed at how being inside the restaurant contrasted greatly compared to the social media posts. I went back a third time for lunch and again only our table and one other. Come on y'all!

◎ Useful      😐 Funny      😎 Cool

  **Nardin M.**
Houston, TX
📷 147   ⭐ 7                                                                          • • •

  3/23/2019

Had reservations for brunch, walk in and the place isn't packed yet, one of the hostesses was being extremely rude and difficult, due to the fact that one of our members  was probably not going to show up, she was refusing to seat us, even though we told her there's a 90% chance the fourth person isn't coming. Finally the other hostess whispered to her that it's not a big deal and to seat us. Finally the rude hostess walks us to our table, and rudely says you need to be done with table within an hour... I don't know what type of place tells you to leave within an hour when you spend $500 on brunch. Our waitress was great, super nice and pleasant. Other than that I'd say don't waste your money on a place that treats you like it's your job to pay them just for walking in the door. High tables are so close to one another that the guys elbow at the table beside us was in my back the entire time.

◎ Useful      😐 Funny      😎 Cool

**Ema E.**   Elite 2021                                                                  • • •
Missouri City, TX



 326   415   202

⭐⭐⭐☆☆  2/20/2019

📷 3 photos

I attended Bisou because of the Yelp elite event. We started with a Italian salad, followed by turkey neck tamales and then a dessert trio of creme brulee, chocolate mousse, and something called in Opera dessert something? IDK.

so the Italian salad was amazing. Oh how I was eating eating eating and then... I saw a hair!!!!! I was IMMEDIATELY grossed out.

I had the turkey neck tamales which were delicious with the eggs benedict over potatoes. Very nice, but then I determined that it wasn't so nice after I visited the ladies room...

... I really hate creme brulee but I will say they definitely got it right! It was simply delicious.
Also, I don't like chocolate at all but the chocolate mousse was delicious as well... I did not like the Opera dessert thing... It had a very very weird taste and just was not great on my palate. But two out of three is good!

So Mike... The manager... Was fabulous.

He actually took care of my meal because of the hair and he really charged in on the staff in the kitchen about hearing it. I appreciate it. So much...

So because of that reason ALONE I will try Bisou again in the future.

Excellent job on management, Mike! That's the way to make customers come back again... Once I have it again I will update my review!

| ◎ Useful **1** | 😊 Funny | 😎 Cool **2** |



**Andrea L.**
Houston, TX
51   55   11

⭐⭐⭐☆☆  2/7/2019

The chicken and waffles are great but unfortunately my fiancé did not enjoy his food or cocktail for our brunch so we will not be back.

[ ◎ Useful **1** ]   [ 😊 Funny ]   [ 😎 Cool ]

**Susan L.**
Cypress, TX

🖼 0    ✦ 3                                                              ・・・

⭐⭐⭐☆☆   12/29/2018

Met some girlfriends at Bisou last night. Nice vibe with good music (although many might not like it as it was a bit loud). It was my first visit. Must say they are proud of their drinks ($$) and they honestly were so so to poor. You'd expect a high end place like that to invest in some bottled tonic for one.  The food was good but the service was poor.  I overheard people to my left and right complaining as well.  Not sure I'll go again.

[ ◎ Useful ]   [ 😊 Funny ]   [ 😎 Cool ]

**Zulina M.**
Katy, TX

🖼 4    ✦ 88    🖼 254                                                     ・・・

⭐⭐⭐☆☆   12/24/2018

📷 2 photos

The restaurant is beautiful very well decorated very fancy love the ambient abd the service the bar are is awesome so much fun during weekends with live music and pretty busy all time the food is just ok not impressive but the cheese table is good to try I've been here so many times to hangout with friends on the bar area and listen good music

[ ◎ Useful ]   [ 😊 Funny ]   [ 😎 Cool ]

**Scott H.**
Houston, TX

⬚ 1   ⬚ 8   ⬚ 1

· · ·

★★★☆☆   12/4/2018

Ate lunch with customers today, sat at the bar. Food was great but the bartender must have been new. Took about 15 minutes to get our first drink. We ordered a bottle of white wine to drink with lunch but they didn't have it chilled and he didn't know how to get it cold quick. Glad a wine rep was sitting at the bar to help him out. Being new would have been nice for a manager to come by and check to see if everything was good.

| ◎ Useful **1** | ☺ Funny | 😊 Cool **1** |

‹

## Recommended Reviews

**Search within reviews**

Search within reviews 🔍

Lowest Rated ⌄



**Username**
Location
🖼 0   ⭐ 0

Start your review of **Bisou**.

---



**Holly S.**
Museum District, Houston, TX
🖼 291   ⭐ 8   🖼 16

⭐⭐⭐☆☆ 11/24/2018

Excited to try this place but beware it's definitely more of a social scene than a restaurant.  We sat at the bar on a Tuesday and the bartender was cold and unwelcoming.  He threw two menus at us and walked away without even introducing himself.  After we flagged him down to order drinks and dinner he asked us for a "card to hold the tab" as if we were at a college bar.  Low class move.   The steak was cooked perfectly, but the martinis tasted like they had been shaken in a dirty tin with a hint of cranberry till left in the bottom.  The restaurant itself is beautiful, great place to socialize and enjoy a night out. If you want nice service and great food, this is not your definitely not your best option.

◎ Useful **1**    😊 Funny **1**    😎 Cool

---



**Kenny N.**
Houston, TX
🖼 16   ⭐ 3

⭐⭐⭐☆☆ 11/18/2018

Went the second time for brunch. Interior is nice. Vibe is cool. Lots of energy. Music was pretty loud. Food left much to be desired. Ordered an egg white omelet with lobster. It was ok. Certainly not something I would rave about. The lobster is an extra $15, and for the pitifully sized claw I got on top of the omelet, it was not at all worth it. I would possibly go back there for lunch when it's more peaceful, and the Turkey BLT is decent. But otherwise, you come here to be seen, not to eat.

◎ Useful **1**    😊 Funny    😎 Cool

---

**Monisha D.**
Sugar Land, TX



 336   ⊛ 101   🖼 189

⭐⭐⭐☆☆   11/9/2018

📷 12 photos

The restaurant looks better than it tastes. Not as impressed as i thought I would be with the food. Came here for dinner on a Tuesday night. It wasn't too busy and pretty easy to get a table the same day. The atmosphere is definitely pretty swanky with nice beats. Definitely good for groups yet intimate at the same time. Our waitress was great - personable and friendly, kitchen had the food out fast, but bar was just a tad bit slow.

I started off with a complimentary aperitif which was incredibly smooth and refreshing! We then ordered the wagyu tartare and the escargot and bone marrow. The wagyu tartar was alright, good but nothing amazing. My friend loved the bone marrow though.

For dinner, I ordered the rack of lamb with the shepherds pie and my friend ordered the short rib. The lamb was cooked dry and didn't really have any flavor. Definitely needed some salt. The lamb was a good cut of meat but could have had some more seasoning on it for sure. The shepherd's pie was excellent though. I'd rather they just sell that as an entree in itself. My friends short ribs were actually pretty good - nice and succulent. Again, lacking some salt and I don't even take much salt with my food. We also ordered a side of spinach and it was your standard spinach dish, no complaints.

For dessert we went with the special. I forgot the name of it but it was like ice cream over cornbread. I don't know but it was delicious so I do recommend that dessert if you happen to go.

For cocktails,I wasn't too impressed with the choices. I tried a Bellini after my aperitif and didn't care to order it again. The wine menu was also more driven towards purchasing bottles but by the glass, the selection was rather slim. I settled for a 2011 French Bordeaux to pair with dinner and enjoyed it. For dessert, I went with Moët since they were out of the port wine i wanted to try.

Over all, the venue was nice but the food wasn't worth it. I know it is a Clé group property so I'm pretty sure the brunch is where it's at. So if I came back it would be to try a brunch party. Honestly, instead of spending over $300 here for dinner, we should have just popped over to Steak 48 next door to get food and drinks that would actually be worth it.

**See all photos from Monisha D. for Bisou**



◎ Useful **8**      😊 Funny **1**      😎 Cool **1**

7/12/2021          BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp



**Beatrice W.**
Houston, TX

 144  ⭐ 5  🖼 10

···

⭐⭐⭐☆☆    11/4/2018

📷 1 photo

Okay honest review of this place. I was really hoping for a fancy shmancy dinner from this place and was kind of let down. Don't get me wrong the food is very good and the drinks are as well, and of course the interior and design of it is beautiful. But, I was kind of turned off by the loud as hell club music playing. I literally had to scream at anyone to have a conversation. I get it's the same owners at Clé so they're known for the club scene, but this is a restaurant, not a club. Maybe just turn it down a bit? Going back to the food and drinks, they're very good, but very pricey for what you get so just be aware of that. I got the beet salad and it's $13 (see photo). Another thing I found very irritating was the crowd of people around the entrance waiting for tables or a bar spot to open. There were tables eating dinner surrounded by people standing. Thankfully we didn't have to deal with that, but from the looks on the faces of those dining they were not impressed. Also, maybe a bit of a safety hazard with all of those people standing around and the servers quickly moving around. Lastly, maybe put a bathroom sign?! I had to ask where it was after walking around awkwardly for like three minutes. I think next time we'll sit outside, that is if the weather is nice enough and maybe just order drinks.

 Useful **3**     Funny    😎 Cool **1**



**Rod B.**
Houston, TX

 1  ⭐ 63  🖼 4

···

⭐⭐⭐⭐☆    6/28/2021

Good vibes here! I went on a Wednesday night looking for food and got a full blown party spot. One male bartender was a little funny acting, but the ladies picked up his slack. Lots of women who seem to be working guys for whatever they can get….but that kind of made the people watching more interesting. I'll update my review when I actually eat from here.

| ⊙ Useful | ☺ Funny | ☺ Cool |
|---|---|---|

**Apryl S.**                                                                       · · ·
Southwest Houston, Houston, TX
   ▢ 0   ⊛ 9   ▥ 1

★★★★☆  6/17/2021

📷 1 photo

Bisou is very cute on the inside and has a mix of delicious food and club like vibes. My steak was cooked perfectly and had really good flavor. We did have difficulty getting the champagne list and what bottles they actually had. Around 8PM on Wednesday the lights went out and the mood lights came on. The music was so loud our table of girls couldn't hear each other and left after an hour of that. Would return but maybe only on a weekend when hoping for the club like atmosphere.

**Filet and broccoli**

| ⊙ Useful | ☺ Funny | ☺ Cool |
|---|---|---|

**Brittany H.**   *Elite 2021*                                                     · · ·
Houston, TX
   ▢ 703   ⊛ 442   ▥ 1373

★★★★☆  6/16/2021

📷 2 photos

I can't believe I never posted my review.  Visit here for my friends daughter birthday.  Which was awesome vibes.  The only flaw was no separate checks at this establishment.  You will have to divide up the payment on your own. I want to say they will accept multiple payments (cards for individuals purchases).

Visit again on a date night for drinks Clase Azul is served here as well.  Very smooth selection

7/12/2021          BISOU - 611 Photos & 418 Reviews - Cocktail Bars - 4444 Westheimer Rd, Houston, TX - Restaurant Reviews - Phone Number - Yelp

**Classia Azul with pineapple**



Useful **5**   Funny **1**   Cool **2**



**Rosa T.**
Houston, TX
217   17

 5/27/2021

The food and service good. The menu wasn't the most exciting and the atmosphere is probably what people are interested in experiencing the most. It's a better spot for happy hours and chill with friends than a place to go for dinner since the music was kind of loud and made it hard to talk.

Useful   Funny   Cool



**Valerie G.**
Memorial, Houston, TX
0   11   34

 5/19/2021

2 photos

This place is definitely all about the environment! The food is good but not really anything special. The drinks are great and the music is fun. I had never been to a fast pace restaurant like this before.

I do recommend letting your party know ahead of time that the tab will all be on one check unless you want to pay a fee for separating the ticket. -which I agree with-

If you're looking for a FUN/UPBEAT brunch place this is definitely the spot.

The reason I couldn't give it 5 starts is because I am a food person and I expected a little more from my meal.



Seating area                                    French Toast

[◎ Useful]  [😊 Funny]  [😎 Cool]

**Jordan W.**  Elite 2021
Houston, TX

📷 263   ⭐ 61   🖼 136

★★★★☆  4/11/2021

Definitely a great brunch spot if you like a more upbeat crowd! Originally was going here for a friends birthday but she had Too much fun the night before so there was just two of us that ended up going! It was both of our first times there I've been wanting to go for a while now. I must say when I walked in it was better than what I expected! The decor is very chic loved the gold accents! There is live music mostly house mix and bottle service and people walking around having a good time. I don't think that they require masks because when I walked in it seem no one had a mask on so if you are a stickler for masks I wouldn't recommend this place for you. It is definitely a mixed crowd age wise. We both ordered the drink with the frozen ball of orange juice mixed with fruits I'm not sure of the name I couldn't find it on their website either but you'll know exactly what I'm talking about it was refreshingly good you can even eat the frozen ball as well! I ordered the Bisou brunch burger Which came with breakfast potatoes the burger was flavorful and the potatoes had a good crunch to them the only downside was they had just ran out of ketchup so me and my friend shared a small amount of ketchup while the manager ran to the store to get more so by the time I actually got more I was a little more than halfway done with my meal that sucked. My friend ordered the hangover cure she loved it! I will be back next time for dinner my best friend has been a few times and always tells me how much she loves it apparently it turns into more of a club at night so I will definitely be back again.

[◎ Useful]  [😊 Funny]  [😎 Cool]

‹