# Exhibit M

screenshot-www.tripadvisor.com-2021.07.13-11_20_10
https://www.tripadvisor.com/Restaurant_Review-g56003-d15517257-Reviews-Bisou-Houston_Texas.html
13.07.2021






RATINGS

Food

Service

Value

View all details

4.0 miles from Museum of Fine Arts, Houston

Website ↗

Call

Improve this listing

Is this restaurant romantic? ☐ Yes ☐ No ☐ Unsure

## Reviews (16)

Write a review

**Traveler rating**

| Rating | Count |
|---|---|
| Excellent | 3 |
| Very good | 1 |
| Average | 4 |
| Poor | 2 |
| Terrible | 6 |

**Traveler type**

- Families
- Couples
- Solo
- Business
- Friends

**Time of year**

- Mar-May
- Jun-Aug
- Sep-Nov
- Dec-Feb

**Language**

- All languages
- English (16)

See what travelers are saying:

Search reviews

Jack O
1 review

Reviewed May 30, 2021 via mobile

### The doorman is horrible person

The doorman at Bisou is also the doorman at the night club called heart. I am referring to both Houston locations. The doorman curses at customers and says horrific things. I actually love this place and the food is really good and my family is... **More**

**Date of visit:** May 2021

Helpful?

Iheartravel100
105 reviews

Reviewed May 9, 2021 via mobile

### Terrible!

Went for Mother's Day and the food was on the level of eating at a cafeteria. Not good at all. Also, nowhere did it say 20% gratuity automatically included, and when I asked for the manager, nobody came over. We got so frustrated, we just... **More**

**Date of visit:** May 2021

Helpful?

Troiidav
1 review

Reviewed October 8, 2020

### Not welcoming

I was there to celebrate a friends birthday, I witnessed unfair treatment towards my fiancé. We decided to leave and never return again

**Date of visit:** September 2020

Helpful? 1

S827KFjoew
241 reviews

Reviewed March 7, 2020 via mobile

### Bisou - new French, we will not return. ☹

We were excited to try a new French restaurant in Houston. It had decent reviews and a great location. The facility is slick and high end. The wine selection was good and not too overpriced. It was not too busy and now I know why.... **More**



Date of visit: March 2020

Helpful? 1

ricardorodil
14 reviews

Reviewed February 17, 2020

### Bad experience during Valentine Night

First the tables they used was notable the wear and tear , scratch visible everywhere , ( please next time use a long tablecloth to cover) Was notable those tables were improvised , the chair was lower than the table so was not really comfortable... **More**

**Date of visit:** February 2020

Helpful?

Tanaz C
100 reviews

Reviewed July 29, 2019

### Amazing Dad;s Day Lunch !

It was our first time at Bisou and we thoroughly enjoyed the afternoon ! The Lunch was simply delicious and all the Food and Drinks were awesome. The ambiance was the highlight of the visit. We enjoyed the energy and the wonderful brunch vibes and... **More**

**Date of visit:** June 2019

Helpful?

Dianne H
35 reviews

Reviewed May 13, 2019

### Fabulous

Kayla was our waitstaff. Her service was impeccable. They have a very showy ceremony when you purchase a bottle, it's big fun. Our meal was a Mother's Day brunch and it was perfect. The atmosphere is very trendy and absolutely gorgeous. We enjoyed the whole... **More**

**Date of visit:** May 2019

Helpful?

Dbakeriv
27 reviews

Reviewed May 11, 2019 via mobile

### Don't Bother

We went to Bisou for a graduation dinner. In the reservation we told them we were going to arrive early, set up some balloons and have a bottle of champagne for when our son arrived. It was slightly after the end of happy hour when... **More**

**Date of visit:** May 2019

Helpful?

exploringwithdora365
12 reviews

Reviewed February 12, 2019 via mobile

### Simply Amazing

I love this spot! I went for brunch this past Sunday and this place was everything! The food, the service and ambiance was everything! I tried the shrimp and grits and it was delicious.... they were fried which was a surprise but it was still... **More**

**Date of visit:** February 2019

Helpful? 1

Reviewed February 12, 2019 via mobile

### If you are ethnic, do not bother.



thetaxdiva
6 reviews
The absolute WORST service ever. Some places DO NOT value the black spending power. It's very unfortunate. DO NOT PATRONIZE! DETAILS COMING SOON...right now I'm going to make the best of a bad birthday situation. #bisouhasbadbehavior #bisouhouston UPDATE: If you are ethnic, do not bother.... More
Date of visit: February 2019
Helpful? 4
Previous
1 2
Next
Vacations miss you.
Make the next one count with our new app.
aurants
See all
Make your Sal y Pimienta Kitchen Line Now!!
Sponsored
Sal y Pimienta Kitchen
204 Reviews
$$ - $$$, Latin, Argentinean, South Ame...
La Griglia
476 Reviews
$$ - $$$, Italian, International, Contemp...
Mezza Grille
400 Reviews
$$ - $$$, Fusion
Xochi
330 Reviews
$$ - $$$, Mexican, Latin
Best nearby
Denmark Visa Application Centre
Equinox River Oaks
W Loop S
Westcreek Ln
West Ln
Westheimer Rd
Kettering Dr
Bryn Mawr Ln
Mid Ln
Google
Map data ©2021 Google
Best nearby hotels
See all
Extended Stay America - Houston - Gall...
212 reviews
Hotel Derek Houston Galleria
1,919 reviews

*screenshot-www.tripadvisor.com-2021.07.13-11_21_24*
*https://www.tripadvisor.com/Restaurant_Review-g56003-d15517257-Reviews-or10-Bisou-Houston_Texas.html*
*13.07.2021*








4.0 miles from Museum of Fine Arts, Houston
Website
Call
Improve this listing
RATINGS
Food
Service
Value
View all details
Is this restaurant romantic? Yes No Unsure
Reviews (16)
Write a review
Traveler rating
Excellent 3
Very good 1
Average 4
Poor 2
Terrible 6
Traveler type
Families
Couples
Solo
Business
Friends
Time of year
Mar-May
Jun-Aug
Sep-Nov
Dec-Feb
Language
All languages
English (16)
See what travelers are saying:
Search reviews
laurabH8519LL
3 reviews
Reviewed January 25, 2019 via mobile
Disappointing
My husband became ill after eating the lamb & when I contacted the restaurant All they had to say was It did not happen at their restaurant The total lack of customer service was icing on the cake After an incredibly mediocre overpriced meal
Date of visit: January 2019
Helpful? 1
pamt464
600 reviews
Reviewed January 23, 2019
Nice Decor, Quiet for Lunch, Innovative Menu
Joined friends for weekday lunch. The restaurant is beautiful. The relative absence of other diners meant that we had a quiet lunch (not too many places in Houston offer a quiet dining experience).Another plus was that there was available self-parking near the restaurant. Bisou offers... More
Date of visit: January 2019
Helpful?
TravelNazi126
193 reviews
Reviewed January 5, 2019
How long will they last?
I had reservations here prior for dinner, but they called up and asked us to eat quickly and leave within an hour as they were staying busy...my date opted to cancel the reservation. So, with a little trepidation I invited a friend to join me... More
Date of visit: December 2018
Helpful?
JFair36900
115 reviews
Reviewed December 11, 2018
Just ok
The restaurant is beautifully appointed and has a lovely patio. The atmosphere during the week is great for a business lunch; however the weekend brunch is lively and loud. The food and service on the other hand can be hit or miss. The first time... More



Date of visit: December 2018
Helpful? 2
davidsymOnds
5 reviews
Reviewed November 29, 2018
Innovative Menu Tragic Service
New French Restaurant in the River Oaks District. Valet is down the block at Steak48 and is $9. The staff is uneducated and not proficient to serve a meal which averages $125 a head. I asked the waiter, which cut the Japanese A5 was and... More
Date of visit: November 2018
Helpful?
AUSAGUY007
803 reviews
Reviewed November 26, 2018 via mobile
First reviewer... Sucks
The front Hostess lady asked me to take my hat off as I was walking to the bar I look over and there's two other people sitting at the bar with a hat on I sit down to look over the menu and ask for... More
Date of visit: November 2018
Helpful? 1
Previous
1 2
Next
Vacations miss you.
Make the next one count with our new app.
aurants
See all
Make your Sal y Pimienta Kitchen Line Now!!
Sponsored
Sal y Pimienta Kitchen
204 Reviews
$$ - $$$, Latin, Argentinean, South Ame...
La Griglia
476 Reviews
$$ - $$$, Italian, International, Contemp...
Mezza Grille
400 Reviews
$$ - $$$, Fusion
Xochi
330 Reviews
$$ - $$$, Mexican, Latin
Best nearby