# Exhibit N

7/14/2021 nimbus screenshot app print

*screenshot-www.google.com-2021.07.14-23_03_19*
*https://www.google.com/search?*
*=bisou+houston+google+review&rlz=1C1CHZO_enUS935US935&oq=bisou+houston+google+review&aqs=chrome..69i57j69i65.2592j0j4&sourceid=chrome&ie=UTF-*
*8#lrd=0x8640c194074c5245:0xb3dfe35c4c2496f8,1,,,*
*14.07.2021*



screenshot-www.google.com-2021.07.14-23_06_47
https://www.google.com/search?=bisou+houston+google+review&rlz=1C1CHZO_enUS935US935&oq=bisou+houston+google+review&aqs=chrome..69i57j69i65.2592j0j4&sourceid=chrome&ie=UTF-8#lrd=0x8640c194074c5245:0xb3dfe35c4c2496f8,1,,,
14.07.2021

Sort by

Most relevant   Newest   Highest   **Lowest**



**l Lott**
14 reviews · 2 photos

 3 months ago

I visited for dinner last night with a couple girlfriends and I can assure you I will not be back. The crowd is a mess. It seems filled with people wanting to be something they are not. We thought we were in for a nice, upscale evening of dinner, drinks and laughs and instead were turned off by the whole experience. By 7:50p it turns into a pseudo club complete with sparklers and loud, blaring music. You will have to shout for your guest to hear you. For some, it works and is part of the allure, for us, it did not.

Servers no longer wear masks. It's a free for all in this place.

The food is bland and service is poor. We were pestered several times throughout the night to use the spare chair at our table that was clearly seating our handbags yet there were other 3 party tables with an extra chair right behind us and those ladies were never bothered once. What kind of classy experience is that when someone's constantly asking to borrow chairs like you're at your local sports bar?!

There are far better options in that River Oaks corridor- Bisou does not belong.

👍 21



**Croque Madame**
Local Guide · 15 reviews · 5 photos

 6 months ago

I would never eat at this place. Showed up hoping to grab a drink with friends and it was PACKED to the brim at 8pm on a weekday with patrons at the bar shoulder to shoulder. ZERO effort toward social distancing. It's basically just a … More

👍 20



**erica wease**
4 reviews

 a month ago

Where to begin?  Drinks = overpriced, nothing special, one in our party had a gnat served IN her drink. The waiter was completely clueless. We ordered a cheeseboard, he had no idea what was on it. Identified the fig roll as chorizo. We asked 2x, he had to check with the kitchen and still misidentified the items. Foie gras was on the cheeseboard but it was unclear as to what or how to eat it because there were only FIVE

342

gras was on the cheeseboard but it was unclear as to what or how to eat it because there were only FIVE tiny slices of toast (1-2 inches each, crudettes).  Not a well put together cheeseboard. Grocery store cheeses, nothing to write home about!

Next - we had the seafood tower. Incredibly bland. The oysters were not good or fresh, and the only thing we liked on the tower was the tuna tartare. But again, typically that is served with some sort of accompaniment and it was not. Just spooned it on your plate. The end.

Tomahawk steak - not cooked as asked, tough. It was flavorful simply because it was meat. The mashed potatoes were not good, no flavor & the veggies were simply steamed and not seasoned at all.

From the Instagram page we thought we were heading into town for a trendy fine dining experience and we were massively disappointed. The ambiance is fun, but the music gets club-loud really quick & it is not really a "fine dining" situation.

Our bill was 675$. Which we were HAPPY TO SPEND but this was by far one of the worst restaurant experiences I have had for that amount of cash.

I also felt that some patrons were treated differently than others, but it could've just been the incredibly uninformed wait staff.  The waiter also added gratuity 20% onto our bill & never informed us that would be the case. If that is your policy, ok - state that someplace. But it wasn't. It felt like because we sent a drink back with a bug in it, and sent the oysters back that we were unfairly targeted and asked to pay a full 20% while being offered nothing, no apology in return.

Sincerely not leaving the suburbs for "river oaks district" again, not worth the hype.

 12

### Lydia Simeane
11 reviews · 1 photo

 2 months ago

I made a reservation to celebrate my birthday and we run 20 mins late getting ready. We were told that no seat was available because we were 20 mins late.

I saw a lot of empty tables but they were not able to accommodate us. The manager at the door was not helpful even though the hostess was almost about to seat us.

Not happy with this place.

 7

### Gbenga Akanmu
5 reviews

 2 months ago

Food - extremely underwhelming. Driest & blandest fried chicken I've ever had

Service - if there was anything lower than a 1-star. One of the waiters rolled her eyes at me for telling her we've been sitting for over 10mins without anyone attending to us.

DON'T GO TO THIS PLACE!

👍 8

**AJ**
9 reviews
⭐    2 months ago

Scam! Be aware of the bouncer scam!

My friend and I visited this place this weekend and the bouncer guy.. bald and name JJ.. said that if we can "take care of him" he would let us in. This is after my friend called the place and was told by the hostess that we can come in.
I had $20 in my wallet which I gave the bouncer and was walked in to an half full bar.

I would not recommend this place, also be aware of the scammer and I might be reporting this event to local consumer protection agency.

👍 9

**Dan Cortes**
2 reviews
⭐    4 months ago

The door man and manager were extremely rude to my teenage son after we had been there for an hour and half. We were the on a birthday party for his mom. I hate having to beg for them to be nice to my son.

👍 4

**PJ Petkovic**
2 reviews
⭐    2 months ago

I came out of state to visit. 4/15/2021
I called and asked if I need a reservation or is there a coverage to pay after 930pm when they bring the dj.
… More

👍 4

**PJ Petkovic**
16 reviews

7/14/2021 nimbus screenshot app print


16 reviews

 2 months ago

I am out of state and I came to visit on 4/15/2021.
I called and asked if I need a reservation or is there a coverage to pay after 930pm when they bring the dj.
I was told by the hostess and locals as well that I can just go to the bar.
SECURITY GUY JJ TOLD ME THAT I NEED TO PAY HIM and take care of him in order to get in because everything is packed, which I did. Once I entered the bar was half full. HOW UNPROFESSIONAL TO TAKE MONEY AND ADVANTAGE FROM PEOPLE WHO ARE NOT FROM HOUSTON. Shame on you Bisou.

 2



### Gina Santibanez
7 reviews     

 4 months ago

Had a reservation at this place, it was a group reservation (party of 7). We celebrated my friends birthday party. We had to wait for a spot without seating for about 1 hour. They said because there was an "accident". I am not sure what this "accident" was but it was embarrassing having to wait such a long time. They do not split checks with a party, which was very frustrating having to calculate seperate drink and food taxes and included gratuity. This place sucked!

 4



### Ighodalo worship Ebhuoma
Local Guide · 13 reviews

 2 months ago

This is my worst experience in any so called restaurant in houston. U make a reservation, they text you in ten minutes after, to confirm you coming, then u get there and they tell you it's gone, with very bad attitude with out giving any notice or stating their terms and conditions for reservations, this is crazy service bad right from the door, I wonder what it would be like inside. I wonder if we where treated this way cause we people of color. I never got any terms and condition for reservations or something. This is relly bad. After texting to comfirm you coming well its good radiance to bad rubbish

 4



### Servando Sanchez
2 reviews

 5 months ago

We walked into the restaurant and were immediately told to step outside... It was done in a way that was so rude. There wasn't a host stand outside or anyone there to direct people yet once we walked in, we were told rudely to leave. No hello just a get out. Once outside someone then approached us and asked if we had reservations. We were meeting friends who had already been seated and were eating and no one

is allowed to enter the restaurant without their own reservations. We were not allowed to step in and say hi to the table at all... We had mask on the entire time and the staff who spoke with us did not.
This place is so pretentious, how dare us think we could even walk into the restaurant without a reservations.... The audacity!
A complete joke of a restaurant.

 8


**GG Safiya**
4 reviews

★☆☆☆☆  5 months ago

Actually Giving this place NO stars! I was first appalled by the fact that there was ZERO social distancing and they were obviously over capacity! Guest were sitting very close together!  Our party had a reservation for 7 people @8pm and the audacity of them to try and squeeze us at a table meant for 4 people was insane! They have no respect for reservations! A larger table adjacent to us was empty and further away from the crowd. But the hostess said that table was already reserved  for 9:30. The manager, Mike then had the audacity to try and hustle us $75 per person to sit at the same table that apparently was already reserved! If we were a group of white women this entire situation would have gone down different. I will spend my money elsewhere. Lying to my face and thinking I am a fool is the fastest way to loose my respect for you. This place is a huge NO for me! Will spend my money elsewhere!

 10


**Nuri Brinkley**
11 reviews

  5 months ago

Horrible place!!! The servers were terrible. We had to chase down our server to take our orders and pay our bill. Then they gave me the wrong order, did not give me a steak knife, and the heater outside kept shutting down. The service was just terrible. However, the place was cute... but overall I probably would never go back.

 5


**Luis Aguilar**
7 reviews

  6 months ago

Came here to celebrate my girlfriends birthday, but I can assure you that'll probably be the last time I come eat here. We were sat outside, & it quickly became apparent that people sitting inside are prioritized in terms of service. Our server never brought our appetizers, & forgot one of our sides when the main course was served. As if that were not enough, we asked for the check and were met with a 45 minute wait. We ended up having to go to the front, to pay because the wait was insane.This place also does not split tabs no matter how big the party, which is quite absurd, for a restaurant this expensive.

7/14/2021
nimbus screenshot app print

👍 5

### Joshua Hitt
1 review

★☆☆☆☆  5 months ago

The location is beautiful and it has potential. However, the food is mediocre and the service is worse. The do not respect reservation preference. I took my date there and was embarrassed. During Covid (with a 50% capacity limit) they tried to sit us at a tiny table between two couples. Instead of moving us to an open table, they then set us outside.
Everyone should be fired other than the bartender.

👍 4

### Ann ERJ
Local Guide · 34 reviews · 11 photos

★☆☆☆☆  3 months ago

Extremely pretentious.  Food not close to even average. Ok drink menu but very very superficial staff. Not enjoyable at all. It's much like a bar in montrose trying to make it. Shouldn't be in River Oaks/Uptown not appropriate for the area.

👍 2

### Breana Jones
6 reviews

★☆☆☆☆  3 weeks ago  NEW

we had a reservation for six people but when we arrived were told that we would need to wait by the bar for an indeterminate amount of time because they didn't have any tables. yet when we walked in we saw multiple empty obviously reserved tables. when asked, we were given the runaround and excuses. it all felt very anti-black.

👍 4

### Janeth Campos
10 reviews

★☆☆☆☆  8 months ago

Ehhhh not impressed at all... The atmosphere is very party like, I consider this place a lounge not at restaurant. The food is awful and over priced. Customer service was not up to par. There was no social distancing whatsoever, there was two parties sitting next to us, literally about two feet away. This place is not following CDC guidelines, their capacity was 100%, totally unacceptable.  If you want to enjoy good

food this is NOT the place, take your money elsewhere.

 8

### Fitgrl
27 reviews

★☆☆☆☆   6 months ago

Horrible service. You reserve a table and even when you want to have drinks they will not seat you until the entire group arrives which is actually losing money. Which is a lie. They pick and choose who they will seat sooner. We explained we wanted to order drinks so they would know they would be making money. They are very rude about it. Then they turn around and seat a lady with ton on Botox at a table of four and she sat there for 35 minutes alone before her party arrived. And ordered WATER!! No food!! They also reserve the tables of four by the bar and do not allow you to sit there. Seems like either you're a club or bisou bar rat to get those tables. We we're there for 2 1/2 hours and out of all those 6-7 tables only that one lady sat at that table. So basically we could have sat there. They treat this place like a club. Unprofessional. I am happy to report them to the health department too for not following CDC guidelines. We have a large group of friends that we have all discussed we will never return to this rat hole. During a pandemic you shouldn't turn service away when people are willing to drink to wait for two more people and there's three of us there. Also saying we are going to drink! And eat!! Also, did I mention we all ordered drinks and the lady at the table was drinking water the whole time that they sat down?? Just losing money and now future business. They are a joke. The waitress was also worthless and not helpful. Always a hassle at this place unless you have Botox. What a joke.

 3

### Flor Lpz
9 reviews

★☆☆☆☆   9 months ago

Do not go here if you are trying to eat good food. The food is gross. Low quality and not cooked well. I asked for a medium rare NY strip and I got a charred steak... I returned it then got a gray steak. I did not eat it. It was the worse steak I had ever had. The ambiance is good... but not a good place if you are trying to stay Covid-free. The Covid precaution measure are def not being followed. If you are trying to find a mediocre service and good but good ambiance then this is the place for you. I will not be going back.

 2

### Jeremy Matney
5 reviews

★☆☆☆☆   10 months ago

If I could give this place a zero, I would.  Had to chase down a server to order and then was asked to chug a bottle of wine and get out as they decided to close early.  This place looks like a hormonal teenager was given money to open a bar.  There were ladies running around in bikinis in a food establishment serving drinks with sparklers and absolutely no servers were wearing masks on their faces

348

 4

**Fatma Demirtaş**
4 reviews

 5 months ago

The lady in the front desk was so
Rude even though she set up the wrong reservation time. She was very rude when we wanted to change our table because it was too close to the other customers and there was literally no one sitting on the surrounding tables (Hello Covid's still going on).

 1

**Ken Blair**
1 review

 8 months ago

Zarina was literally the worst server I've had, and I've eaten at restaurants all over the world. It took 30+ minutes to be brought drinks and when we would kindly wave to her (that was the only way to get her attention as she never checked on us outside of us having to ask someone to get her) she would completely ignore us. We aren't Karen's at all, and I don't ever write reviews, but when you pay a lot of money for mediocre food, you expect to have at least semi-good service. Another thing that we don't like about this place, is the fact that they do not do split checks. They bring the bill out for the whole table and expect you to split it all equally, which isn't appropriate when everyone orders something different (i.e. my friend that doesn't drink alcohol shouldn't be splitting the bottle we got). When we did the math ourselves for what we had ordered, we wrote that number along with the last 4 digits of the card (so they would know how much to charge each of the 5 cards), but when the check was returned that was ignored and we were all charged an equal amount. Oh, and Zarina gave herself a 20% tip which I'm guessing is just one of their policies, but she didn't even deserve 10%, as we NEVER saw her. Not cool

 2

**Ms. Naomi**
4 reviews

 a year ago

If I could give this place 0 stars I would . I've dined here a total of 3 times. The first time I ordered lamb chops that came out expired. They literally smelled so rotten and I couldn't even believe they sent that out for consumption. The second time I visited was decent, a few drinks with friends at the bar. The FINAL time we had an incompetent bartender who appeared drunk and lost our credit card. Management was able to refund the wrong charges but didn't seem to care much about the situation otherwise. The ambiance of Bisou is lovely but the Customer service deserves 0 stars. I will not be coming back until this changes.



349



**Karen Jak**
3 reviews

 10 months ago

The food was mediocre and the service was among the worst we've ever had at a supposedly upscale restaurant. We had dinner guests and were embarrassed by the poor service. The server couldn't tell us how the food would be prepared, never took our wine order until repeated requests, and brought our dessert 20 min after other desserts. We were never offered coffee or after dinner drinks even though we were waiting to order. Will not return.

 2



**Blanca Rivera**
1 review

 5 months ago

Very bad manager Martin , out wine was with a very bad residual wear discasting red pieces , very danger be careful .

 1



**nick tamango**
2 reviews

 7 months ago

Absolutely pitiful!! Bartender and servers did not wear a mask EVEN after asking them to put one on!! Slow service and careless staff!

 1



**Danny Boyle**
5 reviews

 a year ago

D-bag central. If you want to go to an overpriced, millennial club meets try too hard to be an upscale restaurant with overpriced and underwhelming food and drinks this is the spot!! They even throw in extremely poor customer service at no additional charge ! Too many good high quality food places with fantastic atmosphere to ever recommend this place

 7

350

7/14/2021 nimbus screenshot app print


**Kant Sleep**
Local Guide · 161 reviews · 107 photos

 11 months ago

Horrible food at a very outrageous price. Saw roaches running around on the floor, one crawled on my leg while I was eating. Rude owner yelling at customers and encouraging the spread of Covid with his ignorance. Profits over people don't get my money, hopefully they won't get yours either.

👍 3


**khloeliscano**
2 reviews

 11 months ago

I would advise you to not go here. The people that run this establishment are knowingly running it as a club instead of a restaurant during the COVID-19 pandemic, while we are one of the largest hotspots in the country. This is the third … More

👍 4


**Alexandra Kellerake**
Local Guide · 18 reviews

a year ago

I ate there and the food was excellent but I spoke with a former waiter who told me that the management regularly did not give him the tips he earned and would decide how much of his tips he "earned" each night. This person is kind and hardworking and provides excellent service. If you go please tip your waiters in cash but consider going to one of the many other delicious restaurants in the area.

👍 6


**edona shala**
2 reviews

 10 months ago

Horrible staff, felt like a dollar sign they only wanted our money. No customer service what's so ever,, I don't recommend this place at all.

👍 2


**Rozmin Merchant**
3 reviews

7/14/2021                                                       nimbus screenshot app print

 11 months ago

We came with the family. Service was slow maybe due to COVID shortage of employees. But then We ordered Filet mignon medium rare and first they over cooked. When my son started eating he spit it out. He got a big piece of lean/fat in it. Then my husband was eating his steak and same thing. My daughter and I split the steak and Found the a lot of lean in our steak too. Not once but several times in our steak. I didn't finish it. The only thing was good was shrimp pasta and the drinks.
Waiter told us chef or the Manager will come talk to us. They never did. We asked for the check. Waiter came with the Chcek and took off the pasta and
one drink. We told her we are not here for the free food. She said no, I took it off cause Manager didn't come to talk to you. It's our mistake.
So please anyone going to eat Filet at Bisou go to Steak 48 instead. It's next door, can't beat the taste and the ambience.
We will never go back Bisou!

👍 4

 **Yvette Villarreal**
4 reviews · 1 photo

 a year ago

Terrible service! The hostess was rude and the waiter was practically non-existent. We waited almost an hour to get our bill so we flagged another waiter and he was able to get our bill within 5 mins.  The waiter also made unauthorized charges to all of our bills. I guess he felt entitled to a bigger tip even though he didn't do his job.  The food was mediocre which was so disappointing. Great drinks and ambiance though. Too bad the service wasn't up to par . Definitely not visiting this establishment again. On to the next....

👍 5

 **Laura Gray**
6 reviews

 a year ago

DO NOT dine here. Toulouse, Steak48, and MAD are better places to dine. Bartender didn't know what a high ball glass was, server was rarely present, brought the wrong food order, was celebrating a friends birthday and the table behind us got a little flaming candle while we did not. Drinks were wrong. Awful. We spoke to the manager and he could care less. There's a champagne lunch special on the website that has been on their website for several weeks that they do not honor. Can you say, Bait and switch? This restaurant won't be in Houston for much too longer.

P.S. They actually deleted my negative review from their Facebook page. Wow.

👍 6

 **C Lee**
22 reviews

 a year ago

My friends and I got sick hanging out at this place while supposedly that the restaurant should be at 50% capacity. Its was packed of party people. Us three caught the Covid19 here. Never again will we go back. They don't care about safety or their customers. Just more drinks sold.

👍 14


**Robyn Murray**
1 review
 2 years ago

This place could've been great if the service wasn't so poor. Obviously there's a lot of unconscious bias. The poor little hostess with the lip fillers was going out of her way to be so rude. Bless her heart, maybe she hates her job. Also, every last one of the bartenders act as if they didn't want to be at work. This place has a great look and atmosphere but the workers doesn't see me get with the idea of it.

👍 2


**SanJuanita Elizondo**
9 reviews · 1 photo
 a year ago

The food is lacking and the service is HORRIBLE. Keep your receipt! Our waiter charged extra tip to all of our bills!! Disputed with my credit card company but the waiter still keeps his stolen tip. Only good things about this place is the ambiance and maybe their apple old fashioned.

👍 1


**Crysie P**
11 reviews
 a year ago

I've been here several times and today was absolutely HORRIBLE! Poor service and our food was cold! They made us wait for hours before serving us while we watched the white ppl be services punctually. We started out with a white waiter and they switched us to a black waitress who was terrible and rude! I'll never patronize this place again and I spend a lot of money eating out! Bisou is canceled for me✊🏾

👍 3


**G Oddy**
6 reviews
 a year ago