# Exhibit P

7/15/2021 — Bisou Dallas (@bisoudtx) • Instagram photos and videos



Search    



**bisoudtx**  Message

**34** posts    **3,808** followers    **42** following

**Bisou Dallas**
Continental Restaurant
.: Social Dining Hotspot @OneUptown
.: Tue 4pm-10pm / Wed-Fri 4pm-12am
.: Sat 11am-12am / Sun 10am-9pm
.: A #CleGroup Concept @clegrouphtx
bisoudallas.com

**POSTS**    **TAGGED**

  

  
  



7/15/2021                                   Bisou Dallas (@bisoudtx) • Instagram photos and videos

*Instagram*                              Search                     

  

  



| About | Blog | Jobs | Help | API | Privacy | Terms | Top Accounts | Hashtags | Locations |

English ∨     © 2021 Instagram from Facebook



**bisoudtx**
Bisou Dallas

**bisoudtx** Book Your Next Special Event or Birthday at #Bisou
.
Reservations:
214.434.1973
bisoudtx@theclegroup.com
bisoudallas.com
.
.
:: The Social Dining Hotspot at #OneUptown
:: #BisouDallas / Available for #SpecialEvents
:: A #CleGroup Concept
#keytoagreattime

19h

**dallas_discovered** Need that punch bowl!

84 likes
19 HOURS AGO

Comments on this post have been limited.

Case 3:21-cv-01614-B   Document 13-17   Filed 07/19/21   Page 7 of 13   PageID 472

7/13/2021   Bisou Dallas on Instagram: "#Bisou Dallas NOW HIRING: :: Sushi Chefs / Servers / Kitchen Staff :: Host Staff / Bar Staff Tues - Sat / 1pm-6pm :: Apply in…"







# Bisou Dallas

@bisoudtx · New American Restaurant

Reserve

Home About Photos Videos More

Like Message

## Ask Bisou Dallas

"What kind of food do you serve?" Ask

"Can I see a menu?" Ask

"Where are you located?" Ask

"Do you deliver?" Ask

Type a question Ask

## About

See All

Uptown District's Newest Social Dining Hotspot, exclusively by The Clé Group

179 people like this

187 people follow this

97 people checked in here

http://bisoudallas.com/

Create Post

Photo/Video Check in Tag Friends

**Bisou Dallas**

20h ·

Join us Tonight for... It Was Just a Kiss / The Ladies Night at #Bisou / Wednesdays 8pm-12am / Special Guest DJs

.

Reservations:
214.434.1973
bisoudtx@theclegroup.com
bisoudallas.com

.

.

:: The Social Dining Hotspot at #OneUptown
:: #BisouDallas / Available for #SpecialEvents
:: A #CleGroup Concept #keytoagreattime

Send Message

Price Range · $$$

bisoudtx@theclegroup.com

Closed Now
4:00 PM - 12:00 AM

New American Restaurant · Continental Restaurant · Lounge

bisoudtx

## Suggest Edits

Is this the right website for this place?

http://bisoudallas.com/

Yes | Unsure | No

## Photos

See All

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - November 14, 2020

## Related Pages

Dolce Riviera
Italian Restaurant
Like

Villa Azur Dallas
Restaurant
Like

Ounce by Brian Zenner
Restaurant
Like

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Like Comment Share

**Bisou Dallas**
July 12 at 6:05 PM

Book Your Next Special Event or Birthday at #Bisou
.
Reservations:
214.434.1973
bisoudtx@theclegroup.com
bisoudallas.com
.
.
:: The Social Dining Hotspot at #OneUptown
:: #BisouDallas / Available for #SpecialEvents
:: A #CleGroup Concept #keytoagreattime

2 1 Share

Like Comment Share

Write a comment...

Bisou Dallas

7/15/2021 (20+) Bisou Dallas | Facebook

Experience #Bisou Social Dining + Specialty Cocktails / Now Open: Sun 10am-9pm / Tues 4pm-10pm / Wed - Fri 4pm-12am / Sat 11am-12am
.
Reservations:
214.434.1973
bisoudtx@theclegroup.com
bisoudallas.com
.
.
:: The Social Dining Hotspot at #OneUptown
:: #BisouDallas / Available for #SpecialEvents
:: A #CleGroup Concept #keytoagreattime



👍 1

Like    Comment    Share

Write a comment…

**Bisou Dallas**
July 10 at 4:00 PM ·

#Bisou is the Place to be... See You Tonight
.
Reservations:
214.434.1973
bisoudtx@theclegroup.com
bisoudallas.com
.
.
:: The Social Dining Hotspot at #OneUptown
:: #BisouDallas / Available for #SpecialEvents
:: A #CleGroup Concept #keytoagreattime

384

7/15/2021 (20+) Bisou Dallas | Facebook



3 | 1 Share

Like | Comment | Share

Write a comment...

**Bisou Dallas**
July 9 at 3:31 PM

#Bisou Now Open / brings an unparalleled combination of continental cuisine and curated entertainment to Dallas's Uptown District with a robust beverage program featuring classic cocktails, an extensive wine list, and champagne magnums served up in a sleek contemporary interior
.
Reservations:
214.434.1973
bisoudtx@theclegroup.com
bisoudallas.com
.
.
:: The Social Dining Hotspot at #OneUptown
:: #BisouDallas / Available for #SpecialEvents
:: A #CleGroup Concept #keytoagreattime

385

