# Exhibit Q

# instagram

Search  

## bisouhouston

Message

**244** posts   **22.3k** followers   **669** following

**.::  Bisou Houston ::.**
Continental Restaurant
.: Social Dining Hotspot at River Oaks District
.: Tue 4pm-10pm / Wed-Fri 4pm-12am
.: Sat 11am-12am / Sun 10am-9pm
.: A #CleGroup Concept @clegrouphtx
bisourestaurant.com

Followed by bisoudtx

▦ POSTS         ⊙ TAGGED

  

  

  

7/15/2021 .:: Bisou Houston ::. (@bisouhouston) • Instagram photos and videos

7/15/2021 .::  Bisou Houston ::. (@bisouhouston) • Instagram photos and videos



Case 3:21-cv-01614-B   Document 13-18   Filed 07/19/21   Page 7 of 19   PageID 485

7/13/2021         .:: Bisou Houston ::. on Instagram: "Reserve Your Weekend Experience #Bisou .   :: Happy Hour 4-7pm / Fri   :: Late Night Dining till 12am / Fri+Sat   :: Weekend Brunch /…"



**bisouhouston**
Bisou Houston

**bisouhouston** Reserve Your Weekend Experience #Bisou
.
:: Happy Hour 4-7pm / Fri
:: Late Night Dining till 12am / Fri+Sat
:: Weekend Brunch / Sat+Sun
:: Reserve: BisouRestaurant.com
.
.
:: Coming Soon Bisou Dallas follow @bisoudtx
:: #BisouHouston / Available for #SpecialEvents
:: A #CleGroup Concept #keytoagreattime
:: #RiverOaksDistrict

12w

63 likes

APRIL 16

Comments on this post have been limited.

7/13/2021 .:: Bisou Houston ::. on Instagram: "The Clé Group is expanding to #Dallas Follow: @BisouDTX for updates . . :: #BisouDallas / Summer 2021 :: Dallas's Newest Social…"





**bisouhouston**
One Uptown

**bisouhouston** The Clé Group is expanding to #Dallas
Follow: @BisouDTX for updates
.
.
:: #BisouDallas / Summer 2021
:: Dallas's Newest Social Dining Hotspot
:: at #OneUptown
.
.
:: A #CleGroup Concept
#keytoagreattime
:: #CleHouston #SpireHouston #BisouHouston #HeartHouston #CleAngels

23w

120 likes

JANUARY 28

https://www.instagram.com/p/CKmQ45MH28I/  1/3

395





# Bisou Houston

@bisouhouston · New American Restaurant

Send Message

Home Photos Videos Events More

Like

## Ask Bisou Houston

"What kind of food do you serve?" Ask

"Can I see a menu?" Ask

"Where are you located?" Ask

"Do you deliver?" Ask

Type a question Ask

## About

See All

Bisou brings an unparalleled combination of continental cuisine and curated entertainment to River Oaks District with a robust beverage program.

2,936 people like this

3,048 people follow this

http://bisourestaurant.com/

(713) 955-3855

Send Message

reservations@bisourestaurant.com

Price Range · $$$

New American Restaurant · Continental Restaurant

**Bisou Houston**
21h ·

Grab Your Girl Gang... Tonight it's Ladies Night at #Bisou
.
:: 1/2 Off Select Wine & Champagne List
:: $150 Moet & Tomahawk Steak Special
:: Wednesdays / 4pm-12am
.
Reserve:
713.955.3855
BisouRestaurant.com
.
.
:: The Social Dining Hotspot at #RiverOaksDistrict
:: #BisouHouston / Available for #SpecialEvents
:: A #CleGroup Concept #keytoagreattime

**Photos** See All

**Videos** See All

Experience #Bisou The Social Dining Hotspot at #...

3

115 Views · 2 weeks ago

**Page Transparency** See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 9, 2018

Page manager location: United States

**Related Pages**

BCK
American Restaurant
Like

2840 Restaurant & Bar
Wine Bar
Like

Dish Society (Galleria/Tanglewood)
American Restaurant
Like

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

Like Comment Share

Bisou Houston
July 12 at 6:05 PM

Book Your Next Birthday or Special Event at #Bisou
.
Reserve:
713.955.3855
BisouRestaurant.com
.
.
:: The Social Dining Hotspot at #RiverOaksDistrict
:: #BisouHouston / Available for #SpecialEvents
:: A #CleGroup Concept #keytoagreattime

1

Like Comment Share

Write a comment...

Bisou Houston
July 10 at 4:07 PM

The Party doesn't stop at #Bisou Light up the Night with us
.
Reserve:
713.955.3855

7/15/2021 (20+) Bisou Houston | Facebook

:: The Social Dining Hotspot at #RiverOaksDistrict
:: #BisouHouston / Available for #SpecialEvents
:: A #CleGroup Concept #keytoagreattime



👍 2

👍 Like    💬 Comment    ↗ Share

Write a comment…

**Bisou Houston**
July 9 at 3:49 PM

Weekend Vibes at #Bisou / Late Night Dining till 12am / Brunch Sat+Sun
.
Reserve:
713.955.3855
BisouRestaurant.com
.
.
:: The Social Dining Hotspot at #RiverOaksDistrict
:: #BisouHouston / Available for #SpecialEvents
:: A #CleGroup Concept #keytoagreattime

398



screenshot-bisourestaurant.com-2021.07.15-09_40_34
https://bisourestaurant.com/
15.07.2021



400

7/15/2021 nimbus screenshot app print



chrome-extension://bpconcjcammlapcogcnnelfmaeghhagj/edit.html 2/2

401

7/15/2021 nimbus screenshot app print

screenshot-bisourestaurant.com-2021.07.15-11_46_09
https://bisourestaurant.com/experience/
15.07.2021



402



## MASTER CHEF

of France Frédéric Perrier – a native of Lyon, France who first apprenticed at the age of fifteen under Georges Blanc, the renowned chef / owner of his eponymous restaurant in Vonnas, before continuing his education at Paul Bocuse on the Cote d'Azur. Chef Frédéric ultimately moved to New York City as Executive Chef at the acclaimed French restaurant La Cité – where he received high praise in national publications like Bon Appetite, The New Yorker, Food & Wine, and Esquire – and later served a 4-year stint as Private Chef for the French Ambassador to the United Nations. The French import splashed onto the Houston culinary scene as Chef / Owner of Grille 5115 and later opening Café Perrier in the Galleria area. Wanting to stay closer to his family, he then launched AURA in Missouri City – known as "innovative American with an 'inch' of French" – ultimately relocating the restaurant to Sugar Land Town Square as AURA Brasserie. In March 2015, Chef Frédéric was inducted into the exclusive Maitres des Cuisiniers as a Master Chef – one of the most respected honors in the industry with just over 300 chefs in the world being given the title over the past 60+ years.





404



405

7/15/2021 nimbus screenshot app print

