# Exhibit R



screenshot-www.google.com-2021.07.08-15_34_23
25772641512&ei=YVLnYK-wHo-0tQarhbulAg&oq=bisou+bisou+dallas&gs_l=psy-ab.3..0j0i22i10i30k1.1051.2522.0.2628.7.7.0.0.0.0.127.429.2j2.4.0....0...1c.1.64.psy-4IWhwQABABEAIYAilSYmlzb3UgYmlzb3UgZGFsbGFzkgEGYmFrZXJ5mgEkQ2hkRFNVaE5NRzluUzBWSlEwRm5TVVVJCYjNWeVJITkJSUkFC,y,zjyVu3eMWmw;mv:
[[32.991774,-95.37287339999999],[29.557754400000004,-96.88277869999999]]
08.07.2021

## People often mention

| All | macaroons 24 | croissant 23 | flavor 15 | cute 13 | +6 |

## Sort by

| Most relevant | Newest | Highest | Lowest |

---

**steve patron**
1 review

★☆☆☆☆   2 hours ago   NEW

their food is way overpriced and it's not even good. it was a waste of my time

👍 Helpful    👎 Unhelpful

> **Response from the owner** an hour ago
> Hi Steve,
>
> This review should be directed to the BISOU DALLAS page. Here is a link to their Google listing: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6.
>
> We are small pastry shop located less than one mile North on McKinney Ave. We both share the same name and this is causing confusion with customers. We are not affiliated with this other business in any way and we kindly request that you remove this review as it causes harm to our business.
>
> Thank you!

---

**Jennifer Lynn**

★★★★★   2 hours ago   NEW

> **Response from the owner** 3 hours ago
> This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

---

**K R**
4 reviews

★★★★★   3 hours ago   NEW

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6

We are not affiliated with this business in any way and we kindly request that you remove this review as it causes harm to our business.
For your reference, in addition to our common law rights, Bisous Bisous LLC owns the following federal trademark registrations:

• BISOUS BISOUS, Reg. No. 4,811,207, covering "bakery goods, excluding solid chocolate" in Class 30.
• BISOUS BISOUS, Reg. No. 5,120,605, covering "retail bakery shop" in Class 35;
• BISOUS BISOUS, Reg. No. 5,120,606, covering "café and restaurant services" in Class 43.
• BIOUS BISOUS PÂTISSERIE [& Design], Reg. No. 4,811,208, covering "bakery goods, excluding solid chocolate" in Class 30.
• BISOUS BISOUS PÂTISSERIE [& Design], Reg. No. 5,106,226, covering "retail bakery shop" in Class 35;
• BISOUS BISOUS PÂTISSERIE [& Design], Reg. No. 5,106,227, covering "café and restaurant services" in Class 43.

We request your swift action in this matter and appreciate your assistance in making this right.
Merci Beaucoup!
Chef Andrea Meyer
Owner and founder of Bisous Bisous Pâtisserie

**Ithzel Ortiz**
1 review


3 hours ago   NEW

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 ... More

**Margaret Short**

4 hours ago   NEW

**Response from the owner** 3 hours ago

This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 ... More

410

**Sarahi Sanchez**
1 review

★☆☆☆☆  21 hours ago  NEW

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

**tatum day**
1 review

★☆☆☆☆  a day ago  NEW

horrible experience, service was slow and the food was mediocre at best. wouldn't NOT recommend

👍 Helpful 3    👎 Unhelpful

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

**Samantha Calderon**
16 reviews · 46 photos

★★★★★  a day ago  NEW

**Cam L**
2 reviews

★★★★★  a day ago  NEW

guys this isn't the place the girl on tiktok was talking about

👍 Helpful 2    👎 Unhelpful

**Response from the owner** 14 hours ago
Can you please send the TikTok link to info@bisous-bisous.com?

**KhaAn Tu**

411


★★★★★  a day ago  NEW

**Gabby Gonzalez**
★☆☆☆☆  a day ago  NEW

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

**Lesley Rodriguez**
1 review
★☆☆☆☆  a day ago  NEW

DO NOT COME HERE!!! Just such a disgusting place

👍 Helpful 2     👎 Unhelpful

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

**didi**
★☆☆☆☆  a day ago  NEW

**Response from the owner** 4 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. We are not affiliated with this business in any way and we kindly request that you … More

**jhia valentin**
★☆☆☆☆  a day ago  NEW

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link:

412

https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

**Madlyn Henkhaus**

★☆☆☆☆   a day ago   NEW

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

**Lucci**
2 reviews

★☆☆☆☆   a day ago   NEW

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

**jean**
3 reviews

★☆☆☆☆   a day ago   NEW

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

**Anika Crowder**

★★★★★   a day ago   NEW

**Steve Vasquez**
1 review

★☆☆☆☆   a day ago   NEW

413

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link:
https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

**lexie summers**
1 review

★★★☆☆  a day ago   NEW

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link:
https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

**Vidya Nayak**
2 reviews

★☆☆☆☆  a day ago   NEW

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link:
https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

**Meredith M.**
5 reviews · 1 photo

★☆☆☆☆  a day ago   NEW

the manager made a pass at me then kicked me out when i turned them down so i spit my chewed up food into their water bottle and hid in the bushes by their office to watch them drink it and realize they messed with the wrong one



👍 Helpful 9    👎 Unhelpful

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of

414

their business, causing obvious confusion in our city. Here is their link:
https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

**Danisha Ramirez**
1 review

★☆☆☆☆   a day ago   NEW

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link:
https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

**Brooke Essington**
2 reviews

★☆☆☆☆   a day ago   NEW

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link:
https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

**Alondra Marquez**

★☆☆☆☆   a day ago   NEW

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link:
https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

**Vanessa Sanchez**
3 reviews

★☆☆☆☆   a day ago   NEW

Bad food, had mold also Horrible service, management do better and treat your employees with respect.

👍 Helpful 5      👎 Unhelpful

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of

This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More



**Margaret Rymer**
1 review

★☆☆☆☆   a day ago   NEW

Management is completely unprofessional and terrible to employees. The food actually tastes like it was chewed by a homeless man, will never go back.

👍 Helpful 6     👎 Unhelpful

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More



**Mary Stammel**
2 reviews

★★★★☆   a day ago   NEW

UPDATE WRONG BISOU SORRY IM SURE UR BREAD IS GREAT ❤️

This business is deleting all of their negative comments / reviews just so you guys are aware :)

👍 Helpful     👎 Unhelpful

**Response from the owner** 4 hours ago
Merci beaucoup for correcting! We appreciate it so very much <3



**Theodora Tragaki**

★☆☆☆☆   a day ago   NEW

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More



**Aneth Michell Barajas**

416


Anetti Michell Barajas
1 review

★☆☆☆☆ a day ago  NEW

Very rude service would not go back ever again. Do not recommend.

👍 Helpful 3     👎 Unhelpful

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More


Jocelyn Gaspar
1 review

★☆☆☆☆ a day ago  NEW

The food taste like something i could eat out of a mcdonald's trash can. the manger was rude. and now my dog ran away bcs of them. horrible. would not recommend.

👍 Helpful 5     👎 Unhelpful

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More


Karla Duran

★☆☆☆☆ a day ago  NEW

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More


Lissette Melgar

★☆☆☆☆ a day ago  NEW

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link:

417

https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More


**Elissa B.**
★☆☆☆☆   a day ago   NEW

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More


**emmy rogers**
1 review

★☆☆☆☆   a day ago   NEW

Wanted to like this place so badly. However, I ordered a croissant and asked for jam. Instead, they served me pulverised cockroaches and said it was artisanal honey. won't be back!

 Helpful 7     Unhelpful

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6

We are not affiliated with this business in any way and we kindly request that you remove this review as it causes harm to our business.
For your reference, in addition to our common law rights, Bisous Bisous LLC owns the following federal trademark registrations:

• BISOUS BISOUS, Reg. No. 4,811,207, covering "bakery goods, excluding solid chocolate" in Class 30.
• BISOUS BISOUS, Reg. No. 5,120,605, covering "retail bakery shop" in Class 35;
• BISOUS BISOUS, Reg. No. 5,120,606, covering "café and restaurant services" in Class 43.
• BIOUS BISOUS PÂTISSERIE [& Design], Reg. No. 4,811,208, covering "bakery goods, excluding solid chocolate" in Class 30.
• BISOUS BISOUS PÂTISSERIE [& Design], Reg. No. 5,106,226, covering "retail bakery shop" in Class 35;
• BISOUS BISOUS PÂTISSERIE [& Design], Reg. No. 5,106,227, covering "café and restaurant services" in Class 43.

We request your swift action in this matter and appreciate your assistance in making this right.
Merci Beaucoup!
Chef Andrea Meyer
Owner and founder of Bisous Bisous Pâtisserie

418

**alyssa l**
1 review

★☆☆☆☆   a day ago   NEW

the manager body slammed me and told me i was a fat pig, army of roaches all over the floors 0/10 would not recommend

👍 Helpful 11      👎 Unhelpful

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

---

**cindy badillo**

★☆☆☆☆   a day ago   NEW

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

---

**Andrea Rezabala**
2 reviews

★☆☆☆☆   a day ago   NEW

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

---

**Emma mcdougall**

★☆☆☆☆   a day ago   NEW

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

419



**V**
12 reviews · 3 photos

★☆☆☆☆   a day ago   NEW

They told me to leave because I'm a minority

👍 Helpful 5     👎 Unhelpful

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More



**Rosaisela Saavedra**
2 reviews

★☆☆☆☆   a day ago   NEW

The food was terrible and I was racially profiled for being hispano. Will never be going back.

👍 Helpful 4     👎 Unhelpful

**Response from the owner** 3 hours ago
This review should be directed to BISOU DALLAS who is in violation of trademark law with the name of their business, causing obvious confusion in our city. Here is their link: https://goo.gl/maps/pZ5Hd9BhA4gAM69Y6 … More

**tania ibarra**

★★★★☆   a day ago   NEW

**MrPJ Vernon**
504 reviews

★★★★★   a week ago   NEW

**Matt Meyer**
1 review

★★★★★   2 weeks ago   NEW

420

