# Exhibit T





7/15/2021 nimbus screenshot app print

screenshot-www.instagram.com-2021.07.15-07_53_40
https://www.instagram.com/p/CQyahBKHI1a/
15.07.2021

