## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### NORTHERN District of Texas

Case Number: 3:21-CV-01614-B

Plaintiff:
**BISOUS BISOUS LLC**

vs.

Defendant:
**THE CLE GROUP, LLC**

Received these papers on the 19th day of July, 2021 at 7:44 pm to be served on **THE CLE GROUP, LLC By Delivering To Manager, Salim Dehkordi, 103 ROY ST, HOUSTON, TX 77007.**

I, ALEXANDRA TEDDER, being duly sworn, depose and say that on the **20th day of July, 2021 at 10:06 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **PLAINTIFF BISOUS BISOUS LLC'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR A PRELIMINARY INJUNCTION, APPENDIX TO PLAINTIFF BISOUS BISOUS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION, DECLARATION OF ANDREA MEYER WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **ERICA MARTINEZ** as **AUTHORIZED AGENT FOR SERVICE** at the address of: **CLE GROUP, 1800 W LOOP S, SUITE 1125, HOUSTON, TX 77027,** who stated they are authorized to accept service for **THE CLE GROUP, LLC By Delivering To Manager, Salim Dehkordi,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'6", Weight: 140, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

*Alexandra Tedder*
**ALEXANDRA TEDDER**
Process Server

Subscribed and Sworn to before me on the 20th day of July, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Our Job Serial Number: DNE-2021000623
Ref: 2000430



DONNIE DENKINS MORELAND, SR.
Notary Public, State of Texas
Comm. Expires 03-10-2023
Notary ID 125315149

Copyright © 1992-2021 Database Services. Inc. - Process Server's Toolbox V8.1p