IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BISOUS BISOUS, LLC,** | § § § | |
| *Plaintiff,* | § § | **C.A. No. 3:21-cv-01614-B** |
| v. | § § | **Jury Trial Demanded** |
| **THE CLE GROUP, LLC,** | § § § | |
| *Defendant.* | § § | |

## NOTICE OF APPEARANCE BY ERIC W. BUETHER
## AS COUNSEL FOR DEFENDANT

The CLE Group, LLC, hereby notifies the Court and all parties that Eric W. Buether of the firm Buether Joe & Counselors, LLC has entered this action as counsel for Defendant and is to be notified on its behalf.

Counsel may be contacted as follows:

Eric W. Buether
Buether Joe & Counselors, LLC
1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone:   (214) 466-1271
Facsimile:    (214) 635-1827
Email:        Eric.Buether@BJCIPLaw.com

Dated:  July 23, 2021                                Respectfully submitted,

                                              **BUETHER JOE & COUNSELORS, LLC**

By:     */s/ Eric W. Buether*
        Eric W. Buether
        State Bar No. 03316880
        Eric.Buether@BJCIPLaw.com
        Christopher M. Joe
        State Bar No. 00787770
        Chris.Joe@BJCIPLaw.com
        Kenneth P. Kula
        State Bar No. 24004749
        Ken.Kula@BJCIPLaw.com

        1700 Pacific Avenue
        Suite 4750
        Dallas, Texas 75201
        Telephone:    (214) 466-1271
        Facsimile:      (214) 635-1827

        **ATTORNEYS FOR DEFENDANT**
        **THE CLE GROUP, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.1(d) on this 23rd day of July, 2021.

*/s/ Eric W. Buether*
Eric W. Buether