IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BISOUS BISOUS, LLC,** | § § § | |
| *Plaintiff,* | § § | C.A. No. 3:21-cv-01614-B |
| v. | § § | **Jury Trial Demanded** |
| **THE CLE GROUP, LLC,** | § § § | |
| *Defendant.* | § § | |

### NOTICE OF APPEARANCE BY CHRISTOPHER M. JOE
### AS COUNSEL FOR DEFENDANT

The CLE Group, LLC, hereby notifies the Court and all parties that Christopher M. Joe of the firm Buether Joe & Counselors, LLC has entered this action as counsel for Defendant and is to be notified on its behalf.

Counsel may be contacted as follows:

>Christopher M. Joe
>Buether Joe & Counselors, LLC
>1700 Pacific Avenue
>Suite 4750
>Dallas, Texas 75201
>Telephone:    (214) 466-1272
>Facsimile:    (214) 635-1828
>Email:        Chris.Joe@BJCIPLaw.com

Dated: July 23, 2021                                    Respectfully submitted,

                                        **BUETHER JOE & COUNSELORS, LLC**

By:   */s/ Christopher M. Joe*
       Eric W. Buether
       State Bar No. 03316880
       Eric.Buether@BJCIPLaw.com
       Christopher M. Joe
       State Bar No. 00787770
       Chris.Joe@BJCIPLaw.com
       Kenneth P. Kula
       State Bar No. 24004749
       Ken.Kula@BJCIPLaw.com

       1700 Pacific Avenue
       Suite 4750
       Dallas, Texas 75201
       Telephone:   (214) 466-1271
       Facsimile:    (214) 635-1827

       **ATTORNEYS FOR DEFENDANT**
       **THE CLE GROUP, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.1(d) on this 23rd day of July, 2021.

>*/s/ Christopher M. Joe*
>Christopher M. Joe