IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BISOUS BISOUS LLC,** | § § § | |
| *Plaintiffs,* | § § § | |
| v. | § § | **C.A. No. 3:21-cv-01614-B** |
| **THE CLE GROUP, LLC,** | § § § | |
| *Defendant.* | § § § | |

## ORDER

Before the Court is The CLE Group, LLC's Motion for 1-Day Extension of Time to File Response to Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction.

The Motion is **GRANTED**. The current deadline is revised as follows:

| Description | Deadline |
|---|---|
| Deadline to Respond to Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction | 5:00 p.m. CT on July 28, 2021 |

**SO ORDERED.**

July __, 2021

_____
JANE J. BOYLE
JUDGE