IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BISOUS BISOUS LLC,** | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | C.A. No. 3:21-cv-01614-B |
| **THE CLE GROUP, LLC,** | § § § | |
| *Defendant.* | § | |

### ORDER DENYING PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

Before the Court is Plaintiff Bisous Bisous LLC's Application for a Temporary Restraining Order and Motion for Preliminary Injunction. Having considered the same, the Court finds that it lacks merit.

Accordingly, it is hereby ORDERED that Plaintiff Bisous Bisous LLC's Application for a Temporary Restraining Order and Motion for Preliminary Injunction is **DENIED**.

**SO ORDERED.**

Dated: _____, 2021

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE