IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BISOUS BISOUS LLC,** § | | |
| § | | |
| *Plaintiffs,* § | | |
| § | **C.A. No. 3:21-cv-01614-B** | |
| v. § | | |
| § | **Jury Trial Demanded** | |
| **THE CLE GROUP, LLC,** § | | |
| § | | |
| *Defendant.* § | | |
| § | | |

### APPENDIX IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

Defendant The Cle Group, LLC ("CLE") hereby file this Appendix (Exhibits 1-28) in Support of its Response to Plaintiff's Temporary Restraining Order and Motion for Preliminary Injunction.

| Exhibit | Document | App. Page(s) |
|---|---|---|
| | Declaration of Kenneth P. Kula | |
| 1. | Declaration of Justin Zachariah Truesdell | App. 001 - App.005 |
| 2. | Sanchez video after being sent home | App. 006 - App.007 |
| 3. | Sanchez video after being fired | App. 008 - App.009 |
| 4. | Sanchez video providing "Clarification" | App. 010 - App.011 |
| 5. | Compilation of Sanchez Instagram Posts | App. 012 - App.013 |
| 6. | Additional Sanchez video about calling for bad reviews | App. 014 - App.015 |
| 7. | Additional Sanchez video about roaches in reviews | App. 016 - App.017 |

**APPENDIX IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**

Page 1

| Exhibit | Document | App. Page(s) |
|---|---|---|
| 8. | Dallas's Newest Social Dining Hotspot screenshot | App. 018 - App.019 |
| 9. | Curated Entertainment screenshot | App. 020 - App. 022 |
| 10. | Plaintiff's Certificate of Assumed Business Name | App. 023 - App.025 |
| 11. | Plaintiff's webpage touting Neighborhood Bake Shop | App. 026 - App.028 |
| 12. | Plaintiff's Certificate of Formation | App. 029 - App.031 |
| 13. | Plaintiff's webpage of outside of Bake Shop | App. 032 - App.033 |
| 14. | Plaintiff's webpage of inside of Bake Shop | App. 034 - App.035 |
| 15. | Plaintiff's webpage of Bake Shop menu | App. 036 - App.038 |
| 16. | Plaintiff's webpage of Bake Shop food truck | App. 039 - App.040 |
| 17. | Webpage of Houston-based *bisou* Continental Cuisine | App. 041 - App.047 |
| 18. | Webpage menu of Houston's *bisou* Continental Cuisine | App. 048 - App.050 |
| 19. | Happy Hour menu of Houston's *bisou* Continental Cuisine | App. 051 - App.053 |
| 20. | Eater Article providing Motivation for Plaintiff's suit | App. 054 - App.060 |
| 21. | PTO webpage showing Defendant's TM Application | App. 061 - App.062 |
| 22. | Webpage of photos of 10,000 sq. ft. Dallas's *bisou* Continental Cuisine | App. 063 - App.065 |
| 23. | Webpage menu of Dallas's *bisou* Continental Cuisine | App. 066 - App.067 |
| 24. | Webpage compilation of photos of interior of Dallas's *bisou* Continental Cuisine | App. 068 - App.073 |
| 25. | PTO webpage showing use of "Bisous" is a crowded field | App. 074 - App.077 |
| 26. | Plaintiff's Attorney's Letter to The CLE Group, LLC | App. 078 - App.088 |
| 27. | Google reviews for Bisous Bisous | App. 089 - App.091 |

**APPENDIX IN SUPPORT OF DEFANDANT'S RESPONSE TO PLAINTIFF'S TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**

Dated: July 28, 2021	Respectfully submitted,

**BUETHER JOE & COUNSELORS, LLC**

By:	*/s/ Kenneth P. Kula*
Eric W. Buether
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Christopher M. Joe
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Kenneth P. Kula
State Bar No. 24004749
Ken.Kula@BJCIPLaw.com

1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone:	(214) 730-5660
Facsimile:	(972) 707-1248

**ATTORNEYS FOR DEFENDANT
THE CLE GROUP, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this sealed document via the Court's CM/ECF system on this 28th day of July, 2021.

/s/ Kenneth P. Kula
Kenneth P. Kula

**APPENDIX IN SUPPORT OF DEFANDANT'S RESPONSE TO PLAINTIFF'S TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**

**Page 4**