# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BISOUS BISOUS LLC,** | § § § | |
| *Plaintiffs,* | § § | **C.A. No. 3:21-cv-01614-B** |
| v. | § § | **Jury Trial Demanded** |
| **THE CLE GROUP, LLC,** | § § § | |
| *Defendant.* | § § § | |

### DECLARATION OF JUSTIN ZACHARIAH TRUESDELL

I, Justin Zachariah Truesdell, do hereby declare and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying.

2. I am an owner with Defendant The CLE Group, LLC, and am responsible for all operations and management of the same.

3. Defendant The CLE Group, LLC has no ownership interest in *bisou* CONTINENTIAL CUISINE – either the Houston-based or Dallas-based restaurant.

4. The "Social Dining Hotspot" known as Dallas's *bisou* CONTINENTIAL CUISINE, which is the alleged infringer in the instant action is wholly owned by Bisou Uptown Manager, LLC.

5. Bisou Uptown Manager, LLC is, in turn, owned by six members, none of which is The CLE Group, LLC.

1

2

6. I also work for Dallas's *bisou* CONTINENTAL CUISINE as an owner and manager, and my responsibilities include all aspects of operations and management.

7. Vanessa Sanchez was hired by Dallas's *bisou* CONTINENTAL CUISINE on or about June 10, 2021 as a waitress.

8. On June 30, 2021, the management of Dallas's *bisou* CONTINENTAL CUISINE sent Ms. Sanchez home for inappropriate attire, specifically her "top" was too revealing.

9. Attached as Attachment A is a true and correct copy of a video posted by Ms. Sanchez on TikTok, who is identified as "vaneskinnylegnd" on TikTok, immediately after she was sent home because of her too-revealing top.

10. On or about July 6, 2021, the management of *bisou* CONTINENTAL CUISINE received via e-mail a TikTok post that was posted by Ms. Sanchez.

11. On or about July 6, 2021 the management of *bisou* CONTINENTAL CUISINE fired Ms. Sanchez based on the negative TikTok posts she had about *bisou* CONTINENTAL CUISINE.

12. Attached as Attachment B is a true and correct copy of a video posted by Ms. Sanchez on TikTok immediately after her firing on July 6, 2021. This post has 624,000 views, which is more than most other of Ms.Sanchez's posts.

13. Attached as Attachment C is a true and correct copy of another video posted by Ms. Sanchez on TikTok on July 7, 2021, in which she claims to be making a "clarification" of her previous July 6-post.

14. Attached as Attachment D is a true and correct copy of a compilation of postings by Ms. Sanchez on her Instagram account, which includes but is not limited to the above-referenced videos she posted on TikTok.

15. Attached as Attachments E & F are true and correct copies of other videos posted by Ms. Sanchez on TikTok regarding her initially being sent home for inappropriate attire, her subsequent firing by management of Dallas's *bisou* CONTINENTIAL CUISINE, her call for false negative reviews of Dallas's *bisou* CONTINENTIAL CUISINE, and her subsequent call for the cessation, in part, thereof.

16. Within hours of Ms. Sanchez's initial postings on TikTok and Instragram, negative reviews started coming in—evidently to both Dallas's *bisou* CONTINENTIAL CUISINE and Bisous Bisous Pâtisserie.

17. Approximately three hundred and forty (340) negative reviews were submitted **after** Ms. Sanchez posted her "call for negative reviews" and **before** Dallas's *bisou* CONTINENTIAL CUISINE even had its grand opening on July 7, 2021.

18. Since the flurry of false and negative reviews following Ms. Sanchez's posts, Dallas's *bisou* CONTINENTIAL CUISINE has received only a few negative reviews that were verified as coming from actual patrons.

19. I know of no legitimate actual confusion between Dallas's *bisou* CONTINENTIAL CUISINE and Bisous Bisous Pâtisserie.

I declare the foregoing to be true under the penalty of perjury on the 27 day of July, 2021.

/s/ _____
Justin Zachariah Truesdell