# Exhibit 2

# Attachment A

# Video Clip Filed in Native Format