# Exhibit 3

# Attachment B

# Video Clip Filed in

# Native Format