# Exhibit 4

# Attachment C

# Video Clip Filed in Native Format