# Exhibit 5

App. 012



App. 013