# Exhibit 6

# Attachment E

# Video Clip Filed in Native Format