# Exhibit 7

# Attachment F

# Video Clip Filed in

# Native Format