# Exhibit 8



Document title: Bisou Dallas
Capture URL: https://bisoudallas.com/
Capture timestamp (UTC): Mon, 26 Jul 2021 15:45:50 GMT

Page 1 of 1

**App. 019**