# Exhibit 9

bisou

Book Now   RESY

## BISOU

brings an unparalleled combination of Continental Cuisine and curated entertainment to Uptown Dallas with a robust beverage program featuring classic cocktails, an extensive wine list, and champagne magnums served up in a sleek contemporary interior. Founded and conceptualized by Clé Group and is helmed by Master Chef of France Frédéric Perrier.

## MASTER CHEF

of France Frédéric Perrier – a native of Lyon, France who first apprenticed at the age of fifteen under Georges Blanc, the renowned chef / owner of his eponymous restaurant in Vonnas, before continuing his education at Paul Bocuse on the Cote d'Azur. Chef Frédéric ultimately moved to New York City as Executive Chef at the acclaimed French restaurant La Cité – where he received high praise in national publications like Bon Appetite, The New Yorker, Food & Wine, and Esquire – and later served a 4-year stint as Private Chef for the French Ambassador to the United Nations. The French import splashed onto the Houston culinary scene as Chef / Owner of Grille 5115 and later opening Café Perrier in the Galleria area. Wanting to stay closer to his family, he then launched AURA in Missouri City – known as "innovative American with an 'inch' of French" – ultimately relocating the restaurant to Sugar Land Town Square as AURA Brasserie. In March 2015, Chef Frédéric was inducted into the exclusive Maitres des Cuisiniers as a Master Chef – one of the most respected honors in the industry with just over 300 chefs in the world being given the title over the past 60+ years.

## CLÉ GROUP

represents the best in hospitality. Founded in Houston in 2014 by four nightlife and entertainment industry veterans, Clé Group began with the shared vision to not only augment Houston's image and reputation as a go-to destination, but to transcend established entertainment meccas in the process. The trailblazing enterprise has since cemented itself as the city's only hospitality group with the breadth and acumen to provide a consistently elevated entertainment and dining experience. With the forthcoming launch of new properties in several Texas cities, Clé Group will continue to lead the state's hospitality landscape as it diversifies its portfolio. For more info please visit: http://theclegroup.com



## BISOU

brings an unparalleled combination of Continental Cuisine and curated entertainment to Uptown Dallas with a robust beverage program featuring classic cocktails, an extensive wine list, and champagne magnums served up in a sleek contemporary interior. Founded and conceptualized by Clé Group and is helmed by Master Chef of France Frédéric Perrier.

## MASTER CHEF

of France Frédéric Perrier – a native of Lyon, France who first apprenticed at the age of fifteen under Georges Blanc, the renowned chef / owner of his eponymous restaurant in Vonnas, before continuing his education at Paul Bocuse on the Cote d'Azur. Chef Frédéric ultimately moved to New York City as Executive Chef at the acclaimed French restaurant La Cité – where he received high praise in national publications like Bon Appetite, The New Yorker, Food & Wine, and Esquire – and later served a 4-year stint as Private Chef for the French Ambassador to the United Nations. The French import splashed onto the Houston culinary scene as Chef / Owner of Grille 5115 and later opening Café Perrier in the Galleria area. Wanting to stay closer to his family, he then launched AURA in Missouri City – known as "innovative American with an 'inch' of French" – ultimately relocating the restaurant to Sugar Land Town Square as AURA Brasserie. In March 2015, Chef Frédéric was inducted into the exclusive Maitres des Cuisiniers as a Master Chef – one of the most respected honors in the industry with just over 300 chefs in the world being given the title over the past 60+ years.

## CLÉ GROUP

represents the best in hospitality. Founded in Houston in 2014 by four nightlife and entertainment industry veterans, Clé Group began with the shared vision to not only augment Houston's image and reputation as a go-to destination, but to transcend established entertainment meccas in the process. The trailblazing enterprise has since cemented itself as the city's only hospitality group with the breadth and acumen to provide a consistently elevated entertainment and dining experience. With the forthcoming launch of new properties in several Texas cities, Clé Group will continue to lead the state's hospitality landscape as it diversifies its portfolio. For more info please visit: http://theclegroup.com

Document title: ABOUT - Bisou Dallas
Capture URL: https://bisoudallas.com/about/
Capture timestamp (UTC): Mon, 26 Jul 2021 15:46:24 GMT