# Exhibit 10

App. 023



Office of the Secretary of State
Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697
(Form 503)

Filed in the Office of the
Secretary of State of Texas
Filing #: 801706613  1/3/2013
Document #: 459651500003
Image Generated Electronically
for Web Filing

## ASSUMED NAME CERTIFICATE
## FOR FILING WITH THE SECRETARY OF STATE

1. The assumed name under which the business or professional service is or is to be conducted or rendered is:
**Bisous Bisous Pâtisserie**

2. The name of the entity as stated in its certificate of formation, application for registration, or comparable document is:
**Bisous Bisous LLC**

3. The state, country, or other jurisdiction under the laws of which it was incorporated, organized or associated is **TEXAS** and the address of its registered or similar office in that jurisdiction is:
**4463 Birdsong Lane, Plano, TX, USA 75093**

4. The period, not to exceed 10 years, during which the assumed name will be used is :
**01/01/2023**

5. The entity is a : **Domestic Limited Liability Company (LLC)**

6. The entity's principal office address in Texas is:
**4463 Birdsong Lane, Plano, TX, USA 75093**

7. The entity is not organized under the laws of Texas and is not required by law to maintain a registered agent and registered office in Texas. Its office address outside the state is:

8. The county or counties where business or professional services are being or are to be conducted or rendered under such assumed name are:
**ALL COUNTIES LISTED BELOW:**
**COLLIN, DALLAS,**

9. The undersigned, if acting in the capacity of an attorney-in-fact of the entity, certifies that the entity has duly authorized the attorney-in-fact in writing to execute this document. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

**App. 024**

<u>**Bisous Bisous LLC**</u>
Name of the entity

By: <u>**Peter Gurian, CPA**</u>
**Signature of officer, general partner, manager, representative or attorney-in-fact of the entity**

FILING OFFICE COPY

**App. 025**