# Exhibit 11

App. 026



+1.214.613.3570    

HOME   OUR MENU ˅   MACARONS   CAKES   ABOUT ˅   CART

In French, Bisous Bisous ( /bi-zu/ ) means "Kiss, Kiss" or "Lots of Love". When greeting friends and loved ones, the French kiss each cheek, one kiss each side.

At Bisous Bisous Pâtisserie, we specialize in French-style pastries and pride ourselves on fresh, original creations tailored to each customer. We use the finest ingredients and handcraft delicious French macarons & pastries daily.

Owner & Executive Pastry Chef Andrea Meyer found her sweet tooth at a young age and cannot remember a time when dessert was not her favorite part of the day. Having spent months in Paris, France immersing herself in the culture and indulging in all things pastry, she knew there was something more in her future. She left her successful yet unfulfilling corporate career as a project manager behind, embraced pastry as her passion at the Le Cordon Bleu College of Culinary Arts and has never looked back. Crediting her time with Bouchon Bakery & Bouchon Bistro in Yountville, California for developing and refining her skills, she welcomes customers with a familiar smile and kind heart that everyone hopes for from their neighborhood bake shop.

We strive to exceed your expectations with every bite. Should we fail to do so, please contact us at info@bisous-bisous.com and we'll do all we can to make it right. Merci beaucoup!



Executive Pastry Chef Andrea Meyer

**SHOP**
Home
Our Menu
Cakes
Macarons

**INFO**
About
Contact
Events
Wholesale

**SOCIAL**

© 2021 Bisous Bisous LLC



+1.214.613.3570   

HOME    OUR MENU ▾    MACARONS    CAKES    ABOUT ▾        🛒 CART

In French, Bisous Bisous ( /bi-zu/ ) means "Kiss, Kiss" or "Lots of Love". When greeting friends and loved ones, the French kiss each cheek, one kiss each side.

At Bisous Bisous Pâtisserie, we specialize in French-style pastries and pride ourselves on fresh, original creations tailored to each customer. We use the finest ingredients and handcraft delicious French macarons & pastries daily.

Owner & Executive Pastry Chef Andrea Meyer found her sweet tooth at a young age and cannot remember a time when dessert was not her favorite part of the day. Having spent months in Paris, France immersing herself in the culture and indulging in all things pastry, she knew there was something more in her future. She left her successful yet unfulfilling corporate career as a project manager behind, embraced pastry as her passion at the Le Cordon Bleu College of Culinary Arts and has never looked back. Crediting her time with Bouchon Bakery & Bouchon Bistro in Yountville, California for developing and refining her skills, she welcomes customers with a familiar smile and kind heart that everyone hopes for from their neighborhood bake shop.

We strive to exceed your expectations with every bite. Should we fail to do so, please contact us at info@bisous-bisous.com and we'll do all we can to make it right. Merci beaucoup!



Executive Pastry Chef Andrea Meyer

### SHOP
Home
Our Menu
Cakes
Macarons

### INFO
About
Contact
Events
Wholesale

### SOCIAL

© 2021 Bisous Bisous LLC