# Exhibit 13



App. 033