# Exhibit 15



+1.214.613.3570      

HOME   OUR MENU ⌄   MACARONS   CAKES   ABOUT ⌄    CART

   

Lemon Meringue Tart          Dark Chocolate Tart          Fresh Fruit Tart          St. Honore Tart
from $2.00                   from $2.00                   from $2.00                $6.75

**SHOP**          **INFO**            **SOCIAL**

Home              About
Our Menu          Contact
Cakes             Events
Macarons          Wholesale

© 2021 Bisous Bisous LLC

---

      



**Lemon Meringue Tart**
from $2.00



**Dark Chocolate Tart**
from $2.00



**Fresh Fruit Tart**
from $2.00



**St. Honore Tart**
$6.75

**SHOP**

Home

Our Menu

Cakes

Macarons

**INFO**

About

Contact

Events

Wholesale

**SOCIAL**

© 2021 Bisous Bisous LLC