# Exhibit 17

# BISOU

|

brings an unparalleled combination of Continental Cuisine and curated entertainment to River Oaks District with a robust beverage program featuring classic cocktails, an extensive wine list, and champagne magnums served up in a sleek contemporary interior. Founded and conceptualized by Clé Group and is helmed by Master Chef of France Frédéric Perrier.



brings an unparalleled combination of Continental Cuisine and curated entertainment to River Oaks District with a robust beverage program featuring classic cocktails, an extensive wine list, and champagne magnums served up in a sleek contemporary interior. Founded and conceptualized by Clé Group and is helmed by Master Chef of France Frédéric Perrier.



MASTER CHEF

# MASTER CHEF

of France Frédéric Perrier – a native of Lyon, France who first apprenticed at the age of fifteen under Georges Blanc, the renowned chef / owner of his eponymous restaurant in Vonnas, before continuing his education at Paul Bocuse on the Cote d'Azur. Chef Frédéric ultimately moved to New York City as Executive Chef at the acclaimed French restaurant La Cité – where he received high praise in national publications like Bon Appetite, The New Yorker, Food & Wine, and Esquire – and later served a 4-year stint as Private Chef for the French Ambassador to the United Nations. The French import splashed onto the Houston culinary scene as Chef / Owner of Grille 5115 and later opening Café Perrier in the Galleria area. Wanting to stay closer to his family, he then launched AURA in Missouri City – known as "innovative American with an 'inch' of French" – ultimately relocating the restaurant to Sugar Land Town Square as AURA Brasserie. In March 2015, Chef Frédéric was inducted into the exclusive Maitres des Cuisiniers as a Master Chef – one of the most respected honors in the industry with just over 300 chefs in the world being given the title over the past 60+ years.



TOP

⌃



# CLÉ GROUP

represents the best in hospitality. Founded in Houston in 2014 by four nightlife and entertainment industry veterans, Clé Group began with the shared vision to not only augment Houston's image and reputation as a go-to destination, but to transcend established entertainment meccas in the process. The trailblazing enterprise has since cemented itself as the city's only hospitality group with the breadth and acumen to provide a consistently elevated entertainment and dining experience. With the forthcoming launch of the new restaurant Bisou at River Oaks District, Clé Group will continue to lead the city's hospitality landscape as it diversifies its portfolio.  For more info please visit: http://www.theclegroup.com



Document title: EXPERIENCE – Bisou Restaurant
Capture URL: https://bisourestaurant.com/experience/
Capture timestamp (UTC): Mon, 26 Jul 2021 20:01:32 GMT



# BISOU TEAM

Meet Clé Group's team, a collective of creators, innovators, developers and seasoned hospitality professionals.  Current award winning venues include, Cle Day & Night, Spire and Bisou with more planned for 2019, including an expansion to Dallas.



# BISOU TEAM

Meet Clé Group's team, a collective of creators, innovators, developers and seasoned hospitality professionals.  Current award winning venues include, Cle Day & Night, Spire and Bisou with more planned for 2019, including an expansion to Dallas.