# Exhibit 18



## SMALL BITES

### Shishito Peppers
• Maldon Salt • 8 •

### Bisou Salad
• Organic Greens, Green Apples, Candied Almonds, Gorgonzola Dolce, Lemon Vinaigrette • 9 •

### Wagyu Beef Carpaccio
• Wild Mushroom Salad, Shaved Parmesan, Arugula, Extra Virgin Olive Oil, Truffle Salt • 14 •

### Brussel Sprouts & Cauliflower
• Spiced Peanuts, French Feta, Pomegranate Molasses • 12 •

### Roasted Beets
• Goat Cheese Mousse, Fennel, Blood Orange Vinaigrette • 12 •

### Truffle Mushroom Risotto
• Wild Mushrooms, Spring Peas, Mascarpone, Parmesan • 14 •

### Buratta di Puglia
• Heirloom Tomatoes, Basil Walnut Pesto, Balsamic Glaze • 16 •

### Escargot and Bone Marrow
• Shallot Compote, Pickled Mustard Seeds, Fried Parsley • 19 •

### Jumbo Lump Crab Beignets
• Chipotle Aioli • 19 •

## SUSHI & RAW BAR

### Raw Gulf Oysters
• Chilled and Served with Housemade Cocktail Sauce and Lemon • ½ Dozen 12, Dozen 24 •

### Gulf Flounder Ceviche
• Mango, Coconut, Cilantro, Lime, Red Jalapeno • 17 •

### Tuna Tartare
• Marinated Tuna, Avocado, Cilantro, Crispy Shallots • 19 •

### Nigiri
• by the piece • Salmon 6, Tuna 7, Hamachi 8 •

### Shrimp Cocktail
• 4 Jumbo Gulf Shrimp, Housemade Cocktail Sauce • 19 •

### Spicy Maki
• Avocado, Cucumber, Salmon, Yamagobo, Spicy Motoyaki, Unagi Sauce and Jalapeno • Salmon 12 Tuna 14 •

### Hamachi Maki
• Avocado, Jalapeno, Ponzu, Sriracha • 16 •

### Dragon Maki
• Shrimp Tempura, Tuna, Avocado, Cucumber, Crispy Wontons, Wasabi Tobiko, Scallions • 16 •

### Bisou Maki
• Spicy Tuna, Asparagus, Avocado, topped with Tuna, Hamachi, and Spicy Motoyaki • 18 •

### Rainbow Roll and Nigiri Flight • $30
• Tuna, Salmon, Soy Paper, Sushi Rice, Avocado, Cucumber, Jalapeno, Unagi and Spicy Japanese Aioli •
• Salmon, Tuna, and Hamachi Nigiri •

**App. 49**



## LAND & SEA

### Bisou Burger
• 8 oz House Ground Beef Burger, Gruyere, Caramelized Shallot Bacon Jam, Brioche Bun, Choice of Fries or Salad • 18 •

### PEI Mussels
• Roasted Tomatoes, Fennel, Garlic, White Wine, Butter, Grilled Bread • 18 •

### Texas Flounder
• Spring Pea Risotto, Haricot Vert, Herb Vinaigrette • 28 •

### Pan Roasted Salmon
• Puy Lentils, Roasted Red Pepper, Caramelized Pearl Onions, Dijon Beurre Blanc • 26 •

### Diver Scallops & Texas Shrimp
• Cauliflower Puree, Crispy Cauliflower, Brown Butter • 36 •

### Shrimp Pesto
• Five U10 Shrimp, Spaghettini, Basil, Walnuts, Parmigiano-Reggiano • 29 •

### Rack of Lamb
• Pomegranate and Heirloom Tomato Salad, Spring Pea and Mint Hummus, Pomegranate Molasses • 38 •

### Parmesan Veal Tenderloin Scallopini
• Warm Arugula and Mushroom Salad, Heirloom Cherry Tomatoes, Grilled Lemon • 32 •

### Smoked Korean Spiced Short Rib
• Buttery Mash, House Made Kimchi, Baby Bok Choy • 39 •

### Roasted Organic Half Chicken
• Smoked Mushrooms, Pearl Onions, Roasted Marble Potatoes, Bacon Lardons, Fresh Thyme Garlic Jus • 25 •

## STEAK
Served with Local Vegetables, Choice of Buttery Mash or Frites and a Choice of Sauce
Peppercorn, Bordelaise, Gorgonzola Horseradish

**16 OZ USDA Prime Ribeye** • 59

## Sides and Extras

| | |
|---|---|
| **Pommes Frites** • 7 | **Parmesan Truffle Frites** • 9 |
| **Buttery Mash** • 9 | **Garlic Butter Sautéed Haricot Vert** • 9 |

* Consuming raw or undercooked meats, poultry, seafood or eggs may increase your risk of foodborne illnesses

Split Plate Fee 5

**App. 50**