# Exhibit 19



# HAPPY HOUR MENU

## HAPPY HOUR SUSHI $5 EACH

### PHILADELPHIA MAKI

• Smoked Salmon, Cucumber, Avocado, Cream Cheese •

### SPICY SALMON MAKI

• Salmon, Avocado, Cucumber, Salmon, Yamagobo, Spicy Motoyaki, Unagi and Jalapeno. •

### SPICY TUNA MAKI

• Tuna, Avocado, Cucumber, Salmon, Yamagobo, Spicy Motoyaki, Unagi and Jalapeno. •

### JAPANESE SNAPPER MAKI

• Red Snapper, Cucumber, Avocado, Spicy Mayo •

### CALIFORNIA MAKI

• Crab Meat, Cucumber, Avocado, Jalapeno •

## HAPPY HOUR LITE BITES $5 EACH

### LAMB SLIDERS

### TEMPURA FISH TACOS

### CRISPY DUMPLINGS W/ RED CHILE OIL



# Happy Hour Drink Specials
# $10 Each Cocktail

### Bisou 75

• Hennessy, Lemon, Moet and Chandon •

### Queen B-isou

• Sparkling Champagne, St Germaine, Orange Bitters, Orange Juice, Fresh Berries, Mint •

### Perfect Margarita

• Patron Reposado Tequila, Patron Citronge Orange, Agave, Lime •

### Berry Bubbly

• Belvedere Vodka, Lemon, Strawberry, Chandon Rose •

# Wine Specials $25

### Rombauer Zinfandel 375 ml (CA)

### De Chanceny Cremant de Loire Brut Rose 375 ml (France)

### Valdo Numero 1 Brut Rose (Italy)

### Veramonte Sauvignon Blanc (Chile)

### Gradis Cuitto Chardonnay (Italy)

### Pali "Summit" Pinot Noir (CA)

### Dom Baron de Rothschild (Lafite) Aussieres Red Blend (France)

### 25% off Selected Bottles of Wine and Champagne over $100

**App. 053**