# Exhibit 20



CITIES ▾    MAPS    OPENINGS    MORE ▾         

# A Beloved Dallas Bakery Is Raising Cash to Sue a Very Similarly Named New Restaurant

Nearby restaurant Bisou is apparently causing some major confusion for longtime bakery Bisous Bisous Patisserie

by Amy McCarthy | Jul 12, 2021, 1:53pm CDT

  



Don't get Bisous Bisous Patisserie confused with Bisou | Bisous Bisous Patisserie/Facebook



**Eater Dallas**

Sign up for our newsletter.

Email (required)

By signing up, you agree to our Privacy Notice and European users agree to the data transfer policy.

**SUBSCRIBE**

**MOST READ**



Bisous Bisous Patisserie, an Uptown bakery that's a stalwart of the city's pastry scene, is raising cash to file a lawsuit against a similarly named restaurant that's causing some major confusion for diners.

Bisous Bisous owner Andrea Meyer detailed the ongoing issues with nearby restaurant Bisou, a Houston export that opened its doors in June in a post to a GoFundMe

Bisous Bisous Patisserie, an Uptown bakery that's a stalwart of the city's pastry scene, is raising cash to file a lawsuit against a similarly named restaurant that's causing some major confusion for diners.

Bisous Bisous owner Andrea Meyer detailed the ongoing issues with nearby restaurant Bisou, a Houston export that opened its doors in June in a post to a GoFundMe fundraiser that she hopes will raise $150,000 to pay for attorneys to sue Bisou's owners over the confusion. According to that GoFundMe page, Meyer sent Cle Group, the Houston-based hospitality group that owns Bisou, a cease-and-desist letter after a lawyer advised her that she had a "very valid claim of infringement" against the trademark Meyer filed for Bisous Bisous Patisserie.

In response to the cease-and-desist letter, Meyer says that she received a response from Bisou's owners that indicated they had "no intention of making changes." "We're now moving forward with litigation and we've been told it will be a minimum of 6 figures to go down this road and that in most cases, the legal fees aren't reimbursed as part of the settlements," Meyer wrote. "We hoped it wouldn't come to that. We'd hoped we could wait it out, that the confusion wouldn't be too severe and that honestly, they might not even be in business in 6 months."

According to Meyer, Bisous Bisous Patisserie's Yelp and Google Reviews accounts have been flooded with one-star reviews intended for Bisou. Many of those negative reviews have since been removed, or nestled under Yelp's "not recommended" section, but some negative reviews that clearly have nothing to do with the bakery still remain. Meyer says that the allegations, which range from poor service to uncleanliness in Bisou's space, are causing "very real damage" to her business.

In a response to the Dallas Morning News, Cle Group partner Justin Truesdell said



Celeb Couple Blake Shelton and Gwen Stefani Dine in Dallas



At press time, Meyer's GoFundMe fundraiser had raised a little more than $7,000 of its $150,000 goal.

- Dallas bakery asks fans for $150,000 to sue similarly named restaurant [DMN]
- A Notorious Houston Hospitality Group Has a New Restaurant in the Works for Uptown Dallas [EDFW]



**Eater Dallas**

Sign up for our newsletter.

Email (required)

By signing up, you agree to our Privacy Notice and European users agree to the data transfer policy.

SUBSCRIBE

## MORE FROM EATER DALLAS

Beloved West Coast Coffee Chain Dutch Bros. Debuts Two New DFW Locations

Celeb Couple Blake Shelton and Gwen Stefani Dine in Dallas

Alleging Racism and Discriminatory Hiring Practices, a Former Vandelay Hospitality Employee Sues for $1M



Sign up for the Eater Dallas newsletter

The freshest news from the local food world

Email (required)

SUBSCRIBE   close ✕

By signing up, you agree to our Privacy Notice and European users agree to the data transfer policy.



## SPONSORED CONTENT



**Search For Master Of Social Work. Empower People And Communities**
Yahoo! Search



**Doctor: if You Have Tinnitus (Ear Ringing) Do This Immediately! (It's Genius!)**
newhealthylife.club



**Mail Order Steaks Are Now Cheaper Than Ever**
Mail Order Steaks



**Totally Fake: The 35 Most Fake Reality Shows On TV**
ItsTheVibe



**Food Items You Should Never Buy At Costco, Here's Why**
BETTERBE



**Born Billionaires: Top 25 Richest Families in America Today**
Investing.com

Recommended by Outbrain

Sign up for the Eater Dallas newsletter
The freshest news from the local food world

Email (required)

SUBSCRIBE    close ✕

By signing up, you agree to our Privacy Notice and European users agree to the data transfer policy.

---

Document title: Bisous Bisous Patisserie Is Raising Cash to Sue the Similarly Named Bisou in Dallas - Eater Dallas
Capture URL: https://dallas.eater.com/2021/7/12/22574179/bisous-bisous-patisserie-gofundme-lawsuit-against-bisou-restaurant-uptown
Capture timestamp (UTC): Mon, 26 Jul 2021 21:12:09 GMT
Page 4 of 6

**App. 058**


**Celeb Couple Blake Shelton and Gwen Stefani Dine in Dallas**
By Brittanie Shey


**Alleging Racism and Discriminatory Hiring Practices, a Former Vandelay Hospitality Employee Sues for $1M**
By Amy McCarthy


**The Minds Behind Fitzhugh Avenue Fave Beverley's Will Open a Cozy New Neighborhood Lounge**
By Brittanie Shey


**Sign Up for Eater Dallas's Newsletter**
By Amy McCarthy


**Australian Gelateria Zero Gradi's Chilly, Creamy Scoops Debut in Dallas**
By Brittanie Shey

---

**Sign up for the Eater Dallas newsletter**
The freshest news from the local food world

Email (required)

[SUBSCRIBE]

By signing up, you agree to our Privacy Notice and European users agree to the data transfer policy.

close ✕

---

EATER

Terms of Use · Privacy Notice · Cookie Policy ·
Do Not Sell My Personal Info · Licensing FAQ · Accessibility ·
Platform Status
Contact · Send Us a Tip · Community Guidelines · Masthead ·

VOXMEDIA
Advertise with us
Jobs @ Vox Media
© 2021 Vox Media, LLC. All Rights Reserved


**Celeb Couple Blake Shelton and Gwen Stefani Dine in Dallas**
By Brittanie Shey


**Alleging Racism and Discriminatory Hiring Practices, a Former Vandelay Hospitality Employee Sues for $1M**
By Amy McCarthy


**The Minds Behind Fitzhugh Avenue Fave Beverley's Will Open a Cozy New Neighborhood Lounge**
By Brittanie Shey


**Sign Up for Eater Dallas's Newsletter**
By Amy McCarthy


**Australian Gelateria Zero Gradi's Chilly, Creamy Scoops Debut in Dallas**
By Brittanie Shey

---

**Sign up for the Eater Dallas newsletter**
The freshest news from the local food world

Email (required)
[                              ]  **SUBSCRIBE**    close ✕

By signing up, you agree to our Privacy Notice and European users agree to the data transfer policy.



Terms of Use · Privacy Notice · Cookie Policy ·
Do Not Sell My Personal Info · Licensing FAQ · Accessibility ·
Platform Status
Contact · Send Us a Tip · Community Guidelines · Masthead ·
Ethics Statement · Newsletters · How to Pitch

**VOXMEDIA**
Advertise with us
Jobs @ Vox Media
© 2021 Vox Media, LLC. All Rights Reserved

---

Document title: Bisous Bisous Patisserie Is Raising Cash to Sue the Similarly Named Bisou in Dallas - Eater Dallas
Capture URL: https://dallas.eater.com/2021/7/12/22574179/bisous-bisous-patisserie-gofundme-lawsuit-against-bisou-restaurant-uptown
Capture timestamp (UTC): Mon, 26 Jul 2021 21:12:09 GMT
Page 6 of 6

**App. 060**