# Exhibit 21



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Jul 27 03:47:23 EDT 2021

Please logout when you are done to release system resources allocated for you.

List At:      OR   Jump   to record:            **Record 3 out of 69**

( Use the "Back" button of the Internet Browser to return to TESS)

# Bisou Continental

| | |
|---|---|
| **Word Mark** | BISOU CONTINENTAL |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Arranging and conducting nightclub entertainment events |
| | IC 043. US 100 101. G & S: Restaurant and bar services, including restaurant carryout services |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90552573 |
| **Filing Date** | March 1, 2021 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) The Cle Group, LLC LIMITED LIABILITY COMPANY TEXAS 1225 N Loop West, Ste 640 Houston TEXAS 77008 |
| **Attorney of Record** | Morgan Abels |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY