# Exhibit 23



# SMALL BITES

**CHEESE & CHARCUTERIE ... 29**

*Chef's selection of cheese and cured meats, chicken liver mousse, spiced peanuts, cornichons & orange marmalade.*

**FRITTO MISTO ... 18**

*Shrimp, Calamari, Haricot Verts, Carrots & Broccolini w/ Garlic Aioli*

**ESCARGOT & BONE MARROW ... 25**

*Burgundy Snails w/ Garlic Butter & Toasted Baguette*

**\*WAGYU BEEF CARPACCIO ... 15**

*Roasted Mushrooms, Shaved Parmesan, Arugula & Truffle Salt*

**BAKED OYSTERS W/ SEAFOOD GRATIN ... 20**

*Stuffed oysters w/ shrimp, crab mix & topped w/ & breadcrumbs*

**BERKSHIRE PORK BELLY ... 18**

*Shishito Peppers & Honey Tobasco Glaze*

**RED CHILE OIL DUMPLINGS ... 15**

*Crispy pork and vegetable wrapped wontons and ponzu sauce*

**BRUSSEL SPROUTS & CAULIFLOWER ... 14**

*Spiced Peanuts, French Feta & Pomegranate Molasses*

**TRUFFLE MUSHROOM RISOTTO ... 21**

*Wild Mushroom, Spring Peas, Parmesan & Truffle Salt*

**JUMBO LUMP CRAB BEIGNETS ... 19**

*w/ chipotle aioli*

# SOUPS & SALADS

**LOBSTER BISQUE ... 15**

**LYONNAISE SALAD ... 16**

*Baby Kale, Gruyere, Poached Eggs, Croutons, Spiced Pecans & Warm Bacon Vinaigrette*

**BEET CARPACCIO SALAD ... 14**

*Whipped Goat Cheese, Arugula, Pistachios, Shallots & Blood Orange Vinaigrette*

**ASIAN CHICKEN SALAD ... 16**

*Spiced peanuts, shaved radish, pickled ginger & chives*

**BURRATA SALAD ... 22**

*Heirloom Tomatoes, Compressed Melons & Pesto Vinaigrette*

**BISOU SALAD ... 7/14**

*Arcadian Mix Greens, Danish Bleu Cheese, Green Apples, Whole Almonds & Champagne Lemon Vinaigrette*

# LAND & SEA

**WAGYU BURGER ... 22**

*8 oz Wagyu Beef Burger, Brioche Bun, Gruyere cheese, caramelized onions, bacon & pomme frites*

**WHOLE CRISPY "CHEF'S CATCH" ... 45**

*ponzu glaze, steamed rice, crispy vegetables & citrus salad*

**ALMOND CRUSTED FLOUNDER ... 28**

*Sauteed mixed vegetables & champaigne lemon vinaigrette*

**HERB CRUSTED LAMB CHOPS ... 43**

*Chick pea salad w/ baby kale & harissa Labne sauce*

**SHRIMP PESTO ... 29**

*Jumbo Shrimp, Linguini, Basil topped with Parmigiano-Reggiano*

**BRAISED OXTAIL & PASTA ... 39**

*Slowly Braised Oxtail w/ Pappardelle Pasta, Red Wine Reduction & Parmesan Cheese*

**FRESH FETTUCCINI PASTA ... 25**

*cajun-spiced chicken, roasted mushrooms, spring peas, garlic & parmesean cream sauce*

**CORN CRUSTED EGGPLANT ... $25**

*Sautéed Vegetables, Steamed Rice & Ponzu Sauce*

# STEAKS

**\*16 OZ USDA PRIME RIBEYE ... 59**

**\*8 OZ USDA PRIME FILET MIGNON ... 48**

**\*12 OZ USDA PRIME NEW YORK STRIP ... 44**

**ADD TO YOUR STEAKS ... 3**
*Peppercorn, Bordelaise, Gorgonzola, or Horseradish*

**TOP YOUR STEAK**
*Lobster, Crab, or Foie Gras ~ MKP*

**\*TOMAHAWK RIBEYE ALLA FIORENTINA ... SINGLE 125 DOUBLE 240**
*Rosemary, Garlic, Olive Oil, Lemon Zest, Maldon Salt*

# ACCOMPANIMENTS

**POMMES FRITES ... 7**

**PARMESAN TRUFFLE FRITES ... 9**

**CHEDDAR CRAWFISH MAC & CHEESE ... 18**

**BUTTERY MASH ... 9**

**SEASONAL VEGGIES ... 10**

**BROCCOLINI W/ LEMON GARLIC ... 10**

# LAND & SEA

**SMOKED KOREAN SPICED SHORT RIB ... 45**

*Buttery Mash, House Made Kimchi & Baby Bok Choy*

**PAN ROASTED SALMON ... 30**

*Grilled Asparagus, Fresh Corn & Mango Salsa w/ Tequila Lime Butter Sauce*

**DIVER SCALLOPS & TEXAS SHRIMP ... 36**

*Cauliflower Puree, Roasted Curried Califlower & Balsamic Brown Butter Sauce*

**CHIMICHURRI ROASTED HALF CHICKEN ... 27**

*Smoked Mushrooms, Pearl Onions, Roasted Marble Potatoes, Bacon Lardons, Fresh Thyme Garlic Jus & Crispy Bacon Bits*

**PAN SEARED DUCK BREAST ... 38**

*beet risotto, mascarpone, grilled asparagus & blood orange vinaigrette*

# SUSHI & RAW BAR

**PETITE TOWER ... 125     GRANDE TOWER ... 240**
*Jumbo Shrimp, Green Lipped Mussels, Gulf and East Coast Oysters, Dungeness Crab Claws, Gulf Flounder Ceviche, Tuna Tartare, Housemade Cocktail Sauce & Mignonette*

**\*TUNA TARTARE ... 22**

*Marinated Tuna, Avocado, Cilantro & Crispy Shallots*

**\*GULF FLOUNDER CEVICHE ... 17**

*Mango, Coconut, Cilantro, Lime & Red Jalapeno*

**\*SHRIMP COCKTAIL ... 19**

*Jumbo Gulf Shrimp & Housemade Cocktail Sauce*

**GULF COAST OYSTERS**

*1/2 doz. 16 Dozen 32*

**EAST COAST OYSTERS**

*1/2 doz. 18 Dozen 36*

**\*NIGIRI**

*By The Piece Salmon 6, Shrimp 7, Tuna 7, Hamachi 8*

**\*SPICY MAKI ... 14**

*Avocado, Cucumber, Salmon, Yamagobo, Spicy Motoyaki, Unagi & Jalapeno. Salmon or Tuna*

**\*HAMACHI MAKI ... 16**

*Avocado, Jalapeno, Ponzu & Sriracha*

**\*BISOU MAKI ... 18**

*Spicy Tuna, Asparagus, Avocado, Topped with Tuna, Hamachi & Spicy Motoyaki*

**\*DRAGON MAKI ... 17**

*Shrimp Tempura, Tuna, Avocado, Cucumber, Crispy Wontons, Wasabi Tobiko & Scallions*

**\*RAINBOW ROLL & NIGIRI FLIGHT ... 35**
*Tuna, Salmon, Soy Paper, Sushi Rice, Avocado, Cucumber, Jalapeno, Unagi & Spicy Japanese Aoili*
*\* Salmon, Tuna, & Hamachi Nigiri \**

*\* Items may be served raw or undercooked. Consuming raw or undercooked meats, poultry, seafood or eggs may increase your risk of foodborne illnesses. Use your own discretion when consuming these items.*

*20% Gratuity Added to Parties of Six or More*