# Exhibit 24









