# Exhibit 25

7/27/2021 · Record List Display

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Jul 27 03:32:22 EDT 2021

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ___  OR  Jump to record: ___   **69 Records(s) found (This page: 1 ~ 50)**

Refine Search  (bisou)[COMB]   Submit

Current Search: S1: **(bisou)[COMB]** docs: 69 occ: 470

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 90273273 | | BISOU | TSDR | LIVE |
| 2 | 90444525 | | BS BISOU | TSDR | LIVE |
| 3 | 90552573 | | BISOU CONTINENTAL | TSDR | LIVE |
| 4 | 90722038 | | BISOUS HOME DECOR | TSDR | LIVE |
| 5 | 90688529 | | BISOU | TSDR | LIVE |
| 6 | 90210329 | | BISOUS PICTURES | TSDR | LIVE |
| 7 | 90065814 | 6253141 | BISOU BISOU BISOU | TSDR | LIVE |
| 8 | 88820204 | | BIO BISOU | TSDR | DEAD |
| 9 | 88414467 | | BISOU BISOU | TSDR | DEAD |
| 10 | 88389219 | | BISOUSOX | TSDR | DEAD |
| 11 | 88066118 | 6014417 | BISOU NATURAL | TSDR | LIVE |
| 12 | 88572671 | 6002191 | BISOUS FOR LEO | TSDR | LIVE |
| 13 | 87378618 | | BISOU BISOU | TSDR | DEAD |
| 14 | 87566214 | | BISOUS | TSDR | LIVE |
| 15 | 87378614 | | BISOU BISOU | TSDR | DEAD |
| 16 | 87378583 | | BISOU BISOU | TSDR | DEAD |
| 17 | 87026224 | | BISOU BEAUTY | TSDR | DEAD |
| 18 | 87692085 | 5502749 | BISOUS | TSDR | LIVE |
| 19 | 87378559 | | BISOU BISOU | TSDR | DEAD |
| 20 | 86370075 | 4811208 | BISOUS BISOUS PÂTISSERIE | TSDR | LIVE |
| 21 | 86370071 | 4811207 | BISOUS BISOUS | TSDR | LIVE |
| 22 | 86249862 | 4662530 | BISOUS CIAO | TSDR | LIVE |
| 23 | 86902512 | | BISOU BISOU | TSDR | DEAD |
| 24 | 86774255 | 5120606 | BISOUS BISOUS | TSDR | LIVE |
| 25 | 86774253 | 5120605 | BISOUS BISOUS | TSDR | LIVE |
| 26 | 86774193 | 5106227 | BISOUS BISOUS PÂTISSERIE | TSDR | LIVE |
| 27 | 86774188 | 5106226 | BISOUS BISOUS PÂTISSERIE | TSDR | LIVE |
| 28 | 86954692 | | BISOU | TSDR | DEAD |

https://tmsearch.uspto.gov/bin/showfield?f=toc&state=4809%3Ayphpgq.1.1&p_search=searchss&p_L=50&BackReference=&p_plural=yes&p_s_PAR…   1/2

7/27/2021                                                                                       Record List Display

| # | Serial | Reg. | Mark | Source | Status |
|---|--------|------|------|--------|--------|
| 29 | 86137779 | | BISOUS BISOU | TSDR | DEAD |
| 30 | 85952985 | 4664440 | BISOUSWEET CONFECTIONS | TSDR | LIVE |
| 31 | 85823521 | 4614448 | BISOUSWEET | TSDR | LIVE |
| 32 | 85930246 | 4465312 | BISOUS MAGAZINE | TSDR | DEAD |
| 33 | 85698827 | 4320551 | BISOU BISOU | TSDR | LIVE |
| 34 | 85777988 | | I BISOU | TSDR | DEAD |
| 35 | 85823567 | | BISOUSWEET CONFECTIONS | TSDR | DEAD |
| 36 | 85778000 | | I BISOU | TSDR | DEAD |
| 37 | 85777980 | | I BISOU | TSDR | DEAD |
| 38 | 85416563 | | BISOUSBEBE | TSDR | DEAD |
| 39 | 85308018 | | YOGURT BISOU | TSDR | DEAD |
| 40 | 85216568 | | PETIBISOU ('PETIBISOU' COMES FROM TWO FRENCH WORDS, 'PETIT' AND 'BISOU' WHICH MEANS 'LITTLE KISS.' ) | TSDR | DEAD |
| 41 | 79110873 | | SAC À BISOUS | TSDR | DEAD |
| 42 | 79075943 | | SAC À BISOUS | TSDR | DEAD |
| 43 | 79073552 | | BE BISOU D'EVE PARIS | TSDR | DEAD |
| 44 | 78739839 | | BISOU BISOU | TSDR | DEAD |
| 45 | 78701844 | 3186203 | BISOUS ET CÂLINS | TSDR | DEAD |
| 46 | 78689198 | 3138593 | MISS BISOU | TSDR | DEAD |
| 47 | 78040371 | 3006324 | BISOU BISOU | TSDR | LIVE |
| 48 | 78245660 | 3197221 | BISOUS DE PROVENCE | TSDR | LIVE |
| 49 | 77955031 | 3891422 | BISOUS | TSDR | DEAD |
| 50 | 77748498 | | BISOU BISOU PINK | TSDR | DEAD |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

7/27/2021 — Record List Display



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:32:22 EDT 2021*

App. 077

Logout  *Please logout when you are done to release system resources allocated for you.*

Start | List At: ___ OR Jump to record: ___   **69 Records(s) found (This page: 51 ~ 69)**

Refine Search: (bisou)[COMB]   Submit

**Current Search:** S1: **(bisou)[COMB]** docs: 69 occ: 470

|    | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|----|---------------|-------------|-----------|--------------|-----------|
| 51 | 77714477      |             | BISOU BISOU BLACK | TSDR | DEAD |
| 52 | 77714457      |             | BISOU BISOU MADONNA | TSDR | DEAD |
| 53 | 77511812      |             | BISOU BISOU BLU | TSDR | DEAD |
| 54 | 77511806      |             | BISOU BISOU PINK | TSDR | DEAD |
| 55 | 77511794      |             | BISOU BISOU BLU | TSDR | DEAD |
| 56 | 77511790      |             | BISOU BISOU PINK | TSDR | DEAD |
| 57 | 77393356      |             | BABY BISOU | TSDR | DEAD |
| 58 | 77127933      |             | BISOU D'EVE | TSDR | DEAD |
| 59 | 76090735      | 2449332     | BISOU BISOU | TSDR | LIVE |
| 60 | 76007635      | 2431662     | BISOU BISOU | TSDR | LIVE |
| 61 | 76361759      | 2885605     | BISOU BISOU | TSDR | DEAD |
| 62 | 76191433      | 2747966     | BISOU | TSDR | DEAD |
| 63 | 76043476      | 2446498     | BISOU-BISOU | TSDR | DEAD |
| 64 | 75325024      |             | BISOU-BISOU | TSDR | DEAD |
| 65 | 74370952      | 1806214     | BISOU-BISOU | TSDR | LIVE |
| 66 | 74696519      |             | BISOU-BISOU | TSDR | DEAD |
| 67 | 74696518      |             | BISOU-BISOU | TSDR | DEAD |
| 68 | 74616806      |             | BISOU-BISOU | TSDR | DEAD |
| 69 | 74370951      |             | BISOU-BISOU | TSDR | DEAD |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

https://tmsearch.uspto.gov/bin/showfield?f=toc&state=4809%3Ayphpgq.2.51          1/1