# Exhibit 27



