IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BISOUS BISOUS LLC,** | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | C.A. No. 3:21-cv-01614-B |
| **THE CLE GROUP, LLC,** | § § § | |
| *Defendant.* | § § § | |

# NOTICE OF MANUAL FILING

Please take notice that The Cle Group, LLC ("CLE") has manually filed the following exhibits (video clips) in regards to their Appendix in Support of their Response to Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction:

1. Exhibit 2 to CLE's Appendix in Support of CLE's Response to Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction;

2. Exhibit 3 to CLE's Appendix in Support of CLE's Response to Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction;

3. Exhibit 4 to CLE's Appendix in Support of CLE's Response to Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction;

4. Exhibit 6 to CLE's Appendix in Support of CLE's Response to Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction; and

5. Exhibit 7 to CLE's Appendix in Support of CLE's Response to Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction.

The video clips have not been filed electronically because the video clips cannot be converted to an electronic format for filing.

Dated:  July 28, 2021

Respectfully submitted,

**BUETHER JOE & COUNSELORS, LLC**

By:  */s/ Kenneth P. Kula*
Eric W. Buether
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Christopher M. Joe
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Kenneth P. Kula
State Bar No. 24004749
Ken.Kula@BJCIPLaw.com

1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone:    (214) 730-5660
Facsimile:    (972) 707-1248

**ATTORNEYS FOR DEFENDANT
THE CLE GROUP, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.1(d) on this 28th day of July, 2021.

/s/ *Kenneth P. Kula*
Kenneth P. Kula