**Exhibits 2, 3, 4, 6, and 7 to CLE's Appendix in Support of Their Response to Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction**

