## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### NORTHERN District of Texas

Case Number: 3:21-CV-01614-B

Plaintiff:
**BISOUS BISOUS LLC**

vs.

Defendant:
**THE CLE GROUP, LLC**

Received these papers on the 29th day of July, 2021 at 12:48 pm to be served on **BISOU UPTOWN MANAGER, LLC, 1225 N LOOP W, SUITE 640, HOUSTON, TX 77027**.

I, ALEXANDRA TEDDER, being duly sworn, depose and say that on the **29th day of July, 2021** at **2:12 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION** with **FIRST AMENDED COMPLAINT FOR WILLFUL TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION, PLAINTIFF BISOUS BISOUS LLC'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR A PRELIMINARY INJUNCTION, [PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR A PRELIMINARY INJUNCTION, APPENDIX TO PLAINTIFF BISOUS BISOUS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR A PRELIMINARY INJUNCTION, DECLARATION OF ANDREA MEYER and EXHIBITS A through T** with the date and hour of service endorsed thereon by me, to: **ERICA MARTINEZ** as **AUTHORIZED** at the address of: **1225 N LOOP W, SUITE 640, HOUSTON, TX 77027**, who stated they are authorized to accept service for **BISOU UPTOWN MANAGER, LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 46, Sex: F, Race/Skin Color: Asian, Height: 5'8", Weight: 160, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 29th day of July, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

DONNIE DENKINS MORELAND, SR.
Notary Public, State of Texas
Comm. Expires 03-10-2023
Notary ID 125315149

*Alexandra Tedder*
**ALEXANDRA TEDDER**
Process Server

Our Job Serial Number: DNE-2021000664
Ref: 2100274

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1p

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| BISOUS BISOUS LLC <br><br> *Plaintiff(s)* <br> v. <br> THE CLE GROUP, LLC, <br> BISOU UPTOWN MANAGER, LLC, and <br> JOHN DOES 1–10 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 3:21-cv-01614-B ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BISOU UPTOWN MANAGER, LLC
1225 NORTH LOOP W STE 640
HOUSTON, TX 77008-1757

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David B. Conrad
FISH & RICHARDSON P.C.
1717 Main Street
Ste 5000
Dallas, TX  75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  07/29/2021

s/Yolanda Pace
*Signature of Clerk or Deputy*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-01614-B

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BISOU UPTOWN MANAGER, LLC

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**RETURN / AFFIDAVIT**
**PROOF / ATTACHED**