IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC,<br><br>               Plaintiff,<br><br>      v.<br><br>THE CLE GROUP, LLC,<br>BISOU UPTOWN MANAGER, LLC, and<br>JOHN DOES 1–10,<br><br>               Defendants. | Case No. 3:21-cv-01614-B |

**APPENDIX TO PLAINTIFF BISOUS BISOUS' REPLY IN SUPPORT OF ITS APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**

| | | **Document** | **Pages** |
|---|---|---|---|
| 1. | - | Declaration of David B. Conrad | 1–2 |
| 2. | Ex. A. | Screenshots from The Clé Group's LinkedIn account, Instagram account, website, and Facebook account. | 3–9 |
| 3. | Ex. B. | Screenshots of BISOU Houston, The Clé Group, and BISOU Dallas' Instagram accounts. | 10–13 |
| 4. | Ex. C. | Article from CultureMap Houston covering BISOU Houston's opening dated June 18, 2018 | 14–17 |
| 5. | Ex. D. | Screenshot of The Clé Group's Instagram story, dated July 29, 2021 | 18–19 |

Respectfully submitted,

**FISH & RICHARDSON P.C.**

Dated: July 30, 2021

By: */s/ David B. Conrad*
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Kristen McCallion (*admitted pro hac vice*)
mccallion@fr.com
Vivian Cheng (admitted *pro hac vice*)
cheng@fr.com
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

*Attorneys for Plaintiff*
BISOUS BISOUS LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 30, 2021, a true and correct copy of the foregoing document has been filed with the clerk of court for the U.S. District Court, Northern District of Texas and served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Dated: July 30, 2021                                                      */s/ David B. Conrad*
                                                                                       David B. Conrad