IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE CLE GROUP, LLC,<br>BISOU UPTOWN MANAGER, LLC, and<br>JOHN DOES 1–10,<br><br>Defendants. | Case No. 3:21-cv-01614-B |

**DECLARATION OF DAVID B. CONRAD**

1.      My name is David B. Conrad.  I am over 18 years of age, of sound mind, have not been convicted of a felony, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I am a Principal with the law firm of Fish & Richardson P.C.

3.      Attached as <u>Exhibit A</u> is a collection of true and correct copies of screenshots taken on July 30, 2021 from The Clé Group's LinkedIn account at https://www.linkedin.com/company/clegrouphtx/about/, @clegropuhtx Instagram account at https://www.instagram.com/clegrouphtx/, website at https://bisourestaurant.com/experience/, and @clegrouphtx Facebook account at https://www.facebook.com/clegrouphtx/.

4.      Attached as <u>Exhibit B</u> is a collection of true and correct copies of screenshots captured on July 29, 2021 from BISOU Houston's @bisouhouston Instagram account found at https://www.instagram.com/bisouhouston/,  The Clé Group's @clegrouphtx Instagram account

**1**

found at https://www.instagram.com/clegrouphtx/, and BISOU Dallas' @bisoudtx Instagram Account found at https://www.instagram.com/bisoudtx/.

5.      Attached as <u>Exhibit C</u> is a true and correct copy of an article published in *CultureMap Houston* entitled "Houston nightclub group reveals new River Oaks District restaurant," found at https://houston.culturemap.com/news/restaurants-bars/06-18-18-bisou-restaurant-river-oaks-district-french-cle-group-frederic-perrier/, and captured on July 30, 2021.

6.      Attached as <u>Exhibit D</u> is a true and correct copy of a screenshot captured on July 30, 2021 of an Instagram story on The Clé Group's @clegrouphtx Instagram account found at https://www.instagram.com/clegrouphtx/.

7.      I declare under penalty of perjury that the foregoing is true and correct.

Date: July 30, 2021

                                   */s/ David B. Conrad*
                                   David B. Conrad

**2**