# Exhibit A

Case 3:21-cv-01614-B   Document 32-2   Filed 07/30/21   Page 2 of 7   PageID 734




# The Clé Group

Hospitality Experiences | Clé Day/Night | Bisou Restaurant | Spire | Heart | Coming Soon Kiss Houston & Bisou Dallas

Hospitality · Houston, Texas · 96 followers

See all 13 employees on LinkedIn

[+ Follow]  [More]

Home | **About** | Posts | Jobs | People

## Overview

Clé Group represents the best in Houston Hospitality by redefining Nightlife and Dining experiences through unique social offerings. Clé Group will continue to lead the city's hospitality landscape as it diversifies its portfolio with more planned for 2021-2022. Current award winning venues include: Cle Day & Night, Spire, Heart and Bisou Restaurant. Coming Soon Kiss Restaurant Houston and Bisou Restaurant Dallas.

| | |
|---|---|
| Phone | 7136842253 |
| Industry | Hospitality |
| Company size | 201-500 employees<br>13 on LinkedIn |
| Headquarters | Houston, Texas |
| Type | Partnership |

## Locations (1)

Primary
Houston, Texas 77002, US

Get directions





**4**



Instagram

Search

clegrouphtx Follow

3 posts 3,609 followers 20 following

**The Clé Group**
Hospitality Service
Nightclub / Dayclub / Dining Experiences
HTX: @clehouston @thespireclub @hearthouston
@bisouhouston @kisshtx
DTX: @bisoudtx / More Venues Coming Soon

Followed by **bisoudtx** and **bisouhouston**

**clegrouphtx**

**clegrouphtx** The #CléGroup / your #keytoagreatime
NightClub, DayClub & Dining Experiences
follow our concepts
.
:: @bisouhouston
:: @clehouston
:: @thespireclub
:: @hearthouston
.
Coming Soon
:: @bisoudtx
:: @kisshtx
.
For VIP Tables / Special Events
Party Bus Rentals:
713.684.2253

52 likes

MAY 4

About Blog Jobs Help API Privacy Terms Top Accounts Hashtags Locations

English © 2021 Instagram from Facebook

**5**

screenshot-clegrouphtx.com-2021.07.30-11_15_40
https://clegrouphtx.com/bisou-restaurant-houston/
30.07.2021



*screenshot-www.facebook.com-2021.07.30-09_35_49*
https://www.facebook.com/clegrouphtx/photos/a.1367510520307765/1469104646815018/
30.07.2021





