# Exhibit B

7/29/2021 .:: Bisou Houston ::. (@bisouhouston) • Instagram photos and videos

Search

THE CLÉ GROUP REQUEST THE PLEASURE
OF YOUR COMPANY FOR THE UNVEILING OF
bisou
DALLAS'S NEWEST SOCIAL DINING HOTSPOT
OPENING NIGHT
WEDNESDAY | JULY 7 | 5PM-12AM
SPECIAL GUEST DJS
RSVP: 214.434.1973 / BISOUDTX@THECLEGROUP.COM
2619 MCKINNEY AVE | DALLAS TX | 75204
BISOUDALLAS.COM | @BISOUDTX
clé
4 WINNERS SELECTED
LADIES NIGHT / WEDNESDAYS
MUST FOLLOW CONTEST RULES
GOOD FOR THIS WED JULY 28TH ONLY / 8PM-12AM
ONLY ENTER IF YOU CAN ATTEND / SEE CAPTION FOR DETAILS & RULES

**bisouhouston**
One Uptown

**bisouhouston** The Clé Group invites you to Opening Night of #Bisou Dallas's Newest Social Dining Hotspot at #OneUptown
.
Wed July 7 / 5pm-12am
Reservations:
214.434.1973 /
bisoudtx@theclegroup.com
.
.
:: #BisouDallas / Available for #SpecialEvents
:: A #CleGroup Concept
#keytoagreattime

4w

60 likes

JUNE 29

Add a comment... Post

https://www.instagram.com/p/CQt2ETyBXI1/ 11 1/8

Instagram
Search
THE CLÉ GROUP REQUEST THE PLEASURE
OF YOUR COMPANY FOR THE UNVEILING OF
bisou
DALLAS'S NEWEST SOCIAL DINING HOTSPOT
OPENING NIGHT
WEDNESDAY | JULY 7 | 5PM-12AM
SPECIAL GUEST DJS
RSVP: 214.434.1973 / BISOUDTX@THECLEGROUP.COM
2619 MCKINNEY AVE | DALLAS TX | 75204
BISOUDALLAS.COM | @BISOUDTX
clé
GROUP
clehouston
One Uptown
clehouston The Clé Group invites you to Opening Night of #Bisou Dallas's Newest Social Dining Hotspot at #OneUptown
.
Wed July 7 / 5pm-12am
Reservations:
214.434.1973 /
bisoudtx@theclegroup.com
.
.
:: #BisouDallas / Available for #SpecialEvents
:: A #CleGroup Concept
#keytoagreattime
4w
82 likes
JUNE 29
Add a comment...
Post
HOSTED BY BECKY G

Instagram Search

**bisoudtx**
Bisou Dallas

**bisoudtx** The Clé Group invites you to the unveiling of #Bisou Dallas's Newest Social Dining Hotspot at #OneUptown
.
Opening Night / Wed July 7 / 5pm-12am
Opening Weekend / Thurs July 8 - Sun July 11
Reservations:
214.434.1973
bisoudtx@theclegroup.com
bisoudallas.com
.
.
:: #BisouDallas / Available for #SpecialEvents
:: A #CleGroup Concept

172 likes

JULY 7

Add a comment... Post

4 WINNERS SELECTED
LADIES NIGHT / WEDNESDAYS
MUST FOLLOW CONTEST RULES
GOOD FOR THIS WED JULY 28TH ONLY / 8PM-12AM
ONLY ENTER IF YOU CAN ATTEND / SEE CAPTION FOR DETAILS & RULES



