# Exhibit C

 

Home(/) » Restaurants + Bars(/news/restaurants-bars/)

INTRODUCING BISOU

# Houston nightclub group reveals new River Oaks District restaurant

By Eric Sandler(/author/eric-sandler/articles/)

Jun 18, 2018, 4:10 pm

33   1



Andrew Estes, Zack Truesdell, executive chef Frédéric Perrier, Salim Dehkordi, and Dallas Rodriguez will open Bisou later this year. *Courtesy photo*

The former home of Taverna(http://houston.culturemap.com/news/restaurants-bars/06-14-18-taverna-pizzeria-and-risotteria-closed-river-oaks-district/) won't be empty for long; the high-profile space has been snapped up by the operators of two of Houston's most popular nightclubs for an exciting new concept.

**Bisou**(http://bisourestaurant.com/) — French for "kiss" — will debut later this fall. Developed by the owners of Clé and Spire, Bisou will served classic

15

continental cuisine created by executive chef Frédéric Perrier, the veteran French chef known locally for Cafe Perrier and Aura Brasserie.

"We always had the goal of expanding our offerings as we evolve into a more diverse hospitality group with multiple brands in both the dining and entertainment space," said Clé Group partner Andrew Estes in a statement. "River Oaks District made perfect sense for this particular concept given all the luxury brands and white-hot restaurants already there. We think Bisou will be an excellent addition to the mix and only add to River Oaks District's allure as the most sought after mixed-use destination in the city."

Chef Perrier's menu will offer an eclectic mix of small plates and shareable dishes. Proposed menu items include arancini-wrapped escargot in spicy butter sauce, whole roasted chicken, and cylinder-shaped crispy crabmeat mac and cheese. Those options will be paired with cocktails, an extensive wine list, and, as one would expect from the owners of Clé, champagne flowing from magnums.

In a similar spirit, Bisou will turn up the volume on weekends with DJs spinning until midnight. Taverna's rustic Italian look will be replaced with a contemporary design featuring white stone and brass.

16

Clé Group partners Andrew Estes, Zack Truesdell, Salim Dehkordi, and Dallas Rodriguez have demonstrated they know how to create spaces where people love to party. A full-service restaurant will be a big step up, but if they can create a concept with the energy of a spot like New York's French-inspired club/restaurant hybrid Bagatelle, it might be just the thing to capture the attention of the see-and-be-seen types who've flocked to River Oaks District.

f 33    🐦 1    ✉

## Read These Next



(/news/entertainment/07-29-21-lago-mar-texas-city-crystal-lagoon-sailing-national-sailing-club-memberships-power-boats-sailing/)

Texas' largest crystal lagoon casts off with new sailing courses (/news/entertainment/07-29-21-lago-mar-texas-city-crystal-lagoon-sailing-national-sailing-

17