IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>THE CLE GROUP, LLC,<br>BISOU UPTOWN MANAGER, LLC, and<br>JOHN DOES 1–10,<br><br>        Defendants. | Case No. 3:21-cv-01614-B |

**SUPPLEMENTAL APPENDIX IN SUPPORT OF PLAINTIFF BISOUS BISOUS LLC'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**

|   |   | **Document** | **Pages** |
|---|---|---|---|
| 1. | - | Declaration of Matthew Meyer | 434-436 |
| 2. | Ex. U. | Recording of voicemail left with BISOUS BISOUS on August 3, 2021 | 437-438 |
| 3. | Ex. V. | Recording of voicemail left with BISOUS BISOUS on August 3, 2021 | 439-440 |
| 4. | Ex. W. | An email dated August 4, 2021 sent to BISOUS BISOUS and a reply to that email dated the same day sent by Matthew Meyer at matt@bisous-bisous.com | 441-443 |

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **FISH & RICHARDSON P.C.** |
| Dated: August 9, 2021 | By: */s/ David B. Conrad*<br>David B. Conrad<br>Texas Bar No. 24049042<br>conrad@fr.com<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Telephone: (214) 747-5070<br>Facsimile: (214) 747-2091<br><br>Kristen McCallion (*admitted pro hac vice*)<br>mccallion@fr.com<br>Vivian Cheng (admitted *pro hac vice*)<br>cheng@fr.com<br>7 Times Square, 20th Floor<br>New York, NY 10036<br>Telephone: (212) 765-5070<br>Facsimile: (212) 258-2291<br><br>*Attorneys for Plaintiff*<br>BISOUS BISOUS LLC |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 9, 2021, a true and correct copy of the foregoing document has been filed with the clerk of court for the U.S. District Court, Northern District of Texas and served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Dated: August 9, 2021                                  */s/ David B. Conrad*
                                                                      David B. Conrad