# Exhibit U

# Audio Clip Filed in its Native Format