# Exhibit V

# Audio Clip Filed in its Native Format