# Exhibit W

441

**From:** Matt Meyer <matt@bisous-bisous.com>
**Sent:** Wednesday, August 4, 2021 1:33 PM
**To:** Kristen McCallion <McCallion@fr.com>; Vivian Cheng <cheng@fr.com>; David Conrad <Conrad@fr.com>
**Cc:** Andrea Meyer <andrea@bisous-bisous.com>
**Subject:** Fwd: Reservation



**From:** Matt Meyer <matt@bisous-bisous.com>
**Subject: Re: Reservation**
**Date:** August 4, 2021 at 12:10:33 CDT
**To:** Princeton Marcellis <princetonmarcellis@gmail.com>
**Cc:** info@bisous-bisous.com

Hi Princeton,

Bisous Bisous Patisserie is a separate company that is not affiliated with Bisou (Bisou Uptown). The similar name is causing massive confusion for other customers too. I'm afraid I cannot take your reservation, but wanted to make sure to get you to the right place. Their phone number is (214) 434-1973. They also have an online reservation system at resy.com.

Please keep us in mind the next time you crave fine French desserts and pastry. We are located just 0.9 miles North on McKinney Ave.

Cheers,
Matt Meyer


On Aug 4, 2021, at 11:44, Princeton Marcellis <princetonmarcellis@gmail.com> wrote:

442

Hey Bisou,

I tried calling you yesterday, but it kept going to voicemail. I need a reservation of 3 tonight at 9:30pm, and one of 10 on Saturday at 8pm. Please hit me back!!

Sent from my iPhone

443