IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CLE GROUP, LLC, BISOU UPTOWN MANAGER, LLC, and JOHN DOES 1–10,<br><br>    Defendants. | Case No. 3:21-cv-01614-B |

**[PROPOSED] ORDER GRANTING BISOUS BISOUS LLC'S MOTION FOR LEAVE TO SUPPLEMENT APPENDIX**

Before the Court is Plaintiff Bisous Bisous LLC's Motion for Leave to Supplement the Appendix to Its Application for Temporary Restraining Order and Motion for Preliminary Injunction (the "Motion"). After reviewing the Motion and any responsive arguments of counsel, the Court is of the opinion that the Motion should be **GRANTED**.

IT IS SO ORDERED this ____ day of August 2021.

_____
JANE BOYLE
UNITED STATES DISTRICT JUDGE