IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BISOUS BISOUS LLC,

    Plaintiff,

v.

THE CLE GROUP, LLC,
BISOU UPTOWN MANAGER, LLC, and
JOHN DOES 1–10,

    Defendants.

Case No. 3:21-cv-01614-B

## NOTICE OF MANUAL FILING

Please take notice that Bisous Bisous LLC ("BISOUS BISOUS") has manually filed the following exhibits (voicemail recordings) in regard to its Supplemental Appendix in Support of its Application for Temporary Restraining Order and Motion for Preliminary Injunction:

1. Exhibit U to BISOUS BISOUS' Supplemental Appendix in Support of its Application for Temporary Restraining Order and Motion for Preliminary Injunction; and

2. Exhibit V to BISOUS BISOUS' Supplemental Appendix in Support of its Application for Temporary Restraining Order and Motion for Preliminary Injunction.

The voicemails have not been filed electronically because the voicemails cannot be converted to an electronic format for filing.

Respectfully submitted,

**FISH & RICHARDSON P.C.**

Dated: August 9, 2021

By: /s/ *David B. Conrad*
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Kristen McCallion (*admitted pro hac vice*)
mccallion@fr.com
Vivian Cheng (*admitted pro hac vice*)
cheng@fr.com
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

*Attorneys for Plaintiff*
BISOUS BISOUS LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 9, 2021, a true and correct copy of the foregoing document has been filed with the clerk of court for the U.S. District Court, Northern District of Texas and served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Dated: August 9, 2021

/s/ *David B. Conrad*
David B. Conrad

