IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE CLE GROUP, LLC,<br>BISOU UPTOWN MANAGER, LLC, and<br>JOHN DOES 1-10,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§   C.A. No. 3:21-cv-01614-B<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is Bisous Bisous LLC's Motion for Leave to Supplement the Appendix to Its Application for a Temporary Restraining Order and Motion for a Preliminary Injunction. The Motion is **DENIED**.

**SO ORDERED.**

August __, 2021

_____
JANE J. BOYLE
JUDGE