IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **BISOUS BISOUS LLC,** § <br> §<br>*Plaintiffs,* §<br> §<br>v. §<br> §<br>**THE CLE GROUP, LLC,** §<br>**BISOU UPTOWN MANAGER, LLC,** and §<br>**JOHN DOES 1-10,** §<br> §<br>*Defendants.* § | C.A. No. 3:21-cv-01614-B |

**APPENDIX IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE**

Defendants hereby file this Appendix (Exhibits A-C) in Support of its Response in Opposition to Plaintiff's Motion for Leave.

| Exhibit | Document | App. Page(s) |
|---|---|---|
| | Declaration of Kenneth P. Kula | |
| A. | Email correspondence between Kenneth P. Kula and Plaintiff's counsel, David Conrad, dated August 5 & 6, 2021 | App. 001 - App. 003 |
| B. | Facebook page for Dallas's *bisou* CONTINENTAL CUISINE captured on August 9, 2021 | App. 004 - App. 012 |
| C. | Webpage for Dallas's *bisou* CONTINENTAL CUISINE captured on August 9, 2021 | App. 013 - App. 015 |

Dated:  August 9, 2021                    Respectfully submitted,

                                  **BUETHER JOE & COUNSELORS, LLC**

By:    */s/  Kenneth P. Kula*
          Eric W. Buether
          State Bar No. 03316880
          Eric.Buether@BJCIPLaw.com
          Christopher M. Joe
          State Bar No. 00787770
          Chris.Joe@BJCIPLaw.com
          Kenneth P. Kula
          State Bar No. 24004749
          Ken.Kula@BJCIPLaw.com

          1700 Pacific Avenue
          Suite 4750
          Dallas, Texas 75201
          Telephone:    (214) 730-5660
          Facsimile:     (972) 707-1248

          **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this sealed document via the Court's CM/ECF system on this 9th day of August, 2021.

                                            /s/  Kenneth P. Kula
                                            Kenneth P. Kula