# Exhibit A

**Ken Kula**

| | |
|---|---|
| **From:** | Ken Kula |
| **Sent:** | Friday, August 6, 2021 8:46 AM |
| **To:** | David Conrad |
| **Cc:** | Eric Buether; Chris Joe; Laya Varanasi; Vivian Cheng; Kristen McCallion |
| **Subject:** | Re: BISOUS BISOUS v. The Cle Group, et al, 3:21-cv-01614-B (NDTX) |

Then again, what is the relevance of the simple fact that someone called the bakery if you don't go into the content of the conversation? Again, we oppose ib full.

Sent via the Samsung Galaxy Note5, an AT&T 4G LTE smartphone

-------- Original message --------
From: Ken Kula <Ken.Kula@bjciplaw.com>
Date: 8/6/21 8:40 AM (GMT-06:00)
To: David Conrad <Conrad@fr.com>
Cc: Eric Buether <Eric.Buether@bjciplaw.com>, Chris Joe <Chris.Joe@bjciplaw.com>, Laya Varanasi <varanasi@fr.com>, Vivian Cheng <cheng@fr.com>, Kristen McCallion <McCallion@fr.com>
Subject: Re: BISOUS BISOUS v. The Cle Group, et al, 3:21-cv-01614-B (NDTX)

Yes, we oppose. If you want to say that someone called you. That is fine, but you cannot submit what they said.

Sent via the Samsung Galaxy Note5, an AT&T 4G LTE smartphone

-------- Original message --------
From: David Conrad <Conrad@fr.com>
Date: 8/6/21 8:33 AM (GMT-06:00)
To: Ken Kula <Ken.Kula@bjciplaw.com>
Cc: Eric Buether <Eric.Buether@bjciplaw.com>, Chris Joe <Chris.Joe@bjciplaw.com>, Laya Varanasi <varanasi@fr.com>, Vivian Cheng <cheng@fr.com>, Kristen McCallion <McCallion@fr.com>
Subject: Re: BISOUS BISOUS v. The Cle Group, et al, 3:21-cv-01614-B (NDTX)

?Ken, no they are not hearsay. We are offering them for the fact that that they occurred. Do the defendants oppose?

From: Ken Kula <Ken.Kula@bjciplaw.com>
Sent: Thursday, August 5, 2021 6:46 PM
To: David Conrad

Cc: Eric Buether; Chris Joe; Laya Varanasi; Vivian Cheng; Kristen McCallion
Subject: Re: BISOUS BISOUS v. The Cle Group, et al, 3:21-cv-01614-B (NDTX)


[This email originated outside of F&R.]

Are you offering them for the truth of the matter asserted?


Sent via the Samsung Galaxy Note5, an AT&T 4G LTE smartphone


-------- Original message --------
From: David Conrad <Conrad@fr.com>
Date: 8/5/21 6:35 PM (GMT-06:00)
To: Ken Kula <Ken.Kula@bjciplaw.com>
Cc: Eric Buether <Eric.Buether@bjciplaw.com>, Chris Joe <Chris.Joe@bjciplaw.com>, Laya Varanasi <varanasi@fr.com>, Vivian Cheng <cheng@fr.com>, Kristen McCallion <McCallion@fr.com>
Subject: BISOUS BISOUS v. The Cle Group, et al, 3:21-cv-01614-B (NDTX)


Ken,

BISOUS BISOUS intends to file a motion seeking leave to file a supplement to its appendix in support of its TRO and P.I. motion. The proposed supplemental appendix includes three new exhibits that consist of two misdirected voicemails and one misdirected email seeking dinner reservations that BISOUS BISOUS received earlier this week. It also includes a declaration from the co-founder of BISOUS BISOUS describing? those exhibits. Pursuant to Local Rule 7.1, please let us know if you plan on opposing the requested relief on behalf of The CLE Group, LLC, and if applicable, Bisou Uptown Manager, LLC.

David

*********************************************************************************
*********************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
*********************************************************************************
*********************************


*********************************************************************************
************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
*********************************************************************************
************************