# Exhibit B

      





# Bisou Dallas

@bisoudtx · Continental Restaurant

**Reserve**

| Home | About | Photos | More ▾ | 👍 Like | 💬 Message | 🔍 | ⋯ |

## Ask Bisou Dallas

"What kind of food do you serve?"   💬 Ask

"Can I see a menu?"   💬 Ask

"Where are you located?"   💬 Ask

"Do you deliver?"   💬 Ask

[Type a question]   💬 Ask

## About                                                                                    See All

**App. 05**



2619 McKinney Ave Suite 120
Dallas, TX 75204

Uptown District's Newest Social Dining Hotspot, exclusively by The Clé Group. Bisou and Clé Group are in no way affiliated with or sponsored by Bisous Bisous Patisserie.

353 people like this

378 people follow this

387 people checked in here

http://bisoudallas.com/

(214) 434-1973

Send Message

Price Range · $$$

bisoudtx@theclegroup.com

**Closed Now**
4:00 PM - 10:00 PM

Continental Restaurant · New American Restaurant · Lounge

bisoudtx

## Suggest Edits

Is this the right phone number for this place?

(214) 434-1973

| Yes | Unsure | No |

## Photos          See All

**App. 06**

      

  

 **Page Transparency**  See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created - November 14, 2020

### Related Pages

 **Hillstone Restaurant (Park Cities)**
American Restaurant
👍 Like

 **The Sporting Club Dallas**
Dance & Night Club
👍 Like

 **Nine at The National**
Restaurant
👍 Like

### Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▶ · Cookies · More · Facebook © 2021

**Create Post**

📷 Photo/Video       📍 Check in       👥 Tag Friends

**App. 07**

     

The Clé Group invites you to the Grand Opening of #Bisou / Dallas's Newest Social Dining Hotspot at #OneUptown
.
Wed Aug 18 / 5pm-12am
Reservations:
214.434.1973... See More



👍 1

Like    Comment    Share

Write a comment…

**Bisou Dallas**
August 5 at 12:38 PM ·

Enjoy #NationalOysterDay at #Bisou / Late Night Dining till 12am
.
Reservations:
214.434.1973



App. 08



2

Like   Comment   Share

Most Relevant

**Bisou Dallas**
August 4 at 2:31 PM ·

Join us Tonight for... It Was Just a Kiss / The Ladies Night at #Bisou / Wednesdays 8pm-12am / Special Guest DJs
.
Reservations:
214.434.1973
bisoudtx@theclegroup.com... See More



**App. 09**

     



2  1 Share

Like   Comment   Share

Write a comment…

**Bisou Dallas**
July 29 at 4:22 PM

Enjoy Specialty Cocktails + Late Night Dining #Bisou / 4pm-12am
.
Reservations:
214.434.1973
bisoudtx@theclegroup.com… See More



**App. 10**

      



👍 2     1 Share

Like     Comment     Share

Write a comment...

**Bisou Dallas**
July 28 at 2:28 PM

See you Tonight for Ladies Night at #Bisou 5pm-12am
.
Reservations:
214.434.1973
bisoudtx@theclegroup.com... See More



**App. 11**



**App. 12**