# Exhibit C



Dallas's Newest Social Dining Hotspot

**Bisou @ One Midtown**

2619 McKinney Ave, Suite 120, Dallas TX



**HOURS:**

MON: Closed
TUES-WED: 4PM–12AM
THURS-SAT : 4PM–2AM
SUN: 4PM–10PM
WEEKEND BRUNCH COMING AUG 14TH!

**FOLLOW US:**

Bisou and Clé Group are in no way affiliated with or sponsored by Bisous Bisous Patisserie.





Dallas's Newest Social Dining Hotspot

Bisou @ One Midtown

2619 McKinney Ave, Suite 120, Dallas TX



HOURS:

MON: Closed
TUES-WED: 4PM–12AM
THURS-SAT: 4PM–2AM
SUN: 4PM–10PM
WEEKEND BRUNCH COMING AUG 14TH!

FOLLOW US:

Bisou and Clé Group are in no way affiliated with or sponsored by Bisous Bisous Patisserie.

