IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>THE CLE GROUP, LLC,<br>BISOU UPTOWN MANAGER, LLC, and<br>JOHN DOES 1–10,<br><br>        Defendants. | Case No. 3:21 CV01614-B |

**JOINT MOTION FOR EXTENSION OF TIME**

    Plaintiff Bisous Bisous LLC ("Plaintiff") and Defendants The Cle Group, LLC and Bisou Uptown Manager, LLC ("Defendants") (collectively, the "Parties") jointly move for an extension of time to meet and confer pursuant to Rule 26(f) and to submit a joint status report and respectfully show the Court as follows:

1. On July 29, 2021, Plaintiff filed its First Amended Complaint for Willful Trademark Infringement and Unfair Competition (Dkt. 26) against Defendants.

2. On August 20, 2021, the Court issued a Status Report Order (Dkt. 48) (the "Order") in this case.  Pursuant to the Status Report Order, the Parties are directed to submit a Joint Status Report no later than September 10, 2021.  The Status Report Order also requires that the Parties meet and confer in person regarding the matters specified in Fed. Rule Civ. P. 26(f) and in the Order (the "Rule 26(f) conference") no later than seven (7) calendar days before the Joint Status Report due date, on September 3, 2021.

3. Due to immovable scheduling and travel conflicts for counsel for both Plaintiff and Defendants, the Parties seek an extension on their deadline to submit a Joint Status Report by four (4) calendar days, up to and including September 14, 2021. The Parties additionally seek an extension on their deadline to conduct the Rule 26(f) Conference by four (4) calendar days, up to and including September 7, 2021.

4. The requested extensions will not affect any other deadlines set in the Status Report Order.

## Relief Requested

The Parties respectfully seek an extension of time for the deadlines set forth above. The requested extensions are agreed upon by Plaintiff and Defendants.

Respectfully submitted,

**FISH & RICHARDSON P.C.**

Dated: August 25, 2021

By: */s/ David B. Conrad*
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Kristen McCallion (*pro hac vice*)
mccallion@fr.com
Vivian Cheng (*pro hac vice*)
cheng@fr.com
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

*Attorneys for Plaintiff*

**AGREED**:

**BUETHER JOE & COUNSELORS, LLC**

By*: /s/ Kenneth P. Kula*
 Kenneth P. Kula
 Texas Bar No. 24004749
 Ken.Kula@BJCIPLaw.com
 Eric W. Buether
 Texas Bar No. 03316880
 Eric.Buether@BJCIPLaw.com
 Christopher M. Joe
 Texas Bar No.: 00787770
 Chris.Joe@BJCIPLaw.com
 1700 Pacific Avenue
 Suite 4750
 Dallas, Texas 75201
 Telephone: (214) 730-5660
 Facsimile: (972) 707-1248

 *Attorneys for Defendants*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5.1(d) on August 25, 2021, and it was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

*/s/ David B. Conrad*
David B. Conrad