IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BISOUS BISOUS LLC,

      Plaintiff,

   v.

THE CLE GROUP, LLC,
BISOU UPTOWN MANAGER, LLC, AND
JOHN DOES 1–10,

      Defendants.

Civil Action No. 3:21-cv-01614-B

## ORDER

Before the Court is the parties' Joint Motion for Extension of Time to meet and confer pursuant to Fed. R. Civ. P. 26(b) and submit a joint status report.  The Court finds that the motion has merit and should be granted.

IT IS THEREFORE ORDERED that the Joint Motion for Extension of Time is GRANTED; and

IT IS FURTHER ORDERED that parties shall have up to and including September 7, 2021, to meet and confer pursuant to Fed. R. Civ. P. 26(f) and up to and including September 14, 2021, to submit their joint status report.

SO ORDERED this _____ day of _____, 2021.

_____
HONORABLE JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

ORDER