**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **BISOUS BISOUS LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **C.A. No. 3:21-cv-01614-B** |
| **THE CLE GROUP, LLC,** | § | |
| **BISOU UPTOWN MANAGER, LLC, and** | § | |
| **JOHN DOES 1-10,** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is Defendants Motion for Bond.

The Motion is **GRANTED**.

Plaintiff is ordered to file a bond in the amount of $140,000.00.

**SO ORDERED.**

August __, 2021

_____
JANE J. BOYLE
JUDGE