IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BISOUS BISOUS LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>THE CLE GROUP, LLC,<br>BISOU UPTOWN MANAGER, LLC, and<br>JOHN DOES 1-10,<br><br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **C.A. No. 3:21-cv-01614-B** |

## APPENDIX IN SUPPORT OF DEFENDANTS' OPPOSED MOTION FOR BOND

Defendants hereby file this Appendix (Exhibits A-E) in Support of their Opposed Motion

for Bond.

| Exhibit | Document | App. Page(s) |
|---|---|---|
| | Declaration of Justin Zachariah Truesdell | |
| A. | Proposal from Aria Signs & Design | App. 01 - App. 03 |
| B. | Quote from Wes Walz Media | App. 04 - App. 05 |
| C. | Invoice from Monshaugen & Van Huff, P,C. | App. 06 - App. 07 |
| D. | Estimate from Agency DNA/KR Creative | App. 08 - App. 10 |
| E. | Letter from David B. Conrad to Kenneth P. Kula, dated August 23, 2021 | App. 11 - App. 14 |

Dated:  August 27, 2021                    Respectfully submitted,

                                           **BUETHER JOE & COUNSELORS, LLC**

                                           By:    */s/ Kenneth P. Kula*
                                                  Eric W. Buether
                                                  State Bar No. 03316880
                                                  Eric.Buether@BJCIPLaw.com
                                                  Christopher M. Joe
                                                  State Bar No. 00787770
                                                  Chris.Joe@BJCIPLaw.com
                                                  Kenneth P. Kula
                                                  State Bar No. 24004749
                                                  Ken.Kula@BJCIPLaw.com

                                                  1700 Pacific Avenue
                                                  Suite 4750
                                                  Dallas, Texas 75201
                                                  Telephone:    (214) 730-5660
                                                  Facsimile:    (972) 707-1248

                                                  **ATTORNEYS FOR DEFENDANTS
                                                  THE CLE GROUP, LLC AND BISOU
                                                  UPTOWN MANAGER, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this sealed document via the Court's CM/ECF system on this  27th day of August, 2021.

*/s/ Kenneth P. Kula*
Kenneth P. Kula
