# Attachment A

# PROPOSAL

DATE: 12.21.2020
Number: C-20177.00

1 of 2

**BILL SUBMITTED TO:**

**BUSINESS NAME:** The Cle Group
**STREET:**
**CITY:** Houston,
**STATE, ZIP:** TX
**PHONE:** 832-880-7884
**E-MAIL:** salim@theclegroup.com
**ATTN:** Salim Dehkordi

**WORK PERFORMED AT:**

**BUSINESS NAME:** The Cle Group
**STREET:** 2619 McKinney Ave, Suite 120
**CITY:** Dallas,
**STATE, ZIP:** TX 75204
**PHONE:** 832-880-7884
**E-MAIL:** salim@theclegroup.com
**ATTN:** Salim Dehkordi

| QTY | SCOPE OF WORK DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 2 | **A.** Fabrication of LED illuminated reverse channel letter sign | $ 7,800.00 | $15,600.00 |
| 2 | **B.** Delivery, installation, and wiring of item A | $ 3,900.00 | $ 7,800.00 |
| 1 | **C.** Fabrication of LED illuminated push through acrylic main entrance sign | $ 5,400.00 | $ 5,400.00 |
| 1 | **D.** Delivery, installation, and wiring of item C | $ 1,800.00 | $ 1,800.00 |
| 2 | **E.** Construction drawing and permit acquisition | $ 950.00 | $ 1,900.00 |
| 1 | **F.** Engineer Drawing and wind load calculation | $ 1,400.00 | $ 1,400.00 |
| 1 | **G.** Tax | 8.25% | $ 2,796.75 |
| | TOTAL: | | $36,696.75 |

## EXCLUDING

- Sales Tax
- City or County's permit fees ( will bill at cost )

## NOTE

- All Material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted from above work and completed in substantial workmanlike manner for the sum of with payment as follows:

**Type Of Requested Payment:**

On Order:        50%    **$18,348.37**
On Completion:   50%    **$18,348.38**

## CUSTOMER ACCEPTANCE OF PROPOSAL

The above price, specification, and condition are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above

PRINT NAME                                              DATE

SIGNATURE

This is an original unpublished contract which is the sole and exclusive property of aria signs & design and is protected under the copyright laws of the united states of America. It was created in conjunction with a project proposed by aria signs & design it is not to be reproduced, duplicated, shown, exhibited, or physically re-created in whole or in part by any individual, group, organization, or entity without the written permission of an officer of aria signs & design, LLC

WWW.ARIASIGNS.COM        713-249-1280        SALES@ARIASIGNS.COM        14409 REEVESTON RD. HOUSTON, TX 77039

App. 02

# PROPOSAL

DATE: 12.21.2020
Number: C-20177.00

2 of 2

**BILL SUBMITTED TO:**

**BUSINESS NAME:** The Cle Group
**STREET:**
**CITY:** Houston,
**STATE, ZIP:** TX
**PHONE:** 832-880-7884
**E-MAIL:** salim@theclegroup.com
**ATTN:** Salim Dehkordi

**WORK PERFORMED AT:**

**BUSINESS NAME:** The Cle Group
**STREET:** 2619 McKinney Ave, Suite 120
**CITY:** Dallas,
**STATE, ZIP:** TX 75204
**PHONE:** 832-880-7884
**E-MAIL:** salim@theclegroup.com
**ATTN:** Salim Dehkordi

## N O T E

**NOTE:**
This agreement is between buyer and ARIA SIGNS (seller) it will outline the scope of services and responsibilities of each party to affect completion of the work. ARIA SIGNS agrees to provide all items (signs) covered in the scope of work. Buyer agrees to compensate ARIA SIGNS the agreed amount and according to the terms for performance of the work. Hereby acknowledge responsibility and authorize all city, county, state permit charges and staff time fees to be billed for the procurement of side sign.

PRIMARY WIRING OF ADEQUATE VOLTAGE AND CIRCUITS MUST BE FURNISHED TO SIGN INSTALLATION SITE BY CLIENT PRIOR TO ANY INSTALLATION.
Purchaser shall be responsible and pay all of the necessary costs involved in installation.

**ADDITIONAL SERVICE FOR WORK AT INSTALL:**
Please note if any additional revision are needed on the existing design, resizing, re-planning, or schematic changes shall be completed at additional cost, with prior agreement by both involved parties. And any changes must be approved by ARIA SIGNS.
ARIA SIGNS shall not be liable for any delays cause by fire, accident, delay of suppliers, labor strikes or act of nature.

**WARRANTY:**
Our product is unconditionally against any defects of materials, labor or installation for ONE full year from date of purchase. However, the client has the option of buying up to 5 years of warranty in additional cost. (ask your ARIA SIGNS reps for more information)

**Buyer hereby agrees to the terms as set forth and ARIA SIGNS will have the right to remove sign(s) and file lien against property in case of default of any payment when due.**

## C U S T O M E R   A C C E P T A N C E   O F   P R O P O S A L

The above price, specification, and condition are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above

P R I N T   N A M E                                                      D A T E

S I G N A T U R E

This is an original unpublished contract which is the sole and exclusive property of aria signs & design and is protected under the copyright laws of the united states of America. It was created in conjunction with a project proposed by aria signs & design it is not to be reproduced, duplicated, shown, exhibited, or physically re-created in whole or in part by any individual, group, organization, or entity without the written permission of an officer of aria signs & design, LLC