# Attachment B

**Wes Walz Media**

7100 Old Katy Rd
Houston, TX  77024 US
wesleygwalz@gmail.com

# INVOICE

| BILL TO | | INVOICE | 1023 |
|---|---|---|---|
| BTX | | DATE | 08/17/2021 |
| 2619 McKinney Ave, Suite 120 | | TERMS | Due on receipt |
| Dallas, TX  75204 USA | | DUE DATE | 08/17/2021 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Website Design | Complete online branding redesign of website from BisouDallas.com to BTXDallas.com.  Colors, templates, back end reconstruction as well as all online channels (20+) to be recreated and relaunched. | 1 | 10,000.00 | 10,000.00 |

| | BALANCE DUE | **$10,000.00** |
|---|---|---|

**App. 05**