# Attachment C

MONSHAUGEN & VAN HUFF, P.C.
ATTORNEYS AT LAW
1225 NORTH LOOP WEST, SUITE 640
HOUSTON, TX 77008
Tel. (713) 880-2992 - Fax (713) 880-5297

INVOICE SUBMITTED TO:

Bisou Dallas
126 Royal Lakes Manor Blvd.
Richmond, TX 77469
Justin Z. Truesdell

August 18, 2021

In Reference To:  Bisou Dallas / Trademark
Invoice #:        64293

Professional services

| | Hrs/Rate | Amount |
|---|---|---|
| **Time** | | |
| 8/18/2021  Flat fee for changing the name of the company with all governmental entities, including Texas Secretary of State, Comptroller, TABC, Dallas County, City of Dallas, etc.  Trademark for new entity name. ATV | | 20,000.00 |
| SUBTOTAL: | [ | 20,000.00] |
| For professional services rendered | 0.00 | $20,000.00 |
| Balance due | | $20,000.00 |

PLEASE MAKE CHECKS PAYABLE TO MONSHAUGEN & VAN HUFF, P.C.

**App. 07**