# Attachment D

# Estimate

|  | From | **Agency DNA / KR Creative** |
|---|---|---|
|  |  | Creative Services for Worldwide Brands |
|  |  | Hospitality+Beverage+Music+Event Industries |
|  |  | 702.789.0047 |
|  |  | design@dnalv.agency |
|  |  | https://www.dnalv.agency |

| Estimate Id | **newvenue2021 - CREATIVE + BRANDING + WEB + DIGITAL MARKETING + PACAKAGE** | Estimate For | **The Clé Group** |
|---|---|---|---|
|  |  |  | 1800 West Loop South |
| Issue Date | 08/24/2021 |  | Suite 1125 |
|  |  |  | Houston, TX 77027 |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Naming / Brand Identity / Logo Design | * Initial consultation call to discuss the business background, direction, colors, content<br>* Naming of Hospitality Concept<br>* Logo Design / Brand Identity / Slogan<br>* Set Brand Colors<br>* Brand Guidelines Deck<br>* Mood Design Boards<br>* 5-10 Branding Samples<br>* All proofs / changes / revisions included<br>* Follow-up calls to go over changes, concerns, new ideas | 1.00 | $15,500.00 USD | **$15,500.00 USD** |
| Website Design & Development | * Initial consultation call to discuss the business background, direction, colors, content<br>* Splash Page / Coming Soon (while site is being developed)<br>* Design website/sections/pages with modern+simple+clean user face, fully responsive, optimized for all devices, select impactful images, custom content + artwork, contact forms, links to social media etc.<br>* Creative copy for all sections of the sites, rework any current copywriting in place to reflect an easy understanding of the brand, identity, offerings, etc.<br>* CMS for easy updates / changes, SEO built in, for mobile, strategic titles, descriptions, keywords, higher rankings, structured+compliant meta data, built with semantic HTML, optimized performance, cross-linking (like news, reviews, blogs, social media)<br>* All proofs / changes / revisions included<br>* Follow-up calls to go over changes, concerns, new ideas | 1.00 | $20,500.00 USD | **$20,500.00 USD** |

**App. 09**

| | | | | |
|---|---|---|---|---|
| Graphic Design Package | * Initial consultation call to discuss the business background, direction, colors, content<br>* Creative + Art Direction Strategy<br>* Biz Card Design<br>* Letter Head Design<br>* Gift Card Design<br>* 7-10 Marketing Flyers<br>* Teaser / Coming Soon Ads<br>* Now Hiring Flyers<br>* Special Events Media Deck<br>* Banner Advertisements Design<br>* All proofs / changes / revisions included<br>* Follow-up calls to go over changes, concerns, new ideas | 1.00 | $7,500.00 USD | **$7,500.00 USD** |
| Digital Marketing Package | * Initial consultation call to discuss the business background, direction, colors, content<br>* Includes 60 days of service (monthly retainer continues at $7,000)<br>* Create Digital Marketing Strategy & Planning 60 days<br>* Create Social Media Strategy & Planning 60 days<br>* Grow Following on Facebook & Instagram Platforms<br>* Create Social Media Content<br>* Create Advertising Strategy & Planning 60 days<br>* Create Online Ad Content<br>* Oversee Advertising & Placement of Ads<br>* Setup Social Media Channels<br>* Oversee Social Media Management & Engagement<br>* All proofs / changes / revisions included<br>* Follow-up calls to go over changes, concerns, new ideas | 1.00 | $18,500.00 USD | **$18,500.00 USD** |
| Contract Terms | * $31000.00 Deposit due before Service(s) is started<br>* Deposit paid via ACH / BankWire / Check<br>* Payment Schedule (remaining balance $31000.00): $15500.00 date 30 days $15500.00, date 60 days<br>* If Estimate is accepted, deposit invoice will be sent<br>* No refunds and or cancellations once Service(s) is started | 1.00 | $0.00 USD | **$0.00 USD** |

**Estimate Total**   **$62,000.00 USD**

**App. 10**