IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>THE CLE GROUP, LLC,<br>BISOU UPTOWN MANAGER, LLC, and<br>JOHN DOES 1–10,<br><br>        Defendants. | Case No. 3:21 CV01614-B |

### [PROPOSED] ORDER GRANTING BISOUS BISOUS LLC'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT AND FOR SANCTIONS

Before the Court is Plaintiff Bisous Bisous LLC'S ("Bisous Bisous" or "Plaintiff") Motion For Order to Show Cause Why Defendants Should Not Be Held In Contempt and For Sanctions (the "Motion") together with the Appendix containing the Declaration of David B. Conrad, the Declaration of Dane Peterson, and all exhibits thereto.

On August 16, the Court issued a preliminary injunction order enjoining Defendants The Cle Group, LLC, Bisou Uptown Manager, LLC, and anyone acting in concert with them, from using the term "Bisou" in association with restaurant services and food and/or beverage products, including advertising for the same, in Dallas, Texas.

The Court **ORDERS** Defendants The Cle Group, LLC and Bisou Uptown Manager, LLC ("Defendants") to show cause why the Court should not hold Defendants in contempt and impose the sanction of attorneys' fees and costs requested by Bisous Bisous. Defendants must do so by

2

written response on or before September \_\_, 2021.  Bisous Bisous may reply to Defendants' response no later than two (2) days from the date Defendants file their response.

It is further **ORDERED** that a hearing regarding the Motion is hereby set for _____, 2021 at \_\_:\_\_\_ a.m. / p.m, in person / by telephone conference.

IT IS SO ORDERED this \_\_ day of _____ 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE