# EXHIBIT A

Instagram



**bisoudtx** • Following
Bisou Dallas

**bisoudtx** Join us for the launch of
#Bisou Brunch Party Sundays / Sun
Aug 15 / 10am-4pm
.
Reservations:
214.434.1973
contact@bisoudallas.com
bisoudallas.com
.
:: The Social Dining Hotspot at
#OneUptown
:: #BisouDallas / Available for
#SpecialEvents
:: A #CleGroup Concept
#keytoagreattime

21h

100 likes

21 HOURS AGO

Add a comment...                    Post

Case 2:21-cv-01614-B    Document 55-2    Filed 08/27/21    Page 3 of 6    PageID 960





**bisoudtx** 1h



THE CLÉ GROUP REQUESTS THE PLEASURE OF YOUR COMPANY FOR

*bisou*

DALLAS'S NEWEST SOCIAL DINING HOTSPOT

# GRAND OPENING
WED AUG 18 / 5PM-12AM

SPECIAL GUEST DJS

RESERVATIONS: 214.434.1973 / CONTACT@BISOUDALLAS.COM

2619 MCKINNEY AVE | DALLAS TX | 75204
BISOUDALLAS.COM | @BISOUDTX

**clé**
GROUP



Reply to bisoudtx...



Instagram

Search

**bisoudtx** • **Following**
Bisou Dallas

**bisoudtx** #Saturday #Brunch kicks off! / 11am-4pm #BisouDallas / Reserve: 214.434.1973 / BisouDallas.com / #OneUptown

2d

**brunchboiz69** pls

22h Reply

**35 likes**

2 DAYS AGO

Add a comment... Post

