# EXHIBIT B





**bisoudtx** • Following
Bisou Dallas

**bisoudtx** CONTEST ALERT! #BisouDallas #LadiesNight WIN A $100 BISOU GIFT CARD!
.
CONTEST RULES:
~ Like this Post / Follow @bisoudtx
~ Tag 4-6 Girlfriends to bring
~ Winners Selected Wed Aug 18 at 10am
.
VALID ONLY FOR THIS:
~ Wed Aug 18 / 8pm-12am
~ Good Luck

51m

**lissa_jeanne** @wmagallanes89 @alottafunally @mellysolis13

30 likes
51 MINUTES AGO





Case 3:21-cv-01614-B   Document 55-3   Filed 08/27/21   Page 5 of 8   PageID 968



https://www.instagram.com/stories/bisoudtx/2642496468976923926/   23   1/1



    





# Bisou Dallas

@bisoudtx · Continental Restaurant

Reserve

2619 McKinney Ave Suite 120
Dallas, TX 75204





GENERAL



Bisou Dallas    Reserve    👍 Like    💬 Message    🔍    ···

475 people checked in here

Continental Restaurant · New American Restaurant · Lounge

HOURS

Open Now
4:00 PM - 10:00 PM ⌄

BUSINESS DETAILS









### ADDITIONAL CONTACT INFO

🌐 http://bisoudallas.com/

📞 (214) 434-1973

✉️ bisoudtx@theclegroup.com

💬 Send Message

### MORE INFO

ⓘ **About**

Uptown District's Newest Social Dining Hotspot, exclusively by Clé Group. *bisou CONTINENTAL CUISINE* & Clé Group are in no way affiliated with or sponsored by Bisous Bisous Patisserie. **See Less**

📷 bisoudtx

