# EXHIBIT F

















screenshot-www.facebook.com-2021.08.26-21_28_49
https://w .facebook.com/stories/229608955644029?view_single=true
26.08.2021

