# EXHIBIT G





Instagram

Search

cledtx • Following
One Uptown

cledtx #Bisou Ladies Night Coming Soon Dallas's Newest Social Dining Hotspot at #OneUptown
.
.
:: #BisouDallas / Available for #SpecialEvents
:: A #CleGroup Concept
#keytoagreattime

11w

allthingsdallas We are so ready! 😍🍾🥂

129 likes

JUNE 4

Add a comment... Post

cledtx • Following
Cle Restaurant

cledtx Uptown's Saturday Night Hotspot #Bisou Late Night Dining
.
Reservations:
214.434.1973
bisoudtx@theclegroup.com
bisoudallas.com
.
.
:: The Social Dining Hotspot at #OneUptown
:: #BisouDallas / Available for #SpecialEvents
:: A #CleGroup Concept
#keytoagreattime

5w

167 likes
JULY 17

Add a comment…    Post





Instagram

Search

cledtx • Following
Cle Restaurant

cledtx Reserve Your Weekend Experience #Bisou
.
Reservations:
214.434.1973
bisoudtx@theclegroup.com
bisoudallas.com
.
.
:: The Social Dining Hotspot at #OneUptown
:: #BisouDallas / Available for #SpecialEvents
:: A #CleGroup Concept
#keytoagreattime

4w

76 likes

JULY 23

Add a comment... Post

**cledtx** • Following
Cle Restaurant

**cledtx** Ladies Rule Tonight / 4pm-12am / Ladies Night at #Bisou
.
:: Special Guest DJs
:: Late Night Dining
.
Reservations:
214.434.1973
contact@bisoudallas.com
bisoudallas.com
.
.
:: The Social Dining Hotspot at #OneUptown
:: #BisouDallas / Available for #SpecialEvents
:: A #CleGroup Concept
#keytoagreattime

74 likes
AUGUST 11

Add a comment…    Post





Instagram Search

**cledtx** • **Following**
Cle Restaurant

**cledtx** Experience #Bisou The Social Dining Hotspot at #OneUptown
.
:: Grand Opening / Wed Aug 18 / 5pm-12am
:: Happy Hour 4pm-7pm / Tues-Fri
:: Ladies Night Wednesdays / 7pm-12am
:: Late Night Dining till 12am / Wed-Sat
:: Weekend Brunch / Sat+Sun
:: #DFWRestaurantWeek / 3 Course Dinner $49 / till Sept 5
.
Reservations:
214.434.1973
contact@bisoudallas.com
bisoudallas.com
.

**10,428 views**
AUGUST 13

Add a comment... Post

**cledtx** Experience #Bisou The Social Dining Hotspot at #OneUptown
.
:: Grand Opening / Wed Aug 18 / 5pm-12am
:: Happy Hour 4pm-7pm / Tues-Fri
:: Ladies Night Wednesdays / 7pm-12am
:: Late Night Dining till 12am / Wed-Sat
:: Weekend Brunch / Sat+Sun
:: #DFWRestaurantWeek / 3 Course Dinner $49 / till Sept 5
.
Reservations:
214.434.1973
contact@bisoudallas.com
bisoudallas.com
.

10,428 views
AUGUST 13











 Instagram

Search

cledtx Message

48 posts 6,119 followers 46 following

Clé SupperClub
Continental Restaurant
Dallas's Newest Social Dining Hotspot
Exclusively by @clegrouphtx
.

cledtx • Following
Cle Restaurant

cledtx #Saturday #Brunch kicks off! / 11am-4pm #BisouDallas / Reserve: 214.434.1973 / BisouDallas.com / #OneUptown

1w

brunchboiz69 pls

1w Reply

46 likes

AUGUST 14

Add a comment... Post

**Cle Restaurant**
July 15

The Perfect Date Night Spot **#Bisou** / Continental Cuisine + Specialty Cocktails / Late Night Dining till 12am
.
Reservations:
214.434.1973
bisoudtx@theclegroup.com
bisoudallas.com
.
.
:: The Social Dining Hotspot at **#OneUptown**
:: **#BisouDallas** / Available for **#SpecialEvents**
:: A **#CleGroup** Concept **#keytoagreattime** See Less

👍 Like    💬 Comment    ↗ Share

Write a comment...



**Cle Restaurant**
July 24 ·

Saturday Nights at **#Bisou** The Social Dining Hotspot at **#OneUptown**
.
Reservations:
214.434.1973
bisoudtx@theclegroup.com
bisoudallas.com
.
.
:: **#BisouDallas** / Available for **#SpecialEvents**
:: A **#CleGroup** Concept **#keytoagreattime** See Less

👍 Like          💬 Comment          ↗ Share










**Cle Restaurant**
July 29 at 5:22 PM ·

Enjoy Specialty Cocktails + Late Night Dining **#Bisou** / 4pm-12am
.
Reservations:
214.434.1973
bisoudtx@theclegroup.com
bisoudallas.com
.
.
:: The Social Dining Hotspot at **#OneUptown**
:: **#BisouDallas** / Available for **#SpecialEvents**
:: A **#CleGroup** Concept **#keytoagreattime** See Less

👍 2                                                                                             1 Share

👍 Like              💬 Comment                                          ↗ Share

Write a comment...