# EXHIBIT H



screenshot-www.facebook.com-2021.08.27-16_59_53
https://www.facebook.com/cledtx/about/?ref=page_internal
27.08.2021



# Cle Restaurant
@cledtx · Continental Restaurant

**Reserve**

Home | **About** | Photos | Videos | More

Like | Message





2619 McKinney Ave Suite 120
Dallas, TX 75204

**GENERAL**

426 people like this
455 people follow this
515 people checked in here
Continental Restaurant

**HOURS**

Opening Soon
4:00 PM - 12:00 AM

**BUSINESS DETAILS**

Price Range · $$$

**ADDITIONAL CONTACT INFO**

(214) 434-1973
Send Message

**MORE INFO**



About

Uptown District's Newest Social Dining Hotspot, exclusively by Clé Group.
*bisou CONTINENTAL CUISINE* & Clé Group are in no way affiliated with or sponsored by Bisous Bisous Patisserie. **See Less**

cledtx

*screenshot-www.instagram.com-2021.08.27-16_58_23*
*https://www.instagram.com/cledtx/*
*27.08.2021*



**cledtx**

43 posts  6,130 followers  46 following

**Clé SupperClub**
Continental Restaurant
Dallas's Newest Social Dining Hotspot
Exclusively by @clegrouphtx
.
.
.
.

*bisou CONTINENTAL CUISINE* is not affiliated with BisousBisousPatisserie

▦ POSTS   ⌖ TAGGED






