59

# EXHIBIT I



| tacos, cheap dinner, Max's | McAllen, TX | | For Businesses | Write a Review | Log In | Sign Up |

Restaurants  Home Services  Auto Services  More



# Bisou

★★★★☆  31 reviews

✓ Claimed • Lounges  [Edit]

**Closed** 4:00 PM - 2:00 AM (Next day)  ⓘ Hours updated 1 month ago

See 43 photos

---

[ ★ Write a Review ]   [ 📷 Add Photo ]   [ ⎋ Share ]   [ 🔖 Save ]

## Review Highlights


"You can also get **bottle service** while you enjoy dinner! Cocktails: *Saki-Tini *Love Gun *Mint to be Melon Food:" in 4 reviews


"My girls and I came in for **ladies night** on Wednesday and the service was excellent as soon as we walked in the door." in 2 reviews


"The best spot to celebrate birthdays with the aesthetic that is perfect for any **instagram** and vibe." in 2 reviews

---

## Location & Hours



2619 McKinney Ave
Ste 120
Dallas, TX 75204
Uptown

[ Get directions ]

| Mon | Closed |
| Tue | 4:00 PM - 12:00 AM (Next day) |
| Wed | 4:00 PM - 12:00 AM (Next day) |
| Thu | 4:00 PM - 2:00 AM (Next day) |
| Fri | 4:00 PM - 2:00 AM (Next day)  **Closed now** |
| Sat | 10:00 AM - 2:00 AM (Next day) |
| Sun | 4:00 PM - 10:00 PM |

✎ Edit business info

---

**bisoudallas.com** ⧉

**Get Directions**
2619 McKinney Ave Ste 120 Dallas, TX 75204

### You Might Also Consider
Sponsored ⓘ


**Royal 38**
★★★★☆ 95
0.6 miles

"All I can say is wow !the atmosphere is amazing the drinks were outrageously…"  read more


**Hugo's Invitados**
★★★★☆ 590

"Listen. I almost didn't want to leave a review bc I don't want too many people to…"  read more

---

### You Might Also Consider   Sponsored ⓘ


**Fernando's Mexican Cuisine**     …
★★★☆☆ 197                          📍 5.2 miles away from Bisou

**Leslie R. said** "My husband and I went here for the first time last night at a friend's suggestion. I had spinach enchiladas and the skinny margarita, and he had beef fajitas and the house margarita.



Everything we had was top notch, including the..." read more
in Tex-mex, Mexican, Beer Bar

**Kessaku**
44
1.1 miles away from Bisou

**Trinh T. said** "Kessaku is a speakeasy that sits on the 50th floor of the Thompson Hotel. It's purposefully hidden, but when you find it, you'll be exposed to an incredible view of Dallas with an ultra-cool interior to match. Come here for the..." **read more**
in Seafood, Cocktail Bars, Sushi Bars

## Amenities and More

- Masks required (no)
- Staff wears masks (no)
- Classy
- Very Loud

4 More Attributes

## Ask the Community

Ask a question +

Yelp users haven't asked any questions yet about **Bisou**.

## Recommended Reviews

**Your trust is our top concern,** so businesses can't pay to alter or remove their reviews. Learn more.

Search within reviews

Yelp Sort

**Username**
Location
0 0

Start your review of **Bisou.**

**Rainbow R.**
Cypress, TX
36 1

7/20/2021

Had an amazing time! It's so pretty inside, an I love the vibe, and the food was so good, I Can't wait to go back!

Useful | Funny 1 | Cool

**Alex C.**
League City, TX
624 1

7/20/2021

Food and drinks are delicious!! Such a great party atmosphere with a dj! You have to try the short rib!!

Useful | Funny 1 | Cool

**Skylar R.**
TX, TX
0 1

Case 3:21-cv-01614-B   Document 55-10   Filed 08/27/21   Page 4 of 10   PageID 1007

in ⌕  
Home  My Network  Jobs

**Online MPH, No GRE Req'd -** Earn your MPH online with a concentration in





# The Clé Group

Hospitality Experiences | Clé Day/Night | Bisou Restaurant | Spire | Heart | Coming Soon Kiss Houston & Bisou Dallas

Hospitality · Houston, Texas · 99 followers

See all 13 employees on LinkedIn

**+ Follow**    **More**

| Home | **About** | Posts | Jobs | People |

## Overview

Clé Group represents the best in Houston Hospitality by redefining Nightlife and Dining experiences through unique social offerings.  Clé Group will continue to lead the city's hospitality landscape as it diversifies its portfolio with more planned for 2021-2022.  Current award winning venues include: Cle Day & Night, Spire, Heart and Bisou Restaurant.  Coming Soon Kiss Restaurant Houston and Bisou Restaurant Dallas.

**Phone**          7136842253

**Industry**       Hospitality

**Company size**   201-500 employees
                   13 on LinkedIn 

**Headquarters**   Houston, Texas

**Type**           Partnership

**Case 3:21-cv-01614-B   Document 55-10   Filed 08/27/21   Page 5 of 10   PageID 1008**





screenshot-www.google.com-2021.08.27-15_06_19
https://www.google.com/search?oq=cle+super+club+dallas&gs_lcp=Cgdnd3Mtd2l6EAMyCAghEBYQHRAeOgcIABBHELADOgUIIIRCgAUoFCEASATFKBAhBGABQqhNYnhhgjBpoAXABeAGAAfoBiAHCB5IBBTAuNi4xmAEAoAEByAEIwAEB&sclient=gws-wiz&ved=0ahUKEwiqh-vf8tHyAhXGVs0KHWyAB2gQ4dUDCA8&uact=5
27.08.2021

Google

| cle supper club dallas | ✕ 🎤 🔍 |

⚙️ ⋮⋮⋮ Sign in

🔍 All     📍 Maps    🖼 Images    🛒 Shopping    📰 News    ⋮ More        Tools

About 9,140,000 results (1.05 seconds)

https://dallas.eater.com › cle-group-dallas-restaurant-bis... ⋮

**Judge Orders Dallas Restaurant Bisou to Temporarily Stop ...**
4 days ago — Online, Bisou **restaurant** is now going by "**Cle Restaurant**" or "**Cle Supper Club**," and the website for Bisou **Dallas** is now non-functional.

https://dallas.eater.com › dallas-bisou-restaurant-openin... ⋮

**Notorious Houston Hospitality Company Cle Group Will Open ...**
Mar 25, 2021 — A Notorious Houston Hospitality Group Has a New **Restaurant** in the Works for Uptown **Dallas**. **Cle** Group made headlines for flouting COVID-19 ...

https://www.dallasobserver.com › dallas › Print ⋮

**Dallas Observer**
2 days ago — The new **restaurant** is already moving forward with a name change. On Google Maps and social media posts, it now goes by "**Cle Supper Club** ( ...

https://www.dallasobserver.com › restaurants › bisous-b... ⋮

**Bisous Bisous Scores First In Legal Battle with a Similarly ...**
As of publication time, **Cle Supper Club** had not responded to a request for ... words "Bisous Bisous" for "café and **restaurant** services" in the **Dallas** area.

https://www.instagram.com › sportingclubdallas ⋮

**The Sporting Club Dallas (@sportingclubdallas) - Instagram**
2890 Followers, 927 Following, 55 Posts - See Instagram photos and videos from The Sporting Club Dallas (@sportingclubdallas)

https://www.instagram.com › 945dallas ⋮

**Nine45North (@945dallas) • Instagram photos and videos**
Nine45North. Eat | Drink | Lounge· 469.323.3722 · 15375 Addison Rd. https://www.vipsocio.com/event/legworknight30 www.vipsocio.com/event/**jacquees**dallas.

https://www.facebook.com › ... › Continental Restaurant ⋮

**Cle Restaurant - Home - Dallas, Texas - Facebook**



See photos

**Clé Supper Club**

Website   Directions   Save

4.1 ★★★★☆ · 45 Google reviews
Restaurant

**RESERVE A TABLE**

🍽 Recently opened

**Service options:** Dine-in · Takeout · No delivery
**Located in:** One Uptown
**Address:** 2619 McKinney Ave Suite 120, Dallas, TX 75204
**Hours:** Closed · Opens 4PM ▾
**Phone:** (214) 434-1973
**Reservations:** resy.com

Suggest an edit · Own this business?

Questions & answers      Ask a question
Be the first to ask a question

**Popular times** ⓘ

MON   TUE   WED   THU   FRI   SAT   SUN











screenshot-www.google.com-2021.08.27-15_08_35
https://www.google.com/search?oq=cle+super+club+dallas&gs_lcp=Cgdnd3Mtd2l6EAMyCAghEBYQHRAeOgclABBHELADOgUIIRCgAUoFCEASATFKBAhBGABQqhNYnhhgjBpoAXABeAGAAfoBiAHCB5lBBTAuNi4xmAEAoAEByAEIwAEB&sclient=gws-wiz&ved=0ahUKEwiqh-vf8tHyAhXGVs0KHWyAB2gQ4dUDCA8&uact=5#lpstate=pid:4494412853416212765
27.08.2021













