# EXHIBIT J



8/20/2021 Cle Restaurant on Instagram • Photos and Videos

Instagram
Search
stefani.arbutina • Follow
Cle Restaurant
stefani.arbutina Never had to show off only had to show up
#dallas#bisou#houston#photography#stunting#stunning#modeling#houstonmodelsearch#yourbitchcouldnever#model#explore#explorepage
2h
khasinbags you are a fucking goddess
1h Reply
iamsstefanyy
1h Reply
brianaaacantu HOLY FUCK
314 likes
2 HOURS AGO
Add a comment...
Post
Top po

https://www.instagram.com/p/CSzwUoCLnd7/ 71 1/11

Instagram
Search
#bisoudallas
201 posts
Follow
Top
erinschuljak • Follow
Uptown Dallas
erinschuljak Happy Birthday to this awesome girl!! @morganpodany #uptowndallas #bisoudallas #virginhoteldallas
4d
la_had
4d 1 like Reply
63 likes
4 DAYS AGO
Add a comment...
Post
bisou
bisou

*screenshot-www.facebook.com-2021.08.19-13_50_46*
*https://www.facebook.com/carlazbell/posts/10225783809686197*
*19.08.2021*



screenshot-www.instagram.com-2021.08.20-10_41_11
https://www.instagram.com/p/CSxae03LF4L/
20.08.2021



screenshot-www.instagram.com-2021.08.20-10_37_58
https://www.instagram.com/p/CSxXFzAr0Wk/
20.08.2021

instagram.com/p/CS4nBDhrM6L/
Instagram
Search
theonlyesisikazi • Follow
Cle Restaurant
theonlyesisikazi Good company & Summer night #bisoudtx #texasheat #saturdayvibes
#Lioness #africanwoman
1d
thonysabana
1d 2 likes Reply
jbthedon7
1d 1 like Reply
iam_jtk
1d 1 like Reply
1,524 likes
1 DAY AGO
Add a comment...
Post
Most rece
83°F Mostly cloudy
4:51 PM
8/23/2021

instagram.com/p/CS4ozlkLHjd/
Instagram
Search
Most rece
theonlyesisikazi • Follow
Cle Restaurant
theonlyesisikazi ♡♡♡ Summer nights ♡♡♡ #bisoudtx 🔥 #saturdayvibes ✨✨✨ #africanwoman 👑 #LionesszA🦁👑♌
1d
irondivas 😍😍
1d 1 like Reply
mrkaluv 🔥🔥🔥🔥
1d Reply
mrbaggageclaim 😍😍😍😍😍
1d Reply
2,110 likes
1 DAY AGO
Add a comment...
Post
83°F Mostly cloudy
4:46 PM
8/23/2021

Instagram
Search
#bisoudallas
170 posts
Follow
Top posts
tonithatiger • Follow
Uptown Dallas
tonithatiger Just hanging out with my super model friends can you believe @mrpatt got to take all 3 of us out to dinner, lucky him
.
.
.
#girlsnightout #plusone #bestfiance #dallas #dallasnightlife #dallasrestaurants #uptowndallas #girlsnight #modellife #girlfriends #nightoutwithfriends #bisoudallas #ootn #ootnfashion #littledress #zaradress #mybabes #makaibabes
241 likes
3 DAYS AGO
Add a comment...
Post
YEAR ANNIVERSA
ALL WHITE AFF
clé

Instagram
Search
bollyvoguestyle • Follow
Cle Restaurant
bollyvoguestyle Channeled my inner Carrie Bradshaw for a girls night out at Bisou Uptown. Such a great atmosphere and delicious food!
.
.
.
.
#influencer #dallasinfluencer #blogger #dallasblogger #styleblogger #styleinspiration #stylediary
4h
tasha.hass Love this outfit Sanna
4h 1 like Reply
92 likes
4 HOURS AGO
Add a comment...
Post