# EXHIBIT K





**Dallas/Fort Worth** ⌄ | **Tomorrow** for **3 Guests** ⌄



● ○ ○ ○ ○ ○ ○ ○

# Bisou Uptown

★ 3.7 — Resy ✧
Gourmet  •  Uptown  •  $$

### COVID-19 UPDATES
## Stay in the know.

Add to your Hit List to get updated when they plan to reopen for regular service. Learn More.


♥ Add to Hit List

| 📅 Tomorrow ⌄ | 👥 3 Guests ⌄ |

Case 3:21-cv-01614-B   Document 55-12   Filed 08/27/21   Page 3 of 5   PageID 1027

DINNER

| 4:00PM DINING ROOM | 4:00PM RESTAURANT WEEK | 4:30PM DINING ROOM | 4:30PM RESTAURANT WEEK | 5:00PM DINING ROOM |
| --- | --- | --- | --- | --- |
| 5:00PM RESTAURANT WEEK | 5:30PM DINING ROOM | 5:30PM RESTAURANT WEEK | 6:00PM DINING ROOM | 6:00PM RESTAURANT WEEK |
| 6:30PM DINING ROOM | 6:30PM RESTAURANT WEEK | 7:00PM DINING ROOM | 7:00PM RESTAURANT WEEK | 7:30PM DINING ROOM |
| 7:30PM RESTAURANT WEEK | 8:00PM DINING ROOM | 8:00PM RESTAURANT WEEK | 8:30PM DINING ROOM | 8:30PM RESTAURANT WEEK |
| 9:00PM DINING ROOM | 9:00PM RESTAURANT WEEK | 9:30PM DINING ROOM | 9:30PM RESTAURANT WEEK | 🔔 Notify |

## Need to Know

We offer Valet to every guest and even though reservations are HIGHLY recommended, we do take walk-ins as well. Please visit us on our website "www.bisoudallas.com" & on Instagram @BISOUDTX.

## About Bisou Uptown

BISOU brings an unparalleled combination of Continental Cuisine and curated entertainment to the UPTOWN District with a robust beverage program featuring classic cocktails, an extensive wine list, and champagne magnums served up in a sleek contemporary interior. Founded and conceptualized by Clé Group and is helmed by Master Chef of France, Frédéric Perrier.



View larger map

Map data ©2021 Google

### Bisou Uptown

2619 McKinney Ave #120
Dallas, TX 75204

Get Directions

Case 3:21-cv-01614-B    Document 55-12    Filed 08/27/21    Page 4 of 5    PageID 1028

+1 214-434-1973

https://www.bisoudallas.com



Discover restaurants to love.

 



About   Careers   Newsroom   iOS App   Android App

Resy powers the world's best restaurants, using technology to imagine the future of hospitality.

  

| Discover & Book | For Restaurants |
|---|---|
| Nearby Restaurants | Resy OS Overview |
| Climbing | Features |
| Top Rated | Plans & Pricing |
| New on Resy | Why Resy OS |
| Events | Request a Demo |
| Stories | Resy OS Blog |



## DALLAS RESTAURANT WEEK DINNER MENU

### $49 PER PERSON

### FIRST COURSE: PLEASE CHOOSE ONE OF THE FOLLOWING

**JUMBO LUMP CRAB BEIGNETS**
*Beer Battered with Chipotle Aioli & Shaved Radish*

**ASIAN CHICKEN LETTUCE CUPS**
*Chicken Salad, Spiced Peanuts, Pickled Ginger & Chives*

**BEET CARPACCIO SALAD**
*Whipped Goat Cheese, Arugula, Pistachios, Shallots & Blood Orange Vinaigrette*

**RED CHILI OIL DUMPLINGS**
*Crispy Pork & Vegetable Wontons, Pickled Ginger w/ Ponzu Sauce*

### SECOND COURSE: PLEASE CHOOSE ONE OF THE FOLLOWING

**10 OZ NY STRIP**
*Buttery Potato Mash & Sautéed Vegetables*

**ALMOND CRUSTED FLOUNDER**
*Sautéed Vegetables & Champagne Lemon Vinaigrette*

**CHIMICHURRI ROASTED HALF CHICKEN**
*Smoked Mushrooms, Pearl Onions, Roasted Marble Potatoes, Bacon Lardons & Garlic Jus*

**CORN CRUSTED EGGPLANT**
*Sautéed Vegetables, Steamed Rice & Ponzu Sauce*

### THIRD COURSE: PLEASE CHOOSE ONE OF THE FOLLOWING

**TROPICAL PANNA COTTA**
*Coconut Milk, Mango Puree, Mascarpone Cream & Pomegranate Seeds*

**HAZELNUT CHOCOLATE CAKE**
*Bourbon Ice Cream & Crème Anglaise*

**VANILLA BEAN CRÈME BRULEE**
*Mixed Seasonal Berries & Chantilly Cream*

*A customary gratuity of 20% will be added to all checks*