# EXHIBIT L







screenshot-www.instagram.com-2021.08.19-14_03_11
https://www.instagram.com/p/CSsmmGvMc2K/
19.08.2021



Instagram

🔍 Search

ifunes1 • Follow
Cle Restaurant

ifunes1 😊
1d

jessempowell 🙌
1d  Reply

127 likes
1 DAY AGO

Add a comment...                    Post









