# EXHIBIT M



screenshot-www.instagram.com-2021.08.20-17_32_15
https://www.instagram.com/p/CSw6SGNA_Mc/
20.08.2021



screenshot-www.instagram.com-2021.08.20-17_33_31
https://www.instagram.com/p/CSwrXS-Lx-E/
20.08.2021







screenshot-www.instagram.com-2021.08.25-12_20_35
https://www.instagram.com/p/CS79jjGLPe1/
25.08.2021



