# EXHIBIT N










Top posts











Most recent
















