# Exhibit 1



# Exhibit 2



bisou

COCKTAILS

**MINT TO BE MELON $15**
GREY GOOSE LE MELON VODKA,
ST GERMAIN ELDERFLOWER, WATERMELON,
LEMON, MINT

**SAKE-TINI $17**
GREY GOOSE VODKA, GEKKEIKAN SAKE,
ORANGE, CUCUMBER

**LAST KISS (ESPRESSO MARTINI) $13**
GREY GOOSE VODKA, COFFEE LIQUEUR, ESPRESSO

**BISOU 75 $14**
ZEPHYR GIN, LEMON, SPARKLING ROSÉ

**NEVER BEEN KISSED $16**
EMPRESS GIN, LEMON, THYME

**PERFECT MARGARITA $16**
PATRON, GRAPEFRUIT, FIREWATER, TAJIN

August 18, 2021 at 8:55:39 PM



# Exhibit 3





## bisou
CONTINENTAL CUISINE

### SMALL BITES

**CHEESE & CHARCUTERIE ... 29**
*ef's Selection of Cheese and Cured Meats, Chicken Liver Mousse, Spiced Peanuts, Cornichons & Orange Marmalade*

**FRITTO MISTO ... 18**
*Shrimp, Calamari, Carrot, Haricot Vert, Broccolini with Garlic Aioli*

**ESCARGOT & BONE MARROW ... 25**
*Burgundy Snails with Garlic Butter & Toasted Baguette*

**\*WAGYU BEEF CARPACCIO ... 15**
*oasted Mushrooms, Shaved Parmesan, Arugula & Truffle Salt*

**OYSTER SEAFOOD GRATIN ... 20**
*Baked Oysters with Shrimp & Crab, Topped with Breadcrumbs*

**BERKSHIRE PORK BELLY ... 18**
*hishito Peppers & Honey Tobasco Glaze*

**RED CHILE OIL DUMPLINGS ... 15**
*Pork and Vegetable Wrapped Wontons with Ponzu Sauce*

**EL SPROUTS & CAULIFLOWER ... 14**
*uts, French Feta & Pomegranate Molasses*

**FLE MUSHROOM RISOTTO ... 21**
*ushroom, Spring Peas, Parmesan & Truffle Salt*

**EET CARPACCIO ... 14**
*heese, Arugula, Pistachios, Shallots ood Orange Vinaigrette*

**MP CRAB BEIGNETS ... 19**
*h Chipotle Aioli & Shaved Radish*

**KEN LETTUCE CUPS ... 16**
*iced Peanuts, Pickled Ginger, Radish & Chives*

### LAND & SEA

**SMOKED KOREAN SPICED SHORT RIB ... 45**
*Buttery Mash, House Made Kimchi & Baby Bok Choy*

**PAN ROASTED SALMON ... 30**
*Grilled Asparagus, Fresh Corn & Mango Salsa with Tequila Lime Butter Sauce*

**DIVER SCALLOPS & TEXAS SHRIMP ... 36**
*Cauliflower Puree, Roasted Curried Califlower & Balsamic Brown Butter Sauce*

**CHIMICHURRI ROASTED HALF CHICKEN ... 27**
*Smoked Mushrooms, Pearl Onions, Roasted Marble Potatoes, Lardons & Fresh Thyme Garlic Jus*

**PAN SEARED DUCK BREAST ... 38**
*Beet Risotto, Mascarpone, Grilled Asparagus & Blood Orange Vinaigrette*

**WAGYU BURGER ... 22**
*8 Oz Wagyu Beef, Brioche Bun, Gruyere Cheese, Caramelized Onions, Bacon & Pomme Frites*

**WHOLE CRISPY "CHEF'S CATCH" ... 45**
*Ponzu Glaze, Steamed Rice, Cripsy Vegetables & Citrus Salad*

**ALMOND CRUSTED FLOUNDER ... 28**
*Sauteed Mixed Vegetables & Champagne Lemon Vinaigerette*

**HERB CRUSTED LAMB CHOPS ... 43**
*Chick Pea Salad with Baby Kale & Harissa Labne Sauce*

**SHRIMP PESTO ... 29**
*Jumbo Shrimp, Linguini, Basil topped with Parmigiano-Reggiano*

**BRAISED OXTAIL PASTA ... 39**
*Braised Oxtail with Pappardelle Pasta, Red Wine Reduction & Parmesan Cheese*

**FRESH FETTUCCINI PASTA ... 25**
*Cajun-Spiced Chicken, Roasted Mushrooms, Spring Peas, Garlic & Parmesean Cream Sauce*

**CORN CRUSTED EGGPLANT ... 25**

### RAW BAR & SUSHI

**PETITE TOWER ... 125   GRANDE TOWER**
*Jumbo Shrimp, Green Lipped Mussels, Gulf and Oysters, Dungeness Crab Claws, Gulf Flounde Tuna Tartare, Housemade Cocktail Sa & Mignonette*

**\*TUNA TARTARE ... 22**
*Marinated Tuna, Avocado, Cilantro & C*

**\*GULF FLOUNDER CEVICHE**
*Mango, Coconut, Cilantro, Lime &*

**\*SHRIMP COCKTAIL**
*Jumbo Gulf Shrimp & Housema*

**GULF COAST OYS**
*1/2 doz. 16 Doz*

**EAST COAST O**
*1/2 doz. 18 D*

**\*NIG**
*By The Piece Salmon 6, Sh*

**\*SPICY**
*Avocado, Cucumber, Salm Unagi & Jalap*

**\*HAM**
*Avocado, Jal*

**\*P**
*Spicy Tuna, Aspa Har*

*Shrimp Temp Won*

**\*RA**
*Tuna, Cucum*

August 18, 2021 at 8:52:16 PM

# Exhibit 4



# Exhibit 5



# Exhibit 6

