IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE CLE GROUP, LLC,<br>BISOU UPTOWN MANAGER, LLC, and<br>JOHN DOES 1–10,<br><br>    Defendants. | Case No. 3:21-cv-01614-B |

## DECLARATION OF MATTHEW MEYER

1.    My name is Matthew Meyer. I am over 18 years of age, of sound mind, have not been convicted of a felony, and capable of making this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2.    I am a co-founder and co-owner of Bisous Bisous LLC ("BISOUS BISOUS").

3.    In July, employees at BISOUS BISOUS began to keep a daily diary logging the date/time and context of misdirected calls that were intended for Bisou Dallas, now known as "Cle Supper Club."

4.    Between August 9 and August 25, 2021, BISOUS BISOUS received 27 calls intended for Bisou Dallas. These calls included attempts to make reservation—which BISOUS BISOUS does not take—including a request to adjust an existing reservation, questions about dinner and brunch, and a question about a gift card that was not processing for the BISOU. Below is a list of the date/time of each call with a brief description:

117

| Date/Time | Description |
| --- | --- |
| 08/09/2021 - 16:33 | Caller asked if we were still planning to stay open late tonight. Caller was told we closed at 5 PM and that is when the caller talked about the restaurant. |
| 08/10/2021 - 12:23 | Call for reservation |
| 08/13/2021 - 13:40 | Call for reservation |
| 08/13/2021 - 15:28 | Caller asked if we were still hiring and said they already had an interview scheduled. [BISOUS BISOUS did not have an interview scheduled for this individual.] |
| 08/14/2021 - 10:06 | Call for reservation |
| 08/14/2021 - 12:00 | Call for 10-person reservation |
| 08/15/2021 - 18:49 | Call for reservation |
| 08/17/2021 - 11:30 | Call asking about dinner hours |
| 08/17/2021 - 12:02 | Call for reservation |
| 08/17/2021 - 14:25 | Call for reservation |
| 08/18/2021 | Caller had an interview at Bisou |
| 08/20/2021 | Call for reservation |
| 08/20/2021 | Call to adjust reservation |
| 08/20/2021 | Call for reservation |
| 08/20/2021 | Call for reservation for 6 people |
| 08/20/2021 | Call for Sunday reservation |
| 08/21/2021 - 13:52 | Call for lunch reservation |
| 08/21/2021 - 15:01 | Call for reservation |
| 08/21/2021 - 15:22 | Call for reservation |
| 08/21/2021 - 15:32 | Call about gift card not processing for Bisou restaurant |
| 08/21/2021 - 16:00 | Call for reservation |
| 08/22/2021 - 12:05 | Call to ask if restaurant was kid friendly |
| 08/22/2021 - 13:44 | Call to ask about brunch |
| 08/22/2021 - 14:38 | Call for reservation |
| 08/23/2021 - 13:16 | Call asking "is this the restaurant" |
| 08/24/2021 - 16:22 | Call for 6-person reservation |

5. On August 15, 2021, a caller left a voicemail at BISOUS BISOUS that we recorded. In attempting to make a dinner reservation, the caller said the following: "I thought I was calling the restaurant on McKinney Ave., I hope I am, would like to have reservations for four, Thursday at five…for Restaurant Week. I think I'm calling the right one, but we'll see."

6. On August 27, 2021, a caller left a voicemail at BISOUS BISOUS that we recorded. In attempting to make a dinner reservation, the caller said the following: "Yes. I'm calling to make

a reservation for two people tomorrow. If you can please give me a call back at [redacted]. The last name is Woods. Again, I need a reservation for Thursday, [redacted]. Thank you."

7. On August 27, 2021, a caller left a voicemail at BISOUS BISOUS that we recorded. In attempting to make a dinner reservation, the caller said the following: "My name's (inaudible). I'm hoping to get a table tonight for four people at 9 P.M. My number is [redacted]. Somebody can call me and let me know if that can happen. I appreciate it. Thank you."

8. In addition to the misdirected calls, individuals have continued to mistakenly visit BISOUS BISOUS looking for Bisou Dallas. On August 25, 2021, a wine distributor visited BISOUS BISOUS asking if we serve wine, which we do not. On August 26, 2021, a health inspector visited BISOUS BISOUS. Typically, our health inspection occurs once a year, and our last inspection was in March 2021. After a brief conversation to clear up the confusion, the health inspector informed us that he was seeking "Bisou Uptown," not BISOUS BISOUS.

9. On August 23, 2021, I called Cle Supper Club. In answering the phone, the employee who picked up said, "Thanks for calling Bisou Dallas."

10. I declare under penalty of perjury that the foregoing is true and correct.

Date: August 27, 2021

*/s/ Matthew Meyer*
Matthew Meyer