IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BISOUS BISOUS LLC,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | C.A. No. 3:21-cv-01614-B |
| **THE CLE GROUP, LLC,** **BISOU UPTOWN MANAGER, LLC, and** **JOHN DOES 1-10,** | § § § § § | |
| *Defendants.* | § | |

## NOTICE OF CONFLICT

    Defendants The Cle Group, LLC and Bisou Uptown Manager, LLC file this Notice of Conflict based on Plaintiff's 11:50 PM Friday-night filing of its Motion to Show Cause, Doc. 54, which proposes in part that the Court schedule a "hearing on Thursday or Friday, September 2 or 3" to address the status of Defendants' compliance with this Court's August 16 Order.

    As Counsel for Defendants' informed Plaintiff's counsel on August 25, 2021, "I am out of town Wednesday, Thursday and Friday for my daughter's wedding." Exhibit A.  Consequently, the undersigned most sincerely requests that the Court not schedule a hearing that will conflict with that most blessed event.

Dated:  August 28, 2021                            Respectfully submitted,

                                     **BUETHER JOE & COUNSELORS, LLC**

By:   */s/ Kenneth P. Kula*
      Eric W. Buether
      State Bar No. 03316880
      Eric.Buether@BJCIPLaw.com
      Christopher M. Joe
      State Bar No. 00787770
      Chris.Joe@BJCIPLaw.com
      Kenneth P. Kula
      State Bar No. 24004749
      Ken.Kula@BJCIPLaw.com

      1700 Pacific Avenue
      Suite 4750
      Dallas, Texas 75201
      Telephone:   (214) 730-5660
      Facsimile:    (972) 707-1248

**ATTORNEYS FOR DEFENDANTS
THE CLE GROUP, LLC AND
BISOU UPTOWN MANAGER, LLC**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.1(d) on this 28th day of August, 2021.

                                     */s/ Kenneth P. Kula*
                                     Kenneth P. Kula