# EXHIBIT A

**Ken Kula**

| | |
|---|---|
| **From:** | Ken Kula |
| **Sent:** | Wednesday, August 25, 2021 7:36 AM |
| **To:** | Kristen McCallion |
| **Subject:** | Re: Declined: Meet & Confer - BISOUS BISOUS v. The Cle Group |

Kristen it seems like you didn't read my previous email. When I said I wasn't available today for a call I said that I was available early next week that would be Monday or Tuesday. I am out of town Wednesday Thursday and Friday for my daughter's wedding. Since your side is available on Thursday we need to have our in person meet and confer on Thursday. Are you refusing to do so?


Sent via the Samsung Galaxy Note5, an AT&T 4G LTE smartphone


-------- Original message --------
From: Kristen McCallion <McCallion@fr.com>
Date: 8/25/21 7:10 AM (GMT-06:00)
To: Ken Kula <Ken.Kula@bjciplaw.com>
Subject: RE: Declined: Meet & Confer - BISOUS BISOUS v. The Cle Group



Ken – It seems that you did not read my email.  I have pasted below the message in my reply email/calendar invite, which I've also attached here again for you. Chris Joe accepted the invite so hopefully we will at least be speaking with him.

Thanks Ken,

We are sending this reply as a calendar invite with a dial-in for a call this Thursday afternoon to discuss your client's non-compliance with the Preliminary Injunction Order and the steps it is taking to comply.  The dial-in is the "Location" bar above and here as well: Dial in Toll-free: (888)706-0584;;;148632#

David is out of town for depositions for the next week so we can schedule the in-person Rule 26(f) meeting for next Wednesday afternoon, next Thursday, or next Friday (9/1-9/3).

Regards,
Kristen

**Kristen McCallion ::** Principal **::** Fish & Richardson P.C.
212 641 2261 direct **::** mccallion@fr.com
fr.com **::** Bio **::** LinkedIn

-----Original Appointment-----
**From:** Ken Kula <Ken.Kula@bjciplaw.com>
**Sent:** Tuesday, August 24, 2021 9:12 PM
**To:** Kristen McCallion
**Subject:** Declined: Meet & Confer - BISOUS BISOUS v. The Cle Group

1

**When:** Thursday, August 26, 2021 12:00 PM-12:30 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Dial in Toll-free: (888)706-0584;;;148632#

[This email originated outside of F&R.]

The order I reference requires an in-person meet and confer. Are you refusing to meet and confer pursuant to the order?

Sent via the Samsung Galaxy Note5, an AT&T 4G LTE smartphone

```
****************************************************************************************
************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
****************************************************************************************
************************
```