IN THE UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **BISOUS BISOUS LLC,** § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> **THE CLE GROUP, LLC,** § <br> **BISOU UPTOWN MANAGER, LLC,** and § <br> **JOHN DOES 1-10,** § <br> § <br> *Defendants.* § | C.A. No. 3:21-cv-01614-B |

## ORDER

Before the Court is The CLE Group, LLC and Bisou Uptown Manager, LLC's Motion for 1-Day Extension of Time to File Response to Plaintiff's Motion for Order to Show Cause.

The Motion is **GRANTED**. The current deadline is revised as follows:

| Description | Deadline |
|---|---|
| Deadline to Respond to Plaintiff's Motion for Order to Show Cause | September 9, 2021 |

**SO ORDERED.**

September __, 2021

_____
JANE J. BOYLE
JUDGE