# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **BISOUS BISOUS LLC,** | § § § | |
| *Plaintiff,* | § § | **C.A. No. 3:21-cv-01614-B** |
| v. | § § | **Jury Trial Demanded** |
| **THE CLE GROUP, LLC,** *et al.,* | § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court is Plaintiff's Motion for Order to Show Cause and Defendants' Response to Plaintiff Bisous Bisous LLC's Motion for Order to Show Cause.

The Motion is **DENIED**.

**SO ORDERED.**

September __, 2021

_____
JANE J. BOYLE
JUDGE