IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BISOUS BISOUS LLC,** | § § § | |
| *Plaintiff,* | § § | C.A. No. 3:21-cv-01614-B |
| v. | § § | **Jury Trial Demanded** |
| **THE CLE GROUP, LLC,** *et al.,* | § § § | |
| *Defendants.* | § | |

### APPENDIX IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE

Defendants hereby file this Appendix (Exhibits A-C) in Support of their Response to Plaintiff's Motion for Order to Show Cause.

| Exhibit | Document | App. Page(s) |
|---|---|---|
| | Declaration of Justin Zachariah Truesdell | |
| A. | Timeline | App. 01 - App. 03 |
| B. | Images of Signage | App. 04 - App. 06 |
| C. | Inserts from Docket 54, Dated August 27, 2021 | App. 07 - App. 11 |

Dated:  September 9, 2021 Respectfully submitted,

**BUETHER JOE & COUNSELORS, LLC**

By: /s/ *Kenneth P. Kula*
Eric W. Buether
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Christopher M. Joe
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Kenneth P. Kula
State Bar No. 24004749
Ken.Kula@BJCIPLaw.com

1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone: (214) 730-5660
Facsimile: (972) 707-1248

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this sealed document via the Court's CM/ECF system on this 9th day of September, 2021.

/s/ *Kenneth P. Kula*
Kenneth P. Kula