# Exhibit A

# Timeline

### Social Media:

- Completed by: Wes Walz Media and Agency DNA/KR Creative
- Took all websites with Bisou's logo anywhere off social media.  Excluding images on IG explore which we have no ability to remove from check ins.
- Added the word "Bisou" to banned comments list on FB/IG
- Reported, then Re-Reported remaining Yelp and Google Business reviews that mention the term Bisou and haven't been removed by the 3rd party.
- Took website offline and set a code to throw a forbidden error anytime a page is visited.
- Removed bisoudallas.com from google search console to where it will never index the domain.
- Reviewed all photos on current Supperclub site and removed photos on the back end that aren't even public that had Bisou's logo.
- Changed all email addresses and any IT references to Bisou.
- Remove all photos in IG, FB, Yelp and Google with Bisou's logo that were posted by Agency DNA Creative and tagged by customers
- Remove videos in IG and FB with Bisou's logo that were posted by Agency DNA Creative and tagged by customers.
- Blocking and monitoring comments.
- Remove additional advertisements.

It took our team several weeks of working on the above items with completing the removal of the items on a rolling basis between August 18 to September 3, 2021.

### Interior and Exterior Signage:

Completed by: Aria Signs & Design

- ➢ We contacted Aria on August 17th to send a team to Dallas to remove the signages.
- ➢ On August 19, 2021, Aria responded to us with the next availability for August 30th, 2021.
- ➢ All signage were removed by Aria Signs on August 30, 2021, at 1Pm. (Please see attached images)

### Other Items:

Completed by Cle Group Managers: Joshua Hume and Angela Burns on or about August 19, 2021.

Removed items from the restaurant with Bisou's logo. For example.

- Napkins
- Floor matts
- Menus
- Business Cards
- Dinnerware/Tableware
- Party Favors
- Decorations
- Remove pictures and change the name of the restaurant to Cle Supperclub in Resy.
- Remove Bisou's logo on the POS and merchant processors.
- Remove logo from TV screens.

### Licenses and Formation Documents:

Change the name of the company with all governmental entities, including Texas Secretary of State, Comptroller, TABC, Dallas County, City of Dallas, etc.

Trademark for new entity name.

➢ Monshaugen was contacted on August 18, 2021.
➢ On August 19, 2021 Albert Van Huff from Monshaugen responded to us with a completion date of October 05, 2021 for the requested changes.