# Exhibit C

███████████████████████████████████████████████
█████████████████████████

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

█████████████████ To summarize, as of the filing of this motion, and to the best of Bisous Bisous's information and belief, at least the following uses of BISOU by Defendants remain in violation of the 8/16 Order:

1. Use of BISOU on physical items used in the restaurant and to advertise or promote the restaurant including, e.g., on menus and photo props;

   - Has the USE stopped: Yes
   - If so, WHEN did the use STOP: August 23, 2021

2. Use of BISOU on captions of social media posts under Defendants' control, e.g., their use of #Bisou and #BisouDallas hashtags;

   - Has the USE stopped: Yes
   - If so, WHEN did the use STOP: August 17, 2021

3. Social media posts under Defendants' control that display BISOU signage, menus, or other physical materials;

   - Has the USE stopped: Yes
   - If so, WHEN did the use STOP: August 17, 2021

4. Use of "Bisou Dallas" on The Cle Group's LinkedIn page;
   - Has the USE stopped: No

15

App. 08

- Why Not: We don't use LinkedIn since earlier this year, and it states Bisou Dallas coming soon. Old Post
- WHEN will it stop? September 9, 2021

5. Use of BISOU and bisoudallas.com on the "claimed" Yelp page at

   https://www.yelp.com/biz/bisou-dallas;

- Has the USE stopped: Yes
- If so, WHEN did the use STOP: August 30, 2021

6. Use of BISOU on images, including a BISOU branded menu, on Defendants' "Cle Supper Club" Google Business Profile;

- Has the USE stopped: Yes
- If so, WHEN did the use STOP: August 30, 2021

16

7. Use of the contact@bisoudallas.com email address to conduct business for the restaurant, e.g., to take reservations or promote the restaurant;

- Has the USE stopped: Yes
- If so, WHEN did the use STOP: August 18, 2021

8. Use of "bisou CONTINENTAL CUISINE" on the "Cle Supper Club" Instagram page and the "Cle Restaurant" Facebook "About" page.

[redacted]

17

██████████████████████████
█████████████████████████████████████████████████████████
████████████████████████████

- Has the USE stopped: Yes
- If so, WHEN did the use STOP: August 23, 2021

18

App. 11