IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **BISOUS BISOUS LLC,** § § § *Plaintiff,* § § v. § § **THE CLE GROUP, LLC,** § **BISOU UPTOWN MANAGER, LLC, and** § **JOHN DOES 1-10,** § § *Defendants.* § | C.A. No. 3:21-cv-01614-B |

## DEFENDANTS' NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Defendants The CLE Group, LLC and Bisou Uptown Manager, LLC appeal this Cause No. 3:21-cv-01614-B; *Bisous Bisous LLC, v. The CLE Group, LLC, et al*. Defendants The CLE Group, LLC and Bisou Uptown Manager, LLC hereby appeal the Court's Memorandum Opinion and Order regarding Plaintiff Bisous Bisous LLC's Application for a Temporary Restraining Order and Motion for a Preliminary Injunction entered on August 16, 2021 (Doc. 45). This appeal is taken to the United States Court of Appeals for the Fifth Circuit.

Dated:  September 15, 2021	Respectfully submitted,

              **BUETHER JOE & COUNSELORS, LLC**

           By: */s/ Kenneth P. Kula*
              Eric W. Buether
              State Bar No. 03316880
              Eric.Buether@BJCIPLaw.com
              Christopher M. Joe
              State Bar No. 00787770
              Chris.Joe@BJCIPLaw.com
              Kenneth P. Kula
              State Bar No. 24004749
              Ken.Kula@BJCIPLaw.com

              1700 Pacific Avenue
              Suite 4750
              Dallas, Texas 75201
              Telephone: (214) 730-5660
              Facsimile: (972) 707-1248

              **ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.1(d) on this 15th day of September, 2021.

*/s/ Kenneth P. Kula*
Kenneth P. Kula