IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE CLE GROUP, LLC, BISOU UPTOWN MANAGER, LLC, and BISOU LP HOLDINGS, LLC,<br><br>        Defendants. | Case No. 3:21-cv-01614-B |

**[PROPOSED] ORDER GRANTING BISOUS BISOUS LLC'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Before the Court is Plaintiff Bisous Bisous LLC's Unopposed Motion for Leave to Amend Complaint (the "Motion"). After reviewing the Motion and any responsive arguments of counsel, the Court is of the opinion that the Motion should be **GRANTED**.

IT IS SO ORDERED this ___ day of October 2021.

                                                      JANE BOYLE
                                                      UNITED STATES DISTRICT JUDGE