UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BISOUS BISOUS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-1614-B |
| | § | |
| THE CLE GROUP, LLC, BISOU | § | |
| UPTOWN MANAGER, LLC, and | § | |
| JOHN DOES 1-10, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 71), filed on October 1, 2021. Having considered Plaintiff's Motion, filed in accordance with Federal Rule of Civil Procedure 15(a), and in light of the fact that Defendants do not oppose the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, the Clerk of Court is **DIRECTED** to enter Plaintiff's Second Amended Complaint (currently attached to Plaintiff's Motion as Exhibit A) as a separate docket entry.

SO ORDERED.

SIGNED: October 4, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -