**TRANSCRIPT ORDER FORM (DKT-13)** - <span style="color:red">**READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**</span>
Case 3:21-cv-01614-B   Document 74   Filed 10/12/21   Page 1 of 1   PageID 1297

District Court: Northern District of Texas     District Court Docket No. 3:21-cv-01614-B

Short Case Title: Bisous Bisous LLC v. The Cle Group, LLC, et al.

**ONLY ONE COURT REPORTER PER FORM**   Court Reporter: Shawnie Archuleta

Date Notice of Appeal Filed in the District Court: September 15, 2021     Court of Appeals No. 21-10930

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☒ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 8/11/2021 | Plaintiff's Application for Temporary Restraining Order and Motion for a Preliminary Injunction | Judge Jane J. Boyle |
|  |  |  |
|  |  |  |
|  |  |  |

<span style="color:red">**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**</span>

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds
☒ Other: Defendants' have received the 8/11/2021 Transcript and Invoice.

Signature: /s/ Kenneth P. Kula     Date Transcript Ordered: 9/15/2021; Received 9/30/2021
Print Name: Kenneth P. Kula     Phone: (214) 730-5660
Counsel for: Defendants
Address: Buether Joe & Counselors, LLC, 1700 Pacific Avenue, Suite 4750, Dallas, TX 75201
Email of Attorney: Ken.Kula@bjciplaw.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date _____   Signature of Reporter _____   Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____     Actual Number of Volumes _____

Date _____   Signature of Reporter _____