IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BISOUS BISOUS LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **C.A. No. 3:21-cv-01614-B** |
| v. | § | |
| | § | **Jury Trial Demanded** |
| **THE CLE GROUP, LLC,** *et al.,* | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

# NOTICE OF APPEARANCE BY ARDALAN ATTAR
## AS COUNSEL FOR THE DEFENDANTS

Defendants hereby notify the Court and all parties that Ardalan Attar of the firm Christian Levine Law Group, LLC has entered this action as counsel for Defendants and is to be notified on their behalf.

Counsel may be contacted as follows:

> Ardalan Attar
> Christian Levine Law Group, LLC
> 2302 Fannin, Suite 500
> Houston, Texas 77002
> 713-659-7617
> aattar@christianlevinelaw.com

Respectfully submitted,

*/s/ Ardalan Attar*
Ardalan Attar
State Bar No. 24113538
*aattar@christianlevinelaw.com*
James W. Christian
State Bar No. 04228700
*jchristian@christianlevinelaw.com*
**CHRISTIAN LEVINE LAW GROUP**
2302 Fannin Street, Suite 500
Houston, Texas 77002
(713) 659-7617 telephone

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.1(d) on this 13th day of October, 2021.

*/s/ Ardalan Attar*
Ardalan Attar