IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>THE CLE GROUP, LLC,<br>BISOU UPTOWN MANAGER, LLC, and<br>BISOU LP HOLDINGS, LLC,<br><br>       Defendants. | Case No. 3:21-CV-01614-B |

**JOINT REPORT**
**(SELECTION OF MEDIATOR)**

Pursuant to Paragraph 6 of the Court's Scheduling Order of September 17, 2021 (Dkt. 68), Plaintiff Bisous Bisous LLC ("Plaintiff" or "Bisous Bisous") and Defendants The Cle Group, LLC, Bisou Uptown Manager, LLC, and Bisou LP Holdings, LLC (together, "Defendants"), respectfully file this joint report Selecting a Mediator.

The Parties select John DeGroote of DeGroote Partners as their mediator.  His contact information is as follows:

John DeGroote
Hickory Street Annex
501 S 2nd Avenue, Suite A-700
Dallas, Texas 75226
Office: (214)-887-3484
Cell: (214)-288-6864
Email: john@degrootepartners.com

Respectfully submitted,

**FISH & RICHARDSON P.C.**

Dated: October 22, 2021

By: */s/ David B. Conrad*
    David B. Conrad
    Texas Bar No. 24049042
    conrad@fr.com
    1717 Main Street, Suite 5000
    Dallas, TX 75201
    Telephone: (214) 747-5070
    Facsimile: (214) 747-2091

    Kristen McCallion (*pro hac vice*)
    mccallion@fr.com
    Vivian Cheng (*pro hac vice*)
    cheng@fr.com
    7 Times Square, 20th Floor
    New York, NY 10036
    Telephone: (212) 765-5070
    Facsimile: (212) 258-2291

    *Attorneys for Plaintiff*

**AGREED**:

**BUETHER JOE & COUNSELORS, LLC**

By: */s/ Kenneth P. Kula*
    Kenneth P. Kula
    Texas Bar No. 24004749
    Ken.Kula@BJCIPLaw.com
    Eric W. Buether
    Texas Bar No. 03316880
    Eric.Buether@BJCIPLaw.com
    Christopher M. Joe
    Texas Bar No.: 00787770
    Chris.Joe@BJCIPLaw.com
    1700 Pacific Avenue
    Suite 4750
    Dallas, Texas 75201
    Telephone: (214) 730-5660
    Facsimile: (972) 707-1248

    *Attorneys for Defendants*

**CHRISTIAN LEVINE LAW GROUP**

By: */s/ Ardalan Attar*
    Ardalan Attar
    State Bar No. 24113538
    aattar@christianlevinelaw.com
    James W. Christian
    State Bar No. 04228700
    jchristian@christianlevinelaw.com
    2302 Fannin Street, Suite 500
    Houston, Texas 77002
    Telephone: (713) 659-7617

    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2021, a true and correct copy of the foregoing document has been filed with the clerk of court for the U.S. District Court, Northern District of Texas and served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Dated: October 22, 2021
                                                          */s/ David B. Conrad*
                                                          David B. Conrad