IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BISOUS BISOUS LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | C.A. No. 3:21-cv-01614-B |
| THE CLE GROUP, LLC, *et al.,* | § § § | |
| *Defendants.* | § | |

# ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to File Answers to Plaintiff's Second Amended Complaint and for Plaintiff to Respond to Defendants' First Set of Interrogatories and Requests for Production.

The Motion is **GRANTED**. The current deadlines are revised as follows:

| Description | Deadlines |
|---|---|
| Deadline for Defendants' to Respond to Second Amended Complaint | October 29, 2021 |
| Deadline for Plaintiff to Respond to Defendant's First Set of Interrogatories and Requests for Production | October 29, 2021 |

**SO ORDERED.**

October __, 2021

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE