# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

BISOUS BISOUS LLC
Plaintiff

v.

THE CLE GROUP, LLC, et al.
Defendant

3:21-cv-01614-B
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Bisou LP Holdings LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

JZT Investments, LLC, Zack Truesdell, SD Nightlife Investments, LLC, Salim Dehkordi, DR Nightlife Investments, LLC, and Dallas Rodrigues

| | |
|---|---|
| Date: | November 2, 2021 |
| Signature: | /s/ Kenneth P. Kula |
| Print Name: | Kenneth P. Kula |
| Bar Number: | 24004749 |
| Address: | 1700 Pacific Avenue, Suite 4750 |
| City, State, Zip: | Dallas, Texas 75201 |
| Telephone: | (214) 730-5660 |
| Fax: | (972) 707-1248 |
| E-Mail: | Ken.Kula@BJCIPLaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons