# Exhibit 1

**From:** Suzanne Butler <Suzanne_Butler@ca5.uscourts.gov>
**Sent:** Tuesday, November 9, 2021 10:29 AM
**To:** Ken Kula <Ken.Kula@bjciplaw.com>; David Conrad <Conrad@fr.com>
**Cc:** Suzanne Butler <Suzanne_Butler@ca5.uscourts.gov>
**Subject:** RE: 21-10930 -- Bisous Bisous v. The Cle Group

Ken – I don't have a stock cv but here is a brief description

I have been a mediator with the Fifth Circuit Mediation Program since May 1999, and have mediated hundreds of civil appeals. I graduated cum laude from Middlebury College in 1980 and from Tulane Law School in 1985.  Upon graduation from Tulane, I went to work in the housing law unit of the New Orleans Legal Assistance Corp. In 1989 I joined the Advocacy Center as a senior attorney; the Advocacy Center is a nonprofit law firm providing legal assistance to persons with disabilities and seniors.   I worked at the AC until coming to the Fifth Circuit in '99.

Suzanne


**Suzanne Butler | Circuit Mediator**
United States Court of Appeals for the Fifth Circuit
600 Camp Street
New Orleans, Louisiana 70130
Direct: 504.310.7768

