IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE CLE GROUP, LLC,<br>BISOU UPTOWN MANAGER, LLC, and<br>BISOU LP HOLDINGS, LLC,<br><br>    Defendants. | Case No. 3:21 CV01614-B |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO SUBSTITUTE MEDIATOR**

Before the Court is the parties' Joint Motion to Substitute Mediator and Exhibit 1 thereto.

Having read and considered the Motion, and being fully informed, the Court FINDS good cause to issue an order substituting Suzanne Butler, Circuit Mediator for the United States Court of Appeals for the Fifth Circuit, in place of the Honorable Jeff Kaplan as the Court-selected mediator for the present matter.

IT IS HEREBY ORDERED THAT Ms. Butler is substituted as the parties' mediator.

IT IS SO ORDERED this __ day of _____ 2021.

                _____
                JANE J. BOYLE
                UNITED STATES DISTRICT JUDGE