UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:21-CV-1614-B |
| § | |
| THE CLE GROUP, LLC, BISOU § | |
| UPTOWN MANAGER, LLC, and § | |
| BISOU LP HOLDINGS, LLC, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is the parties' Joint Motion to Substitute Mediator (Doc. 85). Finding good cause for the substitution of mediators, the Court **GRANTS** the motion and substitutes Ms. Suzanne Butler in the place of the Honorable Jeff Kaplan as mediator. The Court further orders the case to be mediated on or before March 4, 2022, in accordance with the Court's Mediation Order (Doc. 78).

SO ORDERED.

SIGNED: November 12, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -