IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| BISOUS BISOUS LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE CLE GROUP, LLC,<br>BISOU UPTOWN MANAGER, LLC, and<br>BISOU LP HOLDINGS, LLC,<br><br>                    Defendants. | Case No. 3:21 CV01614-B |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Before the Court is plaintiff Bisous Bisous LLC's Unopposed Motion for Extension of Time.

Having read and considered the Motion, and being fully informed, the Court FINDS good cause to extend Plaintiff's deadline to answer, move, or otherwise respond to Defendants The Cle Group, LLC's, Bisou Uptown Manager, LLC's, and Bisou LP Holdings, LLC's Counterclaims to Plaintiff's Second Amended Complaint by 30 (thirty) days, from November 19, 2021, to December 20, 2021.

IT IS HEREBY ORDERED THAT Plaintiff's deadline for responding to Defendants' Counterclaims is extended to and including December 20, 2021.

IT IS SO ORDERED this __ day of _____ 2021.


_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE