IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>THE CLE GROUP, LLC,<br>BISOU UPTOWN MANAGER, LLC, and<br>BISOU LP HOLDINGS, LLC,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§  C.A. No. 3:21-cv-01614-B<br>§<br>§<br>§<br>§<br>§ |

**JOINT MOTION FOR ENTRY OF
PROPOSED PROTECTIVE ORDER**

Pursuant to the Scheduling Order entered September 17, 2021, Dkt. 68, Plaintiff and Defendants respectfully move the Court for entry of a Protective Order. The Parties have met and conferred, and have agreed to the entry of the Protective Order attached as Exhibit 1.

Dated:  December 8, 2021

Respectfully submitted,

| **BUETHER JOE & COUNSELORS, LLC** | **FISH & RICHARDSON P.C.** |
|---|---|
| By:  */s/ Kenneth P. Kula* | By:  */s/ David B. Conrad* |

    Eric W. Buether  
    State Bar No. 03316880  
    Eric.Buether@BJCIPLaw.com  
    Christopher M. Joe  
    State Bar No. 00787770  
    Chris.Joe@BJCIPLaw.com  
    Kenneth P. Kula  
    State Bar No. 24004749  
    Ken.Kula@BJCIPLaw.com  

    1700 Pacific Avenue  
    Suite 4750  
    Dallas, Texas 75201  
    Telephone:     (214) 730-5660  
    Facsimile:       (972) 707-1248  

**CHRISTIAN LEVINE LAW GROUP, LLC**

    Ardalan Attar  
    State Bar No. 24113538  
    aattar@christianlevinelaw.com  

    2302 Fannin Street  
    Suite 500  
    Houston, Texas 77002  
    Telephone:     (713) 659-7617  

***ATTORNEYS FOR DEFENDANTS***

---

Right column:

    David B. Conrad  
    Texas Bar No. 24049042  
    conrad@fr.com  
    1717 Main Street, Suite 5000  
    Dallas, TX 75201  
    Telephone:     (214) 747-5070  
    Facsimile:       (214) 747-2091  

    Kristen McCallion (*Admitted PHV*)  
    mccallion@fr.com  
    Vivian Cheng  (*Admitted PHV*)  
    cheng@fr.com  
    7 Times Square, 20th Floor  
    New York, NY 10036  
    Telephone:     (212) 765-5070  
    Facsimile:       (212) 258-2291  

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF systems on this 8th day of December 2021.

                                                */s/ Kenneth P. Kula*
                                                Kenneth P. Kula

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 7, 2021, Defendants' counsel met and conferred via electronic mail with Plaintiff's counsel pursuant to Local Rule CV-7(h) regarding the substance of this motion. Plaintiff's counsel indicated at that meet and confer that Plaintiff does not oppose the relief sought herein.

                                                */s/ Kenneth P. Kula*
                                                Kenneth P. Kula