IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE CLE GROUP, LLC,<br>BISOU UPTOWN MANAGER, LLC, and<br>BISOU LP HOLDINGS, LLC,<br><br>        Defendants. | Case No. 3:21-CV-01614-B |

**JOINT MOTION TO STAY**

Plaintiff Bisous Bisous, LLC and Defendants have reached a settlement in principle that will dispose of all claims and defenses asserted by all parties in this action. The parties need time to finalize a settlement agreement, and expect to file a joint motion to dismiss with prejudice all claims and counterclaims within the next 30 days. Accordingly, the parties respectfully request a 30-day stay of this case.

This motion is not submitted for delay, but to accommodate and facilitate final settlement between the parties.

Date:  December 13, 2021                                      Respectfully submitted,

| **BUETHER JOE & COUNSELORS, LLC** | **FISH & RICHARDSON P.C.** |
|---|---|
| By:  /s/ Kenneth P. Kula<br>    Eric W. Buether<br>    State Bar No. 03316880<br>    Eric.Buether@BJCIPLaw.com<br>    Christopher M. Joe<br>    State Bar No. 00787770<br>    Chris.Joe@BJCIPLaw.com<br>    Kenneth P. Kula<br>    State Bar No. 24004749<br>    Ken.Kula@BJCIPLaw.com<br><br>    1700 Pacific Avenue<br>    Suite 4750<br>    Dallas, Texas 75201<br>    Telephone:    (214) 730-5660<br>    Facsimile:    (972) 707-1248 | By:  /s/ David B. Conrad<br>    David B. Conrad<br>    Texas Bar No. 24049042<br>    conrad@fr.com<br>    1717 Main Street, Suite 5000<br>    Dallas, TX 75201<br>    Telephone:    (214) 747-5070<br>    Facsimile:    (214) 747-2091<br><br>    Kristen McCallion (*Admitted PHV*)<br>    mccallion@fr.com<br>    Vivian Cheng  (*Admitted PHV*)<br>    cheng@fr.com<br>    7 Times Square, 20th Floor<br>    New York, NY 10036<br>    Telephone:    (212) 765-5070<br>    Facsimile:    (212) 258-2291 |
| **CHRISTIAN LEVINE LAW GROUP, LLC**<br>    Ardalan Attar<br>    State Bar No. 24113538<br>    aattar@christianlevinelaw.com<br><br>    2302 Fannin Street<br>    Suite 500<br>    Houston, Texas 77002<br>    Telephone:    (713) 659-7617<br><br>*ATTORNEYS FOR DEFENDANTS* | *ATTORNEYS FOR PLAINTIFF* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF systems on this 13th day of December, 2021.

                                        */s/ Kenneth P. Kula*
                                        Kenneth P. Kula