IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE CLE GROUP, LLC, <br> BISOU UPTOWN MANAGER, LLC, and <br> BISOU LP HOLDINGS, LLC, <br><br> Defendants. | Case No. 3:21-CV-01614-B |

**ORDER GRANTING JOINT MOTION TO STAY**

The Court has considered Plaintiff and Defendants' Joint Motion to Stay in view of the parties having reached a settlement in principle.

Accordingly, it is hereby ORDERED that this case is stayed for 30 days.

**SO ORDERED.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE