IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **BISOUS BISOUS LLC,** § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> **THE CLE GROUP, LLC,** § <br> **BISOU UPTOWN MANAGER, LLC, and** § <br> **BISOU LP HOLDINGS, LLC,** § <br> § <br> *Defendants.* § | C.A. No. 3:21-cv-01614-B |

## JOINT MOTION TO CONTINUE STAY

As communicated to the Court previously, Plaintiff Bisous Bisous LLC and Defendants have reached a settlement in principle that will dispose of all claims and defenses asserted by all parties in this action. (Doc. 91.) The parties have made substantial progress since we last wrote to the Court and need additional time to finalize their agreement. They expect to file a joint motion to dismiss with prejudice all claims and counterclaims within the next 30 days. Accordingly, the parties respectfully request to continue the current stay for an additional 30 days.

This motion is not submitted for delay, but to accommodate and facilitate a final settlement between the parties.

Date: January 12, 2022                                     Respectfully submitted,

| | |
|---|---|
| **BUETHER JOE & COUNSELORS, LLC** | **FISH & RICHARDSON P.C.** |
| By: */s/ Kenneth P. Kula* | By: */s/ David B. Conrad* |
| Eric W. Buether | David B. Conrad |
| State Bar No. 03316880 | Texas Bar No. 24049042 |
| Eric.Buether@BJCIPLaw.com | conrad@fr.com |
| Christopher M. Joe | 1717 Main Street, Suite 5000 |
| State Bar No. 00787770 | Dallas, TX 75201 |
| Chris.Joe@BJCIPLaw.com | Telephone:   (214) 747-5070 |
| Kenneth P. Kula | Facsimile:   (214) 747-2091 |
| State Bar No. 24004749 | |
| Ken.Kula@BJCIPLaw.com | Kristen McCallion (*Admitted PHV*) |
| | mccallion@fr.com |
| 1700 Pacific Avenue | Vivian Cheng  (*Admitted PHV*) |
| Suite 4750 | cheng@fr.com |
| Dallas, Texas 75201 | 7 Times Square, 20th Floor |
| Telephone:   (214) 730-5660 | New York, NY 10036 |
| Facsimile:   (972) 707-1248 | Telephone:   (212) 765-5070 |
| | Facsimile:   (212) 258-2291 |
| **CHRISTIAN LEVINE LAW GROUP, LLC** | **ATTORNEYS FOR PLAINTIFF** |
| Ardalan Attar | |
| State Bar No. 24113538 | |
| aattar@christianlevinelaw.com | |
| | |
| 2302 Fannin Street | |
| Suite 500 | |
| Houston, Texas 77002 | |
| Telephone:   (713) 659-7617 | |

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF systems on this 12th day of January, 2022.

*/s/ Kenneth P. Kula*
Kenneth P. Kula