IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BISOUS BISOUS LLC,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | C.A. No. 3:21-cv-01614-B |
| **THE CLE GROUP, LLC,** **BISOU UPTOWN MANAGER, LLC,** and **BISOU LP HOLDINGS, LLC,** | § § § § § | |
| *Defendants.* | § | |

## JOINT MOTION TO CONTINUE STAY

As communicated to the Court previously, Plaintiff Bisous Bisous LLC and Defendants have reached a settlement in principle that will dispose of all claims and defenses asserted by all parties in this action. (Doc. 91.) On January 13, 2022, the Court granted the parties' motion to stay the case until February 11, 2022. (Doc. 95.) The parties have made substantial progress since we last wrote to the Court and need additional time to finalize their agreement. They expect to file a joint motion to dismiss with prejudice all claims and counterclaims by February 25, 2022. Accordingly, the parties respectfully request to continue the current stay for an additional 14 days, up to and including February 25, 2022.

This motion is not submitted for delay, but to accommodate and facilitate a final settlement between the parties.

Date:  February 10, 2022 Respectfully submitted,

| **BUETHER JOE & COUNSELORS, LLC** | **FISH & RICHARDSON P.C.** |
|---|---|
| By:  */s/ Kenneth P. Kula*<br>Eric W. Buether<br>State Bar No. 03316880<br>Eric.Buether@BJCIPLaw.com<br>Christopher M. Joe<br>State Bar No. 00787770<br>Chris.Joe@BJCIPLaw.com<br>Kenneth P. Kula<br>State Bar No. 24004749<br>Ken.Kula@BJCIPLaw.com<br><br>1700 Pacific Avenue<br>Suite 4750<br>Dallas, Texas 75201<br>Telephone:    (214) 730-5660<br>Facsimile:     (972) 707-1248 | By:  */s/ David B. Conrad*<br>David B. Conrad<br>Texas Bar No. 24049042<br>conrad@fr.com<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Telephone:    (214) 747-5070<br>Facsimile:     (214) 747-2091<br><br>Kristen McCallion (*Admitted PHV*)<br>mccallion@fr.com<br>Vivian Cheng  (*Admitted PHV*)<br>cheng@fr.com<br>7 Times Square, 20th Floor<br>New York, NY 10036<br>Telephone:    (212) 765-5070<br>Facsimile:     (212) 258-2291 |
| **CHRISTIAN LEVINE LAW GROUP, LLC**<br>Ardalan Attar<br>State Bar No. 24113538<br>aattar@christianlevinelaw.com<br><br>2302 Fannin Street<br>Suite 500<br>Houston, Texas 77002<br>Telephone:    (713) 659-7617<br><br>**ATTORNEYS FOR DEFENDANTS** | **ATTORNEYS FOR PLAINTIFF** |

**JOINT MOTION TO CONTINUE STAY**  **PAGE 2**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF systems on this 10th day of February 2022.

                                                */s/ Kenneth P. Kula*
                                                Kenneth P. Kula