IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BISOUS BISOUS LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | C.A. No. 3:21-cv-01614-B |
| THE CLE GROUP, LLC, *et al.,* | § § § | |
| *Defendants.* | § | |

## ORDER GRANTING JOINT MOTION TO CONTINUE STAY

The Court has considered Plaintiff and Defendants' Joint Motion to Continue Stay in view of the parties having reached a settlement in principle.

Accordingly, it is hereby ORDERED that this case is stayed an additional 14 days until February 25, 2022.

**SO ORDERED.**

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE