UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BISOUS BISOUS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-1614-B |
| | § | |
| THE CLE GROUP, LLC, BISOU | § | |
| UPTOWN MANAGER, LLC, and | § | |
| BISOU LP HOLDINGS, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The parties jointly filed a motion to stay this case on December 13, 2021, because the parties "reached a settlement in principle." Doc. 91, Joint Mot. Stay, 1. The Court granted the motion along with two subsequent motions to continue the stay (Docs. 95, 97) so the parties could finalize their settlement agreement and "file a joint motion to dismiss with prejudice all claims and counterclaims by February 25, 2022." Doc. 96, 3d Joint Mot. Stay, 1. The parties have not filed a motion to dismiss or a motion to continue the stay. Therefore, the Court **ORDERS** the following: By **Monday, March 7, 2022**, the parties must **SHOW CAUSE**, in writing, why they have failed to file a motion to dismiss all claims or otherwise update the Court about the status of their settlement negotiations.

SO ORDERED.

SIGNED: February 28, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -