# United States Court of Appeals
# for the Fifth Circuit

———————

No. 21-10930

———————

Bisous Bisous L.L.C.,

*Plaintiff—Appellee*,

*versus*

The Cle Group L.L.C.; Bisou Uptown Manager L.L.C.,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-1614

_____

CLERK'S OFFICE:

    Under Fed. R. App. P. 42(b), the appeal is dismissed as of February 28, 2022, pursuant to appellants' unopposed motion.

                                    LYLE W. CAYCE
                                    Clerk of the United States Court
                                    of Appeals for the Fifth Circuit

                   By: _____
                          Lisa E. Ferrara, Deputy Clerk

**A True Copy**
**Certified order issued Feb 28, 2022**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

ENTERED AT THE DIRECTION OF THE COURT

*United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 28, 2022

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 21-10930   Bisous Bisous v. The Cle Group
                        USDC No. 3:21-CV-1614

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Lisa E. Ferrara, Deputy Clerk
                              504-310-7675

cc w/encl:
    Mr. David Brandon Conrad
    Mr. Christopher Michael Joe
    Mr. Kenneth Paul Kula