IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE CLE GROUP, LLC,<br>BISOU UPTOWN MANAGER, LLC, and<br>BISOU LP HOLDINGS, LLC,<br><br>    Defendants. | Case No. 3:21-CV-01614-B |

## **RESPONSE TO ORDER TO SHOW CAUSE AND JOINT STATUS REPORT**

In response to the Court's Order (Dkt. 98), Bisous Bisous LLC ("Plaintiff") and The Cle Group, LLC, Bisou Uptown Manager, LLC, and Bisou LP Holdings, LLC (together, "Defendants") provide the following status update of their settlement negotiations:

1. As communicated to the Court previously, Plaintiff and Defendants reached a settlement in principle after participating in mediation with Suzanne Butler, Circuit Mediator for the United States Court of Appeals for the Fifth Circuit, on December 3, 2021, and additional settlement discussions thereafter.

2. On February 25, 2022, the parties executed a settlement agreement that disposes of all claims and defenses asserted by all parties in this action.

3. The parties will file a joint motion to dismiss stipulating to the dismissal of all claims and counterclaims with prejudice no later than March 2, 2022.

We appreciate the Court's patience with the parties during this process.

Date: February 28, 2022                                   Respectfully submitted,

| **FISH & RICHARDSON P.C.** | **BUETHER JOE & COUNSELORS, LLC** |
|---|---|
| By: */s/ David B. Conrad*<br>David B. Conrad<br>Texas Bar No. 24049042<br>conrad@fr.com<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Telephone:  (214) 747-5070<br>Facsimile:  (214) 747-2091<br><br>Kristen McCallion (*Admitted PHV*)<br>mccallion@fr.com<br>Vivian Cheng  (*Admitted PHV*)<br>cheng@fr.com<br>7 Times Square, 20th Floor<br>New York, NY 10036<br>Telephone:  (212) 765-5070<br>Facsimile:  (212) 258-2291<br><br>**ATTORNEYS FOR PLAINTIFF** | By: */s/ Kenneth P. Kula*<br>Eric W. Buether<br>State Bar No. 03316880<br>Eric.Buether@BJCIPLaw.com<br>Christopher M. Joe<br>State Bar No. 00787770<br>Chris.Joe@BJCIPLaw.com<br>Kenneth P. Kula<br>State Bar No. 24004749<br>Ken.Kula@BJCIPLaw.com<br><br>1700 Pacific Avenue<br>Suite 4750<br>Dallas, Texas 75201<br>Telephone:  (214) 730-5660<br>Facsimile:  (972) 707-1248<br><br>**CHRISTIAN LEVINE LAW GROUP, LLC**<br>Ardalan Attar<br>State Bar No. 24113538<br>aattar@christianlevinelaw.com<br><br>2302 Fannin Street<br>Suite 500<br>Houston, Texas 77002<br>Telephone:  (713) 659-7617<br><br>**ATTORNEYS FOR DEFENDANTS** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 28, 2022, a true and correct copy of the foregoing document has been filed with the clerk of court for the U.S. District Court, Northern District of Texas and served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Dated: February 28, 2022                                         */s/ David B. Conrad*
                                                                               David B. Conrad