IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE CLE GROUP, LLC,<br>BISOU UPTOWN MANAGER, LLC, and<br>BISOU LP HOLDINGS, LLC,<br><br>        Defendants. | Case No. 3:21-CV-01614-B |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Bisous Bisous LLC and Defendants The Cle Group, LLC, Bisou Uptown Manager, LLC, and Bisou LP Holdings, LLC, through their undersigned counsel, hereby jointly stipulate to the dismissal of this action, including all claims and counterclaims, with prejudice, and with each party bearing its own attorneys' fees and costs. Accordingly, the parties move this Court to enter the Agreed Order of Dismissal with Prejudice submitted herewith.

Date: March 2, 2022                                    Respectfully submitted,

| **FISH & RICHARDSON P.C.** | **BUETHER JOE & COUNSELORS, LLC** |
|---|---|
| By: */s/ David B. Conrad* | By: */s/ Kenneth P. Kula* |
| David B. Conrad | Eric W. Buether |
| Texas Bar No. 24049042 | State Bar No. 03316880 |
| conrad@fr.com | Eric.Buether@BJCIPLaw.com |
| 1717 Main Street, Suite 5000 | Christopher M. Joe |
| Dallas, TX 75201 | State Bar No. 00787770 |
| Telephone: (214) 747-5070 | Chris.Joe@BJCIPLaw.com |
| Facsimile: (214) 747-2091 | Kenneth P. Kula |
|  | State Bar No. 24004749 |
| Kristen McCallion (*Admitted PHV*) | Ken.Kula@BJCIPLaw.com |
| mccallion@fr.com |  |
| Vivian Cheng (*Admitted PHV*) | 1700 Pacific Avenue |
| cheng@fr.com | Suite 4750 |
| 7 Times Square, 20th Floor | Dallas, Texas 75201 |
| New York, NY 10036 | Telephone: (214) 730-5660 |
| Telephone: (212) 765-5070 | Facsimile: (972) 707-1248 |
| Facsimile: (212) 258-2291 |  |
| **ATTORNEYS FOR PLAINTIFF** | **CHRISTIAN LEVINE LAW GROUP, LLC** |
|  | Ardalan Attar |
|  | State Bar No. 24113538 |
|  | aattar@christianlevinelaw.com |
|  | 2302 Fannin Street |
|  | Suite 500 |
|  | Houston, Texas 77002 |
|  | Telephone: (713) 659-7617 |
|  | **ATTORNEYS FOR DEFENDANTS** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 2, 2022, a true and correct copy of the foregoing document has been filed with the clerk of court for the U.S. District Court, Northern District of Texas and served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Dated: March 2, 2022					*/s/ David B. Conrad*
						David B. Conrad