IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE CLE GROUP, LLC,<br>BISOU UPTOWN MANAGER, LLC, and<br>BISOU LP HOLDINGS, LLC,<br><br>        Defendants. | Case No. 3:21-CV-01614-B |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

      Before the Court is the Parties' Agreed Motion to Dismiss with Prejudice. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Bisous Bisous LLC and Defendants The Cle Group, LLC, Bisou Uptown Manager, LLC, and Bisou LP Holdings, LLC jointly stipulate to dismiss all claims and counterclaims in this action, with prejudice. Therefore, the Court **DISMISSES WITH PREJUDICE** all claims and counterclaims in this action, with each party bearing its own costs, fees, and expenses.

      IT IS SO ORDERED this __ day of March 2022.

 

                                                            JANE J. BOYLE
                                                            UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM:**

| FISH & RICHARDSON P.C. | BUETHER JOE & COUNSELORS, LLC |
|---|---|
| By: */s/ David B. Conrad*<br>David B. Conrad<br>Texas Bar No. 24049042<br>conrad@fr.com<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Telephone: (214) 747-5070<br>Facsimile: (214) 747-2091<br><br>Kristen McCallion (*Admitted PHV*)<br>mccallion@fr.com<br>Vivian Cheng (*Admitted PHV*)<br>cheng@fr.com<br>7 Times Square, 20th Floor<br>New York, NY 10036<br>Telephone: (212) 765-5070<br>Facsimile: (212) 258-2291<br><br>**ATTORNEYS FOR PLAINTIFF** | By: */s/ Kenneth P. Kula*<br>Eric W. Buether<br>State Bar No. 03316880<br>Eric.Buether@BJCIPLaw.com<br>Christopher M. Joe<br>State Bar No. 00787770<br>Chris.Joe@BJCIPLaw.com<br>Kenneth P. Kula<br>State Bar No. 24004749<br>Ken.Kula@BJCIPLaw.com<br><br>1700 Pacific Avenue<br>Suite 4750<br>Dallas, Texas 75201<br>Telephone: (214) 730-5660<br>Facsimile: (972) 707-1248<br><br>**CHRISTIAN LEVINE LAW GROUP, LLC**<br><br>Ardalan Attar<br>State Bar No. 24113538<br>aattar@christianlevinelaw.com<br><br>2302 Fannin Street<br>Suite 500<br>Houston, Texas 77002<br>Telephone: (713) 659-7617<br><br>**ATTORNEYS FOR DEFENDANTS** |