UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BISOUS BISOUS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-1614-B |
| | § | |
| THE CLE GROUP, LLC, BISOU | § | |
| UPTOWN MANAGER, LLC, and | § | |
| BISOU LP HOLDINGS, LLC, | § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the Court is the Parties' Agreed Motion to Dismiss with Prejudice (Doc. 101). In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Bisous Bisous LLC and Defendants The Cle Group, LLC, Bisou Uptown Manager, LLC, and Bisou LP Holdings, LLC jointly stipulate to dismiss all claims and counterclaims in this action, with prejudice. Therefore, the Court **DISMISSES WITH PREJUDICE** all claims and counterclaims in this action, with each party bearing its own costs, fees, and expenses.

SO ORDERED.

SIGNED: March 2, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -