IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CLE GROUP, LLC,<br>BISOU UPTOWN MANAGER, LLC, and<br>BISOU LP HOLDINGS, LLC,<br><br>    Defendants. | Case No. 3:21-CV-01614-B |

## **PLAINTIFF'S UNOPPOSED MOTION FOR ORDER TO RELEASE BOND**

Plaintiff Bisous Bisous LLC ("Plaintiff") hereby files this Unopposed Motion for Order to Release Bond (the "Motion") as follows:

1. On March 2, 2022, the Court dismissed with prejudice all claims and counterclaims in this action, with each party bearing its own costs, fees, and expenses (Doc. 102).

2. Now that this case has been fully resolved, Plaintiff requests that the Court issue the attached Order cancelling and releasing the bond in the amount of Eleven-Thousand dollars ($11,000) deposited by Plaintiff with the Clerk of Court on or about October 22, 2021, in connection with the issuance of the Preliminary Injunction in this case.

3. No claim has been made against the bond. Counsel for Defendants has no objection to the cancellation and release of the bond as requested herein.

Respectfully submitted,

**FISH & RICHARDSON P.C.**

Dated: March 3, 2022                    By: */s/ David B. Conrad*
                                                 David B. Conrad
    Texas Bar No. 24049042
    conrad@fr.com
    1717 Main Street, Suite 5000
    Dallas, TX 75201
    Telephone: (214) 747-5070
    Facsimile: (214) 747-2091

    Kristen McCallion (*pro hac vice*)
    mccallion@fr.com
    Vivian Cheng (*pro hac vice*)
    cheng@fr.com
    7 Times Square, 20th Floor
    New York, NY 10036
    Telephone: (212) 765-5070
    Facsimile: (212) 258-2291

    *Attorneys for Plaintiff*

2

## CERTIFICATE OF CONFERENCE

On March 3, 2022, counsel for Plaintiff conferred with counsel for Defendants concerning this Motion and counsel for Defendants are unopposed to this Motion. Accordingly, this Motion is submitted to the Court for consideration and decision.

Dated: March 3, 2022

*/s/ David B. Conrad*
David B. Conrad

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 3, 2022, a true and correct copy of the foregoing document has been filed with the clerk of court for the U.S. District Court, Northern District of Texas and served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Dated: March 3, 2022

*/s/ David B. Conrad*
David B. Conrad