IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BISOUS BISOUS LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE CLE GROUP, LLC,<br>BISOU UPTOWN MANAGER, LLC, and<br>BISOU LP HOLDINGS, LLC,<br><br>　　　　　Defendants. | Case No. 3:21 CV01614-B |

## **ORDER RELEASING BOND**

Before the Court is Plaintiff's Unopposed Motion for Order to Release Bond (the "Unopposed Motion"). After considering the Unopposed Motion, the Court hereby GRANTS the Unopposed Motion in all respects.

It is therefore ORDERED that the bond in the amount of Eleven Thousand dollars ($11,000.00) deposited by Plaintiff with the Clerk of the Court in connection with the issuance of the Preliminary Injunction in this case is hereby cancelled and shall be released by the Clerk of Court to Plaintiff.

SIGNED: _____, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JANE J. BOYLE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE